IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES RYALS, JR., et al.,

    Plaintiffs,

    v.                                Civil Action No. 3:09cv625

HIRERIGHT SOLUTIONS, INC., et al.,

    Defendants.

## PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 56(f)

COME NOW the Plaintiffs, by counsel, and pursuant to Fed. R. Civ. P. 56(f), they move the Court to stay consideration of Defendants' Motion for Summary Judgment and to order the parties to conduct expedited discovery on the issues raised therein, as follows:

1. Pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiffs shall notice the depositions of and Defendants shall produce the three employee witnesses who provided Declarations in support of Defendants' Motion for Summary Judgment;

2. Pursuant to Fed. R. Civ. P. 3(b)(6), Plaintiffs shall notice the expedited depositions of the Defendants, limited to the following topics:

- The organizational and ownership structures of the named Defendants;

- The proper and formal legal entity of the Defendant referred to as "USIS" in the Amended Complaint, intended as the party doing business selling governmental and commercial employment related background investigations as "USIS" at www.usis.com.

- The contractual and public records database use and ownership relationships between the named Defendants;

- How the Defendants operate to provide related products governed or argued by Plaintiffs to be governed by the FCRA;

- The overlap in management, control, operations or resources;

- The history of the present corporate structures and how they have evolved during the putative class period; and

- The origin, content and authenticity of Defendants' website materials.

3. Plaintiffs shall propound two Interrogatories and two Requests for Production limited to the subject matter of the Rule 30(b)(6) topics and Defendants shall respond to these within seven days of service.

4. By or before June 18, 2010, Plaintiffs shall file any supplemental response to Defendants' Motion for Summary Judgment and Defendants may file a supplemental reply within seven calendar days thereafter.

**JAMES RYALS, JR., et al,**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email:  lenbennett@cox.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26rd day of April, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Amy Rachel Davis
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: adavis@wc.com

Dane Hal Butswinkas
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
(202) 434-5000

Daniel Patrick Shanahan
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
 (202) 434-5174
Fax: (202) 434-5029
Email: dshanahan@wc.com

Frank G Bowman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: fbowman@wc.com


        _____/s/_____
        Leonard A. Bennett, Esq.
        VSB #37523
        Attorney for Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.

12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email:  lenbennett@cox.net

4