IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES RYALS, JR., *et al.*,

                              Plaintiffs,

            v.                        Civil Action Number 3:09cv625

HIRERIGHT SOLUTIONS, INC., *et al.*,

                              Defendants.

## **ORDER**

Following a thorough review of the file, the Court concludes that a settlement conference is appropriate in this matter. Counsel are ORDERED to jointly contact the Chambers of the Honorable United States Magistrate Judge Dennis W. Dohnal within ten (10) days of the date of this Order to schedule a settlement conference. Counsel are ORDERED to have with them at the settlement conference parties with settlement authority. They are also ORDERED to determine what, if any, additional requirements, such as a settlement position brief, Judge Dohnal requires prior to the settlement conference.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to the Honorable United States Magistrate Judge Dennis W. Dohnal.

August 10, 2010                                     /s/
DATE                                         RICHARD L. WILLIAMS
                                              SENIOR UNITED STATES DISTRICT JUDGE