**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| JAMES RYALS, JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> HIRERIGHT SOLUTIONS, INC., et al., <br><br> Defendants. | Civil Action No. 3:09cv625 |

## AGREED ORDER

CAME NOW Plaintiffs and Defendants, by counsel, upon their Joint Motion to Stay Proceedings.

UPON CONSIDERATION WHEREOF, and for good cause shown and by agreement of counsel, it is hereby,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Stay Proceedings be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that these proceedings, discovery and all deadlines be STAYED for Sixty (60) days; and it is further

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Dennis W. Dohnal is hereby appointed to supervise and monitor settlement discussions, to enlarge the initial stay and to report when, in the opinion of the Magistrate Judge, it is appropriate to lift the stay and to reset deadlines in light of the state of settlement discussions.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this \_\_\_\_ day of August 2010.

_____
United States District Court Judge

**COUNSEL FOR PLAINTIFFS**

_____
Christopher Colt North
751-A Thimble Shoals Blvd.
Newport News, VA  23606
Telephone:  (757) 873-1010
Email:   cnorthlaw@aol.com

**COUNSEL FOR DEFENDANTS**

_____
Amy R. Davis
Virginia Bar No. 72872
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029
adavis@wc.com

Dane H. Butswinkas (VA Bar No. 30562)
dbutswinkas@wc.com
Frank Gregory Bowman (Admitted *Pro Hac Vice*)
fbowman@wc.com
Daniel P. Shanahan (Admitted *Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029