IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JAMES RYALS, JR.,**

        **Plaintiff,**

**v.**             **Civil Action No. 3:09CV625**

**HIRERIGHT SOLUTIONS, INC.,**

        **Defendants.**

## ORDER

The Court, having been "appointed to supervise and monitor settlement discussions, to enlarge the initial stay and to report when, in the opinion of the Magistrate Judge, it is appropriate to lift the stay and to reset deadlines in light of the state of settlement discussions" (Order, Aug. 17, 2010 (Docket No. 52)), the Court being satisfied that settlement discussions are proceeding in good faith, but that additional time is required to further explore the possibility of settlement, it is hereby ORDERED that:

1. The stay of all proceedings, previously imposed by order of this Court of August 17, 2010, is hereby extended to December 1, 2010; and

2. Counsel shall communicate with the Court before that deadline as to the status of the ongoing settlement discussions.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so Ordered.

                                                                        _____/s/_____
                                                                         Dennis W. Dohnal
                                                                         United States Magistrate Judge

Dated: October 28, 2010