IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES RYALS, JR. *et al.*,

        Plaintiffs,

        v.        Civil Action No. 3:09CV625-JAG

HIRERIGHT SOLUTIONS, INC., *et al.*,

        Defendants.

## ORDER

THIS MATTER is before the Court to schedule an in-person status conference to resolve any issues related to the filing of final documentation in this case and to schedule the required Fairness Hearing. Counsel shall confer and determine available times during the week of May 30 – June 3, 2011 to schedule an in-person status hearing. Once available dates have been obtained, counsel shall contact chambers to place the hearing on the Court's calendar.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

        /s/
John A. Gibney, Jr.
United States District Judge

Date: May 17, 2011
Richmond, VA