IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES RYALS, JR. *et al.*,

    Plaintiffs,

v.     Civil Action No. 3:09CV625-JAG

HIRERIGHT SOLUTIONS, INC., *et al.*,

    Defendants.

## ORDER

THIS MATTER is before the Court to establish a schedule for class notice and final settlement approval. The Court ORDERS that all parties shall adhere to the schedule and deadlines set forth below:

- July 1, 2011: The final proposed settlement shall be filed with the Court. Additionally, the plaintiffs shall file a motion to preliminarily approve the settlement, certify the class for purposes of settlement, approve class counsel, approve the proper notice procedures including the means of notifying the class, and approve the claims form.

- July 7, 2011: CAFA notice shall be mailed, and the Court will hold a preliminary approval hearing.

- July 13 – August 13, 2011: Notice to class members shall be mailed.

- October 13, 2011: This date shall be the last day to file written objections or exclusions to the proposed settlement.

- November 3, 2011: The Court will hold the final fairness hearing. The parties shall submit a proposed final order approving settlement.

- February 2, 2011: The last settlement check shall be mailed to class members.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: June 13, 2011
Richmond, VA