IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| JAMES RYALS, JR., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HIRERIGHT SOLUTIONS, INC., et al.,<br><br>    Defendants. | Civil Action No. 3:09cv625 |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

Defendants hereby provide notice that, on July 7, 2011, Defendants served the notifications required by 28 U.S.C. § 1715 via overnight mail on the Attorney General of the United States and the attorneys general of the 50 states, the District of Columbia, and all United States territories in which one or more class members reside. The notices address the proposed Settlement Agreement and Release filed with the Court on July 1, 2011.

1

| | | |
|---|---|---|
| *Date*: | July 8, 2011 | Respectfully submitted, |

/s/ Amy R. Davis
Amy R. Davis
VA Bar Number 72872
*Attorney for Defendants*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (facsimile)
adavis@wc.com

Dane H. Butswinkas (Va. Bar No. 30562)
dbutswinkas@wc.com
F. Greg Bowman (Admitted *Pro Hac Vice*)
fbowman@wc.com
Daniel P. Shanahan (Admitted *Pro Hac Vice*)
dshanahan@wc.com
*Attorneys for Defendants*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (facsimile)

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 8, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Matthew James Erausquin
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
E-mail: matt@clalegal.com

Christopher Colt North
751-A Thimble Shoals Blvd.
Newport News, VA 23606
(757) 873-1010
E-mail: cnorthlaw@aol.com

Leonard Anthony Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd
Suite 100
Newport News, VA 23606
757-930-3660
Fax: 757-930-3662
E-mail: lenbennett@cox.net

*Counsel for Plaintiffs*

                /s/ Amy R. Davis
                Amy R. Davis
                VA Bar Number 72872
                *Attorney for Defendants*
                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street, N.W.
                Washington, DC  20005
                (202) 434-5000
                (202) 434-5029 (facsimile)
                adavis@wc.com