IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

JAMES RYALS, JR., et al.,

     Plaintiffs,

     v.

HIRERIGHT SOLUTIONS, INC., et al.,

     Defendants.

Civil Action No. 3:09cv625

## ORDER GOVERNING USE AND DISCLOSURE OF CLASS MEMBER INFORMATION

WHEREAS Plaintiffs filed a Motion for Preliminary Approval and proposed Settlement Agreement with the Court on July 1, 2011; and

WHEREAS the Court granted the Motion for Preliminary Approval on July 7, 2011, and entered an order that, *inter alia* and for settlement purposes only: (i) certified conditional settlement classes under Federal Rule of Civil Procedure 23, (ii) preliminarily approved the proposed Settlement Agreement, and (iii) appointed RSM McGladrey as the Settlement Administrator; and

WHEREAS Section 4.2 of the proposed Settlement Agreement requires the Settlement Administrator to cause Mail Notice (as defined in the proposed Settlement Agreement) to be sent to each Settlement Classes Member within thirty (30) days following Preliminary Approval; and

WHEREAS the proposed Settlement Agreement requires the Settlement Administrator to send additional notices to the Settlement Classes Members and to carry out other functions that

may require communication with the Settlement Classes Members in order to effectuate the Settlement; and

WHEREAS, so that such notices can be sent and the Settlement effectuated, Section 4.1 of the proposed Settlement Agreement requires that Defendant HireRight Solutions, Inc. ("HireRight Solutions") provide the Settlement Administrator with a list of names and identifying information for the Consumers on the four class lists (including the Consumers' names, Social Security numbers, dates of birth, mailing addresses, and electronic mail addresses), as well as the names of those prospective class members that HireRight Solutions believes have previously released their claims against any of the Defendants.

IT IS HEREBY ORDERED THAT:

1. HireRight Solutions shall provide the Settlement Administrator (as defined in the proposed Settlement Agreement filed with this Court on July 1, 2011) with the class lists and consumer information described in Section 4.1 of the proposed Settlement Agreement (the "Class Lists and Class Member Information").

2. The Settlement Administrator and its employees and agents are authorized to use the Class Lists and Class Member Information for the purposes set forth in this Order but shall protect this information as confidential and shall not disclose such information to any person or entity who is not authorized by Court order to receive such information.

3. The Class Lists and Class Member Information shall not be used for any purpose other than for effectuating the Settlement as defined in the proposed Settlement Agreement or for certifying that a consumer who has filed or has threatened to file subsequent litigation against any of the Defendants appears on one the class lists described in the Settlement Agreement in *Ryals, et al. v. HireRight Solutions, et al.*, Civil Action No. 3:09-cv-625 (E.D. Va.).

    4.    The Settlement Administrator is authorized to share information from the Class Lists with the Class Counsel appointed by the Court and with Defendants and Defendants' agents, including Defendants Counsel, for the purposes set forth in this Order.

    5.    For the purpose of certifying that a consumer who has filed or has threatened to file subsequent litigation against any of the Defendants appears on one the class lists described in the Settlement Agreement in *Ryals, et al. v. HireRight Solutions, et al.*, Civil Action No. 3:09-cv-625 (E.D. Va.), the Settlement Administrator shall retain the Class Lists and Class Member Information for four years after the final Payment Notice is mailed.

    6.    Within fourteen days after the final Payment Notice is mailed, any party with whom the Settlement Administrator has shared information from the Class Lists under this Order shall return that information to Defendants Counsel or destroy it.

**IT IS SO ORDERED.**

Dated: _7 / 12_ , 2011

                               /s/
                           John A. Gibney, Jr.
                         United States District Judge