UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JAMES RYALS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HIRERIGHT SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 3:09cv625 |

PLAINTIFF'S MOTION FOR LEAVE TO OBTAIN AND USE CONSUMER
REPORTS FOR CLASS NOTICE

Pursuant to Fed. R. Civ. P. 23(c)(2)(B) and 15 U.S.C. § 1681b(a)(1), the Plaintiffs and Class Counsel, with the consent of Defendants, move for entry of the Supplemental Order attached hereto as Exhibit "A" and such other relief the Court finds just and appropriate.

Respectfully Submitted,

**JAMES RYALS, JR., et al,**

      /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of July, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record including the following:

Amy Rachel Davis
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: adavis@wc.com

Dane Hal Butswinkas
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
(202) 434-5000

Daniel Patrick Shanahan
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
 (202) 434-5174
Fax: (202) 434-5029
Email: dshanahan@wc.com

Frank G Bowman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: fbowman@wc.com

        /s/
      Leonard A. Bennett, Esq.
      Attorney for Plaintiff
      CONSUMER LITIGATION
      ASSOCIATES, P.C.
      12515 Warwick Boulevard, Suite 100
      Newport News, Virginia 23606
      (757) 930-3660 - Telephone

(757) 930-3662 – Facsimile
lenbennett@cox.net