**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| JAMES RYALS, JR., et al., <br><br>    Plaintiffs, <br><br>v. <br><br>HIRERIGHT SOLUTIONS, INC., et al., <br><br>    Defendants. | Case No. 3:09cv625 |

**SUPPLEMENTAL ORDER PERMITTING USE OF
CONSUMER REPORTS FOR CLASS NOTICE**

Upon the Plaintiff's Motion, with the consent of Defendants, the Court finds that the process for providing class notice is supplemented as follows:

RSM McGladrey, Inc. (the Settlement Administrator) shall be permitted to obtain and use an appropriate and industry recognized "skip-tracing" database. Pursuant to 15 U.S.C. § 1681b(a)(1), the Court finds that there is a permissible purpose for the use of information that may be otherwise governed by the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Such information shall be retained as "Confidential" under the governance of the Court's Protective Order entered August 9, 2010, (Docket # 48).

IT IS SO ORDERED.

DATED: _____    _____
                                                 UNITED STATES DISTRICT JUDGE