UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JAMES RYALS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HIRERIGHT SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 3:09cv625 |

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION
TO PERMIT USE OF CONSUMER REPORTS FOR CLASS NOTICE

COMES NOW, the Plaintiffs and Class Counsel, and in support of Plaintiffs' Consent Motion to Permit Use of Consumer Reports for Class Notice, state as follows:

Pursuant to the Settlement Agreement, the Defendants have provided a database of names and addresses of all class members. Despite Defendant's best efforts, a number of these class members do not have current or complete mailing addresses or other contact information.

Accordingly, the Settlement Administrator, RSM McGladrey, Inc. (the Settlement Administrator) has requested permission to purchase and use skip-trace information from appropriate and industry recognized "skip-tracing" databases.. Some of this information may be governed and protected by the federal Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681b, which prohibits a person from obtaining or using a consumer report without a permissible purpose to do so. One of the purposes permitted under the FCRA is pursuant to a Court Order. Accordingly, the Plaintiffs and Class Counsel move the Court for an Order permitting use pursuant to 15 U.S.C. § 1681b(a)(1), with such

information to remain governed by the standing Protective Order already entered in this case on August 9, 2010. (Docket #48).

          Respectfully submitted,

**JAMES RYALS, JR., et al,**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of July, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record including the following:

Amy Rachel Davis
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: adavis@wc.com

Dane Hal Butswinkas
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
(202) 434-5000

Daniel Patrick Shanahan
Williams & Connolly LLP

725 12th St NW
Washington, DC 20005
(202) 434-5174
Fax: (202) 434-5029
Email: dshanahan@wc.com

Frank G Bowman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: fbowman@wc.com

                                           /s/
Leonard A. Bennett, Esq. VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

3