UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JAMES RYALS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HIRERIGHT SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 3:09cv625 |

SUPPLEMENTAL ORDER PERMITTING USE OF
CONSUMER REPORTS FOR CLASS NOTICE

Upon the Plaintiff's Motion, with the consent of Defendants, the Court finds that the process for providing class notice is supplemented as follows:

RSM McGladrey, Inc. (the Settlement Administrator) shall be permitted to obtain and use an appropriate and industry recognized "skip-tracing" database. Pursuant to 15 U.S.C. § 1681b(a)(1), the Court finds that there is a permissible purpose for the use of information that may be otherwise governed by the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Such information shall be retained as "Confidential" under the governance of the Court's Protective Order entered August 9, 2010, (Docket # 48).

IT IS SO ORDERED.

DATED: 7/28/11

/s/
John A. Gibney, Jr.
United States District Judge