IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| JAMES RYALS, JR., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HIRERIGHT SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 3:09cv625 |
| O'NEAL HENDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HIRERIGHT SOLUTIONS, INC., f/k/a USIS COMMERIAL SERVICES, INC.,<br><br>    Defendant. | Case No. 3:11cv558 |
| BAHIR SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>HIRERIGHT SOLUTIONS, INC., f/k/a USIS COMMERIAL SERVICES, INC.,<br><br>    Defendant. | Case No. 3:11cv505 |

**O R D E R**

    WHEREAS the plaintiffs in *Ryals v. HireRight Solutions, Inc.*, Case No. 3:09cv625, filed a Motion for Preliminary Approval and proposed Settlement Agreement with this Court on July 1, 2011;

WHEREAS this Court granted the Motion for Preliminary Approval on July 7, 2011, and entered an order that, *inter alia* and for settlement purposes only: (i) certified conditional settlement classes under Federal Rule of Civil Procedure 23, (ii) preliminarily approved the proposed Settlement Agreement;

WHEREAS the plaintiffs and class members in *Henderson v. HireRight Solutions, Inc.* and *Smith v. HireRight Solutions, Inc.*, are also class members in *Ryals v. HireRight Solutions, Inc.*, and settlement of the *Ryals* action will also resolve the *Henderson* and *Smith* actions;

WHEREAS the parties in *Henderson v. HireRight Solutions, Inc.* and *Smith v. HireRight Solutions, Inc.*, then pending in the United States District Court for the Northern District of Oklahoma as Case Nos. 10-cv-443 and 10-cv-444 respectively, moved to transfer those cases to the United States District Court for the Eastern District of Virginia for consolidation with *Ryals v. HireRight Solutions, Inc.*, Case No. 09-625, for the purpose of settlement;

WHEREAS the parties stipulated that the transfer of *Henderson* and *Smith* to the United States District Court for the Eastern District of Virginia for consolidation with *Ryals* is solely for the purpose of global resolution of the three actions and that should final approval of the proposed settlement not be obtained in the United States District Court for the Eastern District of Virginia, the *Henderson* and *Smith* actions shall be severed from *Ryals* and transferred back to the United States District Court for the Northern District of Oklahoma in order to continue litigation;

WHEREAS by orders dated August 4, 2011 and August 23, 2011, the United States District Court for the Northern District of Oklahoma ordered the transfer of *Henderson* and *Smith* to the United States District Court for the Eastern District of Virginia; and

WHEREAS *Henderson* and *Smith* have been docketed in this Court as *Henderson v. HireRight Solutions, Inc.*, Case No. 3:11cv558 and *Smith v. HireRight Solutions, Inc.*, Case No. 3:11cv505;

IT IS HEREBY ORDERED THAT:

*Henderson v. HireRight Solutions, Inc.*, Case No. 3:11cv558 and *Smith v. HireRight Solutions, Inc.*, Case No. 3:11cv505 are consolidated for the purposes of settlement only with *Ryals v. HireRight Solutions, Inc.*, Case No. 3:09cv625.

**IT IS SO ORDERED.**

Dated: _____                    _____