[Redacted]

Kernersville, NC [Redacted]

August 18,2011

RE:  Ryals V. HireRight Solutions, Inc.

Civil Action No. #:09cv625

Dear Sir/Madam:

It is my opinion class action suits only serve to make attorneys rich and further victimize victims.  I will pursue this matter on my own merit and counsel if I so choose.

Kind regards,

John D. Cutrell

[Redacted] or [Redacted]

AUG 2 3

**Exclusion Request - *Ryals* Settlement Administrator**

FILL OUT AND RETURN THIS FORM **ONLY** IF YOU WISH TO EXCLUDE YOURSELF FROM THE SETTLEMENT.  IF YOU WISH TO PARTICIPATE IN THE SETTLEMENT, YOU DO NOT NEED TO RETURN THIS FORM.

_X___   I am opting out of the Settlement in *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625.

Full name:        John D. Cutrell

Current address:  Redacted

Kernersville, NC  Redacted

Phone number:     Redacted   or   Redacted

Last four digits of SSN:  REFUSED

Signature

QUESTIONS? VISIT WWW.DACCLASSACTION.COM OR CALL 1-877-854-4675

CC:


Exclusions Request

Exclusion Requests - Ryals Settlement Administrator
Post Office Box 1387
Blue Bell, PA 19422



Court


Clerk of the court
United States District Court
701 East Broad Street
Richmond, VA 23219



Class Counsel

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606



Defense Counsel

Dane H. Butswinkas
Williams & Connolly, LLP
725 12th Street, NW
Washington, DC 20005