Matthew DeBose

Los Angeles, CA, 

August 22, 2011

Ryals v HireRightSolutions Inc.
Case No.3:09cv625

**Objections to the Settlement**

Court
Clerk of the court
United States District Court
701 E. Broad St.
Richmond, VA, 23219

**Date of Mailings: August 23, 2011**

   To the court all other parties were mailed copies of my objection to the settlement on the above Date of mailing were I have copies of proof of mailings with their addresses.

Sincerely,

Matthew DeBose
1681K, 1681i

Matthew DeBose
Redacted
Los Angeles, CA, Redacted
Redacted

August 22, 2011

Ryals v HireRightSolutions Inc.
Case No.3:09cv625

**Objections to the Settlement**

Court
Clerk of the court
United States District Court
701 E. Broad St.
Richmond, VA, 23219

I am a party of both party classes 1681K, and 1681i. The reason it is unfair, I had over 32 companies in 2006 that I met the qualifications for run my DAC report and denied my application. From March of 2007 to October of 2011 I could not get a job locally for Over the Road (OTR), positions I qualified for. I had to leave and catch a bus across state to Davenport, IA, to get a job, where I made about $900.00 per week. If you add those figures for the 7 months I could not get a job for, is over twenty thousand dollars ($20,000.00), not to mention emotional distress. And the other stress in dealing with them in 2008 – 2010 how they will not remove false and conflicting information, even though I provided evidence in my favor numerous times.

It is hard to access the fairness overall without all the facts, and not knowing how many or how much with valid claims. What if everyone had valid claims then $2,000.00 for each claim would not be enough. I know, I needed work and still need work for dental and could not get a job for the period my tooth cracked and start decaying. Since then I had to pull 2 teeth. And now I can't eat food towards my molars because it hurts my gums.

I know there is a lot of truckers who at one time had a problem with a company. And typically the companies do foul business practices. And many work for different companies hoping to get that trucking job that fit them. DAC (Hireright), is the corporation, who releases background information for all U.S. truckers.

Sincerely,

*Matthew DeBose* (signature)

Matthew DeBose
1681K, 1681i



Matthew DeBose
Los Angeles, CA,

U.S. MARSHALS
INSPECTI
Clerk Of court
United States District Court
701 E. Broad St.
Richmond, VA, 23219

U.S. POSTAGE PAID
LOS ANGELES, CA
90008
AUG 23, 11
AMOUNT
$0.44
00081570-09