August 17, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA



In the matter of,                                      CIVIL NO.  3:09cv625

JAMES RYALS JR.                    Plaintiffs



        VS.

HIRERITE SOLUTIONS, INC        Defendants

## OBJECTIONS TO PROPOSED SETTLEMENT

I, EDDIE R. WYATT have identified the Defendant in the pending U. S.
Department of Labor, Administrative Review Board, Case No.  11- 039
(Wyatt Vs J. B. Hunt Transport) as a collaborators.  In the malicious
perfection of:  Systematic Social, Economic Oppression, Defamation of
Character, Subversion of Dept. Of Transportation Safety Regulation 49
CFR  391.


I will not allow anyone to restrict my right to file civil and criminal
charges against HireRite, J. B. Hunt Inc, Chicago Lakeshore Hospital,  U.S.
DOT, SAP employees Renise Ferguson ( Baltimore, MD) and Elizabeth
Check ( Chicago, IL ).  20K is an insult and will not pay $180,000 in lost
wages or restore my driving career.  I have submitted material evidence
to the U. S. Dept. of Labor, ARB CASE No. 11-039.  HireRite allowed the
Respondent in this matter, to confirm the accuracy of false reports
submitted by the Respondent.

HireRite rejected the IL Dept. of Employment Security, Board of Review's Determination that I was fired for, " REASONS OTHER THAN MISCONDUCT". And that J.B. Hunt had violated their company policy, Intended to represent FMCSR 49 CFR 382.121.  HireRite also rejected the U.S. DOT confirmation that there is no record of any Drug / Alcohol violation by me pursuant to U.S. DOT Safety Reg. 49 CFR 391.

The same report, contained a Fraudulent Drug and Alcohol Disclosure, provided by J. B. Hunt Transport.  There are no positive drug test results or a BAC of .04 or greater as required by law.

I have 13 pages of E-Mail transmissions from U.S. DOT, SAP collaborator, to J.B. Hunt, explaining how she falsified an Official DOT D/A Evaluation report.  HireRite used that false report, a false medical diagnosis and discharge summary report.  To dismiss the findings of IL Dept. of Employment Security, Board of Review and the U.S. DOT?

I will not agree to any settlement that does not hold HireRite accountable for knowingly distributing fraudulent commercial Driving reports and the providers of the false information distributed.  If this settlement is approved by the Court, the transport industry will gladly and easily compensate HireRite, sweep the matter under a rug and continue to exploit and victimize thousands of professional truck drivers.

As it stands, the transport industry is self regulated/ deregulated. HireRite has the ability to identify all the corporations that provided false information.  This proposed Settlement will prevent exposing the main collaborators and holding them accountable for their actions.

PG. 3

Enclosed with these objections are the Falsified U.S. DOT, SAP Referral
and Evaluation reports, provided by J.B. Hunt.  A copy of my last
commercial driving report and the response from HireRite claiming my
dispute was with out merit.  A Falsified medical diagnosis report and 4
negative drug test results.   13 pages of E- mail transmissions revealing
HIPPA violations and shameful corruption of licensed public officials
available upon request.

After Instigating the violation of multiple Civil and Criminal Laws, the
Instigator has requested the U.S. Dept. of Labor, ARB to suppress or
ignore confirmation of the their complicity.  HireRite is only the tail of a
much larger issue.  In the worst case scenario, HireRite will just change
names and continue to destroy careers of targeted Drivers.

Sincerely,

EDDIE R. WYATT

UNITED STATES DEPARTMENT OF LABOR

ADMINISTRATIVE REVIEW BOARD

In the matter of,                                                    AUGUST 20, 2011

EDDIE R. WYATT                    Complainant

          VS                                                    ARB CASE NO. 11-039

J.B. Hunt Transport Inc.          Respondent

## OBJECTION TO RESPONDENT'S MOTION AND BRIEF TO STRIKE

It is my responsibility to provide the Administrative Review Board prior knowledge of any unilateral Civil actions I may consider.   In the, U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA CASE NO. 3:09cv625, HireRite is held liable for knowingly reporting false information, but ignores the Collaborators and Providers of the False Official Reports. With out addressing the issue of, where the false reports came from and who were the false reports released to?  ARB CASE NO. 11-039 provides the answers.

In the U.S. DEPARTMENT OF LABOR,  ARB CASE NO. 11-039. I, identified J.B. Hunt Transport Inc. and the other Collaborators learned of my intent to file a FMLA complaint.  That knowledge led the Respondent to take extreme adverse employment action.  Identified and Prohibited by the Surface Transportation Assistance Act 1982, section 31105.  Should not the ARB be informed that thousands of drivers are Black- Balled for attempting to report violations of Health, Safety and this Employee Protection Regulation , 49 U.S.C. Section 31105 part 1536.

 HireRite and their Collaborators have been identified in this case. J.B. Hunt Transport Inc. corrupted the integrity of 2 U.S. DEPARTMENT OF TRANSPORTATION, SAP employees Renise Ferguson of Baltimore, MD and Elizabeth Check of Chicago, IL. CHICAGO LAKESHORE HOSPITAL Administrator, Joe Kemper and Psychiatrist, Dr. Dudek.

HireRite knowingly distributed the false USDOT, SAP reports and false medical diagnosis report, Provided by the Respondent. It is my intent to hold all the Parties accountable. Otherwise, my cause is as futile as pulling a sharks tooth or cutting off the tail of a snake. I pleaded in vain for the ALJ to unleash the full force of the U.S. Dept. of Labor. To Abate what I describe as Systematic Social Economic Oppression.

The ARB does not need to review the whole DAC report, just the response letter from HireRite dated April 21, 2009. The last sentence of the first paragraph states, " The Furnisher(J B. Hunt) of that information has verified the disputed information that remains." Meaning that the Furnisher ( J.B. Hunt) was allowed to confirm the false reports the Furnisher submitted to HireRite. That is not an investigation, but co-operation and collaboration. There is no signature to reference,

Hire more Federal Investigators and Regulators. Using the Fines collected from all the Collaborators named above to pay their wages. I applaud and support the actions taken by the District Court of Virginia. But I can not allow the District Court of Virginia's actions to change my cause or objective pursuant to ARB CASE NO. 11-039

Sincerely,

EDDIE R. WYATT

I, EDDIE R. WYATT do hereby certify that a copy of these objections with the above mentioned Reports has been sent to the Parties listed below, that have not been previously served.  On this_____ day of August 2011 by U.S. Certified Mail.   Sincerely,

**Clerk of the Court**
**United States District Court**
**701 East Broad Street**
**Richmond, VA 23219**

**Leonard A. Bennett**
**Consumer Litigation Associates, PC**
**12515Warwick Blvd. Suite 100**
**Newport News, VA 23606**

**Dane H. Butswinkas**
**725 12ᵗʰ Street NW**
**Washington, DC 20005**
**7Williams and Connolly**

**U. S. Department of Labor**
**Administrative  Review Board**
**200 Constitution Ave. NW, Rm. S-5220**
**Washington, DC  20210**

**Charles Reynolds/ J.B. Hunt Inc**
**425 W. Capitol Ave. Suite 3700**
**Little Rock , AR 72201.**

**EDDIE R. WYATT**

**VETERAN, UNITED STATES ARMY**

**82ⁿᵈ ABN DIV ARTY, FT BRAGG, NC**

Redacted



WYATT
EXHIBIT NO. 5
FOR IDENTIFICATION
DATE: 1-19-2011
RPTR: *Jennifer L. Wiesch*

April 21, 2009



Eddie Wyatt
Redacted
Chicago, IL   Redacted

Dear Mr. Wyatt:

After receiving your dispute regarding information in your file, HireRight conducted an investigation. That reinvestigation has been completed. Enclosed is your current file. Any disputed information that has not at this time been verified has been deleted. The furnisher of that information has verified the disputed information that remains.

The procedure used by HireRight to reinvestigate a dispute is to directly contact that furnisher of the information of the information and advise them of your dispute. They in turn advise us whether the information currently stored by HireRight is correct. The source of the information is normally the records of the company or personal knowledge of the person being interviewed of the events in question. The furnisher's business name, address and telephone number are the same as listed on the report.

If you have not already done so, you have the right to place a statement in your file setting forth the reasons why you dispute certain information or believe that it is incomplete, or to provide an explanation of some negative information. You also may revise your statement at any time. To enter or revise your statement, contact HireRight at 1-800-381-0645. HireRight personnel will assist you in formulating your statement.

If information has been deleted from your report or if you have added a statement, you are entitled to have a copy of your current report with your statement sent to any person(s) specifically identified by you who received the report within the last two years that contained the deleted or disputed information. HireRight may impose a charge for providing those notices. To determine those charges, just ask the consumer consultant representative.

If you have any questions, please contact us at 1-800-381-0645

Sincerely,

Consumer Consulting Department

Enclosure

Verification Complete



background checks required for these companies under 49 C.F.R.
Part 391 for the period of service noted.

Company Name                                    Period of Service
---------------                                 -----------------

J B HUNT TRANSPORT INC                          From 7/2005 to 5/2007
LOWELL, AR

To obtain drug/alcohol test information from the company(s) listed
above, fax a DAC Drug/Alcohol release form to DAC at 800-257-8069.
Releases faxed to other numbers will experience delays in processing.
The driver must sign the DAC Drug/Alcohol release after listing all
the company(s) from which you wish to receive information.

The drug/alcohol report may be retrieved by accessing the MBX "Print
Mailbox" option through Screening services.  Anticipated turnaround
time is 1 hour.

If you need a DAC drug/alcohol release form or have questions about
using DAC's drug/alcohol database please call DAC drug/alcohol mar-
keting at 800-331-9175.
==============================================================

71

APR-30-2001 09:43A FROM:BOllBERG PROPERTY 7737281322                Redacted                P:2/8



Redacted

*Redacted*

2010 STA 69

Exh   D(2)

Redacted

2010 STA 64

*Redacted*

2010 STA 69

*Redacted*

2010 STA 69

*Redacted*

711 West 40th Street
Suite 235
Baltimore, MD 21211



---

### Case Closure Memo

*Redacted*

ASAP is available if you have any further questions (888) 792-2727.   Thank you for your referral.

Sincerely,

Renise Ferguson
ASAP Care Manager
888-792-2727 ext 120

cc: Eddie Wyatt

Eddie Wyatt
DEPOSITION
EXHIBIT
243

ASAP Referral Form

*Redacted*

Page 9



*Redacted*

Elizabeth D. Check, LCSW, CADC, SAP
333 North Michigan Avenue, Suite 1114
Chicago, Illinois 60601-4001
*Telephone/ FAX 773-493-6940*

March 27, 2007

J. B. Hunt Company
P. O. Box 598
Lowell, AR 72745



Redacted

Sincerely,

Elizabeth D. Check, LCSW, CADC

Eddie Wyatt
DEPOSITION
EXHIBIT 44

2010 STA 69

Exh. C (1)

*Redacted*

May 27, 2011

## EDDIE R. WYATT, ADMISSION OF FACTS

Even though, four laboratory test results confirm that there were no drugs of any kind in my system. Chicago Lakeshore Hospital Doctors and staff, Falsified a Medical Diagnosis and Discharge Summary, stating that Cannabis was detected and that I was alcohol dependent.

After certifying me for FMLA, the Hospital Defrauded my insurance plan. Without my knowledge or consent, Dr. Dudek replaced my insurance plan for a lesser plan, controlled and paid for by the Employer.

U.S. Dept. of Transportation, Substance Abuse Professional Officials. Excepted an Employer Referral, without a confirmed BAC of .04 or a positive drug test result. I was not tested for drugs or alcohol by the Employer or USDOT, SAP as required by law.

49 CFR 382.121 Prohibits Employers from subjecting drivers, to the Referral and Evaluation of 49 CFR 391.40, that report a drug/alcohol problem.

After buying falsified U.S. Dept. of Transportation Referral and Evaluation reports, the Employer used them to buy falsified medical Diagnosis and Discharge Summary reports from the Hospital.

The term," SELF- REFERRED" is a contradiction to the guidelines of the U.S. Dept. of Transportation. Because, drivers can not refer themselves, to a DOT drug/alcohol program. Referral and Evaluation to a DOT drug/alcohol program is a required Employer action, AFTER a driver has tested positive for Drugs or Alcohol.



UNITED STATES
POSTAL SERVICE

1000

*Redacted*

*Redacted*

7010 0290 0002 0379 1283

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7010 0290 0002 0379 1283