RECEIVED
SEP 30 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

FILED
SEP 19 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Royals v. HireRight Solutions Inc.
Civil Action No. 3:09cv625;

I strongly disagree and object with the amount of the settlement. They let people know about my history without my consent, in my point of view is a grave crime. They could have gave it to some one who could have stolen my identity. Now people know about me which now I cant do anything about. People who I dont wish to know about me that I never would have consinted to. So yes, I strongly object to such a small settlement for such a big crime. Sincerely submitted:

Rickey L. Devine
A settlement Class Member

P.S. Who know's how many companies, how many times my name has went out. I feel as though I have been violated, striped of my constitutional rights.

Home Phone = [Redacted]

I am mailing Class Counsel & Defense Counsel and Court a copy of my objection. I'm going to mail all of these copies the same day.

*[Signature]*
[Redacted]
Brinkley AR. [Redacted]



*Brittley Devine*
*Brinkley, AR*
[Redacted]

LITTLE ROCK AR 722
24 AUG 2011 PM 2 T

U.S. MARSHAL
INSPECTED

Clerk of The Court
United States District Court
701 East Broad Street
Richmond, VA 23219