DuSean S. Davis

Streamwood, IL *Redacted*
*Redacted*
August 23, 2011


RECEIVED
AUG 30 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Ryals v. HireRight Solution Case
Civil Action No. 3:09cv625

Dear United States District Court:

This letter is to object to the settlement and complain about the consumer reporting agency not following guidelines when reporting my criminal and credit report to an employer. I believe that several employers violated the Fair Credit Reporting Act (15 U.S.C &1681 et seq). The consumer reporting agency inaccurately reported or provided information to unauthorized individuals. They kept inaccurate records and did not run new reports for each employer. Consumer reporting agencies are not allowed to report arrest records that are more than seven years old. I know that criminal convictions are not subject to a time limitation for reporting. My goal is to prevent inaccurate information distributed by consumer reporting agencies. I feel that I lost a great opportunity to provide for my family. I would have been making over fifty thousand dollars a year. I am a college graduate with my MBA. I always give back and help people. Please understand my frustration. My family is worth more than $10.00 or $55.27 they want to settle for. I am asking for a fair amount of one hundred thousand dollars. Thank you for your consideration

Sincerely,

*[signature]*

DuSean S Davis

FILED
SEP 19 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

