August 25, 2011

Clerk of the Court
United States District Court for the Eastern District of Virginia
Honorable Judge John A. Gibney, Jr. (Presiding)
701 East Broad St.
Richmond, VA 23219

AUG 30 2011

Subject: <u>Objection</u> to the Settlement offer by the Defendant in the following case.

Ryals v. HireRight Solutions, Inc.   Civil Action No. 3:09cv625

Dear Sir:

I'm writing to you in regards to the settlement offer in the above entitled case by the Defendants. First and foremost, I wish to introduce myself to you out of respect. My name is Kevin Aubin. I'm a 50 year old Honorably Discharged SAR Veteran who was severely injured on a jobsite in 2007. Based on the injury that I received I'm considered permanently disabled. Before my injuries I was a Project Manager overseeing all phases of installation of telecommunication and electrical installation above ground as well as below. I had 25 years of experience in that field. Based on my injuries as well as loss of wages, my wife and I suffered financially as one might think. We nearly lost our home and if we had not obtained Chapter 13 Bankruptcy protection we would have lost all that we worked so hard for.

Secondly, although I was classified to be disabled I applied for the position of utility locator, which as the recruiter stated "I was over qualified" for, even being disabled. However based on my experience the recruiter wished to try and get me into the position at least on a part-time basis because of my experience and training. It was obvious and I had clearly stated to the recruiter that I had credit problems based on my injuries as well as an old conviction on record for DUI (20 years ago) as well as another conviction (15 years prior). As with everything in life I learned and paid as others from my mistakes and further was entrusted with millions of dollars' worth of equipment for my employer thru my career. Obviously my employers trusted me and took a chance that I would be a great employee. Based on my situation, I believe, I was denied a position based on information obtained illegally by the defendants further punishing my family and myself honorably and financially.

Lastly, Please except this letter as Verification of Membership within this Settlement Class and further I believe I have paid for my mistakes and I continue to pay for my injuries which were not due to my own personal error, therefore, I believe the Defendants should have to take responsibility and pay for violating the law and the effect it had on the plaintiffs in this case. I believe the offer of $24.00 to me for their mistake is a disrespectful and totally demeaning amount not to just me and the plaintiffs, but to this court as well. I could not possibly imagine that this Honorable Court would even consider this option from the defendant and to do so would seem meaningless within the high court's jurisdiction. I further believe that this is not a

SEP 19 2011
CLERK, US DISTRICT
RICHMOND

frivolous action within this high court as well as it is my opinion you should not allow such a demeaning effort to be even entertained in your presence or within the court. No matter the outcome I will respect any decision that you make in regards to this case and I hope and pray that you will hear at least my plea for an honorable settlement.

Respectfully Submitted,

Kevin Norris Aubin
Redacted
Pendleton, Indiana Redacted
Redacted
Settlement Class Member


I certify under the penalty of law, that I Kevin Norris Aubin did hereby mail a copy of this letter and its attachments via US Postal Mail in Pendleton, Indiana to the following parties:

_____  8-25-2011
Kevin Norris Aubin


Clerk of the Court
United States District Court for the Eastern District of Virginia
Honorable Judge John A. Gibney, Jr. (Presiding)
701 East Broad St.
Richmond, VA 23219

Class Counsel
Leonard A. Bennett
Consumer Litigation Associates, PC
1215 Warwick Boulevard, Suite 100
Newport News, VA 23606

Defense Counsel
Dane H. Butswinkas
Williams and Connolly, LLP
725 12th Street, NW
Washington, DC 20005

Print - Close Window

Subject: Utility Locate Technician
From:    Jennifer Kendust (jkendust@iplacement.com)
To:      Redacted
Date:    Mon, 30 Mar 2009 17:28:25



*iplacement*
Bright Solutions Brilliant Results

March 30, 2009

Dear Kevin Aubin,

I regret to inform you that your application for employment with Central Locating Service/SM&P is no longer being considered. This decision was influenced in whole or in part by a consumer report prepared by USIS Commercial Services. USIS did not make this decision and is unable to provide you with the specific reasons for the decision.

You have the right to dispute the accuracy or completeness of any information in the report by contacting USIS. You may also obtain a free copy of your consumer report directly from USIS if you request it within sixty (60) days. You will be asked to provide your full name, mailing address, social security number, the name of our company, and a photocopy of your driver's license and social security card for identification purposes. You may contact USIS at the following address or phone number:

          USIS Commercial Services

          Consumer Consulting Department

Rosemarie & Kevin Aubin
Pendleton, IN

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
701 EAST BROAD ST.
RICHMOND, VA 23219