Notice of Intention to Appear OW

In the Ryals vs Hire Right Case

Yes I would like to speak !!!
???

Michael L. White          Redacted

Dallas Tx 75216

Lost of Job Background Check

Company: Just Energy (+) many more

Lost CDL Way of Life / Emotional Wreck

Lost Wife 9½years (who nohelp Financidy)

Pain/Suffering years / Child Birthday gift

Plus support hurt everyday

State of Texas / Missouri was aware

of this I wasn't one time updated

harrassment from Police.

FILED

SEP 1 9 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Phone #
Home #          Redacted

Redacted 1967 Black Male

NORTH TEXAS PAM
DALLAS TX 750
25 AUG 2011 PM 8 L

U.S. MARSHAL

Clerk of the Court
United States District Court
701 East Broad Street
Richmond VA 23219

23219352899

Michael L White

Redacted

Redacted 1x

DALLAS



RECEIVED
AUG 31
CLERK. U.S. DISTRICT COURT
RICHMOND, VA