TO: CLERK OF THE COURT
    UNITED STATES DISTRICT COURT
    701 EAST BROAD STREET
    RICHMOND, VA  23219



RE: Ryals v. HireRight Solutions, Inc.,  Civil Action No. 3:09cv625

FROM: TIMOTHY JOHN BILES

SAPULPA, OK *Redacted*
PHONE *Redacted* (WORK)
       *Redacted* (HOME)

22 Aug 2011

IF IT MAY PLEASE THE COURT,
  I must object to low monetary judgement being considered in relation to this case. Due to HireRight's malfeasance, not only have I been denied employment by certain trucking companies, I was also terminated from employment with Covenant Transport in August of 2005 due to misleading information that was provided to said company by HireRight despite my protest that the information regarding criminal background was in error and misleading regarding a case that was dismissed from 1992.
  Not only did the loss of employment create undue stress of unemployment it also tainted my reputation in gaining gainful employment and to this day I have a sense of dread when I see a company using USIS/ HireRight when providing a pre-employment check.
  In consideration of the damages that have been inflicted by this company to others and myself I pray that the Court consider a more substational award in lieu of the damages incurred.
  Thank you for your attention to this matter.

                                  Sincerely,

                                  TIMOTHY J. BILES

P.S. A similiar letter has been sent to class and to defense counsel.



Clerk of the Court
United States District Court
701 E. Broad St
Richmond, VA 23219

T.J. Biles
Sepulpa, OK