Clerk of the Court
U.S. District Court
701 East Broad St.
Richmond, VA 23219

Ryals v. HireRight Solutions Case
Civil Action No 3:09cv625
Ph# Redacted

8-25-11

To whom it may concerns,
    I Recieved A Letter Few year Ago from This Settlement Administrator About this Case. And I was quietly disdurst About what I was informed About. Being that I now Lost A Great Job propect, I couldn't understand why They Turn me down. I Asked them to give me A Reason But they Say they would not. And that was not considered for the Job. It seem strange that A few days ~~Ealry~~ Earlier. The Company's I was Appling ~~for~~ All of A sudden. Who had showed A Lot of Interest In me Now All of A sudden. Wouldn't talk to me or Return a call. I sent me ~~for~~ quiet A Loop. These were very good + high paying Job, I'Am A Truck Driver By Trade And it ~~meant~~ would have meant quiet A change in my Life. I just couldn't understand what had happens. After time had past I Recieved this Settlements Letters And Now I'Am Beginning to Figure out what is going on Now. In Case you don't Know. I'Am A professional Truck Driver By Trade I Recieved my Training in A Professional Semi-Tractor Trailer Truck Driver Academy. I spent quite A Lots of Money And Hours to Recieved my C.D.L.

And I love my work. I am very dedicated to what I do. At thetime I look and seeking new employment. I put in at least 5 or 6 application at good paying jobs. In which the lowest paying was 35,000 a year and highest 60,000 a year salary with all kinds of benefit and hiring bonus's. There fore I highly feel that a mere 35.00 to 56,00 would not even begin to be fair so I do obect. The settlement is not fair, reasonable or adequate.

Maybe would accept if it was just a little more reasonable if it would be the average between the too jobs mention above. As for the proof of my lost I haven't recieved any document of the effect of this bad records keeping. All I recieved was a phone call from two of the jobs offers + no respone the the other at all when I call back they would not release any reason for my this disqualifacation of jobs. So thank you, for reading + taking the time to here my word + feeling on this matters.

Signed;
E.J. Brooks
Eddie J. Brooks



Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA 23219



RECEIVED
AUG 3 1 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Mr. E. J. Brooks
Wiergate, Texas