RECEIVED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

2011 SEP -2  A 11: 45

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

| | |
|---|---|
| JAMES RYALS, JR., et al,<br>on behalf of themselves and all<br>others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>HIRERIGHT SOLUTIONS, INC., et al,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL NO. 3:09cv625<br>)<br>)<br>)<br>) |

FILED
SEP 19 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**MOTION ASKING FIVE MILLION U.S. DOLLARS PERSONAL DAMAGES TO
ALL, PURSUANT THE U.S. CODE AND VIRGINIA CODE, AS AMMENDED**

COMES NOW the Petitioner, Alberto Medina Lopez, pro se, to ask urgently to this Honorable District Court FIVE MILLION U.S. DOLLAR in personal monetary tort damages against the Defendants; based on their illegal and fraudulent actions conducive to harm and destroy his person, life, public reputation, image, property and civil rights, based on the following facts, evidence, Law and Equity:

On August 2011, the undersigned Petitioner was notified by the U.S. Federal Court, by regular mail, about the present legal civil action, as affected class action party.

On said notice, the Petitioner was informed about all the illegal, tort and fraudulent activities practiced by the Defendants, providing to hundreds of employers in America nationwide PERSONAL NEGATIVE AND ILLEGAL TAXATION LIENS confidential information WITHOUT AUTORIZATION AND WITHOUT NOTIFICATION when the Petitioner applied to hundreds of jobs before hundreds of employers in United States between the dates of October 5, 2004 to October 15, 2010.

## GROUNDS

The Petitioner is a born U.S. American Citizen, adult, authorized driver, businessman, employee, resident in Prince William County located at the State of the Commonwealth of Virginia since the year 2002, philanthropist, administrator, heir and grantee of one of the richest families in America with FIVE TRILLION accumulated assets since the year 1750, known as the Estate of Basilio Lopez Martin (See **WWW.EBLM.US**), major taxpayer in United States and the State of Virginia, with the capacity to sue and be sued.

On the year 2007 the Petitioner filed under penalty of perjury before the Internal Revenue Service (hereinafter IRS) his personal federal taxation for the fiscal years **2004** (beginning on July 1st, 2003, and ending on June 30th, 2004); **2005** (beginning on July 1st, 2004, and ending on June 30th, 2005); **2006** (beginning on July 1st, 2005, and ending on June 30th, 2006); and **2007** (beginning on July 1st, 2006, and ending on June 30th, 2007) with the purpose to ask huge federal refunds based on overpaid federal taxes as follow:

### PERSONAL FEDERAL TAX ACCOUNTING / FISCAL YEAR 2004

| | |
|---|---|
| GROSS INCOME | $1,584,217,533.00 |
| ADJUSTED GROSS INCOME | $1,584,217,533.00 |
| CASUALTIES & THEFTS LOSSES | $1,584,187,760.00 |
| STATE PAID TAXES | $225,996,000.00 |
| ITEMIZED DEDUCTIONS | $1,762,661,419.00 |
| EXCESS FEDERAL PAYMENTS (Soc. Sec. & Medicare) | $99,061,994.00 |
| OVERPAID FEDERAL TAXES CREDIT | $99,061,994.00 |
| REFUNDS FOR OVERPAID FEDERAL TAXES | $99,061,994.00 |

### PERSONAL FEDERAL TAX ACCOUNTING / FISCAL YEAR 2005

| | |
|---|---|
| GROSS INCOME | $1,653,029,727.00 |
| ADJUSTED GROSS INCOME | $1,653,029,727.00 |
| CASUALTIES & THEFTS LOSSES | $1,652,997,840.00 |
| STATE PAID TAXES | $248,881,656.00 |
| ITEMIZED DEDUCTIONS | $1,852,291,229.00 |
| EXCESS FEDERAL PAYMENTS (Soc. Sec. & Medicare) | $104,852,933.00 |
| OVERPAID FEDERAL TAXES CREDIT | $104,852,933.00 |
| REFUNDS FOR OVERPAID FEDERAL TAXES | $104,852,933.00 |

### PERSONAL FEDERAL TAX ACCOUNTING / FISCAL YEAR 2006

| | |
|---|---|
| GROSS INCOME | $1,729,304,364.00 |
| ADJUSTED GROSS INCOME | $1,729,304,364.00 |
| CASUALTIES & THEFTS LOSSES | $1,729,280,980.00 |
| STATE PAID TAXES | $257,822,000.00 |
| ITEMIZED DEDUCTIONS | $1,935,226,228.00 |
| EXCESS FEDERAL PAYMENTS (Soc. Sec. & Medicare) | $109,058,243.00 |
| OVERPAID FEDERAL TAXES CREDIT | $109,058,243.00 |
| REFUNDS FOR OVERPAID FEDERAL TAXES | $109,058,243.00 |

### PERSONAL FEDERAL TAX ACCOUNTING / FISCAL YEAR 2007

| | |
|---|---|
| GROSS INCOME | $1,781,159,409.00 |
| ADJUSTED GROSS INCOME | $1,781,159,409.00 |
| CASUALTIES & THEFTS LOSSES | $1,781,159,409.00 |
| STATE PAID TAXES | $265,556,660.00 |
| ITEMIZED DEDUCTIONS | $1,993,285,802.00 |
| EXCESS FEDERAL PAYMENTS (Soc. Sec. & Medicare) | $112,329,822.00 |
| OVERPAID FEDERAL TAXES CREDIT | $112,329,822.00 |
| REFUNDS FOR OVERPAID FEDERAL TAXES | $112,329,822.00 |

Since the year 2000, said multibillionaire taxation, and other previous filings, has been concealed by corrupted public officials working at the IRS and the Department of Taxation of Virginia, with the aggravation of imposing tax liens and penalties against the Petitioner as a coercion tool in excess of SEVEN HUNDRED MILLION DOLLARS.

Unfortunately, said huge tax dispute, orchestrated criminally and illegally by said corrupted officials, investigated now by the U.S. Department of Justice and the FBI, has had the consequence to affect the Petitioner's credit history, and also, his public reputation and image before the labor and banking sectors.

### DEFENDANT'S ILLEGAL ACTIONS

The Defendants illegal actions and tort damages are based on the facts that: 1) The Petitioner never, ever, authorized to the Defendants the release to the employers of said illegal multimillion taxation liens issues, included on the background reports; 2) Never, ever, authorized to the Defendants the release to the employers of the $600 million tort damages lawsuit against the Department of Taxation of Virginia (see **http://eblm.us/VAPetition.htm**), included on the background reports; 3) Concealed and never notified to the Petitioner the content of the negative backgrounds reports before releasing them; and 4) Never, ever, notified to the Petitioner said NEGATIVE background reports keeping the Petitioner unaware; eliminating by said tort actions the Petitioner's possibilities of being hired before hundreds of employers.

### REMEDY

Based on all the applicable laws, and specially the federal Fair Credit Reporting Act, 15 U.S.C. sec. 1681 et seq. ("FCRA"), the Petitioner is entitled to receive $5,000,000 tort damages by lost salaries during 10 years and negative image broadcast.

## CONCLUSION

WHEREFORE, your Petitioner, Alberto Medina Lopez, respectfully moves this Court to enter an order authorizing all the epigraph's remedies pursuant the Law and/or Equity, including any further relief as the Court may deem appropriate to eliminate the Petitioner's hardships and sufferings product of the violation of his civil and constitutional private rights by the Defendants.

I ASK FOR THIS: August 31, 2011

*[signature]*

Alberto Medina Lopez
Redacted
Woodbridge VA Redacted
Redacted

### CERTIFICATE OF SERVICE

I certify today August 31, 2011 that I mailed a copy of this Motion to:

- Ryals Settlement Administrator
PO Box 1387 Blue Bell, PA 19422

- Class Counsel / Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Blvd, Suite 100 Newport News, VA 23606

- Defense Counsel / Dane H. Butswinkas
Williams & Connolly, LLP
725 12th Street, NW Washington, D.C. 2005

Alberto Medina Lopez
*[signature]*



| | |
|---|---|
| Notice | CP11 |
| Tax Year | 2008 |
| Notice date | March 7, 2011 |
| Social Security number | Redacted 032 |
| To contact us | Phone 1-800-829-8374 |
| Your Caller ID | Redacted |
| Page 1 of 4 | |

Department of the Treasury
Internal Revenue Service
PO Box 249
Memphis, TN 38101-0249

022783.845742.0089.002 1 AB 0.360 702

ALBETO MEDINA LOPEZ
Redacted
WOODBRIDGE VA Redacted

022783

## Changes to your 2008 Form 1040
# Amount due: $407,559,123.70

We believe there are miscalculations on your 2008 Form 1040, which affect the following areas of your return:

- Exemption Amount
- Tax Computation

We made changes to your return that correct these errors. As a result, you owe $407,559,123.70.

### Billing Summary

| | |
|---|---|
| Tax you owed | $302,816,989.25 |
| Payments you made | 0.00 |
| Failure-to-file penalty | 75,704,247.31 |
| Interest charges | 29,037,887.14 |
| **Amount due by March 21, 2011** | **$407,559,123.70** |

### What you need to do immediately

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**
- Pay the amount due of $407,559,123.70 by March 21, 2011 to avoid additional penalty and interest charges.

Continued on back ...

---

## Payment

ALBETO MEDINA LOPEZ
Redacted
WOODBRIDGE VA Redacted

| | |
|---|---|
| Notice | CP11 |
| Notice date | March 7, 2011 |
| Social Security number | Redacted 1032 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (Redacted 1032), the tax year (2008), and the form number (1040) on your payment and any correspondence.

| Amount due by March 21, 2011 | $407,559,123.70 |
|---|---|

INTERNAL REVENUE SERVICE
Cincinnati, OH 45999-0150

583291032 AA MEDI 30 0 200812 670 40755912370

# Commonwealth of Virginia
*Department of Taxation*

## NOTICE OF TAX LIEN AND DEMAND FOR PAYMENT OF STATE TAXES, UNDER SECTION 58.1-1804 OF THE CODE OF VIRGINIA

ALBERTO LOPEZ
Redacted
WOODBRIDGE, VA Redacted

Trade Name (if any):
Case Number: C0000588340
SSN/FEIN (if any) Redacted 1032

**Date Due: 05/05/10**



**WAGE/INCOME LIEN**
**TAXPAYER COPY - KEEP FOR YOUR RECORDS**

**Amount Due: $25,873,941.76**

Employer/Income:
ADVANCE AMERICA CASH ADVANCE

135 N. CHURCH STREET
SPARTANBURG, SC 29306

This lien is issued under the authority of Section 58.1-1804 of the *Code of Virginia* and applies to 100% of your total wages, salaries, commissions, interest, rent or any other property up to the amount due. This lien has been sent to your employer or other asset source. They are required to withhold funds due to you and to send the funds to the Department of Taxation to pay your tax debt.

For cases in which you face severe hardship due to this lien, the exemption table on page 2 of this form may be used. To discuss payment, contact your Department of Taxation Representative at:

| | | | |
|---|---|---|---|
| **Issuing Office:** | Office of Compliance | **Signature:** | *Diane McCoy* |
| | Post Office Box 1880 | | |
| | RICHMOND, VA 23218-1880 | **Department of Taxation Representative:** | Diane McCoy |
| **Date:** | April 6, 2010 | **Phone Number:** | (804) 367-8045 |

Esta notificación es muy importante. Si necesita asistencia en español favor de comunicarse al (804) 367-8031, opción 7 para español.

*NOTE: Your employer must withhold your wages to pay Amount Due on or before the Date Due shown above, or as funds become available. Interest continues to accrue until paid in full. For additional details regarding amount(s) owed, refer to the enclosed Detailed Statement of Outstanding Liabilities.*

Attachment: Detailed Statement of Outstanding Liabilities

To file missing tax returns online, visit www.tax.virginia.gov Availability Limited

Post Office Box 1880 • RICHMOND, VA 23218-1880
www.tax.virginia.gov

Page 1