August 20, 2011

Ryals v. HireRight Solutions, Inc.
Civil Action No. 3:09cv625.

William Earl Burney
[Redacted]
Oxford, MS, [Redacted]

Phone: [Redacted]

FILED
SEP 19 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Dear Sir,
    This letter is written to object to what I am to receive within this settlement. My life as a whole was hurt through what HireRight Solutions let happen to me.
    Attorneys are receiving Thousands of dollars when I'm only receiving $10.00 to $55.00.
    Since I'm the injuried party I fell that more money should be directed toward me.
    I'm not objecting to what the Attorney's receive, just what I am receiving. It should be more that under a hundered dallors.
    Thank You, for your time and efforts in this matter. Respectfully, William E Burney

MEMPHIS TN 381

29 AUG 2011 PM 3 T

USA FIRST-CLASS FOREVER

U.S. MARSHALS

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA. 23219

William E. Burney
Redacted
Oxford, MS.
Redacted