August 29, 2011

Mark Head
Redacted
Greenwood, MS Redacted

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA 23219

To whom it may concern:

The below letter was mailed on August 29, 2011 to the below addressees (Class Counsel and Defense Counsel) referencing case *Ryals v. HireRight Solutions, Inc., Civil Action No. 3:09cv625.*

(Defense Counsel)
Dane H. Butswinkas
Williams & Connolly, LLP
725 12th Street, NW
Washington, D.C. 20005

(Class Counsel)
Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

Please accept this letter as my formal statement to object the proposed settlement in *Ryals v. HireRight Solutions, Inc., Civil Action No. 3:09cv625.* The settlements outlined are unfair and unreasonable because they do not compensate for the loss of employment and possible experienced gained.

I believe HireRight formerly known as USIS Commercial Services, Inc provided background information on me to MDS, Material Delivery Services. I applied for employment with MDS in 2006 as a truck driver and was denied employment. Upon applying for employment, I had been an experienced licensed truck driver for four years. My rights under the Fair Credit Reporting Act was violated because I was not aware that a background check was being done and I do believe the information provided may not have been up-to-date, which caused me to be denied employment.

A fair and comparable settlement would include the base salary of a MDS truck driver(in 2006) times 5 years (time span from when I applied for employment to present day).

I hope you understand my concerns and why I object to the proposed settlement. If you have any questions please do not hesitate to contact me at Redacted

Sincerely,

*Mark Head*

Mark Head

