9-2-2011

I Frank Ruch got a letter from Ryals v. HireRight Because some one us my name before a got a good job I put out a lot jobs application now I know that's why no one call be because of this and you are paying 10.00 to 52.00 my name is out there. that worth more then that who give auy body the right to do something like that I did not give permission to Ruin my Repitation I a truck driver now.. were is my Rights now?

Frank Ruch



RECEIVED
SEP - 7 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA



FILED
SEP 1 9 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

3:09cv625

Clerk of the court
United state District court
701 EAST Broad st
Richmond, VA. 23219

23219$1833

Frank T Ruch
Redacted
Whitehall, PA Redacted

