August 30, 2011

Clerk of the Court

United States District Court

701 East Broad Street

Richmond, VA 23219



Re: CIVIL NO. 309:cv625

I am writing you cause I called when I got the letter saying a class action suit has been filed on the company (Usis aka HIRERIGHT SOLUTIONS, INC)

I feel the settlement would not be fair. And the reason is this company has done me wrong twice. And it took me over two years to get them to correct it.

The reason I say this is they put another man on my record and it almost cost me a trip to jail. Cause they put a criminal on my records. And we I approach them they made me send them prove of what I was saying. So I had to go through a lot of embarrassment and emotional stress to clear this up. I had to go as far as getting myself finger printed and sending to them and Florida to prove it was not me because he was an escapee.

When I approach usis at the time they said: well sir we don't check anything, all we do is when someone sends information in we just look and if there is a name that matches we put it on that file. Well that is so wrong. Cause the man they put on me was no where near me or what I looked at. They said well its took care of why are you so mad, well it took us two years to clear this matter up and I had to carry around my finger prints and paper in case I got stopped or something happen to prove I was not said person. And while applying for work I feel they judged me because this man was on my records.

So the settlement of 16 to 85 dollars is not enough. They cost me numerous chances for a great job. They need to make it up for the mistake and there careless hearts and saying: well we can't do anything about it just explain to them what happen. Why should I have to explain for the mistakes and the careless acts?

Cause here is my information:



James Carl Baker

DOB: Redacted 1961

Eyes: blue

Weight: 266

Sex: male

Hair color: brownish, gray but keep my head shaved.

Height: 6 feet 1 inches

So big difference from the man they put on my record. More less I AM NOT A CRIMINAL LIKE HE WAS. HE IS SERVING LIFE SENTENCE NOW IN VA PRISION AND I PRAY THEY DON'T EVER LET HIM OUT. CAUSE I DON'T WANT TO GO THROUGH THE NIGHTMARE THIS COMPANY HAS CAUSED ME EVERY AGAIN.

Thank you for listening to me and making a judgment in my fair of more than that small amount because I have to start my life again and that is not right for the error and they didn't care.

If you need more information please feel free to call me at Redacted or Redacted and if not in leave a message and call back number and return your call ASAP.

Thank you

James Carl Baker

Redacted

Piedmont, South Carolina Redacted

# SOUTH CAROLINA LAW ENFORCEMENT DIVISION



**MARK SANFORD**
*Governor*

**ROBERT M. STEWART**
*Chief*

August 26, 2005

Mr. James Baker
Redacted
Piedmont, South Carolina Redacted

Dear Mr. Baker:

This letter is in reference to information you sent our office concerning a criminal history report provided by USIS Commercial Services, Inc.

The charges that you are concerned with appear to be from Florida. Since this information is out of our jurisdiction you will need to contact The Florida Department of Law Enforcement at Criminal Justice Information Services, Florida Department of Law Enforcement, Post Office Box 1489, Tallahassee, Florida 32302.

If you have any questions you may contact our office at 803-896-7005.

Sincerely,

Joseph E. Means, Lieutenant
Crime Information Center

SEP 0 2 2005

QUALITY CONTROL SECTION
FLORIDA DEPT OF LAW ENFORCEMENT




**An Accredited Law Enforcement Agency**
P.O. Box 21398  /  Columbia, South Carolina 29221-1398  /  (803) 737-9000  /  Fax (803) 896-7041

SOUTH CAROLINA
DEPARTMENT OF MOTOR VEHICLES
COMMERCIAL DRIVER'S LICENSE

Redacted

This is me!



APPLICANT

BAKER   James   CARL

X James C. Baker

Redacted

Redacted   1964

Redacted

PIEDMONT, SC

M W 6'1 235 Blue Bown

8A05

Background/Records check   Redacted   6200

Redacted

pg 1 of 2

These are my finger prints !
I had to get to prove
I was not Other person

# FEDERAL BUREAU OF INVESTIGATION
## UNITED STATES DEPARTMENT OF JUSTICE
### CJIS DIVISION/CLARKSBURG, WV 26306

1. LOOP

*Redacted*

pg 2 of 2

# Florida Department of Law Enforcement

*Guy M. Tunnell, Commissioner*

*Jeb Bush, Governor*
*Charlie Crist, Attorney General*
*Tom Gallagher, Chief Financial Officer*
*Charles H. Bronson, Commissioner of Agriculture*

September 23, 2005

Mr. James C. Baker
Redacted
**Piedmont, South Carolina** Redacted

Dear Mr. Baker:

**A search of the Florida Department of Law Enforcement's (FDLE) Computerized Criminal History (CCH) database, as well as a comparative fingerprint analysis through the AFIS database revealed the following:**

☐ The submitted fingerprints are the same as those contained within State Identification Number (SID): .

☐ Enclosed is a copy of your criminal history record.

☒ No criminal history record exists for the submitted fingerprints in Florida's CCH files.

☒ The submitted fingerprints **do not** match those contained within SID: **1691583**.

☐ The fingerprint card submitted is missing the necessary information utilized for processing. Enclosed is a blank fingerprint card, please be sure all fields are complete (including prints) and resubmit for processing.

☐ Other:

Should you require further assistance or have additional questions regarding this matter, please contact Fingerprint Analyst, Katrina Roddenberry at (850) 410-7897.  When calling, please make reference to case number **24418**.

*Committed to*
*Service • Integrity • Respect • Quality*





*This is who they put on my Record for over "2" years!*

### Sex Offender Individual Record
### Violent Sex Offender


Print

| SOR Home |
| Search the Public Notification Database |
| Background |
| Statutes |
| Register for Community Notification |
| Frequently Asked Questions |

**Registrant Information**                    **Photograph**

*Redacted*

**Sex Offender Conviction Record**

| Case Number | Sentencing Court | Code Section | Statute | Date of Conviction | State Convicted | Victim |
|---|---|---|---|---|---|---|
| | | | *Redacted* | | | |

*Redacted*

Unlawful use of the information for purposes of intimidation or harassing
another is prohibited and willful violation shall be punishable as a Class 1
misdemeanor.

NOTE: Data contained in the registration may be primarily based on
information furnished by the convicted Sex Offender, therefore, the Virginia
Department of State Police cannot guarantee the accuracy of the record.
To obtain further information pertaining to the registration process click
here.

**Email VSP**

Copyright 2006 Virginia State Police - All rights reserved -
Database as of: Nov 27 2007 at 03:00 am

*handwritten: @ 570-1603 Direct Line*

*handwritten: Trooper 1917 Crker*

*Redacted*

| Customer: | Pro Drivers |
|---|---|
| User: | Robert Lane |

# VIEW REPORTS - SUBJECT LIST

*handwritten: Police Dept. 757-926-8786   757-928-4100*

## USIS Guardian (TOPS)

Customer:      Pro Drivers (104993)
Actor:        Robert Lane (6803Robert)

*handwritten: USIS.com  click on commerce  go to dispute*

Subject Name: James Carl Baker
Subject DOB: *Redacted* 1961
Subject SSN: *Redacted* 6200
Subject Race: W
Subject Gender: M
Search Type: S

Search State: US

Search County: Nationwide
Result Comments:

*handwritten: 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 Buckingham 5/4/1962*

ReportNumber: 1339900
Request ID 16555390
Request Date: 11/05/2007
     8:27:46 AM
Report Date: 11/27/2007
     2:05:46 PM
Reference:

*handwritten: Click on link for dispute.  Fill out + Sign*

*handwritten: This is what my Record showed for over "2" yrs !!*

*handwritten: This is not !! me ..*

### SEX OFFENDER SEARCH RESULTS

Name: JAMES C BAKER
Status:
Risk Level:
Registed Offender: 1

Request ID: 16555390
SBI: 7510
DOC Number:

Offenses:      *Redacted*

Offense State:

Offense County:
Offender Age: 45

Offense Date:
Victim Gender:
Victim Age:
SSN:
Gender: Male
Height: 5'11"
Eye Color: Brown

*handwritten: Called 11/28 1:45 pm left # with Stephanie  Jennifer 2:30pm*

Conviction Date: 07/29/1997
Conviction State: VA
Conviction County: NEWPORT NEWS

Last Address:      *Redacted*
RICHMOND, VA *Redacted*

DOB:

Race: White
Weight: 244
Hair Color: Red
Markings:
Comments:

Last County:
Date Address Entered:
Offender Sentence:



USIS COMMERCIAL SERVICES, INC.
4500 SOUTH 129TH EAST AVENUE
SUITE 200
TULSA OK US 74134-5885


JAMES CARL BAKER

PEIDMONT, SC Redacted


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


This letter is notification that the enclosed Public Record
Information on the individual listed above has been ordered by
and is being provided to:

   PRO DRIVERS

   14 B BROZZINI COURT
   GREENVILLE SC 29615
   864-627-4288

This notice is being sent to you pursuant to Section 613 of the
Fair Credit Reporting Act.

This information was obtained for the company listed above by
USIS Commercial Services, Inc.

If you need assistance regarding this information,
please contact USIS Commercial Services, Inc. at 800-381-0645
and ask to speak with one of our Consumer Consultants.

Thank you,


USIS Commercial Services, Inc.

*[Handwritten:]* pg 1 of 12
ones highlighted
are the other man
who showed up
on me for over "2"
years before they
took off !!

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD
--------------------------------------------------------------------------------
20/20 INSIGHT BUNDLED REQUEST INFORMATION
--------------------------------------------------------------------------------



*Redacted*

SEARCH AREA: NATIONWIDE

-----------------------------------------------------------------------

REQUEST DATE: 9/19/2005

-----------------------------------------------------------------------

20/20 INSIGHT BUNDLED FILE INFORMATION

*Redacted*



*Redacted*

STATE/COUNTY:     SC GREENVILLE



*Redacted*



*Redacted*



*Redacted*



*Redacted*

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.

-----------------------------------------------------------------------

The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States. These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report. As such, these records might relate
to the subject you inquired about, but not necessarily. You should use this
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.

-----------------------------------------------------------------------

STATE/COUNTY: SC GREENVILLE



*Redacted*



*Redacted*



*Redacted*



*Redacted*



SEP 0 2 2005

QUALITY CONTROL SECTION
FLORIDA DEPARTMENT OF LAW ENFORCEMENT

CPU U.S. POSTAGE
$ 6.83
SEP 01 2011
MAILED
29573

PB 1P 000
3660050
FCMF

Postage Paid# 883

CERTIFIED MAIL

7010 0780 0001 4123 5267

Redacted

Redacted

Redacted

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA 23219

U.S. MARSHAL