Civil No 3:09cv625

9-5

FILED
SEP 1 9 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

B
SEP 1 2 2011
CLERK, U.S. DISTRICT
RICHMOND

To Whom It May Concern:

This letter is to inform you that No one will ever Know the full efect of the information that has been passed thru the industry.

I believe that the settlement is totaly unfair. People in Minor accidents are awarded larger settlements, and Never loose a day of work. Our Careers are ~~sever~~ damaged by inaccuart information

I have sent Copies of the information from A lot, or Most of the Coppanies that requesting background on me, it always come back to me the same, Criminal record.

Please see that all driveres afected be Com fairly.

Juwayne Robins Sr.



Mr. Dwayne Robins
Shreveport LA

Redacted

US SEP 2011 PM 1 L

S. MARSHALS
INSPECTED

Clerk of the Court
United States District Court
701 East Broad St.
Richmond, VA 23219