TO: Court, Clerk of the Court, United States District Court

FROM: Ralph E. Tickle [Redacted] Lubbock, TX [Redacted] [Redacted]



DATE: September 12, 2011

RE: Objection to Settlement – Ryals v. HireRight Solutions, Inc., Civil Action No. 3:09cv625

---

My objection to this settlement, Ryals v. HireRight Solutions, Inc., Civil Action No. 3:09cv625, is that it is not enough compensation. In January & February of 2007, I was in need of employment. I am the owner of a semi truck and I had applied to many trucking companies at the time, to hire my truck and myself on as an owner operator/lease contractor. I was told by J.B. Hunt that they would hire me, so I traveled to Dallas for orientation. I was in training everyday from 7:00a.m. to 5:30p.m., Monday-Friday. On Friday, I was told they were not going to hire me due to the USIS Report they had received. I do not know what was in the report, as I was never given a copy.

I then applied to USA Trucks and they told me they would hire me. I then traveled to Arkansas where their home terminal is. I went to orientation for one week, 7:00a.m. to 5:30p.m., Monday-Friday. Once again on Friday, I was told they would not hire me based on the report they got back from USIS Report. I still do not know what was in the report. For the next two months, I encountered these similar results.

I applied to Seaboard, Tri-State, CR England, Swift and several others. I was out time, money and a job for months due to USIS Reports. This time was very stressful for me. I had a $2,000.00 a month truck payment and my truck insurance was $500.00 a month, not including my household bills and I could not get a job, due to the USIS Report. I do not think the compensation of $10.00-$55.27 is near enough. Please reconsider the amount for the settlement. I am sure there were many others that USIS Reports put through a lot of stress, as well as, undue loss of income.

At this time, I am also sending a copy of this letter to the Class Counsel and the Defense Counsel. Thank you for your time and consideration.

Sincerely,

Ralph E Tickle

Ralph Tickle
Redacted
Lubbock, TX Redacted

LUBBOCK TX [postmark]

Clerk of the Court
United States District Court
701 East Broad St.
Richmond, Va 23219

23219+1833