This is a Statement of Objection to the settlement in the Ryals v. HireRight Solution, Inc., Civil Action No. 3:09cv625

From:

Willie Easter, Jr.
Redacted
Dallas North Carolina Redacted

Phone: Redacted
e-mail: Redacted



I totally object to the proposed settlement in the Ryals v. HireRight Solutions case. Why? (1) Because the Damage has already been done by HireRight Solutions when they sold background check reports or information about me to an employer or prospective employer without informing me of their activities.

(2) HireRight Solutions, Inc made a profit from myself and others who has a criminal background record by selling this information and hurting my chances of finding suitable employment and an income. Again, only so they can make a profit from mistakes I made in the past.

(3) I will probably never know how many potential employers that I may apply to for employment in the near future and not get hired because HireRight Solutions and other companies like them have sold negative information about my past to my hurt, so they can make a profit. Pushing myself and others closer to destitution.

(4) You and I already know that the buying and selling of information is big business for Corporations and Employment Services. Anytime big business and corporations willfully violate consumers rights, the public has the right to be informed of their wrongdoings and violations.

(5) If this Court decides to approve this settlement in this manner, the public at large and those who are affected or will be affected, will never be aware of companies like HireRight Solutions and their agenda. I did not know of the class action ("Lawsuits") against HireRight Solutions until I received a Federal Court Ordered Notice. It will be just a slap on HireRight Solutions' hand if this Court approves this settlement. And they will probably return to their policies and practices by continuing to make a profit off those with criminal background records who cannot defend themselves.



(6) Each time I apply for a job my background record is brought up and I'm rejected for employment. Now I have to face the possibility that a potential employer may already have my background report stored on a database making it hard on myself and others to find employment. This Court has the opportunity to help those who can't help themselves from predators like HireRight Solutions and other companies that make their profits unlawfully.


(9) I have been unemployed since 01/09/2008. I have no idea which employer or potential employers used HireRight Solutions and rejected my applications. It's been 4 years since I last had employment. I now use food stamps to buy food because I'm unable to find employment. I prefer to work for the things I need and want. And I still go out every week and apply for jobs.


That's why I ask the Court not to settle this case against HireRight Solutions Inc in this manner. HireRight Solutions unlawful conduct will send many more people to the unemployment lines and also add to the Nations unemployment rate.


Sincerely,
Willie Easter, Jr.
Class Member

Settlement Administrator
*Ryals v. HireRight Solutions, Inc.*
Post Office Box 4109
Portland, OR 97208-4109

PRESORTED STD
U.S. POSTAGE
**PAID**
TWIN CITIES, MN
PERMIT NO. 3648

504204022454

WILLIE EASTER
*Redacted*
DALLAS NC *Redacted*

Sincerely,

Willie Easter

RECEIVED SEP 19 2011 CLERK

RYALS 0811

01/29/2008

USIS COMMERCIAL SERVICES, INC.
4500 SOUTH 129TH EAST AVENUE
SUITE 200
TULSA OK US 74134-5885

WILLIE EASTER

GASTONIA, NC *Redacted*

----------------------------------------

This letter is notification that the enclosed Public Record
Information on the individual listed above has been ordered by
and is being provided to:

ACTION PERSONNEL

654 PRESSLEY ROAD
CHARLOTTE NC 28217
704-522-1122

This notice is being sent to you pursuant to Section 613 of the
Fair Credit Reporting Act.

This information was obtained for the company listed above by
USIS Commercial Services, Inc.

If you need assistance regarding this information,
please contact USIS Commercial Services, Inc. at 800-381-0645
and ask to speak with one of our Consumer Consultants.

Thank you,


USIS Commercial Services, Inc.

Case 3:09-cv-00625-JAG-DWD   Document 78-17   Filed 09/29/11   Page 5 of 15 PageID# 1838



*Redacted*

Case 3:09-cv-00625-JAG-DWD   Document 78-17   Filed 09/29/11   Page 5 of 15 PageID# 1838



USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD

*Redacted*





---
ORDER #: 49629158     REQUEST #: 85870061     DATA FILE DATE: 09/08/2007
---

This inquiry will also be searched against the Dept of the Treasury, Office of Foreign Assets Control SDN and blocked persons list. You will be notified in the event of a possible match.

---

The following report is obtained from a commercial database that contains information from public records of various courts and law enforcement agencies across the United States. These records are included in the report because the search criteria for matching personal identifiers such as name, date of birth, Social Security Number, etc., suggested that this record(s) matched the information you provided for the subject of the report. As such, these records might relate

to the subject you inquired about, but not necessarily. You should use this report to broaden the scope of the background search of the subject to include the jurisdictions and/or the names contained in this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires fingerprint search.
--------------------------------------------------------------------------------

# Reply From Willie Easter, Jr.

First of all let me introduce myself---my name is Willie Easter, Jr., and I'm 47 years old. I was laid-off from my job in October of 2004. Even though it was one of those dead-end jobs, I kept the job so I would have an income to pay my bills and keep up my apartment of 3 years, simply living out this thing called life.

Along the way both good and bad has come across my journey of knowledge and discovery.

**THE BAD:**

Redacted





## THE GOOD:

Before and After...

Date of birth: Redacted 1963
Place of birth: York, South Carolina

Writer/Artist Willie Easter, Jr., graduated from Clover High School in 1982. He attended Gaston College in 1990. His major: Theories of Mass Communication and Radio and Television Production 1. He has won several copyright awards in the science fiction, thriller, video game, songs and poetry categories.

Easter's first book was published in 1998 by 1stBook library/Authorhouse (A Division of Advanced Marketing Technologies, L.L.C.).

Books published: Eber & Wein Publishing has published two books featuring poems written by Willie Easter Jr / Eternal Heartland: Interstate 40 Published (2010) poem: "What Am I" Eber & Wein Publishing Best Poets Of 2010 published (2011) poem: "I'm Thankful To God" / Dawn of a New Age(1998) Dawn of New Age 2:The Dragon People(1999/2004) Combinations (2005) 1stBooks Library/Authorhouse.

Easter was also a member of the Connectional Lay Council A. M. E. ZION CHURCH in 1991-1992 at Trinity A. M. E. Zion Church, Gastonia, North Carolina 28052

June 8, 1990, he was awarded a certificate for Enrollment, Attendance and Cooperation in The Vocational Bible School at Trinity A.M. E. Zion Church, Gastonia, NC 28052

The writer/artist/animator/director has completed several animated short films which may be viewed at www.easterdaretodreamfilms.yolasite.com www.youtube.com/easterj

The short films are entitled Witheredwoods, Dawn of a New Age: Conflict Wasteland part 1 & 2 and HatGate

Easter has also been included in three prestigious biographical publications: Outstanding People of The 20th Century including 2000 outstanding writers of the 20th Century second edition 2001, International Biographical Centre Cambribge CB2 3QP, England / Marquis Who's Who has placed his biographical profile in the 2003 57th, 2004 58th, 2005 59th, 2006 60th, 2007 61st, 2008 62, 2009 63, 2010 64, 2011, 65 and 2012 66 editions of Who's Who in America / Who's Who in the World 2010, 2011 and 2012

## THE PRESENT:

You're probably asking why am I writing this letter or history report of my life so for...Why? Because of those individuals or persons whose trying to use my past to try and stop me from succeeding in my life. I live but they only exist in the shadows of my life trying to convince others not to give me a chance to succeed. Well whatever or whoever they are...they have failed and they will continue to fail because no one can stop me from learning and discovering knowledge.

They don't see themselves as being my enemies because they think their doing the right thing by letting a potential employer know of my so-called criminal history, keeping me from succeeding. They think...

They said: Employers have the right to know whom they are hiring and if he or she has a criminal history.

This is true...but on the other side of the truth, they never give the potential employers all the information they need to make a just decision.

When a criminal back ground check is run on someone, only fragments of the information is available, leaving the potential employer to fill in the blanks. And when that happens, the employee with a criminal history report will not get hired.

Often the criminal history report information is misused and forces some people back into a life of crime. What can they do if no one will employ them? Now I face that same problem.

Now you're probably beginning to understand why I wrote this letter or history report of my life far. As long as I live on this planet they will bring up my past and use it against me to my hurt. Trying to keep me destitute. They hope.

As long as I have the ability to learn knowledge, wisdom and to discover, I will never be destitute or poor...
They have their fragmented version of my so-called criminal history report and I now give you the true version of the history of my life so far...

### I'M MOVING FORWARD NOT BACKWARD:

And I don't care if my enemies like it or not! I bow to no one but God! There's many things I've learned in this journey for knowledge and wisdom, but there's one that comes to mind, that is, people really don't want to know the truth, it makes some people feel good about themselves if they think they have something that they think they can use to keep someone down or in their place.

Now what do you have?

Written by Willie Easter, Jr.
Copyright easterj 2011