8-2011

To Whom It May Concern:

I, Estavious Smith, do not believe that the settlement in the Ryals v. Hire Right Solutions case is not adequate, reasonable, or fair to me. The name of this lawsuit is Ryals v. Hire Right Solutions, Inc., Civil Action No. 3:09cv625. My name is Estavious Kamal Smith. My address is [Redacted] Grand Prairie, TX [Redacted]. My telephone # is [Redacted]. The reason I believe that this settlement is unfair is simple; By not giving me a fair chance of ~~attaing~~ getting a job. I know that I lost out on more than $55 in wages from employment. I have been trying to find employment but its unfair hiring practices, such as this one, that makes it impossible to find a job. By not being employed, my family and I have suffered irreparable damage. I object to the settlement.

Regretfully,
E Smith



Ryals v. Hire Right Solutions, Inc.
Civil Action No. 3:09cv625

Estavious Kamal Smith
[Redacted]
Grand Prairie, TX [Redacted]

RECEIVED AUG 29 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Dear Clerk of the Court;
  I, Estavious Smith, am mailing this in order to file a statement with the court that tells the court the date that I mailed copies of my letter that shows why I think the settlement is unfair & inadequate, to Class Counsel & Defense Counsel in this matter. If there are forms that I need to fill out, please send to address above.

FILED SEP 19 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA