I Dierrick L. Dorsey object to the settlement in the Ryals v. HireRight Solutions, Inc., Civil Action No. 3:09cv625. I believe the settlement amount is not sufficient enough to recover from the damages that have been placed on my name.There have been opportunities that have disqualified me from being a productive citizen.The employment aspect of this objection is only the beginning.Not being able to provide for lack of reasonable pay has turned my entire life ,as well as my family,who still support me,into a debt nightmare,based on information that has been provided throught the background check procedures.I have been placed in situations that have threatened my freedom from not being able to take care of my financial responsibilities.My child support has placed my freedom in jeopardy due to the fact that it is delinquent.I have not been able to resolve traffic tickets that have gone into warrant status.My career as a driver has been placed on hold as a result of the information received from a MVR.These are inconveniences that have affected the course of my achievments.My credit has been torchured from lack of finances.I won't begin with the misunderstandings that have had a large impact on my living conditions.To be perfectly capable and willing to maintain employment is a blessing,but to have the help of slander in that equation is a negative.So many lives are affected due to the decisions or influence of decisions that are placed on a persons character.I for one will be the first to admit that I placed myself in this situation by even tarnishing my name with a background.To have the negative help of a major corporation with employees or management that are not being more responsible with their positions,shows lack of professionalism.If given an opportunity to be blessed with the position to have a positive outcome over a persons life who is not a bad person,but someone who has made.a costly mistake,I would take the extra precautions when dealing with a persons character.It could cost you as well as the person you're placing judgement on.Thanks for giving me a chance to speak on my behalf.May God bless you and your entire staff.



FILE
SEP 2 3 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA



Dierrick Dorsey
Dierrich Dorsey

*Redacted*

Arlington, Tx   *Redacted*

*Redacted*



RECEIVED
SEP 20 2011
CL

McCREARY, VESELKA, BRAGG & ALLEN P.C.
**ATTORNEYS at LAW**

P.O. Box 1310 • Round Rock, TX 78680
1-866-955-5455

**Docket Number:** *Redacted*
**Reference Number:** *Redacted*
**Offense:** Fail To Maintain Financial Res
**Date Filed:** 03/02/2004


**CITY OF DUNCANVILLE MUNICIPAL COURT**

| Total Amount Due |
|---|
| *Redacted* |



******AUTO**3-DIGIT 760          11105
DIERRICK L DORSEY
*Redacted*
ARLINGTON TX  *Redacted*

MVBA
REFERENCE NUMBER: *Redacted*
PO BOX 1310
ROUND ROCK TX 78680-1310

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

----

# NOTICE OF OUTSTANDING FINE
## August 12, 2011

**DIERRICK L DORSEY**
**Docket Number:** *Redacted*
**Reference Number:** *Redacted*
**Offense:** *Redacted*
**Date Filed:** 03/02/2004

**Total Amount Due:** *Redacted*

OFFICE HOURS
MONDAY-FRIDAY
8:00 AM — 7:00 PM
CENTRAL TIME

According to the CITY OF DUNCANVILLE MUNICIPAL COURT in the State of Texas, you have an outstanding fine in a case for which you entered a plea of guilty or nolo contendere. The Court has referred this past due fine to our law firm pursuant to Article 103.0031 of the Code of Criminal Procedure. If you are represented in this complaint, please forward this letter to your attorney so that your attorney may contact our firm regarding this matter. If you believe this fine has been paid or otherwise satisfied by deferred adjudication, community service, jail time served, or a defensive driving course, or you wish to make payment by credit card or electronic check, please call our office toll-free at **1-866-955-5455** during the business hours listed above. Payment can also be made by accessing **www.paymvba.com**. You may send a cashier's check or money order for the total amount due payable to MVBA, P.O. Box 1310, Round Rock, TX 78680-1310. **Please return the coupon above with your payment. PERSONAL CHECKS ARE NOT ACCEPTED.**

## PLEASE BE ADVISED THAT YOU MAY HAVE ADDITIONAL CASES PAST DUE.

Sincerely,

H.M. Allen
Attorney at Law


0101500

FS: 0343338858
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048

OFFICE OF THE ATTORNEY GENERAL
STATE OF TEXAS

CHILD SUPPORT DIVISION

**GREG ABBOTT**
Attorney General

• • • • • • • • • AUTO • • 5-DIGIT 76001
153058 1 AV 0.340
DIERRICK L DORSEY
        *Redacted*
ARLINGTON, TX    *Redacted*

ılılıⅼⅼ||ⅼⅼ⧸ⅼⅼ⁙ⅼⅼ||ⅼⅼ⧸ⅼⅼ⁙ⅼ⧸ⅼ⁘ⅼ||ⅼⅼ⧸ⅼ||ⅼ||ⅼ

| | |
|---|---|
| Date: | August 06, 2011 |
| Member ID: | |
| Cause Number: | *Redacted* |
| Case Number: | *Redacted* |

| The following are your child support obligations: |
|---|

Pay This amount for: 09/2011          $0.00          Due date for payment:

| MESSAGES |
|---|

**TOTAL PRINCIPAL**                **TOTAL INTEREST**           **ARREARS** (INCLUDES UNPAID CURRENT
                                                                         SUPPORT AS OF STATEMENT DATE)

   *Redacted*        +        *Redacted*        =        *Redacted*

STATEMENT MAY NOT REFLECT ANY RECENT PAYMENTS.  CHECK YOUR

BALANCE AT CHILDSUPPORT.OAG.STATE.TX.US OR 1-800-252-8014.

Please mail your payment to:
TX CHILD SUPPORT SDU
PO BOX 659791
SAN ANTONIO TX  78265-9791

December 2008                          0343338858                          Form 6B001E

MC. IVIS
FS: 0343381633
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048

**OFFICE OF THE ATTORNEY GENERAL**
**STATE OF TEXAS**
CHILD SUPPORT DIVISION

**GREG ABBOTT**
Attorney General

• • • • • • • • • •AUTO••5-DIGIT 76001
153053 1 AV 0.340
DIERRICK L DORSEY
~~Redacted~~
ARLINGTON, TX   ~~Redacted~~

Fecha: **August 06, 2011**

Identificación del Miembro:
Número de Causa:   ~~Redacted~~
Número del Caso de la Procuraduría General:

---

Las siguientes cantidades representan sus obligaciones de manutención de niños:

---

Pague esta cantidad para: 09/2011            $0.00            Fecha límite de pago:

**MENSAJES**

**TOTAL PRINCIPAL**          **TOTAL DE INTERESES**       **RETRACTORS (INCLUYE MANUTENCIÓN NO PAGADA HASTA LA FECHA DE ESTA CARTA)**

~~Redacted~~      +      ~~Redacted~~      =      ~~Redacted~~

STATEMENT MAY NOT REFLECT ANY RECENT PAYMENTS.  CHECK YOUR
BALANCE AT CHILDSUPPORT.OAG.STATE.TX.US OR 1-800-252-8014.

Favor de enviar el pago a:
TX CHILD SUPPORT SDU
PO BOX 659791
SAN ANTONIO TX  78265-9791

December 2008          0343381633          Form 6B001S




# MSB
**A PRIVATE CORPORATION**

PO Box 16733 - AUSTIN TX 78761-6733
TOLL FREE (800) 688-6882
LOCAL (512) 454-4759
Mon – Thur 8AM – 9PM, Fri 8AM – 6PM,
Saturday 8AM – 12PM

# License Suspension Reminder

July 21, 2011

Reference:
Balance To Pay In Full:
Amount Paid:        *Redacted*
DL/ID:

Dear DIERRICK L DORSEY:

**URGENT: SURCHARGE DEFAULT NOTICE** – Driver Responsibility Program

<u>OFFENSE</u>          <u>AMOUNT</u>
*Redacted*            *Redacted*

## Your Texas driver license, permit or privilege to operate any motor vehicle has been suspended!

**You have failed to comply with the requirements to pay a surcharge to DPS as outlined in your previous notices. As a result, we have reported your surcharge as a default to DPS on 01/20/11 and they have suspended your driving privileges.**

Driving any motor vehicle upon the highways of this state while a license or privilege is invalid may result in arrest, criminal penalties, and additional suspension and surcharge actions. If you possess a valid commercial driver license, you must surrender it to the Department of Public Safety for the period of this suspension. **This suspension will remain in effect until you have made the required payment of this surcharge.**

### ***To Remove the Default from this Surcharge Account***

- Remit the monthly minimum payment of *Redacted* to enter an installment plan
- Remit payment in full of *Redacted*

Credit and debit card payments must be submitted online by visiting https://www.txsurchargeonline.com. You may also use your checking, savings, or money market account to pay online or by telephone at 1 (800) 688-6882. Payments made to Municipal Services Bureau take 1 – 2 business days from receipt of payment to post to your account and up to 5-7 business days from receipt of payment to update to your driving record.

A fee of $30.00 will be assessed to your surcharge account for any dishonored check or money order presented as payment. You will be required to pay any fee(s) associated with a dishonored check or money order in full before your surcharge account will be updated as paid in full. We may represent any returned check, electronic check or money order received in accordance with state and federal laws in an effort to collect outstanding fees. Only checks or money orders drawn on United States banks will be accepted for payment. Please do not mail cash.

STATUTORY AUTHORITY: Texas Transportation Code, Chapter 708

***DETACH LOWER PORTION AND RETURN WITH PAYMENT. PLEASE INDICATE REFERENCE NUMBER ON YOUR CHECK OR MONEY ORDER ***

# MSB
**A Private Corporation**

Texas Department of Public Safety
Surcharge Processing
PO Box 6031
Hauppauge NY 11788-9031
ADDRESS SERVICE REQUESTED

Reference:
Minimum Installment Payment:    *Redacted*
Balance To Pay In Full:

July 21, 2011

OE:6468--0C2     589205990

DIERRICK L DORSEY
*Redacted*
Arlington TX *Redacted*

00000350000002b0000E646b  b

REMIT PAYMENTS TO:
TEXAS DEPARTMENT OF PUBLIC SAFETY
SURCHARGE PROCESSING
PO BOX 16733
AUSTIN TX 78761-6733

29SDMSBU0062

# Linebarger Goggan Blair & Sampson LLP
### ATTORNEYS AT LAW
900 Arion Parkway Suite 104
San Antonio, TX 78216
1(877) 268-6128 Toll Free

AUGUST 19, 2011

13807487



#BWNKBYR
#S0000138074871#
DIERRICK L DORSEY
Redacted
ARLINGTON TX Redacted

## WARRANT ROUND-UP NOTIFICATION

Dear DIERRICK L DORSEY:

Our law firm represents Dallas County in the collection and disposition of the below-listed matter. **Court records** indicate you have **one or more arrest warrants** outstanding for unpaid citations. Your case(s) has been identified as a part of Dallas County's **SPECIAL WARRANT ROUND-UP.**

The amount assessed is currently Redacted Unless a final judgment of conviction has been entered in your case, you have the right to enter a plea or go to trial on any offense charged. To exercise such right, please contact DALLAS COUNTY, JUSTICE OF THE PEACE, PRECINCT 1 PLACE 1.

**PAY NOW! VISIT:**
- Online at www.dallascounty.org
- 7201 SOUTH POLK

**BE ADVISED:**
- **A peace officer may serve the arrest warrant at any time—at home, work, or on the road.**
- **Until the Court receives the appropriate reply and/or payment, the arrest warrant will remain active.**

If you are now in bankruptcy proceedings or had a bankruptcy case in the past, please immediately notify us, in writing, of the name of your bankruptcy court and your bankruptcy case number. Our address is at the top of this letter. Be aware that bankruptcy does NOT wipe out any court fines or fees due in criminal cases, including misdemeanors.

If you have made payment or entered a plea within the last 10 days, please provide a copy of your payment with the reply form below. Also be advised that juveniles who are sixteen years of age and under must contact the court with a parent or guardian.

**ACT NOW!** For questions, call us toll-free at 1(877) 268-6128. Our office hours are Monday through Thursday 8:00 am to 8:00 pm, Friday 8:00 am to 5:00 pm, and Saturday 8:00 am to noon.

Your prompt action is appreciated,

Linebarger Goggan Blair & Sampson, LLP

---

**PLEASE DETACH AND RETURN PORTION BELOW WITH PAYMENT IN ENVELOPE PROVIDED**

---

Defendant  DIERRICK L DORSEY
Address:        Redacted
                ARLINGTON TX Redacted
Driver License No:Redacted
Case No:    Redacted
                Redacted

Amount Due: Redacted as of AUGUST 10, 2011

Amount Enclosed:_____

Payment should be in the form of a cashier's check or money order payable to DALLAS COUNTY, JUSTICE OF THE PEACE, PRECINCT 1 PLACE 1. For faster processing, pay online at www.dallascounty.org .
**Partial payments on individual citations are not accepted.**



Mail payment to:
**DALLAS COUNTY
JUSTICE OF THE PEACE, PRECINCT 1 PLACE 1
7201 SOUTH POLK
DALLAS, TX. 75232**





Diernick Dorsey

Arlington, Tx

Redacted

Redacted

2321983528

15 SEP 2011

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, Va. 23219