September 26, 2011

To Whom It May Concern:

**The name of the lawsuit:**

*Ryals vs Hireright Solutions, inc.,*

✓ Civil actions number: 3:09 cv625.,

**Name:** Ira Vincent Goldsmith

**Address:** Redacted
Fairfield, AL  Redacted

**Phone:** Redacted



RECEIVED
SEP 30 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

September 26, 2011

To Whom It May Concern:

    I, Ira Vincent Goldsmith objects to this settlement because not only did the defendant give this information to 10-15 employers I applied with but the information is totally false. I was never arrested, charged or convicted of a firearm-discharge with injury or death. I have contact these individuals on several occasions and I've even offered to give them the phone number to the Frank Murphy-Hall of Justice clerk office to verify this information so that my record could be cleared and this issue resolved. I even threaten a law suit but they laughed and stated that what they are doing is not against the law; but slander and defamation of character is against the law. I did plea guilty of carrying a concealed weapon on 8/6/82, which I explained to them in the copy of the letter I'm sending with this one but nothing changed. They continued to send that false information to employers everytime I applied for a position.

    Seven years I've experienced torture with this issue causing my family and I "**Great Grief & Difficulty.**" We had to apply for food stamps and state aide in order to survive. We had to constantly move due to our inability to pay the rent. I realize seriously within my heart that this settlement offer is no way adequate. I will plea to the court that they contact the office of Frank Murphy Hall of justice to verify the validity of the information regarding this issue. The defendant's are literally calling me a murderer and a attempted murderer, what company/employer is going to hire me after receiving false information such as this. Please don't allow them to get away with this again. You must make them aware of the accountability for their actions, such as the jobs I lost and the ones I didn't get due to the malicious lies. I should get seven years of back wages as a "**Truck Driver**," seven years of "**Damages**" for "**Emotional Distress**" striving to resolve this issue and seven years of "**Damages**" for "**Slander and Defamation of Character.**"

    Thanks So Much, I truly "Appreciate" your Time and Attention to this matter.

Sincerely,

*[signature]*

Ira Vincent Goldsmith

September 26, 2011

To Whom It May Concern:

    This is my signed verification, that I am a class member of 1681-k and the lawsuit of Ryals vs Hireright Solutions, inc., civil actions number: 3:09 cv625. My tracking number is [Redacted]

*[signature]*
Ira Vincent Goldsmith

July 23, 2008

To Whom It May Concern:

    I, Ira V. Goldsmith am submitting this statement regarding the 8-6-1982 arrest charge..firearm-discharge with injury or death . The charge never happened, I was arrested on 8-6-1982 for carrying a conceal weapon. I found a shoe box in a field where children play and I opened it up and found pieces of a shot gun. I removed the shoe box from the field and placed it in my car. I knew two officers at the third precinct in Detroit Michigan where I was intending to drop the weapon off but as I was driving from the area where the weapon was found, I was pulled over by the police. The car was searched, the weapon was found and I was charged with carrying a concealed weapon. I pleaded guilty because it was in my car and I was sentenced to two years probation.

    If I had done injury or death to anyone, I would not have received such a light sentence. If you need to verify these facts contact Frank Murphy-hall of justice clerk at (313) 224-2501; case number [Redacted]

Sincerely,

Ira V. Goldsmith

; @ This is a copy of the original copy I sent in July 2008.

```
FILE DATE:              8/6/1982
DISPOSITION DATE:       2/4/1983
ARREST CHARGE:          FIREARM - DISCHARGE WITH INJURY OR DEATH
ARREST DISPOSITION:     GUILTY
SENTENCE:               2 YEARS PROBATION
```

---

ORDER #:  54122912          REQUEST #:  94181458         DATA FILE DATE:  9/13/2002

---

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

---

20/20 INSIGHT BUNDLED REQUEST INFORMATION

---

```
NAME:  GOLDSMITH, IRA
DOB:   [Redacted]     SSN:  [Redacted]
GENDER:  M            RACE:  U
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
```

---

REQUEST DATE:  6/25/2008

---

20/20 INSIGHT BUNDLED FILE INFORMATION

---

```
MATCH WAS MADE USING:  SSN LASTNAME   FIRSTNAME(IRA)   BIRTHDATE
NAME:   GOLDSMITH, IRA VINCENT
DOB:    [Redacted]     SSN:  [Redacted]
```

---

CRIMINAL RECORD INFORMATION

---

```
REPORT TYPE:       B F/M
SEARCH DATE:       06/18/2008
STATE/COUNTY:      AL JEFFERSON
```

NO RECORD FOUND IN JURISDICTION SEARCHED.

---

ORDER #:  54122912          REQUEST #:  94181458         DATA FILE DATE:  6/19/2008
1:07:52 AM

---

This inquiry will also be searched against the Dept of the Treasury, Office of Foreign Assets Control SDN and blocked persons list. You will be notified in the event of a possible match.

```
------------------------------------------------------------------------
                    20/20 INSIGHT BUNDLED FILE INFORMATION
------------------------------------------------------------------------

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(IRA)  BIRTHDATE
NAME:    GOLDSMITH, IRA V
DOB:     [Redacted]      SSN:    [Redacted]
------------------------------------------------------------------------

                         CRIMINAL RECORD INFORMATION
------------------------------------------------------------------------

REPORT TYPE:         B FELONY/MISDEMEANOR
SEARCH DATE:         03/23/1999
STATE/COUNTY:        MI WAYNE


              NO RECORD FOUND IN JURISDICTION SEARCHED.

------------------------------------------------------------------------

ORDER #:  54122912      REQUEST #:  94181458     DATA FILE DATE: 9/5/1999
------------------------------------------------------------------------

                      USIS COMMERCIAL SERVICES, INC.
                     20/20 INSIGHT BUNDLED HISTORY RECORD
------------------------------------------------------------------------

                  20/20 INSIGHT BUNDLED REQUEST INFORMATION
------------------------------------------------------------------------

NAME: GOLDSMITH, IRA
DOB:     [Redacted]      SSN:    [Redacted]
GENDER:  M               RACE:   U
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE
------------------------------------------------------------------------

REQUEST DATE:    6/25/2008
------------------------------------------------------------------------

                    20/20 INSIGHT BUNDLED FILE INFORMATION
------------------------------------------------------------------------

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(IRA)  BIRTHDATE
NAME:    GOLDSMITH, IRA VINCENT
DOB:     [Redacted]      SSN:    [Redacted]
------------------------------------------------------------------------

                         CRIMINAL RECORD INFORMATION
------------------------------------------------------------------------
```

```
                    USIS COMMERCIAL SERVICES, INC.
                    20/20 INSIGHT BUNDLED HISTORY RECORD
---------------------------------------------------------------------

                    20/20 INSIGHT BUNDLED REQUEST INFORMATION
---------------------------------------------------------------------

NAME: GOLDSMITH, IRA
DOB:  [Redacted]       SSN:  [Redacted]
GENDER:  M             RACE:  U
TYPE OF SEARCH:        CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:           NATIONWIDE
---------------------------------------------------------------------

REQUEST DATE:          6/25/2008
---------------------------------------------------------------------

                    20/20 INSIGHT BUNDLED FILE INFORMATION
---------------------------------------------------------------------

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(IRA)  BIRTHDATE
NAME:  GOLDSMITH, IRA V
DOB:   [Redacted]      SSN:  [Redacted]
---------------------------------------------------------------------

                    CRIMINAL RECORD INFORMATION
---------------------------------------------------------------------

REPORT TYPE:           B FELONY/MISDEMEANOR
SEARCH DATE:           09/05/1997
STATE/COUNTY:          MI WAYNE


              NO RECORD FOUND IN JURISDICTION SEARCHED.

---------------------------------------------------------------------
ORDER #:  54122912     REQUEST #:  94181458    DATA FILE DATE: 6/29/1999
---------------------------------------------------------------------

                    USIS COMMERCIAL SERVICES, INC.
                    20/20 INSIGHT BUNDLED HISTORY RECORD
---------------------------------------------------------------------

                    20/20 INSIGHT BUNDLED REQUEST INFORMATION
---------------------------------------------------------------------

NAME: GOLDSMITH, IRA
DOB:  [Redacted]       SSN:  [Redacted]
GENDER:  M             RACE:  U
TYPE OF SEARCH:        CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:           NATIONWIDE
---------------------------------------------------------------------

REQUEST DATE:          6/25/2008
```

---
The following report is obtained from a commercial database that contains information from public records of various courts and law enforcement agencies across the United States. These records are included in the report because the search criteria for matching personal identifiers such as name, date of birth, Social Security Number, etc., suggested that this record(s) matched the information you provided for the subject of the report. As such, these records might relate to the subject you inquired about, but not necessarily. You should use this report to broaden the scope of the background search of the subject to include the jurisdictions and/or the names contained in this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires fingerprint search.

---



Lra V. Goosberry
Fairfax VA [Redacted]

RETURN RECEIPT REQUESTED

Court Clerk of the Court
United States District Co
701 East Broad Stree
Richmond VA 2329

CERTIFIED MAIL
7010 3090 0003 2498 2907

UNITED STATES POSTAL SERVICE
1000
23219

NAME: GOLDSMITH, IRA V
DOB: [Redacted]   SSN: [Redacted]

---
CRIMINAL RECORD INFORMATION
---

REPORT TYPE:       B FELONY/MISDEMEANOR
SEARCH DATE:       03/23/1999
STATE/COUNTY:      MI WAYNE

NO RECORD FOUND IN JURISDICTION SEARCHED.

---

ORDER #: 53903548    REQUEST #: 93776458    DATA FILE DATE: 9/5/1999

---
USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD
---

20/20 INSIGHT BUNDLED REQUEST INFORMATION

---

NAME: GOLDSMITH, IRA VINCENT
DOB: [Redacted] SSN: [Redacted]
GENDER: M        RACE: U
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:    NATIONWIDE

---

REQUEST DATE:   6/18/2008

---
20/20 INSIGHT BUNDLED FILE INFORMATION
---

MATCH WAS MADE USING: SSN LASTNAME FIRSTNAME(IRA) BIRTHDATE
NAME: GOLDSMITH, IRA VINCENT
DOB: [Redacted]   SSN: [Redacted]

---
CRIMINAL RECORD INFORMATION
---

REPORT TYPE:       B FELONY/MISDEMEANOR
SEARCH DATE:       06/07/2000
STATE/COUNTY:      MI STATEWIDE

OFFENSE TYPE:      M MISDEMEANOR
CONVICTED:         YES
CASE NUMBER:       A
FILE DATE:         8/6/1982
DISPOSITION DATE:  2/4/1983
ARREST CHARGE:         FIREARM-DISCHARGE WITH INJURY OR DEATH

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

------

20/20 INSIGHT BUNDLED REQUEST INFORMATION

------

NAME: GOLDSMITH, IRA VINCENT
DOB: [Redacted]  SSN: [Redacted]
GENDER: M  RACE: U
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA: NATIONWIDE

------

REQUEST DATE: 6/18/2008

------

20/20 INSIGHT BUNDLED FILE INFORMATION

------

MATCH WAS MADE USING: SSN LASTNAME FIRSTNAME(IRA) BIRTHDATE
NAME: GOLDSMITH, IRA V
DOB: [Redacted]  SSN: [Redacted]

------

CRIMINAL RECORD INFORMATION

------

REPORT TYPE:     B FELONY/MISDEMEANOR
SEARCH DATE:     09/05/1997
STATE/COUNTY:    MI WAYNE

NO RECORD FOUND IN JURISDICTION SEARCHED.

------

ORDER #: 53903548     REQUEST #: 93776458     DATA FILE DATE: 6/29/1999

------

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

------

20/20 INSIGHT BUNDLED REQUEST INFORMATION

------

NAME: GOLDSMITH, IRA VINCENT
DOB: [Redacted]  SSN: [Redacted]
GENDER: M  RACE: U
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA: NATIONWIDE

------

REQUEST DATE: 6/18/2008

------

20/20 INSIGHT BUNDLED FILE INFORMATION

------

MATCH WAS MADE USING: SSN LASTNAME FIRSTNAME(IRA) BIRTHDATE