Ryals v. HireRight Solutions, Inc.    Civil Action No.
3:09 cv 625

To Whom it may concern,     September 8, 2011

I am writing to state that I am objecting to the adequacy of the settlement in the aforementioned case against HireRight Solutions, Inc. Here are the reasons why.

In the fall of 2009, I relocated from Des Moines, IA to Waterloo, IA because I was engaged to be married to a woman there. I had a job in Des Moines, but needed a new one in Waterloo. My job in Des Moines was with Contract Transport, a trucking company. I worked there from December 2006 until I moved in 2009. While employed at Contract, I ran a U.S. Mail route.

During my job search, I applied to Ruan, a trucking company. I even had a driving test in which the person giving it was very happy with my skills. He stated that if everything "came back ok", that it looked like I would be hired. I was denied the job.

In the mail, I received two copies of the reports that HireRight had sent to Ruan (copies enclosed). The reports are very different, confusing, outdated(10 years for disorderly conduct?), and imply an offense that does not exist! (copy 1, page 2).

I firmly believe that for these reasons, I did not get this job. I ended up taking a job that made about 15,000/yr less. I have had this job for the last two years. Therefore, I have missed out on approximately $30,000 due to the HireRight people and their inexcusable "mistakes", business practices, and misleading information that they provided to my prospective employer.



FILED
SEP 23 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

John M. McKinney

[signature] John McKinney

Redacted

Waterloo, IA

Redacted

Redacted

09/01/2009

HIRERIGHT SOLUTIONS, INC.
4500 SOUTH 129TH EAST AVENUE
SUITE 200
TULSA OK US 74134-5885

copy

JOHN MCKINNEY
*Redacted*
WATERLOO, IA *Redacted*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -

This letter is notification that the enclosed Public Record
Information on the individual listed above has been ordered by
and is being provided to:

    RUAN COMPANIES
    DRIVER QUALIFICATION
    666 GRAND AVE
    DES MOINES IA 50306
    000-000-0000

This notice is being sent to you pursuant to Section 613 of the
Fair Credit Reporting Act.

This information was obtained for the company listed above by
HireRight Solutions, Inc.

If you need assistance regarding this information,
please contact HireRight Solutions, Inc. at 800-381-0645
and ask to speak with one of our Consumer Consultants.

Thank you,


HireRight Solutions, Inc.

1

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

---

```
                    HIRERIGHT SOLUTIONS, INC.
                 20/20 INSIGHT BUNDLED HISTORY RECORD
```
---

```
                 20/20 INSIGHT BUNDLED REQUEST INFORMATION
```
---

NAME: MCKINNEY, JOHN
DOB: [Redacted]    SSN: [Redacted]
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE

---

REQUEST DATE:     9/1/2009

---

```
                  20/20 INSIGHT BUNDLED FILE INFORMATION
```
---

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(JOH)  BIRTHDATE
NAME:    MCKINNEY, JOHN
DOB: [Redacted]    SSN: [Redacted]

---

```
                        CRIMINAL RECORD INFORMATION
```
---

REPORT TYPE:      B FELONY/MISDEMEANOR
SEARCH DATE:      09/06/2006
STATE/COUNTY:     IA POLK

NO RECORD FOUND IN JURISDICTION SEARCHED.

---

ORDER #: 66638909      REQUEST #:  116129097      DATA FILE DATE: 9/7/2006

---

2

```
                    HIRERIGHT SOLUTIONS, INC.
                 20/20 INSIGHT BUNDLED HISTORY RECORD
---------------------------------------------------------------

                 20/20 INSIGHT BUNDLED REQUEST INFORMATION
---------------------------------------------------------------

NAME: MCKINNEY, JOHN
DOB:    [Redacted]      SSN:   [Redacted]
REQUEST DATE:     9/1/2009
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE

---------------------------------------------------------------

                 20/20 INSIGHT BUNDLED FILE INFORMATION
---------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(JOH)  BIRTHDATE
NAME:    MCKINNEY, JOHN MICHAEL
DOB:    [Redacted]
GENDER: MALE      RACE: WHITE
---------------------------------------------------------------

                      CRIMINAL RECORD INFORMATION
---------------------------------------------------------------

SOURCE:                    IOWA DEPARTMENT OF CORRECTIONS PAROLE AND
                           PROBATION

    OFFENSE CODE:          723.4
    OFFENSE:               DISORDERLY CONDUCT
    OFFENSE DATE:          07/18/1999
    OFFENSE TYPE:          SIMPLE MISDEMEANOR
    COURT CASE NUMBER:     [Redacted]
    OFFENSE COUNTY:        POLK


---------------------------------------------------------------

ORDER #:  66638909      REQUEST #:  116129097    DATA FILE DATE:
01/03/2007
---------------------------------------------------------------

                    HIRERIGHT SOLUTIONS, INC.
                 20/20 INSIGHT BUNDLED HISTORY RECORD
---------------------------------------------------------------

                 20/20 INSIGHT BUNDLED REQUEST INFORMATION
---------------------------------------------------------------

NAME: MCKINNEY, JOHN
```

3

```
DOB:         [Redacted]    SSN:  [Redacted]
REQUEST DATE:    9/1/2009
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
```

---

## 20/20 INSIGHT BUNDLED FILE INFORMATION

---

```
MATCH WAS MADE USING: LASTNAME  FIRSTNAME(JOH)  BIRTHDATE
NAME:    MCKINNEY, JOHN MICHAEL
DOB:     [Redacted]
GENDER:  MALE
```

---

## CRIMINAL RECORD INFORMATION

---

```
SOURCE:                  IOWA DEPARTMENT OF CORRECTIONS

    OFFENSE:             NOT SPECIFIED BY STATE
    OFFENSE CLASS:       SIMPLE MIS
    OFFENSE COUNTY:      POLK

    SENTENCE TYPE:       PROBATION
    ACTUAL RELEASE DATE: 10/02/2001
```

---

ORDER #: 66638909     REQUEST #:  116129097    DATA FILE DATE: 03/04/2009

---

This inquiry will also be searched against the Dept of the Treasury, Office of Foreign Assets Control SDN and blocked persons list. You will be notified in the event of a possible match.

---

This report is obtained from a commercial database that contains public record information from various sources across the United States. These records are included in this report because the search criteria for matching personal identifiers such as name, date of birth, social security number, etc., as available,
suggested that these record(s) matched the information you provided for the subject of the report. Because these records may not necessarily relate to the subject you inquired about, you should use this report to broaden the scope of the background search of the subject to include the jurisdictions and/or the names contained in this report.

---

4

09/01/2009

HIRERIGHT SOLUTIONS, INC.
4500 SOUTH 129TH EAST AVENUE
SUITE 200
TULSA OK US 74134-5885

JOHN MCKINNEY

WATERLOO, IA

This letter is notification that the enclosed Public Record
Information on the individual listed above has been ordered by
and is being provided to:

RUAN COMPANIES
DRIVER QUALIFICATION
666 GRAND AVE
DES MOINES IA 50306
000-000-0000

This notice is being sent to you pursuant to Section 613 of the
Fair Credit Reporting Act.

This information was obtained for the company listed above by
HireRight Solutions, Inc.

If you need assistance regarding this information,
please contact HireRight Solutions, Inc. at 800-381-0645
and ask to speak with one of our Consumer Consultants.

Thank you,



HireRight Solutions, Inc.

1

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.
------------------------------------------------------------------

-

```
                    HIRERIGHT SOLUTIONS, INC.
                  20/20 INSIGHT BUNDLED HISTORY RECORD
------------------------------------------------------------------

-

                  20/20 INSIGHT BUNDLED REQUEST INFORMATION
------------------------------------------------------------------

-

NAME: MCKINNEY, JOHN
DOB:   [Redacted]    SSN: [Redacted]
REQUEST DATE:      9/1/2009
TYPE OF SEARCH:    CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:       NATIONWIDE
```

------------------------------------------------------------------

-.

```
                    20/20 INSIGHT BUNDLED FILE INFORMATION
------------------------------------------------------------------

-

MATCH WAS MADE USING: LASTNAME   FIRSTNAME(JOH)   BIRTHDATE
NAME:   MCKINNEY, JOHN MICHAEL
DOB:   [Redacted]
GENDER:  MALE      RACE:  WHITE
```

------------------------------------------------------------------

-

```
                         CRIMINAL RECORD INFORMATION
------------------------------------------------------------------

SOURCE:             IOWA DEPARTMENT OF CORRECTIONS PAROLE AND
                    PROBATION
     OFFENSE CODE:              723.4
     OFFENSE:                   DISORDERLY CONDUCT
     OFFENSE DATE:              07/18/1999
     OFFENSE TYPE:              SIMPLE MISDEMEANOR
     COURT CASE NUMBER:         [Redacted]
     OFFENSE COUNTY:            POLK
```

2

```
---------------------------------------------------------------------------
 ORDER #:  66633686       REQUEST #:   116119583      DATA FILE DATE:
01/03/2007
---------------------------------------------------------------------------


                        HIRERIGHT SOLUTIONS, INC.
                     20/20 INSIGHT BUNDLED HISTORY RECORD
---------------------------------------------------------------------------

                  20/20 INSIGHT BUNDLED REQUEST INFORMATION
---------------------------------------------------------------------------

 NAME: MCKINNEY, JOHN
 DOB:  [Redacted]     SSN:  [Redacted]
 REQUEST DATE:       9/1/2009
 TYPE OF SEARCH:     CRIMINAL SEARCH / SEX OFFENDER SEARCH
 SEARCH AREA:        NATIONWIDE

---------------------------------------------------------------------------

                   20/20 INSIGHT BUNDLED FILE INFORMATION
---------------------------------------------------------------------------

 MATCH WAS MADE USING: LASTNAME   FIRSTNAME(JOH)   BIRTHDATE
 NAME:    MCKINNEY, JOHN MICHAEL
 DOB:     [Redacted]
 GENDER:  MALE
---------------------------------------------------------------------------

                        CRIMINAL RECORD INFORMATION
---------------------------------------------------------------------------

 SOURCE:               IOWA DEPARTMENT OF CORRECTIONS

     OFFENSE:                 NOT SPECIFIED BY STATE
     OFFENSE CLASS:           SIMPLE MIS
     OFFENSE COUNTY:          POLK

     SENTENCE TYPE:           PROBATION
     ACTUAL RELEASE DATE:     10/02/2001


---------------------------------------------------------------------------
 ORDER #:  66633686       REQUEST #:   116119583      DATA FILE DATE:
03/04/2009
---------------------------------------------------------------------------

 This inquiry will also be searched against the Dept of the Treasury, Office of
 Foreign Assets Control SDN and blocked persons list. You will be notified in
 the event of a possible match.
```

3

---
This report is obtained from a commercial database that contains public record information from various sources across the United States.  These records are included in this report because the search criteria for matching personal identifiers such as name, date of birth, social security number, etc., as available,
suggested that these record(s) matched the information you provided for the subject of the report. Because these records may not necessarily relate to the subject you inquired about, you should use this report to broaden the scope of the background search of the subject to include the jurisdictions and/or the names contained in this report.
---

**Settlement Administrator**
*Ryals v. HireRight Solutions, Inc.*
Post Office Box 4109
Portland, OR 97208-4109

PRESORTED STD
U.S. POSTAGE
PAID
TWIN CITIES, MN
PERMIT NO. 3648

504204384102

JOHN MCKINNEY
*Redacted*
WATERLOO IA  *Redacted*

RYALS 0811

I verify that I am an eligible member of the Settlement class.

*[signature] J M McK*

9/18/11

Ryals v. HireRight Solutions Inc   Civil Action 3:09cv625

Court:

I have mailed copies of the documents contained in this letter to both the Class Council and the Defense Council in this matter.

These were mailed on September 19, 2011 to the following addresses:

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA  23606

Dane H. Butswinkas
Williams and Connolly, LLP
725 12th Street, NW
Washington, DC  20005

John M. McKinney

