Clerk of the Court
United States District Court
701 East Broad Street
Richmond VA 23219

FILED SEP 23 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

To The Court I don't think that Settlement is Fair because I had went to Orinetation for a truck driver job and on my last day they told me they couldn't hire me because of background Check. I have a family and I had to be out of work for months after that I was prepared to go over the road with that trucking company and I ended up have-n- to move and stay with my brother. and all they trying 2 do is offer me $10 TO $55 dollars I dont think that the Settlement is Fair

Thanks for your cooperation
Sign Jerry Morgan

Ryals V. Hire Right Solutions Case
Ryals V Hire Right Solutions, Inc
Civil Action No. 3:09 CV 625.

Jerry Morgan
Lanett al
[Redacted]

No I Don't Agree With the Settlement



MONTGOMERY AL 361
13 SEP 2011 PM 4 T

Clerk of the court
Unitedstates District Court
701 East Broad Street
Richmand VA 23219

Jerry Morgan
Levett ala