September 8, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA



In the matter of,

JAMES RYALS, JR            Plaintiffs

V                          CIVIL NO. 3:09cv625

HIRERITE SOLUTIONS INC.    Defendants

**BRIEF IN SUPPORT OF: OBJECTION TO PROPOSED SETTLEMENT**

From February 2002 to August 2008, HireRite/ DAC Reporting, Black-Balled 21,762 Professional Drivers. Meaning, HireRite totally destroyed Drivers Names, Reputations and Careers, every Hour of the Day for Two and a half Years. Or, every 20 minutes, 8 hrs a day, 7 days a week for 30 months. Of the 21,762 Former Drivers, how many worked for J.B. Hunt? HireRite could not have destroyed my career with out the false reports provided by J.B. Hunt. Both Companies are a menace to society.

The damage done to my former career is beyond repair. HireRite can not retrieve the defaming/false official reports. HireRite can not return the career opportunities I have been denied as a result of their report. J.B. Hunt and HireRite are directly responsible and liable, for the social and economic hardships, I have suffered since May 3, 2007.

HireRite must not be allowed to protect the identity, of the Transportation Corporations, that initially provided the false official reports. The Transport Industry knows, the only way to force a Truck Driver to break the law, is threaten the Drivers DAC report. Drivers know that employers will black-ball their license using HireRite's DAC report. The providers and distributors are both guilty of fraud.

It is common knowledge that employers take extreme adverse employment actions. To prevent employees from, reporting corporate violations of, Federal Health, Safety and Employee Protection, Regulations. At the rapid rate described in the first paragraph, it is difficult to see how any accurate reports were released for 21,762 hours or 2.5 yrs (February 2008 to August 2010). This fact is not only shameful and wrong, in many cases criminal laws were broken.

21,762 U.S. Citizens invested in themselves and in a career that could not be out-sourced. HireRite should never again be allowed, to inflict this magnitude of social and economic damage to U.S. Citizens. I could care less about HireRite's legal fees or rights to appeal. I pray for a Judgment that will shut HireRite down, because they have lost the credibility to function as a national reporting agency.

The odds of the Class Action Notice reaching all the Black-Balled Drivers are very slim. Most of the automatic checks will return to HireRite unclaimed. Because of Foreclosures, Evictions, Divorce and Homelessness, some Drivers will not be found. Drivers who had a professional career worth its weight in gold, are now living on the fringes of society. How many victims have adopted a life of crime rather than live in poverty, because of false reports of HireRite? A Judgment in favor of the Plaintiffs is the only way to compensate the victims and restore their right to equal employment opportunities. .

PG. 3

The clever usage of the terms," Claim of actual damages" or " Proof of damages" in article 5 pg. 3 of the Notice. Indicates, a lack of sincerity of the Defendant to honor the agreement in good faith. I do not need HireRite to Admit, what I have the material evidence to prove in Court. I object to the burden of proof being determined by the Defendant.

Drivers will continue to be exploited by the Transport Companies in outrageous numbers, as long as HireRite co-operates. I have not received notification of any corrections to my DAC report. The proposed Settlement allows HireRite to continue to distribute false reports nation wide and protects the contributors of the false reports.

The impact of the adverse employment reports, are immediate and severe. Please do not allow HireRite to trivialize the social and economic hardship victims suffer as a result of false/adverse reports. The damages caused by HireRite, out weighs any alleged legitimate function. I am 12 years from retirement and un-employable because of HireRite and J.B. Hunt. An expedited Judgment in this matter will provide me with the relief I need to retrain and re-enter the workforce.

Keep in mind that at the time HireRite was fully engaged in Systematic Social Economic Oppression, the United States was in a Economic Recession and Fighting two wars. There is an inherent criminality in the conduct of HireRite and their sponsors pursuant to 18 U.S.C. 1001. I intend to release a public warning and a report to the media. Hopefully new Drivers will avoid black-balling Transport Companies /HireRite.

Sincerely,

EDDIE R. WYATT

## NOTICE OF CERTIFICATION

I, EDDIE R. WYATT do hereby certify that a copy of this three page document has been sent to the Parties listed below on this /2th day of September 2011 by U.S. Certified Mail. Sincerely,

**Clerk of the Court**
**United States District Court**
**701 East Broad Street**
**Richmond, VA 23219**

**Leonard A. Bennett**
**Consumer Litigation Associates, PC**
**12515 Warwick Blvd. Suite 100**
**Newport News, VA 23606**

**Dane H. Butswinkas**
**725 12th Street NW**
**Washington, DC 20005**
**Williams and Connolly**

**J.B. Hunt Transport/ Charles Reynolds**
**725 W. Capitol Ave. Suite 3700**
**Little Rock, AR 72201-34656**
**(Via Facsimile 501-375- 648)**

EDDIE R. WYATT

*[signature]*

VETERAN, UNITED STATES ARMY

82ND ABN DIV ARTY, FT BRAGG, NC

*Redacted*

