9-28-11

To: Ryals
V.
HireRight Solutions, Inc.,
Civil Action No. 3:09cv625;

    I, Cornelius Cotton object to the settlement that is being offered. I feel that if I had've been hired; I wouldn't have been going through this and the settlement is not enough nor is it fair. I also believe this offer is enough because the cost of living is not going down it's going up. I understand that the company its self is settling out but, I don't understand why so little.

Cornelius Cotton

[redacted]

DeFuniak Springs, FL [redacted]

Tel # [redacted]

Sincerely,
Cornelius Cotton

1 of 2

Also mailed to

Clerk of the Courts
United States District Court
701 East Broad Street
Richmond, VA 23219

<u>Class Counsel</u>
Leonard A. Bennett
Consumer Litigation Associates, P.C
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

<u>Defense Counsel</u>
Dane H. Butswinkas
Williams & Connolly, LLP
725 12th Street, N.W
Washington, DC 20005

Cornelius Cotton
DeFuniak Springs, FL

Clerk of Court
United States District Court
701 East Broad Street
Richmond, VA 23219

PENSACOLA FL 325
29 SEP 2013 PM 1 T

U.S. MARSHALS
INSPECTED