OCT - 4 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

OCT - 3 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES RYALS, JR., et al.
on behalf of themselves and all
others similarly situated,

Plaintiffs

CIVIL NO. 3:09cv625

-vs-

HIRERIGHT SOLUTIONS, INC., et al,

OBJECTION TO SETTLEMENT

Defendants.

I hereby object to the settlement for the following reasons.

I feel that the settlement proposed pales in comparison to the damage caused by the Defendant, HireRight Solutions, Inc. to the Plaintiffs herein and their families. The amount of stress, both mental and monetary, inflicted merely for profit gained by the Defendant is unreal and unforgiving. HireRight Solutions, Inc. is a company to whom employers looked for information regarding potential employees. They depended upon the accuracy of the DAC reports when making their decision whether or not to hire. The DAC reports supplied by HireRight Solutions, Inc. contained erroneous information which I believe resulted in many missed opportunities for me to gain employment. I applied for over thirty-five commercial truck-driving jobs from February, 2009 through May, 2010. The initial feedback from potential employers was good --- until they received the DAC reports.

In May of 2009, I contacted HireRight Solutions Customer Service to request a DAC report. I was told that in order to obtain a DAC report, I would have to joint their company. I believe this was in error – these reports should have been made available to me. They further

1

refused to give me any information except to say that they were only reporting public information, which was completely within their legal rights. It is my contention that it was not.

By way of example as to how easily these reports could contain information which was inaccurate, I am attaching a copy of my drivers' license. You will note that my name is spelled "Pence". However, the information mailed to me regarding this suit has my named spelled as "Pense".

I became distressed — mentally, physically and monetarily — because I could not become gainfully employed due to the misinformation supplied by HireRight Solutions to prospective employers.

Respectfully submitted,

_____
CHARLES W. PENCE, Party Plaintiff

Springfield, OH ████
████████ (home)
████████ (cell)

## CERTIFICATION

I do hereby certify that a copy of the foregoing Objection To Settlement was mailed to the following this _28_ day of _Sept._, 2011 by ordinary U.S. mail, postage prepaid:

| | | |
|---|---|---|
| Clerk of the Court | Leonard A. Bennett | Dane H. Butswinkas |
| United States District Court | Consumer Litigation Associates, P.C. | Williams & Connolly, LLP |
| 701 East Broad Street | 12515 Warwick Boulevard, Suite 100 | 725 12th Street, NW |
| Richmond, VA 23219 | Newport News, VA 23606 | Washington, DC 20005 |

_Charles W. Pence_
_____
CHARLES W. PENCE, Party Plaintiff

PRESORTED STD
U.S. POSTAGE
PAID
TWIN CITIES, MN
PERMIT NO. 3648

Ohio
COMMERCIAL LICENSE
Class A

PENCE
CHARLES W
SPRINGFIELD OH

CHARLES PENSE
SPRINGFIELD OH

Settlement Administrator
*Ryals v. HireRight Solutions, Inc.*
Post Office Box 4109
Portland, OR 97208-4109



CHARLES PENCE
Spring Field, OH

CLERK OF THE COURTS
United States District Court
701 East Broad STREET
Richmond, VA. 23219