"Sept" 2011

To whom this may concern:

My name is David Wilson, this letter of objection is based on my various past experiences with background checking companies.

I know as well as you do too, this settlement is extremely unfair, unreasonable, and definitely inadequate. I fell the course of my life was changed in a negative way due to the neglect and negligents exhibited by USIS and the other defendent companies over and over again.

USIS failed several times to notify me of their furnishing an employment purposed consumer report at the time they were doing so. One instant for example was Driver Solutions, which uses USIS. The recruiter for Driver Solutions was Catrina - Phone number 1-800-856-0482. I was told only that I was not brought on to the trucking company training by e-mail and the recruiter. Never was I notified by USIS before, in the process, or after Driver Solution qualifying process.

I have a class "A" CDL driver license, and because of USIS unproffessional ways, They've had adverse effects on me being hired many times.
One other example was the Swift Trucking company hiring process, I've included a cover letter from Swift Trucking and a copy of my class "A" CDL license.
You the Settlement Administrator have the power to Right this extreme wrongness, may the Hevenly Father bless you with good judgement.

Truely Thankful
David Wilson

04/18/2006

USIS COMMERCIAL SERVICES. INC.
4500 SOUTH 129TH EAST AVENUE
SUITE 200
TULSA OK US 74134-5885

DAVID WILSON
███████████████
KANNAPOLIS, NC ███

*Don't inform me of information being sent in the past couple of years with other trucking companies*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This letter is notification that the enclosed Public Record
Information on the individual listed above has been ordered by
and is being provided to:

    SWIFT TRANSPORTATION WEB
    P O BOX 29243

    PHOENIX AZ 85038
    602-269-9700

This notice is being sent to you pursuant to Section 613 of the
Fair Credit Reporting Act.

This information was obtained for the company listed above by
USIS Commercial Services, Inc.

If you need assistance regarding this information,
please contact USIS Commercial Services, Inc. at 800-381-0645
and ask to speak with one of our Consumer Consultants.

Thank you,

USIS Commercial Services, Inc.



I've had my Class "A" CDL since 2005 "December"



David Wilson
Kannapolis, NC

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA 23219