Settlement Administrator
*Ryals v. HireRight Solutions, Inc.*
Post Office Box 4109
Portland, OR 97208-4109

PRESORTED STD
U.S. POSTAGE
**PAID**
TWIN CITIES, MN
PERMIT NO. 3648

*Revised*

Oct 1, 2011



F I L E D
OCT – 4 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA



DAVID WILSON

KANNAPOLIS NC

Civil No. 309 cv 625
16811 Settlement Class
David Whyne Wilson



OCT – 4 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

(1)                                          "Sept, 2011

To whom this may concern:

My name is David Wilson, this letter
of objection is based on my various
past experiences with background checking
companies.

I know as well as you do too this
settlement is extremely unfair, unreasonable,
and definitely inadequate. I fell the
course of my life was changed in a
negative way due to the neglect and negligents
exhibited by USIS and the other defendent
companies over and over again.

USIS failed several times to notify me
of their furnishing an employment
purposed consumer Report at the time
they were doing so. One instant for
example was Driver Solutions, which uses
USIS. The Recruter for Driver Solutions
was Catrina - Phone number 1-800-856-0482.
I was told only that I was not brought
on to the trucking company training by
e-mail and the Recruiter. Never was
I notified by USIS before in the process,
or after Driver Solution qualifying process.

(2)

I have a class "A" CDL driver license, and because of USIS unproffessional ways, They've had adverse effects on me being hired many times.

One other example was the Swift Trucking company hiring process, I've included a cover letter from Swift Trucking and a copy of my class "A" CDL license.

You the Settlement Administrator have the power to Right this extreme wrongness, may the Hevenly Father bless you with good judgement.

Truely Thankful
David Wilson

04/18/2006

USIS COMMERCIAL SERVICES. INC.
4500 SOUTH 129TH EAST AVENUE
SUITE 200
TULSA OK US 74134-5885

DAVID WILSON
█████████████████████████
KANNAPOLIS, NC ███████

*information being sent in the past couple of years with other trucking companies.*

-----------------------------------------------

This letter is notification that the enclosed Public Record
Information on the individual listed above has been ordered by
and is being provided to:

SWIFT TRANSPORTATION WEB
P O BOX 29243

PHOENIX AZ 85038
602-269-9700

This notice is being sent to you pursuant to Section 613 of the
Fair Credit Reporting Act.

This information was obtained for the company listed above by
USIS Commercial Services, Inc.

If you need assistance regarding this information,
please contact USIS Commercial Services. Inc. at 800-381-0645
and ask to speak with one of our Consumer Consultants.

Thank you,

USIS Commercial Services, Inc.

Revised
oct 1, 2011



I've had my Class 'A' CDL since 2005 - December

CIVIL No. 3:09CV 625.
16846 Settlement Class
David Wayne Wilson

David Wilson

Kannapolis NC

Clerk of the Court
United States District Court
701 EAST Broad Street
Richmond, VA 23219

U.S MAIL
INSPECTED

USA 44