TO: clerk of court.
RE: civil case NO. 3:09 cv 625

FILED OCT 14 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

I am writing to you in regards this case I feel the settelment that was sagested is unfair for I took a college course for a life changing job and this company reporting Info. stoped everything not only once but numerous times. please consider this in your decision.

Sincerly

Kris Balliet
5685 S.W. 52nd St.
Ocala, FL. 34474

Kris Balliet

RECEIVED OCT 14 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Kris Ballet
5685 S.w. 52nd St.
Ocala, FL 34474

Clerk of Court
U.S. District Court
701 East Broad St.
Richmond, Va. 23219