Theron K. Carter

Middleville, MI

October 1, 2011

Court
Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA 23219



RE:                    UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF VIRGINIA
                       Richmond Division

JAMES RYALS, JR., et al,                My Claim Number:670990
on behalf of themselves and all
others similarly situated,

                    Plaintiffs

v.                                      CIVIL NO.3:09cv625

HIRERIGHT SOLUTIONS, INC., et al,

                    Defendants.

                    NOTICE OF INTENTION
                         TO APPEAR
          IN THE RYALS v.  HIRERIGHT SOLUTIONS CASE

TO WHOM IT MAY CONCERN:

This is to state that I am requesting to speak in front of the
Court at the Fairness Hearing on November 3, 2011.  I am one
of the first plaintiffs defending my rights as I understand
from Derek Hinton who used to work for USIS.

I have provided my Claim Form to the Settlement Administrator.

                              Sincerely,

                              Theron K. Carter

                              Theron K. Carter

cc: CLASS COUNSEL
    Leonard A. Bennett

    DEFENSE COUNSEL
    Dane H. Butswinkas

Theron K. Carter
Middleville, MI

U.S. WARSHING
INSPECTO

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA 23219

GRAND RAPIDS MI 493

03 OCT 2011 PM 6 T

