

OCT - 6 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Tuesday Sept 6,11

Settlement class member-section 1681i
Lawsuit Ryals vs Hireright Solutions (Dac)
Case Action # 3:09 cv 625
Valid Claim # 674628

I Anastacio F. Balderas strongly and deeply agree with this lawsuit. It is evident that my *basic civil* human rights were violated and I deserve an equal due process. Furthermore, it is apparent that there has been a lack of gratitude and compassionate consideration.

However, I believe they attain this corporate greed bully mentality, resulting not only damaging but completely destroying my livelihood, I am beyond discusted,disappointed,frustrated,annoyed,offended. This is unjust biggetry, it is my way of life that has been threatened and I have suffered enough.

A compensation settlement of $4,000.00 is clearly the least that I deserve at minimal for driving 300,000 drug free safe miles only to be screwed over literally, creating and initiating unnecessary hardships in my life.

We the little people empower them and make them rich, therefore they *feel and* believe they can get away with their dirty deeds and injustices, morally and ethically it is unjust for them to defame my character, degrade my creditability by smereing my reputation and workhistory taint,stain,hinder,minimize,undermine,tamper etc.

This is wrongful intent, and a crooked twisted system and they need to be sued, just a lack of resources. They act like they do no wrong. It doesn't take rocket science to analyze no equality, and it is a dirty business, to impose and implement these crooked,twisted injustices upon me.

If I had the proper resources I would sue the hell out of them myself, they are corporate capitalist bullies. They use us to empower them for their benefit and interest and then create ways to screw you and spit you out later.

Im entitled, they owe me big for lost wages, emotional distress, damages of reputation and workhistory, degrading my creditability, defamation, wrongful intent, and for lack of gratitude and compassionate consideration for my hardwork etc.

Life is difficult as it is with a bad economy, jobs scarce and rare, and this is how they repay me by cheating,depriving, destroying my life, reputation,workhistory,pride,dignity etc. They are ungrateful,selfish,greedy,crooked,twisted,thieves and bullies.

I deserve and am entitled, to compensation of at least $4,000.00 in Nov,11 for creating life damages completely destroying my life literally.

In conclusion, it is clear and evident proof and established fact that it is my livelihood that has been threatened not the other way around. In regard, your common courtesy is greatly appreciated, I look forward to receiving my deserving entitled compensation settlement of at least minimal $4,000.00.

I deserve resolve and closure from this hell on earth that I have endured, I have suffered enough.



OCT -6 2011

CLERK

**Driver Anastacio F. Balderas**

**Wagon Mound, NM** Redacted

**Phone#** Redacted

DOT (SECTION 391.23) REQUIRES AN INQUIRY INTO THE DRIVERS DRIVING
RECORD FOR ALL LICENSES HELD BY THE DRIVER DURING THE PRECEDING
THREE YEARS.

=================================================
=================================================
=================================================
=================================================
Search using BALDERAS,                    7810988725

*HIRERIGHT* DAC Services, Drug/Alcohol Disclosure MAY 20, 2009 09:23

The companies listed below have provided drug/alcohol information
regarding this driver.  This information satisfies your driver
background checks required for these companies under 49 C.F.R.
Part 391 for the period of service noted.

| Company Name | Period of Service | | | |
|---|---|---|---|---|
| Swift Transportation Sec<br>PHOENIX, AZ *TAINT* | From | 1/2006 to | 6/2006 | |
| J B HUNT TRANSPORT INC<br>LOWELL, AR *STAIN* | From | 7/2006 to | 7/2006 | |
| C R ENGLAND INC<br>SALT LAKE CTY, UT *HINDER* | From | 7/2006 to | 5/2007 | |
| Knight Transportation<br>EL PASO, TX *MINIMIZE* | From | 7/2007 to | 11/2007 | |
| Contract Freighters Inc<br>JOPLIN, MO *UNDERMINE* | From | 1/2008 to | 4/2008 | |

Storing records for: Con-Way

*RUSSELL TRANSPORT ELPASO,TX From 9/08 to 11/08*

To obtain drug/alcohol test information from the company(s) listed
above, fax a DAC Drug/Alcohol release form to DAC at 800-257-8069.
Releases faxed to other numbers will experience delays in processing.
The driver must sign the DAC Drug/Alcohol release after listing all
the company(s) from which you wish to receive information.

The drug/alcohol report may be retrieved by accessing the MBX "Print
Mailbox" option through Screening services.  Anticipated turnaround
time is 1 hour.

If you need a DAC drug/alcohol release form or have questions about
using DAC's drug/alcohol database please call DAC drug/alcohol mar-
keting at 800-331-9175.
=================================================
=================================================

---

*Handwritten annotations:*

WHERE IS THEIR PROOF & EVIDENCE - HYPOCRITES HIRE RIGHT YOU UNGRATEFUL CORRUPT, CROOKED, TWISTED) SELFISH, GREEDY BASTARDS I SHOULD SUE THE HELL OUT OF THIS DIRTY BUSINESS) FOR WRONGFUL INTENT, COST WATER) DEFAMATION OF CHARACTER, DEGRADING MY CREDITABILITY, EMOTIONAL DISTRESS) HURTFUL DAMAGES & MOST IMPORTANTLY DESTROYING MY LIVLIHOOD, PRIDE & DIGNITY ETC - SMEARING MY REPUTATION & WORK HISTORY. HUGE INJUSTICES, CORPORATE GREED



ANASTACIO F. BACDEDAS

WAGON MOUND, NM

Redacted

Redacted

CLERK OF COURT
U.S. DISTRICT COURT
701 EAST BROAD STREET
RICHMOND, VA 23219