*A FEDERAL COURT ORDERED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| JAMES RYALS, JR., *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>HIRERIGHT SOLUTIONS, INC., *et al*,<br><br>Defendants. | CIVIL NO. 3:09cv625 |

### NOTICE OF CLASS ACTION SETTLEMENT

**THE RECORDS OF HIRERIGHT SOLUTIONS, INC. (FORMERLY USIS COMMERCIAL SERVICES, INC.) SHOW THAT YOU SUBMITTED A DISPUTE TO HIRERIGHT SOLUTIONS REGARDING YOUR EMPLOYMENT CONSUMER REPORT (BACKGROUND CHECK).**

**YOU MAY BE ENTITLED TO A CASH PAYMENT OF AT LEAST $134.00 AND NO MORE THAN $20,000.00 FROM A CLASS ACTION SETTLEMENT.**

A settlement has been proposed in a class action lawsuit against HireRight Solutions, Inc. (formerly USIS Commercial Services, Inc.), Altegrity, Inc., Explore Information Services, LLC, and US Investigations Services, LLC on behalf of consumers who on or after October 5, 2004 but on or before October 15, 2010 were the subject of an employment background check that contained negative public record information such as a criminal or traffic arrest, charge or conviction, civil judgment, bankruptcy or tax lien. (The "Section 1681k Class").

A settlement has also been proposed in this same lawsuit on behalf of all consumers who submitted a dispute to HireRight Solutions, Inc. ("HireRight Solutions") after February 2, 2008 but before August 31, 2010. (The "Section 1681i Class").

You may be a member of the first group, the Section 1681k Class. However, you have received this notice because records indicate that you are also a member of the second group, the Section 1681i Class.

Your legal rights will be affected by the settlement of this lawsuit. Please read this notice carefully. It explains the lawsuit, the settlement, and your legal rights, including the process for receiving a settlement check, excluding yourself from the settlement, or objecting to the settlement.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will be mailed to you. |
| **MAKE A CLAIM FOR ACTUAL DAMAGES PAYMENT** | If you submit a claim form for your actual damages and that claim is determined to be valid, you will receive a cash payment for your damages. If 5% of Class Members submit a valid claim, the net amount of this payment will be likely be approximately $4,000.00 per claim. The amount cannot exceed $20,000.00. |
| **EXCLUDE YOURSELF** | You remove yourself from participation in this class action and do not receive a benefit from this settlement. However, you retain any right to file a separate lawsuit against any of the Defendants. If you choose this option, it is important that you promptly speak to an attorney because of the time-sensitive nature of claims under the Fair Credit Reporting Act. |
| **OBJECT** | You remain a Class Member, but write to the Court and explain why you do not think the settlement is fair, reasonable, and/or adequate. |

My name is Joshua McClure and I am involved in the James Ryals Jr vs Hireright Solutions class action law suit. I do not believe the settlement being considered is fair. I was denied employment because of erroneous information on my background check done by Hireright. I believe a more appropriate settlement amount would be 5 years' worth of pay at $30,000 a year which was the starting salary. The current propose settlement is not enough considering how their erroneous reports have affected so many.

1. Ryals v Hireright Solutions Civil Action No 3:09 cv625
2. Joshua McClure  *Redacted*  Ashalnd, VA  *Redacted*

RICHMOND VA 232
05 OCT 2011 PM 7 L

U.S. MARSHAL
INSPECTED

Clerk of Court
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

23219-3524

Joshua McClure
Redacted
Ashland, VA