To Clerk of Court

Concerning

Objection to settlement in;


Ryals v. HireRight Solutions  Inc. case   Civil Action No 3:09cv625


As a requirement  of sending you this information I also needed to file a statement as to when I sent this information out to the Class Counsel and the Defense Counsel as well.

I am sending this out to you, the Court, The Class Counsel (Leonard A Bennett),  and the Defense Counsel (Dane H Butswinkas) on September 28, 2011.


Sincerely

James R. Bishop

 Redacted

Troy, Ohio  Redacted

Phone. Redacted   cellphone Redacted



Ryals v. HireRight Solutions Inc.
Civil Action No. 3:09cv625

James R. Bishop

Troy, Ohio.. [Redacted]
[Redacted] or cellphone [Redacted]

To Whom it may concern;
    I am objecting to the amount of the settlement that may be entitled to me in the court case presented Ryals v. HireRight Solutions Inc. My reasons are in this following letter. Thank You for reading it.

Since having been let go from a semi truck driving position in December 2005, I have tried to find work still in the trucking industry.   I have been a trucker since I left the Military in 1989. My record had some minor problems such as the usual red light or speeding ticket which are normal in the trucking industry, but because of what HireRight has put into my records concerning the time I worked for Martin Transportation (MTS) I have not been able to send with any job applications larger than a small starting company and even there I have had trouble, to the end that from not working at a decent company to provide for my family, the stress has shoved me into having a heart attack and now I am not able to drive or work, but I am on disability due to heart issues, copd, and emphazema

.

Provided with this letter you will find a copy of the signed verification that I am filing with this civil action and the papers that I have to offer as proof as well of what HireRight caused to happen to me.
- The first papers shown after the verification is a copy of my work history.    This is important because you will see just how hard it was for me to find work after MTS sent their information to HireRight. It also shows what I had to do to earn any kind of living to try to support my family.    ie*such as working for Temp services
- The next informational batch of papers are copies of letters that I had to send with any job applications to prove that the information HireRight was sending to potential employers were not honest concerning my abilities and times working for MTS   *note here, the information HireRight gave potential employers made me out to be a liar on my applications
- The next piece is a copy of the HireRights' information given to me by a potential employer and that they had received this from HireRight as to what kind of employee I was.   At this time, when seeing the information given, I sent these pages back to HireRight   with the proof for them so that HireRight could correct their information or remove it.
- 14 months later I received this next letter back with just one adjustment changed.   And while waiting for these changes that never came I continued to search for work. With Employers continuing to refuse me work.
- These next 2 pages are other companies that refused me work due to the HireRight reports received by them.
- In 8/2009 I picked up my own DAC report to see what was on it.    Generally with a DAC report as good as this one I could have received a job without any hassle.
- In this next batch of papers you will find proof of my earnings as a truck driver starting in 2004. This amount gross that year was $51786. A decent wage. This is shown to let you see that as a driver I worked and made money for the company, myself, and family. My basis for the following;
- Going from 2004 @ $51,786 (less just say I topped my wages off here.. but in reality I would have had salary increases
- To 2005 @$37,845 then unemployment of $740...equals loss of $13,201
- To 2006 @ $9,847 then unemployment of $5,439..equals loss of $36,500
- To 2007 @ $14,289 then unemployment of $264...equals loss of $37,233
- To 2008 @ $12,636 then unemployment of $4650..equals loss of $34,500
- To 2009 @ $9,381 working as subcontractor then unemployment of $12105 +jury pay $160 ... equals loss of $30,140

THE TOTAL AT THE END OF 2009 THAT HIRERIGHT COST ME was $ 151,574

- To 2010 @ $566 working as subcontractor then unemployment of $2542 then SSI of $3894...equal loss of $44,784

- The last pages that I have sent are proof of my heart attack and the condition that I am in. My reasons for sending these are so that you can see what the stress of not being employed also cost me.   If you take that I was making at the age of 53 which was $51,786 and multiply it by how many good years that I had left before the retirement age which I believe is at the age of 65 (12yr), I have the total is $621,432.   I would like to mention the amount my heart attack cost as well. The total cost for this was bordering on $100,000. I had hospitalization with MTS but without the opportunity to find another job I could not then and still cannot afford any major medical.   After the heart attack, the costs were picked up by Medicaid and I now go to the VA for anything major medical. And then there is the constant rehab. This with being on SSI.

- My final thought on what HireRight owes me... MY LIFE.    I have not been able to earn a decent living since 2005. I was worth in earnings for up to 12 more years in driving a minimum of $621,432 of which I was not able to find, act upon, or acquire due to HireRight abstaining from correcting their lies. I believe I should be awarded this amount as well as monies with which to retire on since because of HireRights actions I was not able to provide these monies for myself.

Thank you for going through my paperwork and considering my plea for a bigger settlement.

Sincerely James R. Bishop

*Ryals v. HireRight Solutions, Inc.* Settlement Administrator
Post Office Box 4109
Portland, OR 97208-4109

# Claim Form

*Ryals v. HireRight Solutions, Inc.*
3:09cv625 (E.D. Va.)

||||||||||||||||||||||||||||||||   50420672223

000 0010899 00000000 001 001 10899 INS: 0 0

**JAMES R BISHOP**
Redacted
**TROY OH**   Redacted

**Your Unique Claim Number:**   Redacted

- If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will automatically be mailed to you. If you instead submit this claim form for your actual damages and the claim is determined to be valid, you will receive a cash payment for your damages. The amount of the cash payment will be determined as described in Section 8.7.2 of the Settlement Agreement.
- The claim form must include some "proof" that you actually incurred damage or harm from an inaccurate DAC, USIS Commercial Services or HireRight Solutions consumer report. You do not need to prove the amount of your injury; only that it occurred. Completing and signing this form is an acceptable way to provide "proof" that you incurred damage or harm.
- Claims may be filed by deceased Actual Damages Claims Settlement Class Members through representatives of their estates. If you are submitting a claim on behalf of a deceased Settlement Class Member, you must submit appropriate documentation with this claim form demonstrating that you are duly authorized to do so.
- The deadline to submit a claim is 14 days following Final Approval. This deadline will be no earlier than November 17, 2011. The actual claim deadline will be posted when it becomes known at www.DACClassAction.com.

## Section I: Your Personal Information
**(STOP! Do not complete this section if the preprinted information above is correct)**

First Name   MI   Last Name
*James*   *R*   *Bishop*

Mailing Address   Redacted

City *Troy*   State *Oh*   Zip Code   Redacted

## Section II: Additional Information

Social Security Number (required)   Date of Birth (required)   Telephone Number (required)
Redacted   Redacted   Redacted   *cell* *hm*

Email Address (optional)

## Section III: Your Damages Information

I believe that I suffered actual damages from an inaccurate consumer report provided to my employer or my prospective employer by DAC, USIS Commercial Services or HireRight Solutions.

Name of Employer/Prospective Employer *Martin Transportation / Dickbary / Jet Express*

As a result of the inaccurate consumer report *(check all that apply)*:

- ☒ My employment application was denied (I did not get the job).
- ☒ I was terminated by my employer (I was fired).
- ☐ I was unable to obtain a security clearance or had such clearance delayed.
- ☐ I received the job or was not fired, but was required to explain the inaccurate consumer report or take other steps and/or suffered other harm from the inaccuracy.

*Please continue on reverse side.*

**Questions? Call 1-877-954-4675 or visit www.DACClassAction.com**

J7731 v 05 6 8 2011



## Section III: Your Damages Information (continued)

You must select one of the following two options.

☒ A. I have included a letter or other document with this claim form from the employer listed above stating that I was fired, not hired or suffered some other adverse employment action. OR

☒ B. The following is my written explanation of the damages I suffered from the inaccurate consumer report provided to my employer or prospective employer by DAC, USIS Commercial Services or HireRight Solutions. This written explanation must be sufficient for the Settlement Administrator to confirm your claim.

In Dec 2005 I had an accident during *high wind &* blizzard like conditions while Driving for Martin Transportation in Ossian In. This led to me losing my job. I haven't been Able to obtain a truck Driving job from a large secure company since. The Accident was on the customers private property (their entry Drive). I was Driving on ice & gust of wind push truck into Ditch & it fell over. After a 2week time I was let go.

I was hired by Dick Lavy Trucking in March 2006 then because of hire rights wording versus the truth I was let go the same day.

In Oct 2007 was hired & trained for 2 weeks by Jet express I was let go for the same reason, the (Attach additional pages as needed.) wording About the accident on the Hire Right papers In 2009 wasn't hired by Apex Express for same reason.

### Section IV: Signature

My signature below certifies that to the best of my knowledge the information I have provided is truthful and correct.

Signature: _____    Date: 4/7/11

## Submitting Your Claim

Claim Forms must be mailed to:

*Ryals v HireRight Solutions* Settlement Administrator
P.O. Box 4109
Portland, OR 97208-4109

You may also submit your claim online at www.DACClassAction.com.

J7732 v.05 8 6 2011

Work History

3/4/2010 Had 2nd Major Heart attack... was removed from working by DOT and Dr.

Semi Driver.. Tuned up Trucking 12/21/2009-2/11/2010

- 13920 Eaton Pk, New Lebanon, Ohi 45345

- owner Lance 937-830-1695 pay .31 cpm

- Reason for leaving... lack off work/ laid off

*MAy 1998- Feb 2010*
*WORK*
*History*

Semi driver..S & J Truck & Trailer Repair  9/24/2009-12/17/2009

- 4392 Gibson Dr, Tipp City, Ohio 45371

- owner Stirling 937-667-6290 pay .31cpm

- Reason for leaving... lack off work / company closed

Semi Driver recertification 8/2009

Factory Worker/Forklift Operator...Manpower Temporary Services 4/2008-10/2008

- 1810 W Main, Troy, 45373

- supervisor- Hannah 937-335-5485 pay 11.85 per hour

- Reason for leaving... temporary work only

Semi Driver.. Jet express Trucking  10/2007-11/2007

- 4518 Webster St Dayton, Ohio 45414

- phone 937-274-7033  pay .31cpm

- Reason for leaving... was let go before being put on permanent due to Hire Right

1

Semi Driver... Ohio Valley Wood Recycling  4/2007-9/2007

- 1375 Union St  Troy, Ohio  45373

- Supervisor Kelly 937-335-1581  pay 13 per hour

- Reason for leaving... Company closed due to fire


Factory Worker, crane Operator.. CBS Personnel Services  4/2006-9/2006

- 1600 W. Main St, Troy, Ohio 45373

- Supervisor Kelly  937-339-0212  pay 10 per hour

- Reason for leaving... temporary service contract only


Semi Driver... Dick Lavy Trucking  3/2006-3/2006

- 8848 St Rt 121 Bradford, Oh 45308  pay .31cpm

- owner Dick Lavy 937-448-2104

- Reason for leaving... Information on Hire Right made it look like I lied on my application. Was let go immediately  *** note here I am in process of filing greivance on my DAC report, with evidence that previous employr put wrong information into report that they are sending to potential employers


Semi Driver... Martin Transportation    Rehired 8/14/2005-01/06/2006

- Executive Blvd Huber Heights, Oh/ 7300 Clyde Park Ave, Byron Center, Mi 49315

- Supervisor Joe Kettring 1-800-748-0194

- Reason for leaving..on December was doing a double trip to Ossian, Indiana. On second trip as I was approaching the entrance to the company for a drop off, (which the road was a sheet of ice at the time, weather was blizzard like with high winds) a gust of wind caught my trailor and blew it into a ditch with flipped the truck onto its side. The officer on the scene said it wasn't my fault because he had told them to salt the road earlier, so I was sent home without a ticket or proof of the accident.  The company released me

2

from work on Jan 6, 2006.

Semi Driver... Martin Transportation/ RTS Transportation 5/21/1998-6/1/2005

- Executive Blvd Huber Heights, Oh/ 7300 Clyde Park Ave, Byron Center, Mi 49315

- Supervisor Joe Kettring 1-800-748-0194

- Reason for leaving... Was offered an opportunity to purchase a semi... it fell through, reapplied for work at Martin Transportation

To whom it may concern;

I have decided to give you a little more information ahead of time so that when you contact Hire Right for my DAC report you have a heads up on the discrepancies concerning MTS. We are still in the process of clearing up these problems at this time.

When leaving MTS employ, they listed with Hire Right that I had only worked there from 8/05 to 1/06. Enclosed is a statement from the bookkeeping office of MTS with the actual dates that I worked for them.

There was also listed on Hire Right, 2 accidents that I participated in. One was while I was waiting to make a right turn into a parking lot when a car decided to go straight at the same time. I was not charged. Also this 1st accident occurred on 11/26/04 BMV case 48390133 Miami Cty, Ohio. This date does not fall between 8/05-1/06.

The second accident was when I was going to Ossian for the 2nd time in one day. The weather conditions was icy roads, rain, sleet, snow and wind. As I was making my approach into the yard of the company where I was delivering a gust of wind blew the semi onto its side. MTS deemed I was at fault. I have enclose a letter from the Ossian Police concerning my accident. I believe you will find it enlightening.

Thank you for taking the time to look over my work record.

Sincerely James Bishop

*Started sending this with job Applications*

*Informational letters That I had to send with job Applications because Hire Right would not Remove lies put into my informational pkt by MTS*



Jim Bishop seniority time for Martin Transportation

Original hire date:  05/21/98

Quit on 06/01/05 to buy his own truck

Rehired on 08/14/05

Terminated on 01/06/06 due to accident with truck

Bonnie Kooistra/Payroll
Martin Transportation Systems, Inc.

HAD to ADD this
to Applications. MTS
lied about my time with
them. Hire Right would
not remove it



**David L. Rigney**
Chief of Police

August 28, 2009

Mr. Jim Bishop
Redacted
Troy, OH   Redacted

Ref: Accident/Incident on Dec. 16, 2005

Dear Mr. Bishop:

Per your request, I checked our records for any accident or incident report
involving you on Dec. 16, 2005. I was unable to find any reference to you
or an accident/incident on that date. In fact, your name was not in our
system as a person that our agency has had any contact with at any time.

Sincerely,

David L. Rigney

*Letter from
Ossian Police that
I had to put in with
Application to try
to secure a job*

*[handwritten note top left:]* Copy of report 1st sent by HireRight to company that I applied to get work

They could NOT Hire me

**Customer:** D A C Services Main Internal Users
**User:** Acasha Shields-Neal

TS - SUBJECT LIST

*[handwritten note right:]* Dispute was made After seeing this

mployment History

D A C Services Main Internal Users (1204)
Acasha Shields-Neal (dacacasha)

```
================================================================
                    EMPLOYMENT HISTORY #1
----------------------------------------------------------------
Search using BISHOP,J,   [Redacted]
----------------------------------------------------------------

              EMPLOYMENT RECORD  05/06/2008  14:08:05   1000829793

Driver:       BISHOP,J              SSN:  [Redacted]   DOB:  [Redacted]

Contributed By: MARTIN TRANSPORTATION              Phone:  (616)455-8850
                Martin Transport
                Martin Leasing
                R T S Transportation Systems
                R T L Transportation
                Bay Cartage
                Warner Transportation
                SYSTEMS INC
                7300 CLYDE PARK AVE SW
                BYRON CENTER, MI 49315

  Original data received by DAC on 02/13/2006

        Period of Service:     From 06/2005 To 01/2006
        License Number:        OH,RM067125
        ELIGIBLE FOR REHIRE:   No
        REASON FOR LEAVING:    Discharged (or Company Terminated Lease)
        STATUS:                Company Driver
        DRIVER'S EXPERIENCE:   Over the Road
        EQUIPMENT OPERATED:    Dry Box
        LOADS HAULED:          Gen. Commodity
        WORK RECORD:           Other

----------------------------------------------------------------
                    Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury,
death, property damage of any type, or resulted in the equipment requiring a
tow (other than mechanical breakdown) while assigned to the driver regardless
of fault.  Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 1

    Accident/Incident Details

    Accident/Incident #      1
    Date:                    12/16/2005
    DOT Recordable:          No
    City, St:                OSSIAN, OH  - INDIANA
    Injuries:                0
```

*[handwritten notes right:]* MTS Lied here HireRight would Not Remove it

See MTS paper in informational pkt

(MTS) while they spoke of 2 accidents yet 1 of these happened DURING A time when they said that I DID NOT WORK for them

View Reports - Subject List

```
Fatalities:            0
HAZMAT:                No
Description:           Ran Off Roadway — See letter to whom it may concern
                       Preventable Accident/Incident
                       Damaged Equipment/Property
```

No additional accident/incident information available.

---

======================================================================

============================ EMPLOYMENT HISTORY #2 ===================

---

Search using BISHOP,J,    `Redacted`

---

                    EMPLOYMENT RECORD  05/06/2008  14:08:05   1002463983

Driver:       BISHOP,J              SSN:   `Redacted`    DOB: None on file

Contributed By: DICK LAVY TRUCKING INC                Phone:  (937)448-2114
                8848 STATE RT 121
                BRADFORD, OH 45308

  Original data received by DAC on 03/28/2006

        Period of Service:      From 03/2006 To 03/2006
        ELIGIBLE FOR REHIRE:    No
        REASON FOR LEAVING:     Discharged (or Company Terminated Lease)
        STATUS:                 Company Driver
        DRIVER'S EXPERIENCE:    Local
        EQUIPMENT OPERATED:     Dry Box
        LOADS HAULED:           Gen. Commodity
        WORK RECORD:            Falsified Employ-Application   * MTS lied & the company
                                                               that hired me believes the
                                                               lie

---

                          Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury,
death, property damage of any type, or resulted in the equipment requiring a
tow (other than mechanical breakdown) while assigned to the driver regardless
of fault.  Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

======================================================================

======================================================================

============================ EMPLOYMENT HISTORY #3 ===================

---

Search using BISHOP,J,    `Redacted`

---

                    EMPLOYMENT RECORD  05/06/2008  14:08:05   1000628083

Driver:       BISHOP,J              SSN:   `Redacted`    DOB: None on file

Contributed By: JET EXPRESS INC                       Phone:  (937)274-7033
                4518 WEBSTER ST
                DAYTON, OH 45414

  Original data received by DAC on 12/06/2007

| | |
|---|---|
| Period of Service: | From 10/2007 To 11/2007 |
| ELIGIBLE FOR REHIRE: | Yes |
| REASON FOR LEAVING: | Resigned/Quit (or Driver Terminated Lease) |
| STATUS: | Lease Driver (Employee of Independent Contractor) |
| DRIVER'S EXPERIENCE: | Regional |
| EQUIPMENT OPERATED: | Dry Box |
| LOADS HAULED: | Gen. Commodity |
| WORK RECORD: | Satisfactory |

*AGAIN let go Due to HireRight*

---

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury,
death, property damage of any type, or resulted in the equipment requiring a
tow (other than mechanical breakdown) while assigned to the driver regardless
of fault. Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
============================================================================

[ END OF REPORT ]

Copyright 2002© USIS  All Rights Reserved ©



HireRight
DAC TRUCKING

July 2, 2009

James Bishop
Redacted
Troy, OH   Redacted

*After Dispute was made Almost 14 months later, Corrections were still Needed Following papers are the uNCoRRecteD Reports but to them the CorRecteD ones*

Dear Mr. Bishop:

After receiving your dispute regarding information in your file, HireRight conducted an investigation. That reinvestigation has been completed. Enclosed is your current file. Any disputed information that has not at this time been verified has been deleted. The furnisher of that information has verified the disputed information that remains.

The procedure used by HireRight to reinvestigate a dispute is to directly contact that furnisher of the information of the information and advise them of your dispute. They in turn advise us whether the information currently stored by HireRight is correct. The source of the information is normally the records of the company or personal knowledge of the person being interviewed of the events in question. The furnisher's business name, address and telephone number are the same as listed on the report.

If you have not already done so, you have the right to place a statement in your file setting forth the reasons why you dispute certain information or believe that it is incomplete, or to provide an explanation of some negative information. You also may revise your statement at any time. To enter or revise your statement, contact HireRight at 1-800-381-0645. HireRight personnel will assist you in formulating your statement.

If information has been deleted from your report or if you have added a statement, you are entitled to have a copy of your current report with your statement sent to any person(s) specifically identified by you who received the report within the last two years that contained the deleted or disputed information. HireRight may impose a charge for providing those notices. To determine those charges, just ask the consumer consultant representative.

If you have any questions, please contact us at 1-800-381-0645

Sincerely,

Consumer Consulting Department

Enclosure

*MARTIN TRANSPORTATION*
*ORIGINal hire 5/1998 - 1/2003*
*Company Name Change 1/2003 - 6/2005*
*8/2005 - 1/2006*

Verification Complete



Search using BISHOP

Driver: BISHOP, J                                 DOCUMENT     Feb. 2, 2009 11:39
                                                                              100829783

                                          SSN: <span>Redacted</span>     DOB: <span>Redacted</span>

Contributed by:   MARTIN TRANSPORTATION              Phone: (616)455-8850
                  Martin Transport
                  Martin Leasing
                  R T S Transportation Systems
                  R T I Transportation
                  Bay Cartage
                  Warner Transportation
                  SYSTEMS INC.
                  7300 CLYDE PARK AVE SW
                  BYRON CENTER, MI 49315

Original data received by DAC on 02-13-2006

------------------------------------------------------------

                          Accident/Incident Record

Period of Service:          From 08/2005 to 01/2006
License Number:             OH, USA, RM067125
Eligible for Rehire         No
Reason for Leaving          Discharged or Company Terminated Lease
Status                      Company Driver
Driving Experience          Over the Road
Equipment Operated          Dry Box
Loads Hauled                Gen. Commodity
Work Record                 Other

Equipment was involved in an occurrence or act that produced unintended
injury, death, property damage of any type, or resulted in the equipment
requiring a tow (other than mechanical breakdown) while assigned to the
driver regardless of fault. Adverse information is reported for sever
years.

Number of DOT Recordable Accidents:  0
Number of Non-DOT Recordable Accidents/Incidents:  2

Accident/Incident Number:      1
DOT Recordable:                No
Date:                          12/16/2005
City, ST:                      OSSIAN, OH
Injuries:                      0
Fatalities:                    0
Hazardous Material:            No

*Please look at letter from Oss — Impormation provided ___'s* (handwritten)

*This was only Change MADE* (handwritten)

Description:
Ran Off Roadway —
Prev. In Accident/Incident
Damaged Equipment/Property

Additional ___ rmation available

Search using BISHOP, [Redacted]                                    1002463983

DAC Services, EMPLOYMENT RECORD   JUL 2, 2009  11:39

Driver: BISHOP, J        SSN: [Redacted]    DOB: Not on File

Contributed by: DICK LAVY TRUCKING INC       Phone: (937)468-2104
                8848 STATE RT 121
                BRADFORD, OH 45308

Original data received by DAC on 03-28-2006

Period of Service:          From 03/2006 to 03/2006
License Number:             Not on File
Eligible for Rehire         No
Reason for Leaving          Discharged or Company Terminated Lease
Status                      Company Driver
Driving Experience          Local
Equipment Operated          Dry Box
Loads Hauled                Gen. Commodity

                    Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended
injury, death, property damage of any type, or resulted in the equipment
requiring a tow (other than mechanical breakdown) while assigned to the
driver regardless of fault. Adverse information is reported for seven
years.

Number of DOT Recordable Accidents: 0
Number of Non-DOT Recordable Accidents/Incidents: 0

No additional Accident/Incident information available

Search using BISHOP, [Redacted]                                    1006623083

DAC Services, EMPLOYMENT RECORD  JUL. 2, 2009  11:39

Driver: BISHOP, J        SSN: [Redacted]    DOB: Not on File

*Status hize what would on Hire Right as a Reason to NOT hire me* (handwritten note)

Con... ... : JPH FORFES ...
4... WEBSTER ST
DAYTON, OH 45414

Phone: (937) 274-7035

... 1 ... ... ... by DAC on 12 06 2007

... of Service                          From 10/2007 to 11/2007
License Number:                          Not on File
Eligible for Rehire                      Yes
Reason for Leaving                       Resigned/Quit or Driver Terminated Lease
Status                                   Lease Driver/Empl. of Indep. Contractor
Driving Experience                       Regional
Equipment Operated                       Dry Box
Loads Hauled                             Gen. Commodity
Work Record                              Satisfactory

---------------------- Accident/Incident Record -----------------------

Equipment was involved in an occurrence or act that produced unintended
injury, death, property damage of any type, or resulted in the equipment
requiring a tow (other than mechanical breakdown) while assigned to the
driver regardless of fault. Adverse information is reported for seven
years.

Number of DOT Recordable Accidents: 0
Number of Non-DOT Recordable Accidents/Incidents: 0

No additional Accident/Incident information available
======================================================================
======================================================================

DAC'S RECORDS INDICATE THAT THE FOLLOWING LICENSE(S)
ARE HELD OR HAVE BEEN PREVIOUSLY HELD BY THE DRIVER
(MAY ALSO INCLUDE NON-RESIDENT OR
NON-LICENSED DRIVER VIOLATION RECORDS)

OH RM067125 BISHOP J  *Redacted*
INFORMATION RECEIVED ON 05/29/2009

DOT (SECTION 391.23) REQUIRES AN INQUIRY INTO THE DRIVERS DRIVING
RECORD FOR ALL LICENSES HELD BY THE DRIVER DURING THE PRECEDING
THREE YEARS.

======================================================================
======================================================================
Search using BISHOP,  *Redacted*                    10C0628083

DAC Services, Drug/Alcohol Disclosure JUL. 2, 2009 11:39

... regarding this driver. This information pertaining to your driver ... information required for those companies under 49 C.F.R. ... ... of service noted.

Period of service

JET EXPRESS INC
DAYTON, OH

From 10/2007 to 11/2007

To obtain drug/alcohol test information from the company(s) listed above, fax a DAC Drug/Alcohol release form to DAC at 800-257-8069. Releases faxed to other numbers will experience delays in processing. The driver must sign the DAC Drug/alcohol release after listing all the company(s) from which you wish to receive information.

The drug/alcohol report may be retrieved by accessing the MB> "Print Mailbox" option through Screening services.  Anticipated turnaround time is 1 hour.

If you need a DAC drug/alcohol release form or have questions about using DAC's drug/alcohol database please call DAC drug/alcohol mar-keting at 800-331-9175.

=============================================================

*Another company that Refusi my WORK Due to HiRe Right*

08/26/2009

HireRight
4500 S 129th E. Ave. Ste. 200
Tulsa, OK  74134-5885


JAMES R BISHOP
~~Redacted~~
TROY OH  ~~Redacted~~


- - -     - - - - - - - -- - - - - - - - - - - - - - - - - - - - - -


This letter is notification that the enclosed Driver History
Information on you has been ordered by and is being provided
to:

                    APEX EXPRESS INC
                    2942 BOULDER AVE
                    DAYTON          OH   45404
                    937-277-7271


This notice is being sent to you pursuant to Section 613 of
the Fair Credit Reporting Act.

This information was obtained for the company listed above by
HireRight.  If you need assistance regarding this
information, please contact HireRight at 800-381-0645 and
ask to speak with one of our Consumer Consultants.

Thank you,


HireRight



            Please Note:  The information contained in this report is
based on
            search criteria matching certain personal identifiers that
indicate
            that this information matched the consumer who is the subject
of
            the report.  However, this information is not guaranteed for
            accuracy or truthfulness as it relates to the subject of this
            report.  The information contained in this report was
accurately
            copied from HireRight's supplier(s) of such information,
including

the public records of various courts and law enforcement
agencies;
credit bureaus; laboratories; etc., as applicable.  However,
information generated as a result of identity theft, including
evidence of criminal activity, may be inaccurately associated
with
the consumer who is the subject of this report.  Employment
decisions should not be based solely upon information
contained in
this report.  Positive ID requires a fingerprint search.  The
user
of this report is responsible for following applicable local,
state, and federal laws with respect to the procurement and
use of
this information.

6506815400                                                          P.01/01

TRANSACTION REPORT

                                    AUG/28/2009/FRI 01:06 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | AUG/28 | 01:05PM | 19378329243 | 0:00:22 | 2 | MEMORY | OK | SG3 2956 |

# Ossian Police Department

507 North Jefferson          Phone: 260-622-7519
Ossian, IN 46777             Fax:   260-622-6250

*Fax Transmittal Form*

To: **TVM**                          **From: Chief David Rigney**

Fax Number: **937-832-9243**         **Date Sent: Aug. 28, 2009**

Attn: **Michelle**                   **Time Sent: 1250 hrs.**

                                     **No. Of Pages Including Cover Page: 2**

Message:

Ref: **Jim Bishop**

Transmission to
A company who
Received hire Rights
info They Refused
me work

8/24/09

My DRIVERS REPORT. I could
easily ACQUIRED A job with
this

================================================================
========

            D. A. C.  S E R V I C E S .... MVR  REPORT

----------------------------------------------------------------
--------

                D R I V E R   I N F O R M A T I O N

----------------------------------------------------------------
--------

 OHIO              LIC#  Redacted          QBK:
 BISHOP, JAMES R
          Redacted
 TROY, OH        Redacted

----------------------------------------------------------------
--------
 DOB    Redacted    SOC/SEC:          SEX:M  HGT:5'11  WT:190  EYES:BROW
 HAIR:BROW
 REQUESTED AS ALSO KNOWN AS:RM067125,BISHOP

            D R I V E R   L I C E N S E   I N F O R M A T I O N

----------------------------------------------------------------
--------
 CLASS              ISSUED   EXPIRES  STATUS              RESTRICTIONS

----------------------------------------------------------------
--------
 CDL-A              03/15/07 03/26/11 VALID

 M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A
 T I O N

----------------------------------------------------------------
--------
   CLASS: CDL-A=COMB VEH>26,000 GVWR, TOWED UNIT>10,001 GVWR
          ENDOR : T, N
   ENDOR: T=DOUBLES/TRIPLES, N=TANK
   MISC: REPORT CONTAINS ALL ACTIVE WITHDRAWALS, ACCIDENTS FOR THREE
 YEARS FROM
   MISC: THE ACCIDENT DATE AND CONVICTIONS FOR THREE YEARS FROM THE
 CONVICTION
   MISC: DATE.

            D R I V I N G   R E C O R D   I N F O R M A T I O N

----------------------------------------------------------------
--------
 TYPE V/S-DATE C/R-DATE DESCRIPTION                          V/C-
 CODE   PTS

----------------------------------------------------------------
--------
 CONV 02/28/08 03/10/08 TRAFFIC CONTROL LIGHTS
 02
                    COURT:MIAMI CO MUNICIPAL COURT
                    COURT CASE #802319A
                    C1=IN-STATE CONVICTION
                    END OF DRIVER RECORDS

```
********************************************************************
********
***************************** MVR VAULT
*********************************
************* STATE PROCESSED 08/25/09 ** YOUR REQUEST ON 08/26/09
*************
***************************** MVR AGE: 01 DAYS
*****************************


--------------------------------------------------------------------
--------
 DAC RPT#:238-   1 DAC ACCT#:        DAC REF#:10322200908260749
 DMV DATE:08/25/09  DMV ACCT#:

=====================================================================
=======
```

my last full year
DRIVING for my
Occupation 2004

the following income
TAX FORMS PROVE the
DAMAGE HiTe Right DID
to my Career



*This is the year I had AN ACCIDENt, where MTS lied About me to HireRight. & HireRight Refused to correct it.*

Form **1040**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **2005**   (9

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning _____, 2005, endi...

**Label**

(See instructions.)

Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial | | Last name |
| JAMES | R | BISHOP |
| If a joint return, spouse's first name and initial | | Last name |
| JUDITH | A | BISHOP |

Home address (number and street). If you have a P.O. box, see instructions.

Redacted

City, town or post office, state, and ZIP code. If you have a foreign address, see instructio...

TROY     OH     Redacted

**Presidential Election Campaign**   ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (

**Filing Status**

Check only one box.

1 ☐ Single

2 ☒ Married filing jointly (even if only one had income)

3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►

4 ☐ Head of h... the qualify... this child'...

5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

If more than four dependents, see instructions.

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . . .

b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☒ if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| Redacted   BISHOP | Redacted | Daughter | X |

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **2**

No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ► **3**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 **Wages,** salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | 37,845

8a Taxable interest. Attach Schedule B if required . . . . . . . . . | 8a |

b Tax-exempt interest. Do not include on line 8a . . . . . | 8b | 0

9a Ordinary dividends. Attach Schedule B if required . . . . . . . | 9a | 0

b Qualified dividends (see instructions) . . . . . . . . . . | 9b | 0

10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . | 10 | 620

11 Alimony received . . . . . . . . . . . . . . . . . . . | 11 |

12 Business income or (loss). Attach Schedule C or C-EZ . . . . . *Wife's work* ► | 12 | 2,920

13 Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . ► ☐ | 13 | 0

14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . | 14 |

15a IRA distributions . . . . . | 15a | b Taxable amount (see instructions) | 15b | 0

16a Pensions and annuities . . . | 16a | b Taxable amount (see instructions) | 16b | 13,975

17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 |

18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . *mine* | 18 | 740 *started needing this*

19 **Unemployment compensation** . . . . . . . . . . . . . . . | 19 |

20a Social security benefits . . . | 20a | b Taxable amount (see instructions) | 20b | 0

21 Other income. List type and amount (see instructions) _____ | 21 | 0

22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . . ► | 22 | 56,100

**Adjusted Gross Income**

23 Educator expenses (see instructions) . . . . . . . | 23 | 0

24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . | 24 | 0

25 Health savings account deduction. Attach Form 8889 . | 25 | 0

26 Moving expenses. Attach Form 3903 . . . . . . . | 26 | 207

27 One-half of self-employment tax. Attach Schedule SE . | 27 | 0

28 Self-employed SEP, SIMPLE, and qualified plans . . | 28 | 0

29 Self-employed health insurance deduction (see instructions) | 29 | 0

30 Penalty on early withdrawal of savings . . . . . . | 30 | 0

31a Alimony paid   b Recipient's SSN ► _____ | 31a |

32 IRA deduction (see instructions) . . . . . . . . | 32 | 0

33 Student loan interest deduction (see instructions) . . | 33 |

34 Tuition and fees deduction (see instructions) . . . | 34 | 0

35 Domestic production activities deduction. Attach Form 8903 | 35 | 0

36 Add lines 23 through 31a and 32 through 35 . . . . . . . . . . . . . . . . . ► | 36 | 207

37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . ► | 37 | 55,893

KIA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form **1040** (2005)

# Form 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return 2006 (99)

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning _____, 2006, ending _____, 20 ___   OMB No. 1545-0074

**Label** (See instructions.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: JAMES R    Last name: BISHOP

Your social security number: *Redacted*

If a joint return, spouse's first name and initial: JUDITH A    Last name: BISHOP

Spouse's social security number: *Redacted*

Home address (number and street). If you have a P.O. box, see instructions. *Redacted*    Apt. no.

You **must** enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
TROY    OH    *Redacted*

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶  ☐ You  ☐ Spouse

## Filing Status

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

## Exemptions

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☒ **Spouse**

Boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) First name, Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| *Redacted* BISHOP | *Redacted* | Daughter | X |

No. of children on 6c who:
• lived with you: 1
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ 3

If more than four dependents, see instructions.

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | *my wages* | 7 | 9,847 |
| 8a | Taxable interest. Attach Schedule B if required | | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | 0 | |
| 9a | Ordinary dividends. Attach Schedule B if required | | 9a | 0 |
| b | Qualified dividends (see instructions) | 9b | 0 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | | 10 | 0 |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | *Wife's money* | 12 | 21,254 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount (see instructions) | 15b | 0 |
| 16a | Pensions and annuities | 16a | b Taxable amount (see instructions) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | 0 |
| 19 | Unemployment compensation | *mine* | 19 | 5,439 |
| 20a | Social security benefits | 20a | b Taxable amount (see instructions) | 20b | |
| 21 | Other income. List type and amount (see instructions) _____ | | 21 | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | | 22 | 36,540 |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853. | 23 | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 26 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 1,502 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 0 |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | 0 |
| 30 | Penalty on early withdrawal of savings | 30 | 0 |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | 0 |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 1,502 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 35,038 |

KIA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form **1040** (2006)

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2007**  IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

| Label | | | |
|---|---|---|---|
| (See instructions.) | For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20 | | |
| | Your first name and initial | Last name | Your social security number |
| | James R | Bishop | *Redacted* |
| | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | Judith A | Bishop | *Redacted* |

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
*Redacted*

▲ **You must enter your SSN(s) above.** ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
Troy  OH  *Redacted*

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ► ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4. ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

| | | |
|---|---|---|
| 6a | ☒ **Yourself.** If someone can claim you as a dependent, **do not check box 6a** | Boxes checked on 6a and 6b  2 |
| b | ☒ **Spouse** | No. of children on 6c who: |

c **Dependents:**

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✗ if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| *Redacted* Bishop | *Redacted* | Daughter | X |
| | | | |
| | | | |
| | | | |

• lived with you  1
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions.

d Total number of exemptions claimed . . . . . . . . .

Add numbers on lines above ► 3

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | *mine* | 7 | 14,280 |
| 8a | Taxable interest. Attach Schedule B if required | | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | 0 | |
| 9a | Ordinary dividends. Attach Schedule B if required | | 9a | 0 |
| b | Qualified dividends (see instructions) | 9b | 0 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | *wifes* | 12 | 37,931 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | IRA distributions . 15a | b Taxable amount (see inst.) | 15b | 0 |
| 16a | Pensions and annuities 16a | b Taxable amount (see inst.) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | *mine* | 19 | 266 |
| 20a | Social security benefits . . . . . 20a | b Taxable amount (see inst.) | 20b | 0 |
| 21 | Other income. List type and amount (see instructions) | | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | | 22 | 52,484 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 26 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 2,680 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | 416 |
| 30 | Penalty on early withdrawal of savings | 30 | 0 |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | |
| 32 | IRA deduction (see instructions) | 32 | 0 |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 | | 36 | 3,096 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | | 37 | 49,388 |

KIA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  Form **1040** (2007)

# Form 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return 2008 (99)

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2008, or other tax year beginning ____, 2008, ending ____, 20____   OMB No. 1545-0074

**Label** (See instructions.) Use the IRS label. Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial | Last name |
| JAMES   R | BISHOP |
| If a joint return, spouse's first name and initial | Last name |
| JUDITH   A | BISHOP |

Your social security number: *Redacted*

Spouse's social security number: *Redacted*

Home address (number and street). If you have a P.O. box, see instructions.   *Redacted*   Apt. no.

▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
TROY   OH   *Redacted*

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions). ▶ ☐ You ☐ Spouse

## Filing Status

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . .
b ☒ Spouse . . . . . . . . . . .

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☒ if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| *Redacted* BISHOP | *Redacted* | Daughter | X |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions.

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation (see instructions): ____
Dependents on 6c not entered above: ____
Add numbers on lines above ▶ **3**

d Total number of exemptions claimed . . . . .

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . *Mine* | 7 | 12,636 |
| 8a | Taxable interest. Attach Schedule B if required . . . . . | 8a | 113 |
| b | Tax-exempt interest. Do not include on line 8a . . . | 8b | 0 |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . | 9a | 0 |
| b | Qualified dividends (see instructions) . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . | 10 | 0 |
| 11 | Alimony received . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . *wifes* | 12 | 15,958 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . | 14 | |
| 15a | IRA distributions . . . . 15a ____ b Taxable amount (see inst.) | 15b | 0 |
| 16a | Pensions and annuities . . . 16a ____ b Taxable amount (see inst.) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . | 18 | 0 |
| 19 | Unemployment compensation . . . . . *mine* | 19 | 4,650 |
| 20a | Social security benefits . . . 20a ____ b Taxable amount (see inst.) | 20b | 0 |
| 21 | Other income. List type and amount (see instructions) ____ | 21 | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 33,357 |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) . . . . . | 23 | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . | 24 | 0 |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . | 25 | 0 |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | 1,128 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . | 28 | 0 |
| 29 | Self-employed health insurance deduction (see instructions) . . . . . | 29 | 0 |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | 0 |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) . . . . . | 32 | 0 |
| 33 | Student loan interest deduction (see instructions) . . . . . | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . . | 35 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 . . . . . | 36 | 1,128 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 32,229 |

KIA   **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   Form **1040** (2008)

Form **1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2009**   (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2009, or other tax year beginning          , 2009, ending          , 20          OMB No. 1545-0074

**Label** (See instructions.) **Use the IRS label. Otherwise, please print or type.**

Your first name and initial: JAMES R   Last name: BISHOP
Your social security number: *Redacted*

If a joint return, spouse's first name and initial: JUDITH A   Last name: BISHOP
Spouse's social security number: *Redacted*

Home address (number and street). If you have a P.O. box, see instructions.   *Redacted*   Apt. no.
▲ You **must** enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
TROY   OH   *Redacted*

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions).  ▶ ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| *Redacted* BISHOP | *Redacted* | Daughter | |

If more than four dependents, see instructions and check here ▶ ☐

| Boxes checked on 6a and 6b | 2 |
|---|---|
| No. of children on 6c who: • lived with you | 1 |
| • did not live with you due to divorce or separation (see instructions) | |
| Dependents on 6c not entered above | |
| Add numbers on lines above ▶ | 3 |

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2  *MINE NO WORK at All* | 7 | 0 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 0 |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | 0 | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 0 |
| b | Qualified dividends (see instructions) | 9b | 0 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 0 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ  *MINE 9,381*  *WIfE'S 17,088* | 12 | 26,469 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | | b Taxable amount (see inst.) | 15b | 0 |
| 16a | Pensions and annuities | 16a | | b Taxable amount (see inst.) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see instructions) | 19 | 12,105 |
| 20a | Social security benefits | 20a | | b Taxable amount (see inst.) | 20b | 0 |
| 21 | Other income. List type and amount (see instructions)  *JURY PAY*  *MINE* | 21 | 160 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 38,734 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 26 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 1,870 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 0 |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | 0 |
| 30 | Penalty on early withdrawal of savings | 30 | 0 |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | 0 |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 1,870 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 36,864 |

**KIA**   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Form **1040** (2009)

*Handwritten note (top right):* After A very short Run of work I had A MAJOR Heart Attack — & went from job to unemployment to SSI

# 1040   U.S. Individual Income Tax Return 201

**Name, Address, and SSN**

| | |
|---|---|
| For the year Jan. 1–Dec. 31, 2010, or other tax year beginning | |
| Your first name and initial   JAMES   R | Last name   BISHOP |
| If a joint return, spouse's first name and initial   JUDITH   A | Last name   BISHOP |
| Home address (number and street). If you have a P.O. box, see instructions.   Redacted | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see   TROY   OH   Redacted | |

See separate ...

P R I N T   C L E A R L Y

Presidential Election Campaign   ▶ Check here if you, or your spouse if filing jointly, want $3 to go to th...

**Filing Status**

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐
5 ☐

box only one

**Exemptions**

| | | | | | |
|---|---|---|---|---|---|
| 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a | | | | | on 6a and 6b — |
| b ☒ Spouse | | | | | No. of children on 6c who: |
| c Dependents: (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if child under age 17 qualifying for child tax credit (see page 15) | | • lived with you   1 |
| Redacted   BISHOP | Redacted | Daughter | | | • did not live with you due to divorce or separation (see instructions) |
| | | | | | Dependents on 6c not entered above |
| d Total number of exemptions claimed | | | | | Add numbers on lines above ▶   3 |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 0 |
| 8a | Taxable Interest. Attach Schedule B if required | 8a | 50 |
| b | Tax-exempt interest. Do not include on line 8a | 8b | 0 |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 0 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | 0 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ *Mine 566 /wife 19003* | 12 | 19,569 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a   b Taxable amount | 15b | 0 |
| 16a | Pensions and annuities   16a   b Taxable amount | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 0 |
| 19 | Unemployment compensation | 19 | 2,542 |
| 20a | Social security benefits   20a   3,894   b Taxable amount | 20b | 0 |
| 21 | Other income. List type and amount _____ | 21 | 0 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 22,161 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 26 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 1,383 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 0 |
| 29 | Self-employed health insurance deduction | 29 | 0 |
| 30 | Penalty on early withdrawal of savings | 30 | 0 |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ | 31a | |
| 32 | IRA deduction | 32 | 0 |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 1,383 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 20,778 |

KIA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2010)

3/4/10

NOW DISABLED/ON SSI
because of heart
issues, emphazema &
COPD.

DOT WON'T let
MY WORK

*Redacted*

*Redacted*

*Redacted*

*Redacted*


*Redacted*



James K Bishop

Troy, Ohio

Redacted

Redacted

RETURN RECEIPT
REQUESTED

Clerk of Court
United States District Court
701 E, Broad St,
Richmond, VA
23219

7011 0470 0001 4493 9532

CERTIFIED MAIL

UNITED STATES
POSTAL SERVICE

1000