UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



JAMES RYALS, JR., et al,
On behalf of themselves and all
Others, similarly situated.

IN CARE OF Larry Jackson

      Plaintiff

Vs.                        CIVIL NO. 3:09cv625

HIREFRIGHT SOLUTIONS, INCL., et al,

      Defendant

TO: ALL PARTIES.

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| CLERK OF THE COURT | LEONARD A. BENNETT | DANE H. BUTSWIKAS |
| UNITED STATE DISTRICT COURT | COUNSUMER LIT ASS, P.C. | ILLIAMS & CO CONNELLY, LLP |
| 701 EAST BROAD STREET | 12515 WARWICK BOULEVARD | 725 12TH STREET, NW |
| RICHMOND, VA 23219 | NEWPORT NEWS, VA 23606 | WASHINGTON, DC 20005 |

# NOTICE OF CLASS ACTION SETTLEMENT,
## Plaintiff Larry Jackson
## OBJECTION SETTLEMENT AGREEMENT OFFER

I, the plaintiff Larry Jackson of the (Jackson) family hereby makes this declaration of claim for to properly submit this "OBJECTION TO SETTLEMENT OFFER as follows in my personal grievance complaint.

## Complaint / Argument.

The intent of this letter is to object to the settlement offer in the RYALS V. HIRERIGHT SOLUTIONS, INC Civil Action No. 3:09 cv625.

In this complaint there is a civil rights violation, this company sold and made money off my background information while I, the plaintiff Larry Jackson have been trying diligently to seek employment not once but several times throughout the years, and several years of my personal information has been sold without my knowledge which violates my constitutional rights as well as my constitutional fundamental rights. I the plaintiff Larry Jackson went to Eagle Training Services whom graduated the 7th day Feb 2008 but due to this company's negligence in providing inaccurate background information to numerous employers I have not been able to obtain employment. I Larry Jackson am the father of 6 children, I am unemployed and I faithfully have a duty here on this earth to uphold for my children until they are able to support themselves as well as providing a sound life for myself. There for in the action by HIRERIGHT SOLUTIONS, INC., et al, caused great damage, for there action in providing false information about me. I could have had a bright career upon my completion of training from Eagle Training Services located in Rockford IL. These responsibilities are solely related to the failure of HIRERIGHT SOLUTIONS, INC. I never received a notification letter stating that they were sending out my private information.

The intent of this complaint NOTICE OF CLASS ACTION SETTLEMENT, Plaintiff Larry Jackson OBJECTION SETTLEMENT AGREEMENT OFFER.

10-4-11

*Larry Jackson* (signature)

*Brian L Buzard* (signature)
State of Illinois Notary   Date

OFFICIAL SEAL
Brian L Buzard
Notary Public, State of Illinois
My Commission Expires 12/16/13

From: Larry Jackson
Redacted
Rockford, Illinois   Redacted
Redacted

Larry Jackson
Rockford Il
Redacted
Redacted

CERTIFIED MAIL
7011 1150 0002 3084 9347

ROCKFORD IL 611
1000
23219
$2.05

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA 23219