*Ryals v. HireRight Solutions, Inc.* Settlement Administrator
Post Office Box 4109
Portland, OR 97208-4109

50420685323

**FILED**

**OCT 1 4 2011**

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# Claim Form

*Ryals v. HireRight Solutions, Inc.*
3:09cv625 (E.D. Va.)

000 0000024 00000000 001 001 00024 INS: 0 0

DIXIE WEST

Redacted

TUSTIN CA       Redacted

Your Unique Claim Number:

Redacted

3:09CV625

- If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will automatically be mailed to you. If you instead submit this claim form for your actual damages and the claim is determined to be valid, you will receive a cash payment for your damages. The amount of the cash payment will be determined as described in Section 8.7.2 of the Settlement Agreement.
- The claim form must include some "proof" that you actually incurred damage or harm from an inaccurate DAC, USIS Commercial Services or HireRight Solutions consumer report. You do not need to prove the amount of your injury, only that it occurred. Completing and signing this form is an acceptable way to provide "proof" that you incurred damage or harm.
- Claims may be filed by deceased Actual Damages Claims Settlement Class Members through representatives of their estates. If you are submitting a claim on behalf of a deceased Settlement Class Member, you must submit appropriate documentation with this claim form demonstrating that you are duly authorized to do so.
- The deadline to submit a claim is 14 days following Final Approval. This deadline will be no earlier than November 17, 2011. The actual claim deadline will be posted when it becomes known at www.DACClassAction.com.

## Section I: Your Personal Information
### (STOP! Do not complete this section if the preprinted information above is correct)

First Name _____   MI _____   Last Name _____

Mailing Address _____

City _____   State _____   Zip Code _____

## Section II: Additional Information

Social Security Number (required) _____   Date of Birth (required) _____   Telephone Number (required)

Redacted

Email Address (optional) _____

Redacted

## Section III: Your Damages Information

I believe that I suffered actual damages from an inaccurate consumer report provided to my employer or my prospective employer by DAC, USIS Commercial Services or HireRight Solutions.

Name of Employer/Prospective Employer First Student 11251
16332 Construction circle
West Irvine, CA 92606
(949) 6536891

As a result of the inaccurate consumer report *(check all that apply)*:

☒ My employment application was denied (I did not get the job).

☐ I was terminated by my employer (I was fired).

☒ I was unable to obtain a security clearance or had such clearance delayed.

☒ I received the job or was not fired, but was required to explain the inaccurate consumer report or take other steps and/or suffered other harm from the inaccuracy.

**Please continue on reverse side.**

Questions? Call 1-877-854-4675 or visit www.DACClassAction.com

## Section III: Your Damages Information (continued)

You must select one of the following two options.

| | A. I have included a letter or other document with this claim form from the employer listed above stating that I was fired, not hired or suffered some other adverse employment action. OR

B. The following is my written explanation of the damages I suffered from the inaccurate consumer report provided to my employer or prospective employer by DAC, USIS Commercial Services or HireRight Solutions. This written explanation must be sufficient for the Settlement Administrator to confirm your claim.

I HAVE INCLUDED A PACKAGE
OF DOCUMENT WHICH I hope
you find EXCEPTABLE AND clear
thank you for concerning
my CASE Tracie West [Redacted]

_____ (Attach additional pages as needed.)

## Section IV: Signature

My signature below certifies that to the best of my knowledge the information I have provided is truthful and correct.

Signature: _____   Date: 10/5/11

## Submitting Your Claim

Claim Forms must be mailed to:

*Ryals v HireRight Solutions* Settlement Administrator
P.O. Box 4109
Portland, OR 97208-4109

You may also submit your claim online at www.DACClassAction.com.

Questions?  Call 1-877-854-4675 or visit www.DACClassAction.com



June 13, 2009

Dixie West

Tustin, CA

Dear Ms. West:

Attached is the information you requested regarding the companies that have made inquiries into the Commercial Driver Index.

For further assistance, please contact the Consumer Consulting Department at 800-381-0645.

Sincerely,

Consumer Consulting Department

Enclosure

Index Inquiry List

```
REPORT TYPE:        S SEX OFFENDER
SEARCH DATE:        05/05/2009
STATE/COUNTY:       US NATIONWIDE
```

                    NO RECORD FOUND IN JURISDICTION SEARCHED.

----------------------------------------------------------------
ORDER #: 64547107      REQUEST #:   112487348    DATA FILE DATE: 5/14/2009 6:04:58
----------------------------------------------------------------
                    USIS COMMERCIAL SERVICES, INC.
          20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD
----------------------------------------------------------------
          20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION
----------------------------------------------------------------
NAME: WEST, DIXIE
DOB:    Redacted        SSN:   Redacted
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:    NATIONWIDE
----------------------------------------------------------------
REQUEST DATE:    6/13/2009
----------------------------------------------------------------
          20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION
----------------------------------------------------------------

MATCH WAS MADE USING: SSN LASTNAME FIRSTNAME(DIX)  BIRTHDATE
NAME:   WEST, DIXIE
DOB:    Redacted          SSN:   Redacted
----------------------------------------------------------------
                    CRIMINAL RECORD INFORMATION
----------------------------------------------------------------

```
REPORT TYPE:        B F/M
SEARCH DATE:        05/06/2009
STATE/COUNTY:       CA ORANGE
```

## 20/20 Insight Criminal Records Database

Customer:                 D A C Consumers (110750)
Actor:                    Pam Smith (15390pam)

```
                        USIS COMMERCIAL SERVICES, INC.
             20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD
-------------------------------------------------------------------------
        20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION
-------------------------------------------------------------------------
NAME: WEST, DIXIE
DOB:  [Redacted]  SSN:  [Redacted]
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
-------------------------------------------------------------------------
REQUEST DATE:    6/13/2009
-------------------------------------------------------------------------
          20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION
-------------------------------------------------------------------------

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(DIX)  BIRTHDATE
NAME:   WEST, DIXIE
DOB:  [Redacted]          SSN:  [Redacted]
-------------------------------------------------------------------------
                     CRIMINAL RECORD INFORMATION
-------------------------------------------------------------------------
```

NO RECORD FOUND IN JURISDICTION SEARCHED.

```
-------------------------------------------------------------------
ORDER #:  64547107         REQUEST #:  112487348    DATA FILE DATE:  5/15/2009 5:29:58 ?
-------------------------------------------------------------------
               USIS COMMERCIAL SERVICES, INC.
        20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD
-------------------------------------------------------------------
        20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION
-------------------------------------------------------------------
NAME: WEST, DIXIE
DOB:    Redacted   SSN:  Redacted
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
-------------------------------------------------------------------
REQUEST DATE:     6/13/2009
-------------------------------------------------------------------
        20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION
-------------------------------------------------------------------

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(DIX)  BIRTHDATE
NAME:    WEST, DIXIE
DOB:       Redacted        SSN:    Redacted
-------------------------------------------------------------------
                   CRIMINAL RECORD INFORMATION
-------------------------------------------------------------------

REPORT TYPE:        B F/M
SEARCH DATE:        05/06/2009
STATE/COUNTY:       CA ORANGE
```

NO RECORD FOUND IN JURISDICTION SEARCHED.

```
-------------------------------------------------------------------
ORDER #:  64547107         REQUEST #:  112487348    DATA FILE DATE:  5/15/2009 5:29:58 ?
-------------------------------------------------------------------
               USIS COMMERCIAL SERVICES, INC.
        20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD
-------------------------------------------------------------------
        20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION
-------------------------------------------------------------------
NAME: WEST, DIXIE
DOB:    Redacted   SSN:   Redacted
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
-------------------------------------------------------------------
REQUEST DATE:     6/13/2009
-------------------------------------------------------------------
        20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION
-------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(DIX)  BIRTHDATE
NAME:    WEST, DIXIE
DOB:       Redacted
RACE:  U
-------------------------------------------------------------------
                   CRIMINAL RECORD INFORMATION
-------------------------------------------------------------------

REPORT TYPE:        B F/M
SEARCH DATE:        05/15/2009
STATE/COUNTY:       CA LOS ANGELES
```

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

**Comments:** 30 days jail, 1 day credit; 24 months summary probation; stay away from Vons Market.

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

# Consumer Inquiry History Report (NextGen)   (Page 2)

### Summary of Inquiries (NextGen) by Social Security Number
### for [Redacted] between 6/13/2007 and 6/13/2009

(Printed on: 6/13/2009 12:31:20 PM)

| Date | Customer / Subject Info. | Product Requested |
|------|--------------------------|-------------------|
| | First Student 11251<br>16332 Constructions Circle<br>West Irvin, CA 92606<br>949-653-6891 | Existing report: Formatted & Text |
| 05/05/2009 | CUSTOMER INFORMATION<br>First Student 11251<br>16332 Constructions Circle<br>West Irvin, CA 92606<br>949-653-6891 | Employment Verification - Expanded<br>Existing report: Formatted & Text |
| 05/05/2009 | CUSTOMER INFORMATION<br>First Student 11251<br>16332 Constructions Circle<br>West Irvin, CA 92606<br>949-653-6891 | US MVR - Standard Delivery<br>Existing report: Text |

**********END OF SEARCH**********

*Jasmine*

*WWW.ASIS.COM*
*dispute form*
*COPY DC.*
*copy S.S.*



**HireRight**
DAC TRUCKING

June 13, 2009

Dixie West

Redacted

Tustin, CA  Redacted

Dear Ms. West:

Enclosed is a copy of the employment information that has been provided to First Student.

Please contact the Consumer Consulting Department at 800-381-0645, if we may be of any assistance concerning this matter.

Sincerely,

Consumer Consulting Department

Enclosure

Index Copy

5/5/2009 10:43:47 AM

REPORT SELECTED FOR EMPLOYMENT OR CONTRACT LABOR SCREENING PURPOSE ONLY

WEST,DIXIE  CA- Redacted  TUSTIN CA Redacted Y- Redacted ;U-FIRS
T STUDENT 11251;N-[O]63470970[/O][R]110605288[/R];T-35;G-G;V-07/999/XXX

CONSUMER        EXPERIAN
RELATIONS       701 EXPERIAN PARKWAY
OFFICE          PO BOX 2002
                ALLEN, TX 75013

                PHONE: (888)397-3742


NAME:           DIXIE WEST

                TUSTIN CA    Redacted
                07-08 TO 09-08    7X

                IRVINE CA 9  Redacted
                10-05 TO 04-08    6X

                IRVINE CA    Redacted
                02-04 TO 01-06    7X

                IRVINE CA    Redacted
                11-03 TO 02-04

                MARINA DEL REY CA    Redacted
                05-96 TO 12-03    1X

                VENICE CA    Redacted
                12-93 TO 04-03    1X

                MARINA DEL REY CA    Redacted
                01-01

                MARINA DEL REY CA    Redacted
                06-96 TO 09-00    2X

                MARINA DEL REY CA    Redacted
                07-87 TO 07-99

                MARINA DEL REY CA    Redacted
                05-99 TO 06-99

                VENICE CA    Redacted
                11-93 TO 07-97

6/13/2009

```
                    *NOT ENTERED ON INQUIRY

SSN:            [Redacted]

NICKNAME(S):  WEST DIXIE, JEAN D WEST
AKA(S):       DIXIE MAHMOUD
OTHER NAME(S): DICKIE WEST

----------------------------- END OF REPORT -----------------------------
==========================================================================
Trac to County Criminal Sequence Activity Report
==========================================================================


Summary
-------

Customer: First Student Region 720 Southern California 11251Actor: Towana Wallace
Customer Reference:                                    Customer Sub:
Trac Type: TRACNAME
Name: DIXIE WEST                                       SSN:    [Redacted]

     Trac Order Key: 63470970
     Trac Request Key: 110605288
     Criminal Order Key: None

Maximum New Criminals: 10
  Maximum Past Years: 7

  Total Jurisdictions: 12 *Includes the current address entered for the TTC.
  Total Jurisdictions: 2
  Total Crims Ordered: 0
```



```
          Jurisdiction: ORANGE, CA
          Trac Address: [Redacted]          TUSTIN, CA, [Redacted]
                        [Redacted]          TUSTIN, CA, [Redacted]
                        [Redacted]  IRVINE, CA, [Redacted]
                        [Redacted] IRVINE, CA, [Redacted]
                        [Redacted]  IRVINE, CA, [Redacted]
```



```
          Jurisdiction: LOS ANGELES, CA
          Trac Address: [Redacted]          MARINA DEL REY, CA, [Redacted]
                        [Redacted]  VENICE, CA, [Redacted]
                        [Redacted]          MARINA DEL REY, CA, [Redacted]
                        [Redacted]  MARINA DEL REY, CA, [Redacted]
                        [Redacted]  MARINA DEL REY, CA, [Redacted]
                        [Redacted]          MARINA DEL REY, CA, [Redacted]
                        [Redacted]  VENICE, CA, [Redacted]
```

```
==========================================================================


Details
-------

  1. Jurisdiction Name: ORANGE
           Search Type: FM
```

Address: `Redacted`
TUSTIN, CA, `Redacted`

From: 05/09 to 05/09

Status: This jurisdiction was already ordered in the originating orde

2. Jurisdiction Name: ORANGE
   Search Type: FM

   Address: `Redacted`
   TUSTIN, CA, `Redacted`

   From: 07/08 to 09/08

   Status: This address resolves to a duplicate jurisdiction.

3. Jurisdiction Name: ORANGE
   Search Type: FM

   Address: `Redacted`
   IRVINE, CA, `Redacted`

   From: 10/05 to 04/08

   Status: This address resolves to a duplicate jurisdiction.

4. Jurisdiction Name: ORANGE
   Search Type: FM

   Address: `Redacted`
   IRVINE, CA, `Redacted`

   From: 02/04 to 01/06

   Status: This address resolves to a duplicate jurisdiction.

5. Jurisdiction Name: ORANGE
   Search Type: FM

   Address: `Redacted`
   IRVINE, CA, `Redacted`

   From: 11/03 to 02/04

   Status: This address resolves to a duplicate jurisdiction.

6. Jurisdiction Name: LOS ANGELES
   Search Type: FM

   Address: `Redacted`
   MARINA DEL REY, CA, `Redacted`

   From: 05/96 to 12/03

Status: This jurisdiction was already ordered in the originating orde

7. Jurisdiction Name: LOS ANGELES
   Search Type: FM

   Address: ███████ Redacted ███████
            VENICE, CA, ███ Redacted ███

   From: 12/93 to 04/03

   Status: This address resolves to a duplicate jurisdiction.

8. Jurisdiction Name: LOS ANGELES
   Search Type: FM

   Address: ███████ Redacted ███████
            MARINA DEL REY, CA, ███ Redacted ███

   From: 01/01 to 01/01

   Status: This address resolves to a duplicate jurisdiction.

9. Jurisdiction Name: LOS ANGELES
   Search Type: FM

   Address: ███████ Redacted ███████
            MARINA DEL REY, CA, ███ Redacted ███

   From: 06/96 to 09/00

   Status: This address resolves to a duplicate jurisdiction.

10. Jurisdiction Name: LOS ANGELES
    Search Type: FM

    Address: ███████ Redacted ███████
             MARINA DEL REY, CA, ███ Redacted ███

    From: 07/87 to 07/99

    Status: This address resolves to a duplicate jurisdiction.

11. Jurisdiction Name: LOS ANGELES
    Search Type: FM

    Address: ███████ Redacted ███████
             MARINA DEL REY, CA, ███ Redacted ███

    From: 05/99 to 06/99

    Status: This address resolves to a duplicate jurisdiction.

12. Jurisdiction Name: LOS ANGELES
    Search Type: FM

Address:   ██████ Redacted ██████
           VENICE, CA,   ██ Redacted ██

   From: 11/93 to 07/97

   Status: This address resolves to a duplicate jurisdiction.

==================================================================================

**Positive ID requires fingerprint search.**
-----------------------------------------------------------------------------

Copyright 2009© USIS. All Rights Reserved



USIS COMMERCIAL SERVICES, INC.
```
                    USIS WIDESCREEN #8482; HISTORY RECORD
    ---------------------------------------------------------------------
                    USIS WIDESCREEN #8482; REQUEST INFORMATION
    ---------------------------------------------------------------------
    NAME: WEST, DIXIE
    DOB:         [Redacted]      SSN:        [Redacted]
    TYPE OF SEARCH:    CRIMINAL SEARCH / SEX OFFENDER SEARCH
    SEARCH AREA:       NATIONWIDE
    REQUEST DATE:      5/5/2009
    ---------------------------------------------------------------------
                    USIS WIDESCREEN #8482; FILE INFORMATION
    ---------------------------------------------------------------------
    MATCH WAS MADE USING: LASTNAME FIRSTNAME(DIX)  BIRTHDATE
    NAME:   WEST, DIXIE JEAN
    ---------------------------------------------------------------------
                         CRIMINAL RECORD INFORMATION
    ---------------------------------------------------------------------


                    ADDITIONAL JURISDICTIONS UNDER REVIEW.


    ---------------------------------------------------------------------
    ORDER #: 53489115   REQUEST #: 110636639
    ---------------------------------------------------------------------
    This inquiry will also be searched against the Dept of the Treasury, Office of
    Foreign Assets Control SDN and blocked persons list. You will be notified in
    the event of a possible match.
    ---------------------------------------------------------------------
    The following report is obtained from a commercial database that contains infor-
    mation from public records of various courts and law enforcement agencies across
    the United States. These records are included in the report because the search
    criteria for matching personal identifiers such as name, date of birth, Social
    Security Number, etc., suggested that this record(s) matched the information
    you provided for the subject of the report. As such, these records might relate
    to the subject you inquired about, but not necessarily. You should use this
    report to broaden the scope of the background search of the subject to include
    the jurisdictions and/or the names contained in this report. Employment deci-
    sions should not be based solely upon information contained in this report.
    Positive ID requires fingerprint search.
    ---------------------------------------------------------------------
```

```
================================================================
                .... M V R   R E P O R T ....
----------------------------------------------------------------
STATE: CALIFORNIA          D R I V E R   I N F O R M A T I O N
----------------------------------------------------------------
WEST, DIXIE JEAN                    REF:
LICENSE: [Redacted]
----------------------------------------------------------------
DOB: [Redacted]  SOC/SEC:          SEX:F HGT:5'04" WT:160 EYES:GREE HAIR:GRAY

             D R I V E R   L I C E N S E   I N F O R M A T I O N
----------------------------------------------------------------
CLASS           ISSUED   EXPIRES  STATUS              RESTRICTIONS
----------------------------------------------------------------
C N-COM         08/27/04 09/22/09

   M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N
----------------------------------------------------------------
   CLASS: C=N-COM

             D R I V I N G   R E C O R D   I N F O R M A T I O N
----------------------------------------------------------------
TYPE V/S-DATE C/R-DATE DESCRIPTION                    V/C-CODE  PTS
----------------------------------------------------------------
                   MVR RECORD CLEAR


----------------------------------------------------------------
   RPT#:126-          ACCT#:10322-      REF#:A2J   WML9M3NONE   125  381
DMV DATE:05/05/09 DMV ACCT#:
================================================================
V/S-DATE=Violation/Suspension Date    C/R-DATE=Conviction/Reinstatement Date
```

**Criminal Record Report**

Reference:

**Request Data:**

| | | | |
|---|---|---|---|
| Name: | **WEST, DIXIE** | Report ID: | **1429511** |
| Jurisdiction: | **ORANGE, CA** | Request ID: | **22534116** |
| Search Type: | **F/M** | Request Date: | **05/05/2009** |
| DOB: | *Redacted* | Completed Date: | **05/06/2009** |
| SSN: | | | |
| Race/Gender: | / | | |
| Result Comments: | | | |

# *No Record Found*

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

**Criminal Record Report**

**Reference:**

**Request Data:**

| | |
|---|---|
| Name: | **WEST, DIXIE** |
| Jurisdiction: | **ORANGE, CA** |
| Search Type: | **F/M** |
| DOB: | |
| SSN: | |
| Race/Gender: | **/** |
| Result Comments: | |

Redacted

| | |
|---|---|
| Report ID: | **1429511** |
| Request ID: | **22538695** |
| Request Date: | **05/05/2009** |
| Completed Date: | **05/06/2009** |

## *No Record Found*

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

**Criminal Record Report**

**Reference:**

**Request Data:**

| | | | |
|---|---|---|---|
| Name: | **WEST, DIXIE** | Report ID: | 1429282 |
| Jurisdiction: | **NATIONWIDE, US** | Request ID: | 22534114 |
| Search Type: | **Sex Offender** | Request Date: | 05/05/2009 |
| DOB: | | Completed Date: | 05/05/2009 |
| SSN: | *Redacted* | | |
| Race/Gender: | / | | |
| Result Comments: | | | |

# *No Record Found*

Search results only reflect matches on the Department of Justice National Sex Offender Public Registry.

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

## Applicant Data

| Entity | Value |
|---|---|
| SSN | [redacted] |
| First Name | DIXIE |
| Middle Name | Not provided |
| Last Name | WEST |
| Date of Birth | [redacted] |
| Employer Name | TARGET |
| Employer Address | Not provided |

| Entity | Value |
|---|---|
| Employer City | TUSTIN |
| Employer State | CA |
| Employer Phone | Not provided |
| Customer Sub | Not provided |
| Customer Reference | Not provided |
| Drug/Alcohol History for past 36 months? | Not provided |

**Verification Result:** Verified With Discrepancy

## Verification Details

| Entity | Information from Applicant | Information Verified |
|---|---|---|
| Person contacted | Not provided | Melissa T. |
| Contact Title | Not provided | Benefits Specialist |
| Contact Telephone | N/A | 1800-[illegible] |
| Contact date | N/A | 05/07/2009 |
| Contact time | N/A | 02:17 PM |
| Date Hired | 11/2008 | 11/17/2008 |
| Date Left | 01/2009 | 01/04/2009 |
| Position Held | CASHIER | [illegible] |
| Did applicant get along with fellow supervisors? | Not provided | N/A |
| Did applicant get along with fellow employees? | Not provided | Information not provided |
| Did applicant get along with all levels of customers? | Not provided | Information not provided |
| How would you rate the applicant for General Conduct? | Not provided | N/A |
| How would you rate the applicant on Quality of Work? | Not provided | N/A |
| How would you rate the applicant for Attendance? | Not provided | N/A |
| How would you rate the applicant for Safety Habits? | Not provided | N/A |
| How would you rate the applicant for Personal Habits? | Not provided | N/A |
| If any of the above ratings were Fair or Poor, please explain why | Not provided | Information not provided |
| Are y[illegible] | Not provided | N/A |
| Reason for Leaving | Not provided | Information not provided |
| Is the applicant eligible for rehire? | Not provided | Information not provided |
| Type of equipment driven (Driver Position Only) | Not provided | Information not provided |
| Did applicant have equipment damage, loss or unauthorized equipment use? (Driver Position Only) | Not provided | Information not provided |

| Did applicant have any late pick up or drop off, fail to show or quit under dispatch? (Driver Position Only) | Not provided | Information not provided |
|---|---|---|
| Was applicant's license ever suspended? (Driver Position Only) | Not provided | N/A |
| What type(s) of Vehicles and/or Equipment did the applicant service? (Technician or Mechanic Position Only) | Not provided | Information not provided |
| Did applicant have equipment damage, loss or unauthorized equipment use? (Technician or Mechanic Position Only) | Not provided | Information not provided |
| What level of service did applicant perform? For example, preventive maintenance, repair, tires, basic service, other. (Technician or Mechanic Position Only) | Not provided | Information not provided |
| What training or certifications did the applicant receive? (Technician or Mechanic Position Only) | Not provided | Information not provided |
| Was this person a CDL Driver for your company? (If yes Accident questions are required. If no, stop) | Not provided | Information not provided |
| Was applicant involved in any DOT recordable accidents during service? | Not provided | Information not provided |
| If yes, how many DOT recordable accidents total? | Not provided | Information not provided |
| Date of each accident? | Not provided | Information not provided |
| City and State in which the accident occurred? | Not provided | Information not provided |
| Number of injuries occurring from the accident? | Not provided | Information not provided |
| Number of fatalities occurring from the accident? | Not provided | Information not provided |
| Was HAZMAT involved? | Not provided | Information not provided |
| Description of the accident (not required)? | Not provided | Information not provided |
| Release Information | Not provided | No Release Required |
| Additional notes | Not provided | The Work Number master reference number: 864831245. |

## Verification Activities

| Description | Date Time | Next Action Date |
|---|---|---|
| HireRight located (714) 361-2100 using Google. | 5/7/2009 10:37:09 AM | - |
| HireRight called (714) 361-2100 and was informed to call back. | 5/7/2009 10:37:42 AM | 5/7/2009 |
| HireRight called (714) 361-2100 and was referred to call 1800-394-1885 to speak with Customer Care. | 5/7/2009 2:16:37 PM | 5/7/2009 |
| The above information was received via telephone interview with Melissa T., Benefits Specialist. Source cannot provide some information because | 5/7/2009 | |

| | | |
|---|---|---|
| the can only give dates and position and also The Work Number only verifies their employment. | 2:20:13 PM | . |

## Applicant Data

| Entity | Value | Entity | Value |
|---|---|---|---|
| SSN | Redacted | Employer City | TUSTIN |
| First Name | DIXIE | Employer State | CA |
| Middle Name | Not provided | Employer Phone | Not provided |
| Last Name | WEST | Customer Sub | Not provided |
| Date of Birth | Redacted | Customer Reference | Not provided |
| Employer Name | NOT WORKING | Drug/Alcohol History for past 36 months? | Not provided |
| Employer Address | Not provided | | |

## Verification Result: Verified With Discrepancy

## Verification Details

| Entity | Information from Applicant | Information Verified |
|---|---|---|
| Person contacted | Not provided | |
| Contact Title | Not provided | |
| Contact Telephone | Not provided | |
| Contact date | Not provided | |
| Contact time | Not provided | |
| Date Hired | 01/2009 | |
| Date Left | 05/2009 | |
| Position Held | NONE | |
| Did applicant get along with fellow supervisors? | Not provided | |
| Did applicant get along with fellow employees? | Not provided | |
| Did applicant get along with all levels of customers? | Not provided | |
| How would you rate the applicant for General Conduct? | Not provided | |
| How would you rate the applicant on Quality of Work? | Not provided | |
| How would rate the applicant for Attendance? | Not provided | |
| How would you rate the applicant for Safety Habits? | Not provided | |
| How would you rate the applicant for Personal Habits? | Not provided | |
| If any of the above ratings were Fair or Poor, please explain why | Not provided | |
| Are you aware of any criminal convictions? | Not provided | |
| Reason For Leaving | Not provided | |
| Is the applicant eligible for rehire? | Not provided | |
| Type(s) of equipment driven (Driver Position Only) | Not provided | |
| Did applicant have equipment damage, loss or unauthorized equipment use? (Driver Position Only) | Not provided | |

| | | |
|---|---|---|
| Did applicant have any late pick up or drop off, fail to show or quit under dispatch? (Driver Position Only) | Not provided | |
| Was applicant's license ever suspended? (Driver Position Only) | Not provided | |
| What type(s) of Vehicles and/or Equipment did the applicant service? (Technician or Mechanic Position Only) | Not provided | |
| Did applicant have equipment damage, loss or unauthorized equipment use? (Technician or Mechanic Position Only) | Not provided | |
| What level of service did applicant perform? For example, preventive maintenance, repair, tires, basic service, other. (Technician or Mechanic Position Only) | Not provided | |
| What training or certifications did the applicant receive? (Technician or Mechanic Position Only) | Not provided | |
| Was this person a CDL Driver for your company? (If yes Accident questions are required. If no, stop) | Not provided | |
| Was applicant involved in any DOT recordable accidents during service? | Not provided | |
| If yes, how many DOT recordable accidents total? | Not provided | |
| Date of each accident? | Not provided | |
| City and State in which the accident occurred? | Not provided | |
| Number of injuries occurring from the accident? | Not provided | |
| Number of fatalities occurring from the accident? | Not provided | |
| Was HAZMAT involved? | Not provided | |
| Description of the accident (not required)? | Not provided | |
| Release Information | Not provided | |
| Additional notes | Not provided | |

## Verification Activities

| Description | Date Time | Next Action Date |
|---|---|---|
| USIS / HIRERIGHT does not verify unemployment. | 5/5/2009 11:02:02 AM | - |

## Applicant Data

| Entity | Value | Entity | Value |
|---|---|---|---|
| SSN | Redacted | Employer City | TUSTIN |
| First Name | DIXIE | Employer State | CA |
| Middle Name | Not provided | Employer Phone | Not provided |
| Last Name | WEST | Customer Sub | Not provided |
| Date of Birth | Redacted | Customer Reference | Not provided |
| Employer Name | TARGET | Drug/Alcohol History for past 36 months? | Not provided |
| Employer Address | Not provided | | |

## Verification Result: Verified With Discrepancy

## Verification Details

| Entity | Information from Applicant | Information Verified |
|---|---|---|
| Person contacted | Not provided | Melissa T. |
| Contact Title | Not provided | Benefits Specialist |
| Contact Telephone | N/A | 1800-394-1885 |
| Contact date | N/A | 05/07/2009 |
| Contact time | N/A | 02:17 PM |
| Date Hired | 11/2008 | 11/17/2008 |
| Date Left | 01/2009 | 01/04/2009 |
| Position Held | CASHIER | Guest Service Team Member |
| Did applicant get along with fellow supervisors? | Not provided | N/A |
| Did applicant get along with fellow employees? | Not provided | Information not provided |
| Did applicant get along with all levels of customers? | Not provided | Information not provided |
| How would you rate the applicant for General Conduct? | Not provided | N/A |
| How would you rate the applicant on Quality of Work? | Not provided | N/A |
| How would rate the applicant for Attendance? | Not provided | N/A |
| How would you rate the applicant for Safety Habits? | Not provided | N/A |
| How would you rate the applicant for Personal Habits? | Not provided | N/A |
| If any of the above ratings were Fair or Poor, please explain why | Not provided | Information not provided |
| Are you aware of any criminal convictions? | Not provided | N/A |
| Reason For Leaving | Not provided | Information not provided |
| Is the applicant eligible for rehire? | Not provided | Information not provided |
| Type(s) of equipment driven (Driver Position Only) | Not provided | Information not provided |
| Did applicant have equipment damage, loss or unauthorized equipment use? (Driver Position Only) | Not provided | Information not provided |

| | | |
|---|---|---|
| Did applicant have any late pick up or drop off, fail to show or quit under dispatch? (Driver Position Only) | Not provided | Information not provided |
| Was applicant's license ever suspended? (Driver Position Only) | Not provided | N/A |
| What type(s) of Vehicles and/or Equipment did the applicant service? (Technician or Mechanic Position Only) | Not provided | Information not provided |
| Did applicant have equipment damage, loss or unauthorized equipment use? (Technician or Mechanic Position Only) | Not provided | Information not provided |
| What level of service did applicant perform? For example, preventive maintenance, repair, tires, basic service, other. (Technician or Mechanic Position Only) | Not provided | Information not provided |
| What training or certifications did the applicant receive? (Technician or Mechanic Position Only) | Not provided | Information not provided |
| Was this person a CDL Driver for your company? (If yes Accident questions are required. If no, stop) | Not provided | Information not provided |
| Was applicant involved in any DOT recordable accidents during service? | Not provided | Information not provided |
| If yes, how many DOT recordable accidents total? | Not provided | Information not provided |
| Date of each accident? | Not provided | Information not provided |
| City and State in which the accident occurred? | Not provided | Information not provided |
| Number of injuries occurring from the accident? | Not provided | Information not provided |
| Number of fatalities occurring from the accident? | Not provided | Information not provided |
| Was HAZMAT involved? | Not provided | Information not provided |
| Description of the accident (not required)? | Not provided | Information not provided |
| Release Information | Not provided | No Release Required |
| Additional notes | Not provided | The Work Number master reference number: 864831245. |

## Verification Activities

| Description | Date Time | Next Action Date |
|---|---|---|
| HireRight located (714) 361-2100 using Google. | 5/7/2009 10:37:09 AM | - |
| HireRight called (714) 361-2100 and was informed to call back. | 5/7/2009 10:37:42 AM | 5/7/2009 |
| HireRight called (714) 361-2100 and was referred to call 1800-394-1885 to speak with Customer Care. | 5/7/2009 2:16:37 PM | 5/7/2009 |
| The above information was received via telephone interview with Melissa T., Benefits Specialist. Source cannot provide some information because | 5/7/2009 | |

| | | |
|---|---|---|
| the can only give dates and position and also The Work Number only verifies their employment. | 2:20:13 PM | |

Customer:    D A C Consume
User:        Pam Smith

# VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

*Dixie West*
*Tustin, CA.*
*Sept. 23, 2011*

*To whom it may concern:*
*I Dixie West are requesting to be compensated for the time, money, effort and emotional drain that I experienced due to being unjustly dismissed from the bus driving training classes. I had been successful with every challenge that was given to me. I was so happy to have the opportunity to work due to the lack of jobs. I have full custody of my three grandchildren. My grandchildren need me and are counting on me. Furthermore, being a senior, limits my job opportunities. In regards to my request, I had only one week to finish and then I expected to begin the long anticipated bus driving job. The training consisted of five days a week for eleven weeks. In addition; I absolutely had no idea that I would be dismissed because of the criminal record check, because I had no criminal record and I've always been an out standing citizen. I believe that I was not given enough time to get the identity thief off my record to prove my innocence. And I do not understand why I was allowed to go through all that training before they checked the records. If I had known earlier about this false record I would have had enough time to clear it up. To reiterate, I feel that I was unjustly treated in regards to being dismissed from the bus driving classes.*
*The financial loss is as follows:*
*Child care cost while attending classes $1,200.*
*Gas expense $600.*
*Misc. car expenses $300.*
*Time spent $2,500.*
*Emotion distress $ 1,500.*

Gloria Smith
Apple Valley, CA
September 24, 2011

*To Whom It May Concern:*

*I Gloria Smith am writing this letter on the behalf of Dixie West in regards to her compensation request. I have known Dixie for a long time, within this time we have continued our friendship. Dixie West has many valuable character traits such as, high integrity, dedication, loyalty, honesty, drive and humility all these assets is what makes Dixie an excellent citizen, employee and friend . Dixie and I communicated often when she was going through the training to become a bus driver. During this time she was excited and relieved that she would have a good job and be able to help support her grandchildren. After, she was dropped from the training (when she only had one week left) Dixie was shocked, extremely stressed and genuinely disturbed. Dixie went to work immediately to get the false record erased. Unfortunately, she was not given enough time to do this kind of task. I believe that Dixie should be compensated completely for all her expenses and for the agony that she endure. To re-state, Dixie was treated unfairly, because of the unjust time limit given and the way her circumstances were handled.*

*Sincerely, Gloria Smith*

Pine West

Fresno, CA

Redacted

FIRST CLASS

United States District
Court
701 East Broad Street
Richmond VA

UNITED STATES
POSTAL SERVICE

1000

23225

U.S.P
TusT
S
RM

700
G