Ryals v. HireRight Solutions, Inc. Settlement Administrator
Post Office Box 4109
Portland, OR 97208-4109

# Claim Form

Ryals v. HireRight Solutions, Inc.
3:09cv625 (E.D. Va.)

504206853237

000 0000024 0C000000 C01 001 00024 INS: 0 0
DIXIE WEST
Redacted
TUSTIN CA   Redacted

FILED
OCT 13 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Your Unique Claim Number: Redacted

3:09CV625

- If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will automatically be mailed to you. If you instead submit this claim form for your actual damages and the claim is determined to be valid, you will receive a cash payment for your damages. The amount of the cash payment will be determined as described in Section 8.7.2 of the Settlement Agreement.
- The claim form must include some "proof" that you actually incurred damage or harm from an inaccurate DAC, USIS Commercial Services or HireRight Solutions consumer report. You do not need to prove the amount of your injury, only that it occurred. Completing and signing this form is an acceptable way to provide "proof" that you incurred damage or harm.
- Claims may be filed by deceased Actual Damages Claims Settlement Class Members through representatives of their estates. If you are submitting a claim on behalf of a deceased Settlement Class Member, you must submit appropriate documentation with this claim form demonstrating that you are duly authorized to do so.
- The deadline to submit a claim is 14 days following Final Approval. This deadline will be no earlier than November 17, 2011. The actual claim deadline will be posted when it becomes known at www.DACClassAction.com.

## Section I: Your Personal Information
(STOP! Do not complete this section if the preprinted information above is correct)

First Name _____ MI ___ Last Name _____

Mailing Address _____

City _____ State _____ Zip Code _____

## Section II: Additional Information

Social Security Number (required) _____   Date of Birth (required) _____   Telephone Number (required)
Redacted

## Section III: Your Damages Information

I believe that I suffered actual damages from an inaccurate consumer report provided to my employer or my prospective employer by DAC, USIS Commercial Services or HireRight Solutions.

Name of Employer/Prospective Employer First Student 11251
16332 Construction circle
West Irving, CA 92606
(949) 653 6891

As a result of the inaccurate consumer report (check all that apply):
- ☒ My employment application was denied (I did not get the job).
- ☐ I was terminated by my employer (I was fired).
- ☒ I was unable to obtain a security clearance or had such clearance delayed.
- ☐ I received the job or was not fired, but was required to explain the inaccurate consumer report or take other steps and/or suffered other harm from the inaccuracy.

*Please continue on reverse side.*
Questions? Call 1-877-854-4675 or visit www.DACClassAction.com




## Section III: Your Damages Information (continued)

You must select one of the following two options.

☐ A. I have included a letter or other document with this claim form from the employer listed above stating that I was fired, not hired, or suffered some other adverse employment action. OR

☒ B. The following is my written explanation of the damages I suffered from the inaccurate consumer report provided to my employer or prospective employer by DAC, USIS Commercial Services or HireRight Solutions. This written explanation must be sufficient for the Settlement Administrator to confirm your claim.

*I have sent a package of documents regarding my claim.*

*(Attach additional pages as needed.)*

## Section IV: Signature

My signature below certifies that to the best of my knowledge the information I have provided is truthful and correct.

Signature: _____  Date: 10/5/11

## Submitting Your Claim

Claim Forms must be mailed to:

*Ryals v HireRight Solutions* Settlement Administrator
P.O. Box 4109
Portland, OR 97208-4109

You may also submit your claim online at www.DACClassAction.com.

Questions? Call 1-877-854-4675 or visit www.DACClassAction.com

*Ryals v. HireRight Solutions, Inc.* Settlement Administrator
Post Office Box 4109
Portland, OR 97208-4109

5042067?2803

000 0020385 00000000 001 001 20385 LNS: 0 0
DIXIE WEST
*Redacted*
TUSTIN CA *Redacted*

# Claim Form

*Ryals v. HireRight Solutions, Inc.*
3:09cv625 (E.D. Va.)

Your Unique Claim Number: *Redacted*

- If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will automatically be mailed to you. If you instead submit this claim form for your actual damages and the claim is determined to be valid, you will receive a cash payment for your damages. The amount of the cash payment will be determined as described in Section 8.7.2 of the Settlement Agreement.
- The claim form must include some "proof" that you actually incurred damage or harm from an inaccurate DAC, USIS Commercial Services or HireRight Solutions consumer report. You do not need to prove the amount of your injury, only that it occurred. Completing and signing this form is an acceptable way to provide "proof" that you incurred damage or harm.
- Claims may be filed by deceased Actual Damages Claims Settlement Class Members through representatives of their estates. If you are submitting a claim on behalf of a deceased Settlement Class Member, you must submit appropriate documentation with this claim form demonstrating that you are duly authorized to do so.
- The deadline to submit a claim is 14 days following Final Approval. This deadline will be no earlier than November 17, 2011. The actual claim deadline will be posted when it becomes known at www.DACClassAction.com.

## Section I: Your Personal Information
(STOP! Do not complete this section if the preprinted information above is correct)

First Name _____ MI ____ Last Name _____

Mailing Address _____

City _____ State _____ Zip Code _____

## Section II: Additional Information

Social Security Number (required): *Redacted*
Date of Birth (required): *Redacted*
Telephone Number (required): *Redacted*

Email Address (optional): _____

## Section III: Your Damages Information

I believe that I suffered actual damages from an inaccurate consumer report provided to my employer or my prospective employer by DAC, USIS Commercial Services or HireRight Solutions.

Name of Employer/Prospective Employer: First Student 11251
16332 Constructions Circle West Irvine, CA 92606
949-653-6891

As a result of the inaccurate consumer report (check all that apply):
- [X] My employment application was denied (I did not get the job).
- [ ] I was terminated by my employer (I was fired).
- [X] I was unable to obtain a security clearance or had such clearance delayed.
- [ ] I received the job or was not fired, but was required to explain the inaccurate consumer report or take other steps and/or suffered other harm from the inaccuracy.

*Please continue on reverse side.*

Questions? Call **1-877-854-4675** or visit **www.DACClassAction.com**

Clerk of The Court

~~by Dixie Jean West~~

Mail a copy to Class Counsel and Defense Counsel. ~~Maybe~~ ~~Houses~~ Addresses is mailed 10/5/2011

Leonard A Bennett
Consumer Litigation Association PC
12515 Warwick Blvd. Suite 100
Newport News, VA 23606

Dane H. Butswinkas
Williams & Connolly, LLP
725 12th Street, NW
Washington, DC 20005

And of course The Court
United States District Court
701 East Broad Street
Richmond, VA. 23219

I have two different claim form numbers the number's used in my paperwork is claim number [Redacted] I don't understand why I have to [Redacted]

Dixie West



West
Dixie West
Tustin, CA

Clerk of the Court
United States District Court
701 East Broad Street
Richmond, VA. 23219