TO: clerk of court.
RE: civil case No. 3:09 cv 625

I am writing to you in regards this case I feel the settlement that was sugested is unfair for I took a college course for a Life changing Job and this company reporting Info. stoped everything not only once but numerous times. please consider this in your decision.

Sincerly

*Kris Balliet* (signature)

Kris Balliet

Kris Balliet
[Redacted]
Ocala, FL. [Redacted]

FILED OCT 14 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

RECEIVED OCT 14 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Kris Ballief
Ocala, FL.

Clerk of court
U.S. District court
701 East Broad St.
Richmond Va. 23219

23219+3525