*Ryals v. HireRight Solutions, Inc.* Settlement Administrator
Post Office Box 4109
Portland, OR 97208-4109

[||||||| barcode |||||||]   504206720931

000 0021203 00000000 001 001 21203 048 0 0
**BRUCE LANG**          **Old Address**
          Redacted
**SEQUIM WA**   Redacted   **New Address**

**Bruce Gunnar Lang**
          Redacted
**Oak Ridge Tn**   Redacted

# Claim Form

*Ryals v. HireRight Solutions, Inc.*
3:09cv625 (E.D. Va.)



F I L E D

OCT 1 4 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**Your Unique Claim Number:** Redacted

**Phone Number**   Redacted

- If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will automatically be mailed to you. If you instead submit this claim form for your actual damages and the claim is determined to be valid, you will receive a cash payment for your damages. The amount of the cash payment will be determined as described in Section 8.7.2 of the Settlement Agreement.
- The claim form must include some "proof" that you actually incurred damage or harm from an inaccurate DAC, USIS Commercial Services or HireRight Solutions consumer report. You do not need to prove the amount of your injury, only that it occurred. Completing and signing this form is an acceptable way to provide "proof" that you incurred damage or harm.
- Claims may be filed by deceased Actual Damages Claims Settlement Class Members through representatives of their estates. If you are submitting a claim on behalf of a deceased Settlement Class Member, you must submit appropriate documentation with this claim form demonstrating that you are duly authorized to do so.
- The deadline to submit a claim is 14 days following Final Approval. This deadline will be no earlier than November 17, 2011. The actual claim deadline will be posted when it becomes known at www.DACClassAction.com.

## Section I: Your Personal Information
### (STOP! Do not complete this section if the preprinted information above is correct)

First Name   _BRUCE_          MI _G_   Last Name _LANG_
_NEW_
Mailing Address ___Redacted___

City _OAK RIDGE_          State _TN_          Zip Code _Redacted_

## Section II: Additional Information

Social Security Number (req·          Date of Birth (required)          Telephone Number (required)
          Redacted

Email Address (optional)          Redacted

## Section III: Your Damages Information

I believe that I suffered actual damages from an inaccurate consumer report provided to my employer or my prospective employer by DAC, USIS Commercial Services or HireRight Solutions.

Name of Employer/Prospective Employer _NORWEST EXPRESS INC  TACOMA WA_

As a result of the inaccurate consumer report (*check all that apply*):

✓ My employment application was denied (I did not get the job).

✓ I was terminated by my employer (I was fired).

✓ I was unable to obtain a security clearance or had such clearance delayed.

✓ I received the job or was not fired, but was required to explain the inaccurate consumer report or take other steps and/or suffered other harm from the inaccuracy.

*Please continue on reverse side.*

**Questions? Call 1-877-854-4675 or visit www.DACClassAction.com**

## Section III: Your Damages Information (continued)

You must select one of the following two options.

☑ **A.** I have included a letter or other document with this claim form from the employer listed above stating that I was fired, not hired or suffered some other adverse employment action. OR

☑ **B.** The following is my written explanation of the damages I suffered from the inaccurate consumer report provided to my employer or prospective employer by DAC, USIS Commercial Services or HireRight Solutions. This written explanation must be sufficient for the Settlement Administrator to confirm your claim.

This information that was sent to (USIS/DAC ) was false

This Driver Bruce Gunnar Lang, sent a request  to Norwest Inc

a full Disclosure of all of my Deduction/Settlements..

No Reply...This driver Bruce G Lang sent another request

to Brandi Hall Manger of Accounting...(no Reply)

SEE ATTACHED SHEETS

Thank You For Your Time

Bruce Gunnar Lang

Redacted

Oak Ridge Tn        Redacted                    *(Attach additional pages as needed.)*

## Section IV: Signature

My signature below certifies that to the best of my knowledge the information I have provided is truthful and correct.

Signature: *Bruce G Lang*                    Date: Aug    Oct 9    2011
                                                           2011

## Submitting Your Claim

Claim Forms must be mailed to:

*Ryals v HireRight Solutions* Settlement Administrator
P.O. Box 4109
Portland, OR 97208-4109

You may also submit your claim online at www.DACClassAction.com.



USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER

KNOXVILLE TN 370

26 SEP 2011 PM 1 T

BRANDY HALL
5821 144ST E.
TACOMA WA 98446

Redacted

Redacted

BRUCE G LANG
OAK RIDGE TN

NIXIE        984   4E 1        22  09/26/11

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 37830076332        *1159-02990-20-29

38446+4147
37830000703

*A FEDERAL COURT ORDERED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES RYALS, JR., *et al*,
on behalf of themselves and all
others similarly situated,

             Plaintiffs

v.                                                              CIVIL NO. 3:09cv625

HIRERIGHT SOLUTIONS, INC., *et al*,

             Defendants.

### NOTICE OF CLASS ACTION SETTLEMENT

**THE RECORDS OF HIRERIGHT SOLUTIONS, INC. (FORMERLY USIS COMMERCIAL
SERVICES, INC.) SHOW THAT YOU SUBMITTED A DISPUTE TO HIRERIGHT SOLUTIONS
REGARDING YOUR EMPLOYMENT CONSUMER REPORT (BACKGROUND CHECK).**

**YOU MAY BE ENTITLED TO A CASH PAYMENT OF AT LEAST $134.00 AND NO MORE THAN
$20,000.00 FROM A CLASS ACTION SETTLEMENT.**

A settlement has been proposed in a class action lawsuit against HireRight Solutions, Inc. (formerly USIS Commercial Services, Inc.), Altegrity, Inc., Explore Information Services, LLC, and US Investigations Services, LLC on behalf of consumers who on or after October 5, 2004 but on or before October 15, 2010 were the subject of an employment background check that contained negative public record information such as a criminal or traffic arrest, charge or conviction, civil judgment, bankruptcy or tax lien. (The "Section 1681k Class").

A settlement has also been proposed in this same lawsuit on behalf of all consumers who submitted a dispute to HireRight Solutions, Inc. ("HireRight Solutions") after February 2, 2008 but before August 31, 2010. (The "Section 1681i Class").

You may be a member of the first group, the Section 1681k Class. However, you have received this notice because records indicate that you are also a member of the second group, the Section 1681i Class.

Your legal rights will be affected by the settlement of this lawsuit. Please read this notice carefully. It explains the lawsuit, the settlement, and your legal rights, including the process for receiving a settlement check, excluding yourself from the settlement, or objecting to the settlement.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| DO NOTHING | If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will be mailed to you. |
| MAKE A CLAIM FOR ACTUAL DAMAGES PAYMENT | If you submit a claim form for your actual damages and that claim is determined to be valid, you will receive a cash payment for your damages. If 5% of Class Members submit a valid claim, the net amount of this payment will be likely be approximately $4,000.00 per claim. The amount cannot exceed $20,000.00. |
| EXCLUDE YOURSELF | You remove yourself from participation in this class action and do not receive a benefit from this settlement. However, you retain any right to file a separate lawsuit against any of the Defendants. If you choose this option, it is important that you promptly speak to an attorney because of the time-sensitive nature of claims under the Fair Credit Reporting Act. |
| OBJECT | You remain a Class Member, but write to the Court and explain why you do not think the settlement is fair, reasonable, and/or adequate. |



# *NorWest Express, Inc.*

5221 144th Street East
Tacoma, WA 98446
(800) 684-6126    (253) 548-8607

## Organization Chart

### Corporate Personnel
Fax: (253) 548-2997

*President & Founder*
Greg Baxley – Ext. 115
gbaxley@norwestexpress.com

*Vice President & Founder*
Tami Baxley – Ext. 114
tbaxley@norwestexpress.com

*Manager of Accounting*
Brandi Hall – Ext. 113
bhall@norwestexpress.com

*Safety Director*
Ken Dunkin – Ext. 112
kdunkin@norwestexpress.com

*Safety Assistant*
Kimmie Sola – Ext. 111
ksola@norwestexpress.com

*Corporate Assistant*
Patricia Miller – Ext. 100
pmiller@norwestexpress.com

### Operations
Fax: (253) 548-3107

*Operations Manager*
Paul DeMent – Ext. 101 & 104
pdement@norwestexpress.com

*Senior Dispatcher*
Mark Gallwas – Ext. 102 & 103
mgallwas@norwestexpress.com

*Brokerage*
Bill Sharick – Ext. 108
bsharick@norwestexpress.com

*Recruiting*
Paul Koloske – Ext. 110
paulk@norwestexpress.com

Norwest Express, Inc.
5221 144th street East   Tacoma wa,98446


To Corporate Personnel,

**President & Founder**
**Greg Baxley**

**Vice President & Founder**
**Tami Baxley**

**Safety Director**
**Ken Dunkin**

**Manager of Accounting**
**Brandi Hall**



**From,**
Bruce Gunnar Lang
**Former Owner Operator** of Truck 256/150/Trailer#507 48,flatbed.
and company driver of 150

Redacted

**Oak Ridge Tn,** Redacted


Requesting a Full Disclosure of all
Letters, Faxs, memos,or Statements,that was sent
to,USIS/DAC.

**Further more**
A full Disclosure, of statements that was made
against this driver, Bruce Lang   *VARIOUS*
when your company was contacted by ~~varies~~,trucking
companys that i applied for employment .


See attached sheets for further,statement..


**1of1**

03/30/06 12:37 PM

Owner Operator Settlement Summary

Page 1

NorWest Express, inc.

For  1500, Lang, Bruce                                      Check date:  10/03/08

| Order #  L/E  Origin | Destination | Miles | Tractor | Ship Date |
|---|---|---|---|---|

Driver Paid at 80.00 % of load

------------ Deductions ------------         ---------

    Ultimate FM Advance       64010           ADV   D  09/20/08     -271.10

    Cell Phone                              CEL  D  09/29/08      55.42

TOTAL ORDERS.        0
TOTAL MOVES·         0
TOTAL MILES·         0

TOTAL DEDUCTIONS . . . . . . . . . . . . . . . . . . . . .    -$326.52
PREVIOUS BALANCE . . . . . . . . . . . . . . . . . . .    -$3,501.58
                       ------------------------
     TOTAL NET PAY . . . . . . . . . . . .     -$3,828.10

------------------- YTD  Summary -------------------

YTD EARNINGS               $89,307.68

Item #1
Since your company claims that this driver turned down to
many loads and did,nt KISS ENOUGH *** How did your company
come up with this figure..$ 89,307.68 dollars and cents
if you can remember, there was a break in service,
owner operator #256
company driver #150
owner operator#150

at this point am requesting a full disclosure of all
Deducting/Settlements, also a copy of a tax w-2 of
deduction, for 2008 while i was a company driver, and as
this driver stated before, a full disclosure of all
settlememt/deduction Sunnary.of Truck 256 and Truck 150

Item #2
How did your company (Advance this driver $271.10 dollars)
when Truck # 150 was sitting at the TA truck stop in Knoxville
TN. at exit 374 on interstate 40 west..On 9/19/2008

Item #3
Before this driver was dispatched to long island New York
i took a (UA test) After the over size load was delivered
this driver return to New Jersey, and Ken Dunkin informed
me that i had to take another (UA test) because it came
back (Inconclusive) After this driver retested this driver
contacted Tacoma Washington testing site and i was advised
that the test came back (Negtive) and Ken Dunkin was notified)

of that fact, ?

09/30/08 12:37PM

## Owner Operator Settlement Summary
### NorWest Express, Inc.

Page 1

**For  150D, Lang, Bruce**                                  **Check date:  10/03/08**

| Order # | L/E | Origin | Destination | Miles | Tractor | Ship Date | |
|---------|-----|--------|-------------|-------|---------|-----------|---|
| **Driver Paid at 80.00 % of load** | | | | | | | |
| | | ----------------------------------- Deductions ----------------------------------- | | | | | |
| | | Ultimate PM Advance | 04010 | ADV | D | 09/23/08 | -271.10 |
| | | Cell Phone | | CEL | D | 09/29/08 | -55.42 |

| | |
|---|---|
| TOTAL ORDERS: | 0 |
| TOTAL MOVES: | 0 |
| TOTAL MILES: | 0 |

TOTAL DEDUCTIONS . . . . . . . . . . . . . . . . . . . . . . .    -$326.52

PREVIOUS BALANCE . . . . . . . . . . . . . . . . . . . . . . .    -$3,501.58

      TOTAL NET PAY . . . . . . . . . . . . . . . . . .    -$3,828.10

----------------------------- YTD  Summary -----------------------------

YTD EARNINGS                            $89,307.68

*AFTER PENDING SERVAL. HOT LOAD AND RUNNING IN THE RED*
*COULD NOT REPAIR TRK 150 OR TRA 507*

Oak Ridge  TN 37830

Norwest Express, Inc.
5221 144th Street East
Tacoma Washington,98446

To: Corporate Personnel,

President & Founder ( Greg Baxley )

Vice President & Founder ( Tami Baxley )

Safety Director ( Ken Dunkin )


From Bruce G Lang
Former ( Owner Operator of Trucks 256/150 and Trailer #507
Flat bed 48,x 96:

And Company Driver of Truck #150.

*BRUCE GUNNAR LANG   07/02/2010*

*Bruce Lang   07/02/2010*

*DL State 8 Washington*

*MY COMMISSION EXPIRES*
*September 21, 2011*

*TAMMIE BARGER*
*STATE OF TENNESSEE NOTARY PUBLIC*
*MADISON COUNTY*

Requesting a full Disclosure
Under the Freedom of Information Act
Under the 1974 Privacy Act and
Under the Communication Act

A Full Disclosure of:
Statements that was made against this driver,Bruce G Lang
when your company was,contacted by various Trucking
companys that i applied for employment.

Further more, Requesting, full Disclosure of
all correspondence/statements/faxs,and verble
communications that was sent by land line/cell phone,
or by postal service/us mail.Also hand written correspondence.


See attached sheets for further, statements

To Norwest Express Inc
Tacoma Washington 98446.


                         Subject:


From 08/2007 to 11/2007
Requesting a full Disclosure, of all
( Deducting/Settlementss) that was removed from each trip.
and all deduction that was removed when purchasing
equipment.
Such as:
TARPS
STRAPS
CHAINS
BINDERS
ECT...

Comment (No Show)
Full Disclosure:
This driver was not under any trip number nor dispatch
at     time.  This drivers Truck #256 was dead line
due to major Mechanical problems..
Dispatch was notified..

Further more when this driver Bruce G Lang, returned back
to Norwest Express as a company driver,
if you can remember, my 1996 Freightliner was (Repossessed)
in your yard in tacoma washington..
am requesting a full disclosure, of all (deductions/settlements
that was removed) as a company driver..

How ever if you can remember, when this driver returned
Truck #150 to your yard, and was clean out,reason for this
Truck #150 had to be repaired due to engine problems,will
not start after i shut it off..
and someone in your yard informed dispatch ( Paul DeMent )
that i quit, (another false statement..)

Quit under Dispatch,  From 01/2008 to 09/2008
Another false statement: This driver was not under any trip,
or dispatch, from Norwest Express Inc,
Such as, if your company can remember, i was sitting in
Darien Wisconsin at Smooth Operators yard waiting to get
loaded, how ever they had nothing. This driver made contact
with Extra Mile, and found a load from Indiana to Tennessee
one 50,000 lbs coil steel that was sitting in a steel rack,
and it paid $1250,00 dollars with all of the permits paid
by the shipper.. Dispatch was notified by this driver and
talked to Mr Mark Gallwas, i was informed, that Norwest
did,nt carry coil steel do to company rules, and insurance
A.K.A. it was hard on the trailer ( Back Breaker ).
Load cancel, The load in question, came from Extra Mile

After that this driver was told to leave darien Wisconsin
and head east and pick up another full load,
in Wisconsin.

After serval loads later, this driver finely return to
washington state, at Norwest Express yard, sat for a few
days waiting on Three loads.
Kent Wa
Auburn Wa
Tacoma Wa.
First drop, Wyoming, second drop Pennsyvaia, third drop,
Alabama (Anniston) Army Depot:
After this driver made the last drop, i drove west on
interstate 20 to Tuscalosa Al, Pilot Truck stop, contacted
dispatcher Mr Mark Gallwas, and informed him that i was
empty, at that point Mark inform this driver he had a load
and if i had some lunber, and i said yes, Mark told me
to contact Landstar Ranger and pick up a full load, this
driver asked him what was the cargo and the weight, he
informed this driver that it was coil steel and it weight
around 47 to 48,000 lbs,
At that point i informed Mark that we don,t pick up coil
steel do to what was said to this driver in Darien Wisconsin.

And that when we both got into a (disagreement) over this
matter, because this driver Bruce Lang called him on it.

At that point i contacted Paul Dement Operations Manager,
and informed him on what just happen, between Mark and
myself and informed him that was the last load i would
take from Mark because of the crap he was pulling on this
driver.
How ever i made contact with Extra Mile about a load, and
found a lumber load heading to Texas, i contacted dispatch
about the load, and got heat over the load, over the rate:
I was informed that Norwest Express did,nt do much work
with that company, due to the cheap rates.

The last time this driver was in your yard i contacted
Ken DunganSafety Director, about fineing load for my truck
and tralier, i was advise by Ken Dungan that would be fine
as long as i contacted Norwest and each time that i did
i got into a disagreement over it, and alot of time some
of your loads were not a good rate to pull, how ever
this driver still pulled the loads. except the coil steel
load do to what was said to this driver.

How ever this driver also had some trouble with Truck #150
when i turn off the engine,and sat for a few minute, this
driver had to use starting fluid to restart the truck,
just like i did when i was a company driver with the same
truck #150..
i paid a on site mobile mechanic  to check out my truck,
he told me it might be a vacuum leak/fuel pump problem
and it might cost me over $500.00 dollars to fixs,
also he advise me not to take the load from Extra Miles
because it might not make it do to the engine problems.

I advise the mechanic it been doing this off and on thru
my trip, then quit the it would run fine.
At that point i notified Extra Miles of the on going problems
and cancel the load, the mechanic ask me where did i live
or did i have a terminal where i could take it for repair
i told i was living in Oak ridge, he informed me it would
be best to head that way and go to Knoxville just in case
it might take a while for repair, and that way ill be home
while its being worked on

At that point this driver Bruce G Lang, was not under any
trip number/load from Norwest Express or any one else..
do to the on going problem.

Further more:
Mr and Mrs Baxley, Thanks you for the opportunity to work
for your company for the short time i was there,
As you informed this person, Bruce Lang on what you informed
me to do about the Truck and Trailer, and that you were
going to fly another driver down to Knoxville Tn
to pick upthe equipment and there was not going to be any
(Complications) and again that was another (Fasle Statement)
Because of what was sent to (USIS/DAC) and what was stated to
several Trucking companys that i apply for employment
And at this point ive been out of work due to this matter
from 9/19/2008 until present date.

The infomation that i sending you and your company, about
this matter
Is not a joke and here my point what ever it takes to set
the record straight to get back to work as a Flatbed operator
that is what i will do.

Thank you for your time :
Mr Bruce Gunnar Lang   Ph#   Redacted

Further more:
Mr Baxley, Thank you for the opportunity to work for your
company for the short time i was there,

As you informed me by cell phone, on what you wanted me
to do with truck and trailer #150/507.
and that you were going to fly another driver to Knoxville
Tn, to pick up the equipment and there was not going to
be any (Complications) and again that was another,
(Fasle Statement)
Because of what was sent to (USIS/DAC) and what was stated to
several Trucking Companys that i apply for employment:

And at this point ive been out of work do to this matter
since 9/19/2008 till present date.

Now if you think that i enjoyed looseing Truck #150 and
Tralier 507 over this matter think again, but this
driver had enough of your dispatchers games about the rates
and the load turn dowms . and some of the comments that
was made, and yes we did get into several disagreements.
how ever as for the ladys in the office, you are very lucky
to have them, i tip my hat them:(out standing work)
 As for your Dispatchers Mark and Paul Thats another story..

Greg:
ill do what i have to to set the records straight to get
back to work as a operator long haul flatbed
that all am after..is to get back to work....


Thank you for your time

By the time you recieve this letter i should be back into
Washington State to continue this matter..

Bruce Gunnar Lang    PH#    Redacted
Redacted
Sequim Washington Zip    Redacted

Lost revenue
09/19/2008 to present date:
$2,000 mth  $44,000
,28 per mile$35,000 average

# Tennessee
Knoxville

**Service Point**
**CITGO**

# TravelCenters of America

I-40 & I-75, Exit 374

(865) 966-6781

## *24 Hours/7 Days*

Light Repair, Warranty and Preventative Maintenance
*(See inside back cover for details)*

Directions: Take Exit 374 off of I-40.



40 Interstate

Exit 374

Lovell Rd.

TravelCenters
ServicePoint

162
State
Highway

Pellissippi Pkwy.

140
Interstate

N

322

10-11

TA #150 & TRA 507
PARKED
AT     TA
KNOXVILLE TN

PHOTO TAKEN IN KENMORE WASHINGTON

Remember this Truck..
this vehicle was shut down, due to major,(mechanical problems)
As a company driver this truck was ( REPO) in Norwest Express yard,,,,



**5221 144TH STREET EAST**
**TACOMA, WA 98443**

Original data received by DAC on 11-30-2007

Period of Service:                    From 08/2007 to 11/2007
License Number:                       CA, USA, D7003473
Eligible for Rehire                   Review Required Before Rehiring
Reason for Leaving                    Discharged or Company Terminated Lease
Status:                               Owner/Operator
Driving Experience                    Owner/Operator
                                      Regional
                                      Mountain Driving
                                      Over the Road
                                      Single Driver

Equipment Operated                    Flat Bed
Loads Hauled                          Specialized Trailer
                                      Bulk Commodity
                                      Container
                                      Empty Trailer
                                      Gen. Commodity
                                      Lumber
                                      Machinery
                                      Motor Vehicles
                                      Oversized Loads
                                      Pipe
                                      Steel
                                      No Show
Work Record                           Company Policy Violation



. . . . . . . . . . . . . . . . .   Accident/Incident Record . . . . . . . . . . . . . . .

Equipment was involved in an occurrence or act that produced unintended
injury, death, property damage of any type, or resulted in the equipment
requiring a tow (other than mechanical breakdown) while assigned to the
driver regardless of fault.  Adverse information is reported for seven
years.

Number of DOT Recordable Accidents: 0
Number of Non-DOT Recordable Accidents/Incidents: 1

No additional Accident/Incident information available

================================================================================
================================================================================
================================================================================
================================================================================

Search using LANG,

DAC Services, EMPLOYMENT RECORD  DEC. 17, 2008 14:13        8002885511

Driver: LANG, B                    SSN: ▮▮▮ Redacted ▮▮▮    DOH: ▮▮ Redacted ▮▮

Contributed by: NORWEST EXPRESS INC                    Phone: (253)548-8607
                5221 144TH STREET EAST
                TACOMA, WA 98443

Original data received by DAC on 09 30-2008

Period of Service:        From 01/2008 to 09/2008
License Number:           WA, USA, LANG*BG478LR
Eligible for Rehire       No
Reason for Leaving        Resigned/Quit or Driver Terminated Lease
Status                    Lease Purchase Program
Driving Experience        Mountain Driving
                          Over the Road
                          Single Driver
                          Flat Bed
Equipment Operated        Bulk Commodity
Loads Hauled              Container
                          Empty Trailer
                          Gen. Commodity
                          Lumber
                          Machinery
                          Oversized Loads
                          Pipe
                          Steel
                          Satisfactory
                          Quit Under Dispatch

------------------------------------------------

Work Record               Accident/Incident Record
                          -----------------------------------
Equipment was involved in an occurrence or act that produced unintended
injury, death, property damage of any type, or resulted in the equipment
requiring a tow (other than mechanical breakdown) while assigned to the
driver regardless of fault. Adverse information is reported for seven
years.

------------------------------------------------

No additional Accident/Incident information available
=============================================================================
Number of DOT Recordable Accidents: 0
Number of Non-DOT Recordable Accidents/Incidents: 0

DAC'S RECORDS INDICATE THAT THE FOLLOWING LICENSE(S)
ARE HELD OR HAVE BEEN PREVIOUSLY HELD BY THE DRIVER
(MAY ALSO INCLUDE NON RESIDENT OR
NON-LICENSED DRIVER VIOLATION RECORDS)

CA D7003473 LANG B 06/19/1953

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown) while assigned to the driver regardless of fault.   Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 1

No additional accident/incident information available.
==============================================================================

==============================================================================
                            EMPLOYMENT HISTORY #4
--------------------------------          ------------------------------------
Search using LANG,B,      [Redacted]      ------------------------------------
--------------------------------          ------------------------------------

              EMPLOYMENT RECORD  11/24/2008   11:12:55      8002885511

Driver:        LANG,B                 SSN:   [Redacted]     DOB:  [Redacted]

Contributed By: NORWEST EXPRESS INC                        Phone:  (253)548-8607
                5221 144TH STREET EAST
                TACOMA, WA 98443

  Original data received by DAC on 09/30/2008

          Period of Service:    From 01/2008 To 09/2008
          License Number:       WA,LANG*BG47RLR
          ELIGIBLE FOR REHIRE:  No
          REASON FOR LEAVING:   Resigned/Quit (or Driver Terminated Lease)
          STATUS:               Lease Purchase Program
          DRIVER'S EXPERIENCE:  Mountain Driving
                                Over the Road
                                Single Driver
          EQUIPMENT OPERATED:   Flat Bed
          LOADS HAULED:         Bulk Commodity
                                Container
                                Empty Trailer
                                Gen. Commodity
                                Lumber
                                Machinery
                                Oversized Loads
                                Pipe
                                Steel
          WORK RECORD:          Satisfactory
                                Quit Under Dispatch
                                Unauth. Location-With Notice

      --------------------------------------------------------------------
                            Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown) while assigned to the driver regardless of fault.   Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0

 **HireRight.**

August 30, 2010

Bruce Lang

Sequim, WA

Dear Mr. Lang:

Enclosed is a current copy of your DAC Employment History File.

Please contact the Consumer Consulting Department at 800-381-0645, if we may be of any assistance concerning this matter.

Sincerely,

Consumer Consulting Department

Enclosure

# VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-8651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250   202-720-7051 |

# Transportation Employment History

Customer:                 D A C Services Main Internal Users (1204)
Actor:                    Acasha Shields-Neal (dacacasha)

=========================================================================
                        EMPLOYMENT HISTORY #1
-------------------------------------------------------------------------
Search using LANG,B,      [Redacted]
-------------------------------------------------------------------------

                    EMPLOYMENT RECORD  08/30/2010  12:16:33   8000163211

Driver:       LANG,B                    SSN:  [Redacted]    DOB:  [Redacted]

Contributed By: Floyd Blinsky Trucking              Phone:  (800)537-9599
                P O Box 10147
                Yakima, WA 98909

    Original data received by DAC on 09/09/2002

            Period of Service:      From 06/2002 To 08/2002
            License Number:         WY,107680811
            STATUS:                 Company Driver
            DRIVER'S EXPERIENCE:    Over the Road
            EQUIPMENT OPERATED:     Refrigerated
            LOADS HAULED:           Empty Trailer
            LOADS HAULED:           Gen. Commodity
            LOADS HAULED:           Refrigerated
-------------------------------------------------------------------------
Note: A seven year period has elapsed since employment termination.
It is prohibited to disclose work record, eligibility for re-hire,
reason for leaving, and accident information.

=========================================================================
                        EMPLOYMENT HISTORY #2
-------------------------------------------------------------------------
Search using LANG,B,      [Redacted]
-------------------------------------------------------------------------

                    EMPLOYMENT RECORD  08/30/2010  12:16:33   8002885511

Driver:       LANG,B                    SSN:  [Redacted]    DOB:  [Redacted]

Contributed By: Norwest Express Inc                 Phone:  (253)548-8607
                5221 144th Street East
                Tacoma, WA 98443

    Original data received by DAC on 11/30/2007

            Period of Service:      From 08/2007 To 11/2007
            License Number:         CA,D7003473
            STATUS:                 Owner/Operator
            DRIVER'S EXPERIENCE:    Regional
            DRIVER'S EXPERIENCE:    Mountain Driving
            DRIVER'S EXPERIENCE:    Over the Road
            DRIVER'S EXPERIENCE:    Single Driver
            EQUIPMENT OPERATED:     Flat Bed
            EQUIPMENT OPERATED:     Specialized Trailer
            LOADS HAULED:           Bulk Commodity
            LOADS HAULED:           Container
            LOADS HAULED:           Empty Trailer
            LOADS HAULED:           Gen. Commodity
            LOADS HAULED:           Lumber

```
LOADS HAULED:          Machinery
LOADS HAULED:          Motor Vehicles
LOADS HAULED:          Oversized Loads
LOADS HAULED:          Pipe
LOADS HAULED:          Steel
```
--------------------------------------------------------------------
Note: Work record, eligibility for re-hire, reason for leaving, accident
information, and drug/alcohol information cannot be reported on the above
driver because the providing company is no longer an active participant in
the index.

=========================================================================
                          EMPLOYMENT HISTORY #3
--------------------------------------------------------------------
Search using LANG,B,  [Redacted]
--------------------------------------------------------------------

           EMPLOYMENT RECORD  08/30/2010  12:16:33    8002805511

Driver:       LANG,B              SSN:  [Redacted]   DOB:  [Redacted]

Contributed By: Norwest Express Inc            Phone:  (253)548-8607
                5221 144th Street East
                Tacoma, WA 98443

   Original data received by DAC on 09/30/2008

           Period of Service:    From 01/2008 To 09/2008
           License Number:       WA, LANG*BG478LR
           STATUS:               Lease Purchase Program
           DRIVER'S EXPERIENCE:  Mountain Driving
           DRIVER'S EXPERIENCE:  Over the Road
           DRIVER'S EXPERIENCE:  Single Driver
           EQUIPMENT OPERATED:   Flat Bed
           LOADS HAULED:         Bulk Commodity
           LOADS HAULED:         Container
           LOADS HAULED:         Empty Trailer
           LOADS HAULED:         Gen. Commodity
           LOADS HAULED:         Lumber
           LOADS HAULED:         Machinery
           LOADS HAULED:         Oversized Loads
           LOADS HAULED:         Pipe
           LOADS HAULED:         Steel
```
--------------------------------------------------------------------
Note: Work record, eligibility for re-hire, reason for leaving, accident
information, and drug/alcohol information cannot be reported on the above
driver because the providing company is no longer an active participant in
the index.

[ END OF REPORT ]

Copyright 2010© HireRight. All Rights Reserved 190





BRUCE G LEWIS

OAK RIDGE TN

Redacted

J.S. MARSHALS INSPECTED

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
701 EAST BROAD STREET
RICHMOND, VA 23219

Court

1000
23219

U.S. POSTAGE
PAID
OAK RIDGE, TN
OCT 11
37830
AMOUNT
$0.00
0003 4027-16

USA FIRST-CLASS FOREVER