TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
701 EAST BROAD STREET
RICHMOND, VA 23219
COURT



① 

RYALS v. HIRERIGHT SOLUTIONS, INC.,  10-9-11
CIVIL ACTION NO. 3:09cv625

JAMES B. ELLIOTT

[Redacted]

CAMP CREEK, W.V.

[Redacted]

I, JAMES B. ELLIOTT, OBJECT TO THE SETTLEMENT IN THE IN THE RYALS v. HIRERIGHT SOLUTIONS CASE.

I AM 54 YEARS OLD, MARRIED WITH TWO SONS. OUR YOUNGEST, SAM - 15 YEARS OLD HAS A RARE TYPE OF NERVE TUMOR DISEASE, WHICH IS VERY SERIOUS. I HAVE ALWAYS HAD A VERY GOOD EMPLOYMENT RECORD AND AN EXCELLENT DAC REPORT — BUT MY DAC REPORT SHOWS SOMETHING ENTIRELY DIFFERENT — WHICH IS FALSE, THIS COSTED ME SEVERAL JOBS. I ENDED UP HAVING TO TAKE A MINIMUM WAGE JOB AS A RESULT OF MY DAC REPORT. MAVERICK TRANSPORTATION NEGLIGENCE REPORT / HIRERIGHT DAC REPORT COST ME AND MY FAMILY THOUSANDS OF DOLLARS IN SALARY THAT I COULD HAVE MADE, NOT TO MENTION MEDICAL INSURANCE THAT MY SON NEEDED.

( CONTINUED ON ② )

RYALS vs HIRERIGHT SOLUTIONS, INC.,    10-9-11
CIVIL ACTION NO: 3:09cv625

JAMES B. ELLIOTT

Redacted

CAMP CREEK, WV    Redacted

Redacted

THANK-YOU FOR TAKING THE
TIME TO READ THIS OBJECTION
ENCLOSED IS A COPY FROM
HIRE RIGHT AS MY EVIDENCE.

SINCERELY,
James B. ELLIOTT

TO COURT: ON OCT. 9, 2011, COPIES OF THESE
PAPERS WERE MAILED TO THE
CLASS COUNSEL AND DEFENSE
COUNSEL.
                            James B. Elliott



July 12, 2010

James Buren Elliott  Redacted
Redacted
Camp Creek, WV  Redacted

Dear James Buren Elliott,

This letter and the attached report is in reference to information that you disputed on 06/28/2010.

HireRight has completed its investigation. A revised copy of your background report is enclosed along with a copy of the FCRA issued "Consumer Summary of Rights". HireRight has amended its report to reflect the following:

**Maverick Transportation responded to your dispute stating no changes will be made to the disputed information.**

If requested, HireRight will provide you with a description of the procedures used in the investigation along with the name, address and telephone number (if reasonably available) of anyone we contacted for information related to this dispute investigation.

Please be informed that if you believe that the results of this investigation did not satisfactorily resolve your dispute, you may add a statement of not more than 100 words to your report. In the event that the disputed information is related to your credit report, HireRight will forward your statement to the applicable credit bureau for them to include with your credit report.

If this investigation resulted in a deletion of information from your background report or if you have requested to add a statement to your background report concerning this dispute, you can request that HireRight send notification of the deleted information or statement provided to any person/entity designated by you that has received a consumer report on you within the last two years for employment purposes, or within the last six months for any other purpose. In the event that the deleted information or dispute statement is related to your credit report, HireRight will forward this information to the applicable credit bureau for them to provide such notice as described above.

We appreciate your cooperation with HireRight's dispute process. Please feel free to contact the Consumer Consulting Department at 800-381-0645 if we may be of further assistance.

Sincerely,

Consumer Consulting Department

Enclosure

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

## Transportation Employment History

Customer:              D A C Services Main Internal Users (1204)
Actor:

```
================================================================================
                            EMPLOYMENT HISTORY #1
--------------------------------------------------------------------------------
Search using ELLIOTT,J,
--------------------------------------------------------------------------------
```

                                  EMPLOYMENT RECORD   07/12/2010   12:29:31    0800296655

Driver:           ELLIOTT,J                  SSN:         DOB:  Redacted

Contributed By: Maverick Transportation                           Phone:  (501)955-1281
                13301 Valentine Road
                North Little, AR 72117

   Original data received by DAC on 12/10/2007

         Period of Service:       From 05/2007 To 12/2007
         License Number:
         ELIGIBLE FOR REHIRE:     No
         REASON FOR LEAVING:      Resigned/Quit (or Driver Terminated Lease)
         STATUS:                  Company Driver
         DRIVER'S EXPERIENCE:     Over the Road
         EQUIPMENT OPERATED:      Flat Bed
         LOADS HAULED:            Lumber
         LOADS HAULED:            Steel
         WORK RECORD:             Satisfactory

                                  Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown) while assigned to the driver regardless of fault.  Adverse information is reported for 7 years.

   Number of DOT Recordable accidents less than 7 years old: 0

Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
=====================================================================

=====================================================================
EMPLOYMENT HISTORY #2
---------------------------------------------------------------------

Search using ELLIOTT,J,
---------------------------------------------------------------------

EMPLOYMENT RECORD    07/12/2010    12:29:31    0800193555

Driver:        ELLIOTT,J                SSN:        DOB: Redacted

                                                    Phone:  (423)510-3000
Contributed By: U S Xpress
                4080 Jenkins Rd
                Chattanooga, TN 37421

Original data received by DAC on 06/18/2010

    Period of Service:      From 06/2010 To 06/2010
    License Number:
    ELIGIBLE FOR REHIRE:    Review required before rehiring
    REASON FOR LEAVING:     Other
    STATUS:                 Company Driver
    DRIVER'S EXPERIENCE:    Over the Road
    EQUIPMENT OPERATED:     Dry Box
    LOADS HAULED:           Gen. Commodity
    LOADS HAULED:           Hazardous Material
    WORK RECORD:            Quit/Dismissed During Training/Orientation/Probation
---------------------------------------------------------------------

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown) while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
=====================================================================

[ END OF REPORT ]

Copyright 2010 HireRight All Rights Re

ELLIOTT
CAMP CREEK, W.V.



CLERK OF THE COURT
UNITED STATES DISTRICT COURT
701 EAST BROAD STREET
RICHMOND, VA 23219



