In Addition                                                Oct 8, 2011

To the Clerk of Court
United States District Court
701 East Broad Street
Richmond, VA 23219

FILED
OCT 14 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

This letter serves to "file a statement" informing the Court of the date these papers were mailed to Class Counsel and to Defense Counsel. Dated and mailed October 8, 2011

3:09CV625

Respectfully Submitted

Myra J. Tucker

Redacted

Columbus, OH    Redacted

October 8, 2011

To Whom It May Concern,

    Re. Ryals v. HireRight Solutions

I Myra J. Tucker, being a Class Member in the Class Action suit and subsequent propose settlement of Ryals v. HireRight Solutions, hereby object to the settlement.

I do not think the settlement is fair, reasonable, and/or adequate for the losses suffered as a direct result of the gross negligence of HireRight Solutions. I was fired by my employer (Greyhound Lines Inc.) because of false information/fact finding provided to them by HireRight Solution. This negligence on their part resulted in 18 months of hardship, struggling and fighting to get my job back.

I therefor, feel that the proposed settlement is not adequate compensation for losses suffered.

Respectfully submitted,

*Myra J. Tucker*
Myra J. Tucker
Redacted
Columbus, OH  Redacted
Redacted  home/fax
    cellular

**Settlement Administrator**
*Ryals v. HireRight Solutions, Inc.*
Post Office Box 4109
Portland, OR 97208-4109

PRESORTED STD
U.S. POSTAGE
PAID
TWIN CITIES, MN
PERMIT NO. 3648

504205005961

MYRA TUCKER
*Redacted*
COLUMBUS OH *Redacted*

RYALS 0811

GREYHOUND LINES

NOTICE OF PERSONNEL RECORD ENTRY

| EMPLOYEE NO. | NAME | OCCUPATION: | LOCATION EMPLOYED | EMPLOYMENT DATE |
|---|---|---|---|---|
| 355313 | Myra Tucker | DRIVER | Columbus, OH | 5/10/00 |

| PLACE, DATE AND TIME OF OCCURRENCE ||| BUS NO. | SCHEDULE NO |
|---|---|---|---|---|
| AT | DATE: | TIME: | | |
| Tennessee | March 18, 2009 | Approximately 06:30 Hrs. | 6417 | 1371 |
| ☐ INFRACTION | ☒ COLLISION | ☒ RECORD CHARGED | ☐ RECORD NOT CHARGED | |

REMARKS:

On the above date, time and place you were involved in a collision.
Upon review it is determined that your accident is chargeable and that you were in violation of Rules S-2 and S-19.

In addition to the above rule violations, records indicate that on the above date and time you were driving on an invalid CDL.

Your record will be charged and due to the seriousness of this matter your employment with Greyhound Lines, Inc. is hereby terminated immediately.

*invalid fact finding*

| COPIES TO: | SUPERVISOR: | TITLE: |
|---|---|---|
| Employee File | Michael Wesson | Driver Operations Supervisor |
| Chief Shop Steward | | |
| Union ABA | *Michael Wesson* | |
| City Manager | | DATE ACTION TAKEN: |
| District Manager | | 04/07/09 |

# OHIO DEPARTMENT OF JOB AND FAMILY SERVICES
## OFFICE OF UNEMPLOYMENT COMPENSATION
### DIRECTOR'S REDETERMINATION

JFS-83100 12/18/2008

| | |
|---|---|
| **Claimant's Name** MYRA J. TUCKER | **Social Security Number** Redacted |
| **Benefit Year Beginning Date** 03/01/2009 | **Benefit Year Ending Date** 02/27/2010 |
| | **Application Date** 03/05/2009 |
| | **Date Issued** 07/01/2009 |
| MYRA J. TUCKER Redacted COLUMBUS, OH Redacted | **Determination Identification Number** 217789782-2 |
| | **ODJFS Office** Redetermination Unit |

**THIS NOTICE IS A DETERMINATION ON ELIGIBILITY FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**

**APPELLANT**    A determination with ID # 217789782-1, issued on 05/12/2009, was appealed as follows:

By: GREYHOUND LINES INC. on 06/02/2009

**DECISION & REASONING**    AFFIRMED - A review of the original facts plus those submitted in the appeal does not support a change in the initial determination.

The determination with ID # 217789782-1, issued on 05/12/2009, is hereby affirmed.

This portion of the determination has been affirmed.

The claimant was given a disciplinary layoff from GREYHOUND LINES INC. on 03/19/2009. Facts available do not establish misconduct in connection with the work. In accordance with Section 4141.29, Ohio Revised Code, this disciplinary layoff has been determined to be non-disqualifying.

**INTERESTED PARTIES**    **GREYHOUND LINES INC.**

*unemployment found unjust firing*

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

# OHIO DEPARTMENT OF JOB AND FAMILY SERVICES
## OFFICE OF UNEMPLOYMENT COMPENSATION
# DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-83000 11/04/2008

| Claimant's Name | Social Security Number | Determination Identification Number |
|---|---|---|
| MYRA J. TUCKER | Redacted | 217789782-1 |
| Benefit Year Beginning Date | Benefit Year Ending Date | Application Date | Date Issued |
| 03/01/2009 | 02/27/2010 | 04/24/2009 | 05/12/2009 |

MYRA J. TUCKER
Redacted
COLUMBUS, OH  Redacted

ODJFS Office

Zanesville Processing Center
PO Box 1150
Zanesville, OH 43702-0000

Phone: (866) 217-0008
Fax:   (740) 450-0075

**THIS NOTICE IS A DETERMINATION OF AN ADDITIONAL APPLICATION FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**

The claimant was given a disciplinary layoff from GREYHOUND LINES INC. on 03/19/2009. Facts available do not establish misconduct in connection with the work. In accordance with Section 4141.29, Ohio Revised Code, this disciplinary layoff has been determined to be non-disqualifying.

Interested Parties:  **GREYHOUND LINES INC.**

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided. You may also file an appeal online at https://unemployment.ohio.gov. The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal. **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 06/02/2009** (21 calendar days after the 'Date Issued'). If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day. If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late. If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period. In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal. For additional information, call the ODJFS automated telephone system at 1-877-644-6562 and select the General Information option or visit the agency's website at https://unemployment.ohio.gov. Claimants may also review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

DSN: 028257
Page 1 of 1

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000271111366

PSN: 0020902
NOTICE: JI41N6

| Warrant Date: | 05/22/2009 | Vendor Number: | | | Warrant No: 0010292923 | |
|---|---|---|---|---|---|---|
| Invoice Number | | Voucher ID | Gross Amount | Discount Taken | Late Charge | Paid Amount |
| 0911800002 | | 00220862 | 125.00 | 0.00 | 0.00 | 125.00 |

REFUND FROM DRIVERS. ANY QUESTIONS, PLEASE CALL (614) 752-7600.

*because of their failure to check records.*

| Warrant Number | Date | Total Gross Amount | Total Discounts | Total Late Charges | Total Paid Amount |
|---|---|---|---|---|---|
| 0010292923 | 05/22/2009 | $125.00 | $0.00 | $0.00 | $125.00 |

PLEASE TEAR AT PERFORATION BEFORE CASHING CHECK.

## safety contact

Duplicate copy retained in IPP Booklet

Date 3/[?]/[?]

Safety ☑   Security ☐
Route Hazard ☐   Near Miss ☐

**Name (Print):** Myra Tucker

**Signature:**

**Location:** PC11

**Observations:** [illegible handwriting]

**Supervisor Section**

**Action taken/recommended:**

**Signature:**

If you cannot do it safely, don't do it!

because of
their failure to
check records

Paint C

5 8 19

12/04/2008

USIS COMMERCIAL SERVICES, INC.
4500 SOUTH 129TH EAST AVENUE
SUITE 200
TULSA OK US 74134-5885

MYRA J TUCKER
Redacted
COLUMBUS, OH Redacted

This letter is notification that the enclosed Public Record
Information on the individual listed above has been ordered by
and is being provided to:

    FIRST GROUP SECURITY - GREYHOUND 3 YEAR RECHECK
    SUITE 300
    705 CENTRAL AVENUE
    CINCINNATI OH 45202
    513-419-3255

This notice is being sent to you pursuant to Section 613 of the
Fair Credit Reporting Act.

This information was obtained for the company listed above by
USIS Commercial Services, Inc.

If you need assistance regarding this information,
please contact USIS Commercial Services, Inc. at 800-381-0645
and ask to speak with one of our Consumer Consultants.

Thank you,


USIS Commercial Services, Inc.



12/04/2008

USIS COMMERCIAL SERVICES, INC.
4500 SOUTH 129TH EAST AVENUE
SUITE 200
TULSA OK US 74134-5885

MYRA J TUCKER
Redacted
COLUMBUS, OH Redacted

This letter is notification that the enclosed Public Record Information on the individual listed above has been ordered by and is being provided to:

    FIRST GROUP SECURITY - GREYHOUND 3 YEAR RECHECK
    SUITE 300
    705 CENTRAL AVENUE
    CINCINNATI OH 45202
    513-419-3255

This notice is being sent to you pursuant to Section 613 of the Fair Credit Reporting Act.

This information was obtained for the company listed above by USIS Commercial Services, Inc.

If you need assistance regarding this information, please contact USIS Commercial Services, Inc. at 800-381-0645 and ask to speak with one of our Consumer Consultants.

Thank you,


USIS Commercial Services, Inc.

1

```
                    USIS COMMERCIAL SERVICES, INC.
          20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD
-------------------------------------------------------------------------
          20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION
-------------------------------------------------------------------------
NAME: TUCKER, MYRA J
DOB:  [Redacted]        SSN: [Redacted]
REQUEST DATE:      12/4/2008
TYPE OF SEARCH:    CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:       NATIONWIDE

-------------------------------------------------------------------------
          20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION
-------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME   FIRSTNAME(MYR)   BIRTHDATE
NAME:     TUCKER, MYRA J
DOB:      [Redacted]
GENDER:   FEMALE           RACE:  BLACK
-------------------------------------------------------------------------
                        CRIMINAL RECORD INFORMATION
-------------------------------------------------------------------------

SOURCE:                    VIRGINIA ADMINISTRATOR OF COURTS
OFFENDER STATUS:           RELEASED ON SUMMONS

     OFFENSE CODE:         F.46.2-870
     OFFENSE:              67/55 SP
     OFFENSE TYPE:         INFRACTION
     DATE FILED:           07/24/2007
     COURT CASE NUMBER:    019GT0700758300
     COURT CODE:           019G
     COURT NAME:           BEDFORD GD
     CASE YEAR:            2007
     DISPOSITION DATE:     09/05/2007
     DISPOSITION:          PREPAID

     SENTENCE DETAILS:     COURT FINE & COSTS


-------------------------------------------------------------------------
ORDER #:  59311703     REQUEST #:  103433907     DATA FILE DATE:
07/23/2009
-------------------------------------------------------------------------

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.
```

2

---
The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report.  As such, these records might relate
to the subject you inquired about, but not necessarily.  You should use this
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.
---



# US MVR - Standard Delivery

Customer: Greyhound (173430)
Actor: Al Carey (121167A1)
Customer Reference: 355313
Customer Sub: CLS
SSN: 281565304

```
.... M V R   R E P O R T ....
```

STATE: OHIO         D R I V E R   I N F O R M A T I O N

TUCKER, MYRA J
[Redacted]                           REF: 355313
COLUMBUS, OH [Redacted]
LICENSE:     [Redacted]

DOB: [Redacted]  SOC/SEC:           SEX:F  HGT:5'05"  WT:145  EYES:BROW  HAIR:BROW
REQUESTED AS/ALSO KNOWN AS: [Redacted] TUCKER, MYRA J

D R I V E R   L I C E N S E   I N F O R M A T I O N

| CLASS | ISSUED | EXPIRES | STATUS | RESTRICTIONS |
|---|---|---|---|---|
| CDL-B | 04/03/07 | 04/06/11 | SUSPENDED | |

M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N

CLASS: CDL-B=VEH>26,000 GVWR W/WO TOWED UNIT<10,001 GVWR
ENDOR : S, P
ENDOR: S=SCHOOL BUS, P=PASSENGER
MISC: REPORT CONTAINS ALL ACTIVE WITHDRAWALS, ACCIDENTS FOR THREE YEARS FROM
MISC: THE ACCIDENT DATE AND CONVICTIONS FOR THREE YEARS FROM THE CONVICTION
MISC: DATE.

D R I V I N G   R E C O R D   I N F O R M A T I O N

| TYPE | V/S-DATE | C/R-DATE | DESCRIPTION | V/C-CODE | PTS |
|---|---|---|---|---|---|
| SUSP | 11/11/08 | 11/11/11 | LONGEST RUNNING FRA DATA BMV CASE #RS08087326 | SF | |
| SUSP | 11/11/08 | 02/09/09 | RANDOM SELECTION NONCOMPLIANCE OFFN DATE: 08/13/08 FRA START DATE: 11/11/08 FRA END DATE: 11/11/11 BMV CASE #RS08087326 WITHDRAWAL STATUS: SUSPENDED | RS | |
| CONV | 07/10/07 | 09/05/07 | SPEEDING**** IN STATE VIRGINIA COURT:VIRGINIA - UNKNOW COURT COURT CASE #UNKNOWN C3=OUT-OF-STATE CONVICTION | | |

END OF DRIVER RECORDS

RPT#:070-        ACCT#:10322-CLS       REF#:A2JCLSWGCFJ8NONE
DMV DATE:03/11/09  DMV ACCT#:

V/S-DATE=Violation/Suspension Date    C/R-DATE=Conviction/Reinstatement Date



# OHIO BUREAU OF MOTOR VEHICLES
## P.O. BOX 16520
## COLUMBUS, OHIO 43216-6520

## ABSTRACT DRIVER RECORDS

| REQUEST ON DATE | FIRST NAME, MIDDLE NAME, LAST NAME, SUFFIX | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DRIVER LICENSE NUMBER |
|---|---|---|---|---|
| 04/08/2009 | MYRA J TUCKER | Redacted | Redacted | Redacted |

The following is a true and accurate enumeration of motor vehicle accidents and records of convictions for violations of the motor vehicle law pursuant to Section 4509.05 of the Ohio Revised Code.

*Mike Rankin*

MIKE RANKIN, REGISTRAR

### DRIVER INFORMATION

| FIRST NAME, MIDDLE NAME, LAST NAME, SUFFIX | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DRIVER LICENSE NUMBER | DATE OF ISSUANCE |
|---|---|---|---|---|
| MYRA J TUCKER | Redacted | Redacted | Redacted | 04/03/2007 |

| LAST KNOWN ADDRESS | | DATE OF EXPIRATION |
|---|---|---|
| Redacted COLUMBUS, OH Redacted | | 04/06/2011 |

| SEX | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | LICENSE CLASS |
|---|---|---|---|---|---|
| FEMALE | 5' 05" | 145 | BROWN | BROWN | CLASS B COMMERCIAL |

| STATUS AS OF 04/08/2009: VALID |
|---|
| ENDORSEMENTS: SCHOOL BUS,PASSENGER |
| RESTRICTIONS: NONE |

### DRIVER RECORDS

#### WITHDRAWALS

FRA REQUIRED UNTIL 11/11/2011

RS  RANDOM SELECTION NONCOMPLIANCE                    STATUS: COMPLIANCE
    START:  11/11/2008   END: 02/09/2009   BMV CASE:  RS08087326
    COURT CASE:           OFFENSE:
    FRA START:  11/11/2008   FRA END: 11/11/2011
    MODIFIED:   N/A
    JURISDICTION:

#### CONVICTIONS

C3  OUT-OF-STATE CONVICTION
    COURT:      VIRGINIA - UNKNOW COURT      COURT CASE:  UNKNOWN
    OFF. DATE:  07/10/2007                    CONV. DATE:  09/05/2007     POINTS:
    OFFENSE:    S93-SPEEDING****              JURISDICTION: VIRGINIA

END OF DRIVER RECORDS