**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JAMES RYALS, JR., *et al*,
on behalf of themselves and all
others similarly situated,

       Plaintiffs

    v.                            CIVIL NO. 3:09cv625

HIRERIGHT SOLUTIONS, INC., *et al*,

       Defendants.

**AFFIDAVIT OF RSM MCGLADREY, INC.**
**IN CONNECTION WITH NOTICE BY MAILING**

COMMONWEALTH OF PENNSYLVANIA    :    SS:
COUNTY OF MONTGOMERY

       BE IT KNOWN that appeared before me Frank Barkan who being duly sworn deposes and says that:

       1.     I am an employee of RSM McGladrey, Inc. which was appointed to aid in giving notice to potential Class Members and I was principally responsible for overseeing the dissemination of notice to members of the Class.

**Initial Notice Mailing**

       2.     Pursuant to the signed Order dated July 7, 2011, we were provided with a mailing list containing 665,318 names and addresses of consumers where a settlement has been proposed against HireRight Solutions, Inc. on behalf of these consumers who on or after October 5, 2004 but on or before October 15, 2010 were the subject of an employment background check that contained negative public record information such as criminal or traffic arrest, charge or conviction, civil judgment, bankruptcy or tax lien (the "Section 1681k Class"). In processing this file, we determined that there were 1,032 records where no address was provided and 1,261 duplicate records, thus leaving 663,025 records remaining to be mailed.

       3.     We then made arrangements to mail a copy of the Notice of Class Action Settlement in the form attached as "Exhibit A" (which conforms to the Notice approved by the Court) to these 663,025 Section 1681k consumers.

       4.     Pursuant to the signed Order dated July 7, 2011, we were provided with a mailing list containing 21,763 names and addresses of consumers who submitted a dispute to HireRight Solutions, Inc. after February 2, 2008 but before August 31, 2010 (the "Section 1681i Class"). In processing this file, we determined that there were 416 records where no address was provided, thus leaving 21,347 records remaining to be mailed.

       5.     We then made arrangements to mail a copy of the Notice of Class Action Settlement and Proof of Claim Form along with a postage pre-paid envelope in the form attached as "Exhibit B" (which conforms to the Notice approved by the Court) to these 21,347 Section 1681i consumers.

6.      The 1681k notices were mailed via fourth class U.S. mail, (Standard mail), and the 1681i notices were mailed, via U.S. First Class Mail, all between August 8, 2011 and August 13, 2011, by EPIQ Systems, as set forth in the affidavit in the form attached as "Exhibit C".

7.      On August 1, 2011 we sent a list to the defendants of the 1,448 records where we were unable to obtain an address either through NCOA or Accurint. They searched their records and found that 248 were not class members, 573 were class members but they did not have a complete address and additional address information was provided to us for the remaining 627.

8.      We forwarded the address information for the 627 records to EPIQ Systems to mail the appropriate notice packet. On August 15, 2011, all 627 notice packets were mailed as set forth in the affidavit in the form attached as "Exhibit C".

## Undeliverable Notices

9.      1681k - Pursuant to the Settlement Agreement, the 1681k class Notices were sent via fourth class U.S. mail, (Standard mail), postage pre-paid. As such, the U.S. Postal Service is not required to return any mail to the sender that was unable to be delivered. In addition, the Settlement Agreement provides that, after the initial mailing, there is no further obligation to send notice to 1681k Settlement Class Members.

10.     1681i - As of the close of business on October 14, 2011, 3,495 1681i Notice Packets (16% of the mailing list) have been returned by the U.S. Postal Service as undeliverable.

## Website

11.     Pursuant to the Settlement Agreement, the Notice of Class Action Settlement, Claim Form and Exclusion Request Form (in both English and Spanish), Settlement Agreement, Court Order, Plaintiff's Motion for Preliminary Approval of Settlement, Memorandum of Law in Support of Motion for Preliminary Approval of Settlement, contact information for Settlement Class Counsel and the Settlement Administrator were posted on the Settlement website (*http://www.dacclassaction.com*) on August 3, 2011.

12.     The website also provides the class members with the ability to file claims online and to email questions to the Settlement Administrator.

## Exclusion Requests

13.     A Post Office Box (under the name of Exclusion Requests - *Ryals* Settlement Administrator, PO Box 1387, Blue Bell, PA 19422) was designated to receive exclusion requests. The Post Office Box address appeared in all notices mailed to potential Class Members.

14.     As of October 14, 2011, we have received a total of 422 exclusion requests. 48 of them are from the 1681i class, 355 from the 1681k class and the remaining 19 exclusions could not be identified on the mailing list, as set forth in "Exhibit D".

15.     There are 255 exclusion requests whose names were not found on the original mailing lists or they were facially deficient for reasons such as lack of signature, not checking the box that indicates the intention to exclude oneself, and not providing the last four digits of the Social Security Number. A letter explaining the deficiency and the corrective measures was sent to each person. Specifically, 204 of these requests are deficient for not checking the box that indicates the intention to exclude oneself. Our experience is such that many of these individuals may not have understood the purpose of the form and simply thought that they needed to sign it and mail it back with no intention to exclude themselves.

## Correspondence and Telephone Communications

16.     A dedicated toll free number for the Settlement was activated on August 8, 2011.  The toll free number provides callers with automated answers to frequently asked questions, the ability to request a copy of the Notice and Claim Form by mail, and the option of connecting to a live claimant services representative for additional information.  Through October 14, 2011, we have received 9,084 calls to this toll free number, and 3,654 potential Class Members have connected to a live claimant services representative.

17.     A Post Office Box (under the name of *Ryals v. HireRight Solutions, Inc.* Settlement Administrator, PO Box 4109, Portland, OR 97208-4109) was designated to receive claim forms and correspondence. The Post Office Box address appeared in all notices mailed to potential Class Members.

18.     As of the close of business on October 14, 2011, we have received 123 pieces of correspondence, some of which included address changes, name changes, notification of deceased class members, and attachments to claims.

19.     As of the close of business on October 14, 2011, the Settlement website has received 83 email inquiries.

## Objections to the Settlement

20.     For any class member who wished to object to the Settlement, the Notice of Class Action Settlement directed them to mail a letter directly to the Court, Class Counsel and to Defense Counsel. As such, as of October 14, 2011 we did not receive any Objections in our office.

## Receipt of Claim Forms

21.     As of the close of business on October 14, 2011, we have received 2,979 Actual Damages Claims, either by means of mailed in claims or claims that were filed utilizing the Settlement website's online claim filing function.  Claimants were required to provide a written explanation of the damages they suffered. In addition, some have provided copies of background reports from USIS/HireRight.

## Weekly Reports to Counsel

22.     Beginning August 26, 2011, and on a weekly basis thereafter, we have been providing Counsel with a report that contains a summary with respect to the mailing of the 1681i and 1681k Notices, as well as exclusion request statistics as set forth in "Exhibit E".

## Settlement Administrator Fees and Expenses

23.     As of September 30, 2011, the Settlement Administrator has incurred fees and expenses in the amount of $479,975.02, broken out as follows:

| | | |
|---|---|---|
| a. | Cost to print and mail the 1681k Notices - | $102,837.60 |
| b. | Postage for 1681k Notices - | 181,631.81 |
| c. | Cost to print and mail the 1681i Notices - | 45,101.78 |
| d. | Postage for 1681i Notices - | 11,207.95 |
| e. | Telephone support - | 56,202.27 |
| f. | Website and Database development - | 29,691.00 |
| g. | Exclusion request processing - | 18,892.20 |
| h. | Report to Counsel - | 34,410.41 |

24.    Class members have the ability to file claims for the next several weeks, and the review of the Actual Damages Claims is in the early stages.  However, we estimate that the additional costs and expenses to complete the review of claims and distribute the settlement fund to the eligible class members, will be approximately $450,000.00.

SWORN TO AND SUBSCRIBED TO
before me this _____ *18th* _____ day of

Frank Barkan

_____ *October* _____, 2011.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Risa A. Neiman - Notary Public
Whitpain Twp., Montgomery County
MY COMMISSION EXPIRES AUG. 20, 2013

# Exhibit A

**Settlement Administrator**
***Ryals v. HireRight Solutions, Inc.***
**Post Office Box 4109**
**Portland, OR 97208-4109**

PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
Portland, OR
Permit No. NNNN

First Name MI Last Name
Address 1
Address 2
City, ST Zip Code

*A FEDERAL COURT ORDERED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**JAMES RYALS, JR.,** *et al,*
on behalf of themselves and all
others similarly situated,

        **Plaintiffs**

v.                               **CIVIL NO. 3:09cv625**

**HIRERIGHT SOLUTIONS, INC.,** *et al,*

        **Defendants.**

---

## NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU APPLIED FOR A JOB WITH AN EMPLOYER THAT ACCESSED YOUR CONSUMER REPORT
FROM HIRERIGHT SOLUTIONS, INC. (FORMERLY USIS COMMERCIAL SERVICES, INC.) ON OR
AFTER OCTOBER 5, 2004 AND ON OR BEFORE OCTOBER 15, 2010, YOU MAY BE ENTITLED TO A
CASH PAYMENT FROM A CLASS ACTION SETTLEMENT**

A settlement has been proposed in a class action lawsuit against HireRight Solutions, Inc. (formerly USIS Commercial Services, Inc.), Altegrity, Inc., Explore Information Services, LLC, and US Investigations Services, LLC on behalf of consumers who on or after October 5, 2004 but on or before October 15, 2010 were the subject of an employment background check that contained negative public record information such as a criminal or traffic arrest, charge or conviction, civil judgment, bankruptcy or tax lien.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | If the Court approves the settlement, a check in an amount between $10.00 and $55.27 will be mailed to you. |
| **EXCLUDE YOURSELF** | You remove yourself from participation in this class action and do not receive a benefit from this settlement. However, you retain any right to file a separate lawsuit against any of the Defendants. If you choose this option, it is important that you promptly speak to an attorney because of the time-sensitive nature of claims under the Fair Credit Reporting Act. |
| **OBJECT** | You remain a Class Member, but write to the Court and explain why you don't think the settlement is fair, reasonable, and/or adequate. |

## BASIC INFORMATION

**1.   WHY DID I RECEIVE THIS NOTICE?**

A Court authorized the notice because you have a right to know about a proposed settlement of this class action lawsuit and about all of your options before the Court decides whether to give "final approval" to the settlement. This notice explains the lawsuit, the settlement, and your legal rights. Judge John A. Gibney, Jr., of the United States District Court for the Eastern District of Virginia, is overseeing this class action. The case is known as *Ryals v. HireRight Solutions, Inc.,* Civil No. 3:09cv625.

**QUESTIONS? VISIT WWW.DACCLASSACTION.COM OR CALL 1-877-854-4675**

**2.   WHAT IS THIS LAWSUIT ABOUT?**

Three separate class action lawsuits ("Lawsuits") against Defendants HireRight Solutions, Inc. and the other entities named above ("Defendants" or "HireRight Solutions") have been consolidated for certain purposes in the United States District Court for the Eastern District of Virginia under the caption of *Ryals v. HireRight Solutions, Inc.*, Civil No. 3:09cv625. The persons who sued on behalf of the class are called the "Plaintiffs," and the companies sued are called the "Defendants."

*Case Facts*

The Lawsuits allege that certain policies and practices of Defendants in connection with background checks sold by HireRight Solutions to prospective employers are in willful violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"). Specifically, the Lawsuits contend that Defendants violated the FCRA by (1) failing to provide consumers with notice that they were furnishing an employment-purposed consumer report "at the time" they were doing so; (2) failing to follow proper procedures for providing information to consumers upon their request; (3) failing to follow proper procedures for initiating and resolving consumer disputes; (4) failing to timely update employment applicants' criminal record histories to show that such records have been expunged; and, (5) failing to ensure that criminal records were not duplicatively reported in a single background check report.

YOU ARE RECEIVING THIS NOTICE BECAUSE PLAINTIFFS ALLEGE THAT HIRERIGHT SOLUTIONS FURNISHED YOUR BACKGROUND CHECK TO AN EMPLOYER/ PROSPECTIVE EMPLOYER BUT DID NOT SEND YOU A NOTICE AT THAT TIME, AND THEY ALLEGE THAT THIS VIOLATED THE FCRA.

*How the Defendants Responded*

Defendants have denied all charges and allegations of wrongdoing asserted in the Lawsuits and contend that they acted lawfully and in compliance with the FCRA at all times. Notwithstanding the denials of liability and alleged unlawful conduct, Defendants have decided it is in their best interest to settle the Lawsuits to avoid the burden, expense, risk and uncertainty of continuing the Litigation.

## WHO IS AFFECTED BY THE SETTLEMENT?

**3.   HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?**

You are a member of the Settlement Class and are affected by the settlement because you applied for a job where the prospective employer was supplied with a background check generated by the Defendants.

Specifically, for the purposes of settlement only, the Court has provisionally certified a Settlement Class defined as follows:

> "1681k Settlement Class" means all consumers for whom HireRight Solutions issued a consumer report for employment purposes requiring notice under §1681k(a)(1) on or after October 5, 2004 but on or before October 15, 2010.

> Excluded from the Class are employees of Defendants, all counsel in this case, any judge who has presided over either mediation or disposition of this case (and the members of his immediate family), and any person who has already released Defendants.

If you fall within the foregoing 1681k Settlement Class definition, you will be a 1681k Settlement Class Member unless you exclude yourself from the Settlement Class.

## WHAT BENEFITS ARE PROVIDED?

**4.   WHAT DOES THE SETTLEMENT PROVIDE?**

Defendants have agreed to pay into a Settlement Fund for the benefit of the 1681k Settlement Class. These are the claims for failing to send you a notice "at the time" HireRight Solutions furnished a report to your employer. Payments will be made by check to each Class Member in the following approximate amounts:

> If HireRight Solutions issued your consumer report on or after October 5, 2004 but before December 17, 2007 – a gross amount of $15.00, with an expected net payment of $10.00;

If HireRight Solutions issued your consumer report on or after December 17, 2007 but before June 25, 2008 – a gross amount of $82.50, with an expected net payment of $55.27;

If HireRight Solutions issued your consumer report on or after June 25, 2008, but on or before October 15, 2010 – a gross amount of $24.00, with an expected net payment of $16.00.

Because the amount of each check to be issued is subject to *pro rata* deduction from the Settlement Fund for attorneys' fees and costs approved by the Court, the expected payment is the "Net" amount stated above.

As a term of the Settlement, HireRight Solutions has agreed to implement process changes and continue to implement improvements made to its legacy products, practices, and policies to enhance the accuracy of consumer reports it may furnish from any proprietary criminal records databases it maintains.

## HOW YOU GET SETTLEMENT BENEFITS

**5.   HOW CAN I GET A BENEFIT?**

You do not need to do anything to receive the benefits of the settlement.  If the settlement is finally approved, you will automatically receive a payment, unless you have excluded yourself from the Settlement Class.

The check will be mailed to the address appearing in HireRight Solutions's records.  If your address has changed or is changing, you may contact the Settlement Administrator at the address listed at the bottom of this notice.

**6.   WHEN WOULD I GET MY SETTLEMENT CHECK?**

The Court will hold a hearing on November 3, 2011 to decide whether to approve the settlement.  If the Court approves the settlement after that, there may be appeals.  It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year after Court approval.  The progress of the settlement will be reported at the website www.DACClassAction.com.  Please be patient.

**7.   WHAT AM I GIVING UP TO GET A BENEFIT OR STAY IN THE SETTLEMENT CLASS?**

Unless you exclude yourself, you are staying in the Settlement Class, which means that you cannot be part of any other lawsuit against any of the Defendants (or other parties released by the settlement) about the legal claims in this case and legal claims that could have been brought in this case.  It also means that all of the Court's orders will apply to you and legally bind you.  If you do not exclude yourself from the Settlement Class, you will agree to a "Release of Claims," stated below, which describes exactly the legal claims that you give up if you get settlement benefits.  Basically, you are releasing your right to individually sue for any violation of Federal or State law based on HireRight Solutions's failure to send you a notice "at the time" it furnished your consumer report to an employer and your right to sue on a class action basis for any violation of the FCRA or State FCRA equivalents.

The "Release" contained in the Settlement Agreement states:

In exchange for the relief described in this Settlement Agreement, 1681k Settlement Class Members and any of their respective heirs, spouses, executors, administrators, partners, attorneys, predecessors, successors, assigns, agents and/or representatives, and/or anyone acting or purporting to act on their behalf agree to release the Released Parties from any and all class action claims arising under the FCRA or an FCRA State Equivalent, any and all claims for any statutory damages resulting from an alleged violation of the FCRA or an FCRA State Equivalent, and any and all claims for punitive damages resulting from an alleged violation of the FCRA or an FCRA State Equivalent, and any and all claims that Defendants willfully violated the FCRA or willfully violated or exercised gross negligence in violating a FCRA State Equivalent.  Furthermore, the 1681k Settlement Class Members release the Released Parties from any and all claims alleging a failure to provide the notice or information as required by Section 613 of the FCRA, 15 U.S.C. §1681k, or FCRA State Equivalents including a release for any and all actual damages, damages stemming from any allegations of willfulness, damages for emotional distress, statutory damages, consequential damages, incidental damages, treble damages, punitive and exemplary damages, as well as all claims for equitable, declaratory or injunctive relief based on these claims.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a benefit from this settlement, but you want to maintain your right to sue or continue to sue the Defendants on your own about the legal issues in this case, you must take steps to exclude yourself from the Settlement Class. This is called excluding yourself – or is sometimes referred to as "opting out" of the Settlement Class. Opting out gives you the right to bring your own lawsuit but may preclude you from participating in any future class action against Defendants and does not guarantee that your own lawsuit will be successful.

| 8. | HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT? |
|----|----|

You may "opt out" or exclude yourself from the settlement as explained below.

REQUESTS FOR EXCLUSION THAT ARE NOT POSTMARKED ON OR BEFORE OCTOBER 13, 2011 WILL NOT BE HONORED.

You cannot exclude yourself on the phone or by email. You also cannot exclude yourself by mailing a request to any other location or after the deadline.

If you exclude yourself, you should promptly consult your own attorney about your rights as the time to file an individual lawsuit is limited.

To exclude yourself from the settlement, you must complete the attached Exclusion Request, selecting "I am opting out" where indicated, or send a letter stating that you want to be excluded from the settlement of the *Ryals v. HireRight Solutions* case. Be sure to include: (1) the name of this lawsuit, *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625; (2) your full name, current address, telephone number, and last four digits of your Social Security number; (3) a statement of intention to exclude yourself from the settlement; and (4) your signature. You must mail your Exclusion Request so that it is postmarked no later than October 13, 2011, to:

> Exclusion Requests - *Ryals* Settlement Administrator
> Post Office Box 1387
> Blue Bell, PA 19422

| 9. | IF I DO NOT EXCLUDE MYSELF, CAN I SUE DEFENDANTS FOR THE SAME THING LATER? |
|----|----|

No. Unless you exclude yourself, you give up the right to sue the Defendants for the claims that this settlement resolves. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately. You may need to exclude yourself from *this* class action in order to continue your own lawsuit. Remember, October 13, 2011 is the deadline by which your Exclusion Request must be postmarked.

| 10. | IF I EXCLUDE MYSELF, CAN I GET ANY MONETARY BENEFIT FROM THIS SETTLEMENT? |
|-----|----|

No.

## THOSE REPRESENTING YOU

| 11. | DO I HAVE A LAWYER IN THE CASE? |
|-----|----|

The Class Representatives retained **Leonard A. Bennett** and **Matthew J. Erausquin**, Consumer Litigation Associates, P.C., 12515 Warwick Boulevard, Suite 100, Newport News, VA 23606; **Christopher Colt North**, 751-A Thimble Shoals Blvd., Newport News, VA 23606; **Dennis M. O'Toole, Matthew A. Dooley**, and **Anthony R. Pecora**, Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman, 5455 Detroit Rd., Sheffield Village, OH 44054; **James Francis** and **Erin Novak**, Francis & Mailman, P.C., 19th Floor, 100 S. Broad Street, Philadelphia, PA 19110; **Sharon Dietrich** and **Janet Ginzberg**, Community Legal Services, Inc., 1424 Chestnut Street, Philadelphia, PA 19102; and **David Searles** and **Michael Donovan**, Donovan Searles & Axler, LLC, 1845 Walnut Street, Philadelphia, PA 19104 to represent them. In connection with the preliminary approval of the settlement, the Court appointed these firms to represent you and other Class Members. Together, the lawyers are called Class Counsel. You will not be separately charged by these lawyers for their work on the case. If you want to be represented by your own lawyer, you may hire one at your own expense.

**12.   HOW WILL THE LAWYERS BE PAID?**

Class Counsel will ask the Court for an award of attorneys' fees, which the Defendants have agreed to pay, with counsel for one of the consolidated cases requesting a percentage of approximately 24% of the Settlement Fund and Class Counsel for the other two of the consolidated cases requesting a percentage of approximately 9% of the Settlement Fund. However, the Court may ultimately award less than this amount. Class Counsel will also ask the Court to reimburse their costs and expenses incurred by them and by the Class Representatives in litigating this matter. The Defendants have paid for the costs of this notice to you and the costs of administering the Settlement Fund.

**13.   ARE THE CLASS REPRESENTATIVES ENTITLED TO A SEPARATE PAYMENT?**

Class Representatives will ask the Court to approve a payment to each of the named Plaintiffs of an amount not to exceed $10,000 each as an incentive award for their efforts and time expended in prosecuting this case. However, the Court may ultimately award less than these amounts.

## OBJECTING TO THE SETTLEMENT

**14.   HOW DO I TELL THE COURT THAT I DO NOT LIKE THE SETTLEMENT?**

If you are a Settlement Class Member, you can object to the settlement if you do not think any part of the settlement is fair, reasonable, and/or adequate. You can and should explain the detailed reasons why you think the Court should not approve the settlement, if this is the case. The Court and Class Counsel will consider your views carefully. To object, you must send a letter stating that you object to the settlement in the *Ryals v. HireRight Solutions* case. Be sure to include (1) the name of this lawsuit, *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625; (2) your full name, current address and telephone number; (3) a detailed explanation of the reasons you object to the settlement and any papers in support of your position; and (4) signed verification of membership in the Settlement Class. Mail these materials to these three different places so that they are received no later than October 13, 2011.

| **COURT** | **CLASS COUNSEL** | **DEFENSE COUNSEL** |
|---|---|---|
| Clerk of the Court | **Leonard A. Bennett** | **Dane H. Butswinkas** |
| United States District Court | Consumer Litigation Associates, P.C. | Williams & Connolly, LLP |
| 701 East Broad Street | 12515 Warwick Boulevard, Suite 100 | 725 12th Street, NW |
| Richmond, VA 23219 | Newport News, VA 23606 | Washington, DC 20005 |

You also must file a statement with the Court that tells the Court the date that you also mailed or delivered copies of these papers to Class Counsel and Defense Counsel.

There are additional requirements necessary for your attorney if you retain one. These requirements are stated in the Settlement Agreement and Preliminary Approval Order available at www.DACClassAction.com.

**15.   WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING?**

Objecting is simply telling the Court that you do not like something about the settlement. You can object only if you remain in the Class. Excluding yourself is telling the Court that you do not want to be part of the Class. If you exclude yourself, you have no basis to object to this settlement because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement. You may attend, and you may ask to speak, but you do not have to.

**16.     WHEN AND WHERE WILL THE COURT DECIDE TO APPROVE THE SETTLEMENT?**

The Court will hold a Fairness Hearing on November 3, 2011, at 10:00 a.m., in Courtroom 6000 of the United States District Court for the Eastern District of Virginia, 701 East Broad Street, Richmond, VA 23219. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have submitted timely requests to speak at the hearing. The Court may also decide the amount that Class Counsel and Class Representatives shall be paid. After the hearing, the Court will decide whether to finally approve the settlement.

**17.     DO I HAVE TO COME TO THE HEARING?**

No. Class Counsel will answer questions the Court may have. But you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

**18.     MAY I SPEAK AT THE HEARING?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in the *Ryals v. HireRight* case." Be sure to include your name, address, telephone number and your signature. Your Notice of Intention to Appear must be sent to the Clerk of the Court, Class Counsel and Defense Counsel, at the three addresses previously provided in section 14, and must be received by the Clerk of the Court by October 13, 2011. You cannot speak at the hearing if you have excluded yourself.

## GETTING MORE INFORMATION

**19.     ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?**

This notice summarizes the proposed settlement. More details can be found on the settlement website at www.DACClassAction.com, which includes the complaint, Settlement Agreement, and other governing settlement documents.

**20.     HOW DO I GET MORE INFORMATION?**

You can visit the website at www.DACClassAction.com. If you have questions about the case, you can call toll free (877) 854-4675, or you can contact Class Counsel, **Leonard A. Bennett**, Consumer Litigation Associates, P.C. by e-mail at bennett@clalegal.com, or by mail at 12515 Warwick Boulevard, Suite 100, Newport News, VA 23606.

**PLEASE, DO NOT CALL THE COURT, THE CLERK OR THE DEFENDANTS REGARDING THIS SETTLEMENT.**

## Exclusion Request – Ryals Settlement Administrator
## Receive No Settlement Benefits

**(If you choose this option, you will not receive a settlement check)**

To exclude yourself from the settlement, you must complete the attached Exclusion Request, selecting "I am opting out" where indicated, or send a letter stating that you want to be excluded from the settlement of the *Ryals v. HireRight Solutions* case. Be sure to include: (1) the name of this lawsuit, *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625; (2) your full name, current address, telephone number, and last four digits of your Social Security number; (3) a statement of intention to exclude yourself from the settlement; and (4) your signature.

You must mail your Exclusion Request so that it is postmarked no later than October 13, 2011, to:

> Exclusion Requests - *Ryals* Settlement Administrator
> Post Office Box 1387
> Blue Bell, PA 19422

---------------------------------------------------------------------------------------------------------------------------------

## Exclusion Request - *Ryals* Settlement Administrator

FILL OUT AND RETURN THIS FORM **ONLY** IF YOU WISH TO EXCLUDE YOURSELF FROM THE SETTLEMENT. IF YOU WISH TO PARTICIPATE IN THE SETTLEMENT, YOU DO NOT NEED TO RETURN THIS FORM.

_____   I am opting out of the Settlement in *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625.


Full name:   _____

Current address:   _____

_____

_____

Phone number:   _____

Last four digits of SSN:   _____


_____
Signature

# Exhibit B

*A FEDERAL COURT ORDERED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

---

**JAMES RYALS, JR.,** *et al,*
on behalf of themselves and all
others similarly situated,

      **Plaintiffs**

    **v.**                           **CIVIL NO. 3:09cv625**

**HIRERIGHT SOLUTIONS, INC.,** *et al,*

      **Defendants.**

---

### NOTICE OF CLASS ACTION SETTLEMENT

**THE RECORDS OF HIRERIGHT SOLUTIONS, INC. (FORMERLY USIS COMMERCIAL SERVICES, INC.) SHOW THAT YOU SUBMITTED A DISPUTE TO HIRERIGHT SOLUTIONS REGARDING YOUR EMPLOYMENT CONSUMER REPORT (BACKGROUND CHECK).**

**YOU MAY BE ENTITLED TO A CASH PAYMENT OF AT LEAST $134.00 AND NO MORE THAN $20,000.00 FROM A CLASS ACTION SETTLEMENT.**

A settlement has been proposed in a class action lawsuit against HireRight Solutions, Inc. (formerly USIS Commercial Services, Inc.), Altegrity, Inc., Explore Information Services, LLC, and US Investigations Services, LLC on behalf of consumers who on or after October 5, 2004 but on or before October 15, 2010 were the subject of an employment background check that contained negative public record information such as a criminal or traffic arrest, charge or conviction, civil judgment, bankruptcy or tax lien. (The "Section 1681k Class").

A settlement has also been proposed in this same lawsuit on behalf of all consumers who submitted a dispute to HireRight Solutions, Inc. ("HireRight Solutions") after February 2, 2008 but before August 31, 2010. (The "Section 1681i Class").

You may be a member of the first group, the Section 1681k Class. However, you have received this notice because records indicate that you are also a member of the second group, the Section 1681i Class.

Your legal rights will be affected by the settlement of this lawsuit. Please read this notice carefully. It explains the lawsuit, the settlement, and your legal rights, including the process for receiving a settlement check, excluding yourself from the settlement, or objecting to the settlement.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will be mailed to you. |
| **MAKE A CLAIM FOR ACTUAL DAMAGES PAYMENT** | If you submit a claim form for your actual damages and that claim is determined to be valid, you will receive a cash payment for your damages. If 5% of Class Members submit a valid claim, the net amount of this payment will be likely be approximately $4,000.00 per claim. The amount cannot exceed $20,000.00. |
| **EXCLUDE YOURSELF** | You remove yourself from participation in this class action and do not receive a benefit from this settlement. However, you retain any right to file a separate lawsuit against any of the Defendants. If you choose this option, it is important that you promptly speak to an attorney because of the time-sensitive nature of claims under the Fair Credit Reporting Act. |
| **OBJECT** | You remain a Class Member, but write to the Court and explain why you do not think the settlement is fair, reasonable, and/or adequate. |

**QUESTIONS? VISIT WWW.DACCLASSACTION.COM OR CALL 1-877-854-4675**

## BASIC INFORMATION

**1.   WHY DID I RECEIVE THIS NOTICE?**

A Court authorized the notice because you have a right to know about a proposed settlement of this class action lawsuit and about all of your options before the Court decides whether to give "final approval" to the settlement. This notice explains the lawsuit, the settlement, and your legal rights. Judge John A. Gibney, Jr., of the United States District Court for the Eastern District of Virginia, is overseeing this class action. The case is known as *Ryals v. HireRight Solutions, Inc.*, Civil No. 3:09cv625.

**2.   WHAT IS THIS LAWSUIT ABOUT?**

Three separate class action lawsuits ("Lawsuits") against Defendants HireRight Solutions, Inc. and the other entities named above ("Defendants" or "HireRight Solutions") have been consolidated for certain purposes in the United States District Court for the Eastern District of Virginia under the caption of *Ryals v. HireRight Solutions, Inc.*, Civil No. 3:09cv625. The persons who sued on behalf of the class are called the "Plaintiffs," and the companies sued are called the "Defendants."

*Case Facts*

The Lawsuits allege that certain policies and practices of Defendants in connection with background checks sold by HireRight Solutions to prospective employers are in willful violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"). Specifically, the Lawsuits contend that Defendants violated the FCRA by (1) failing to provide consumers with notice that they were furnishing an employment-purposed consumer report "at the time" they were doing so; (2) failing to follow proper procedures for providing information to consumers upon their request; (3) failing to follow proper procedures for initiating and resolving consumer disputes; (4) failing to timely update employment applicants' criminal record histories to show that such records have been expunged; and, (5) failing to ensure that criminal records were not duplicatively reported in a single background check report.

YOU ARE RECEIVING THIS NOTICE BECAUSE PLAINTIFFS ALLEGE THAT HIRERIGHT SOLUTIONS DID NOT FOLLOW THE FCRA PROCEDURES REQUIRED WHEN A CONSUMER ATTEMPTS TO DISPUTE INACCURATE OR INCOMPLETE INFORMATION IN THEIR CONSUMER REPORT. Specifically, Plaintiffs allege that HireRight Solutions imposed requirements or delays before it initiated investigations of the consumer disputes that are not permitted under the FCRA.

*How the Defendants Responded*

Defendants have denied all charges and allegations of wrongdoing asserted in the Lawsuits and contend that they acted lawfully and in compliance with the FCRA at all times. Notwithstanding the denials of liability and alleged unlawful conduct, Defendants have decided it is in their best interest to settle the Lawsuits to avoid the burden, expense, risk and uncertainty of continuing the Litigation.

### WHO IS AFFECTED BY THE SETTLEMENT?

**3.   HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?**

You are a member of the Section 1681i Settlement Class and are affected by the settlement because you filed a dispute with HireRight Solutions claiming that information in your HireRight Solutions consumer report or file was not accurate or was incomplete.

Specifically, for the purposes of settlement only, the Court has provisionally certified a Settlement Class defined as follows:

"1681i Settlement Class" means all consumers who submitted a dispute to HireRight Solutions after February 2, 2008 but before August 31, 2010.

Excluded from the Class are employees of Defendants, all counsel in this case, any judge who has presided over either mediation or disposition of this case (and the members of his immediate family), and any person who has already released Defendants.

If you fall within the foregoing 1681i Settlement Class definition, you will be a 1681i Settlement Class Member unless you exclude yourself from the Settlement Class.

### WHAT BENEFITS ARE PROVIDED?

**4.   WHAT DOES THE SETTLEMENT PROVIDE?**

Defendants have agreed to pay into a Settlement Fund for the benefit of the 1681i Settlement Class. Payments will be made by

check to each Class Member in the following approximate amounts:

    A.  If you do nothing and do not submit a claim, you will receive a gross payment of $200.00, with an expected net payment of $134.00.

    B.  If you believe that you were damaged by inaccurate or incomplete information in your HireRight Solutions consumer report or HireRight Solutions's handling of your dispute, and you submit a valid claim, then you will receive a *pro rata* share of the actual damages settlement fund. The Parties estimate that if 5% of all Section 1681i Class Members submitted valid claims, each person who submitted a valid claim would receive an actual damages net payment in the amount of $4,000.00.

Because the amount of each check to be issued is subject to *pro rata* deduction from the Settlement Fund for costs of notice and settlement administration, attorneys' fees, and costs approved by the Court, the expected payment is the "Net" amount stated above.

As a term of the Settlement, HireRight Solutions has agreed to implement process changes and continue to implement improvements made to its legacy products, practices, and policies to enhance the accuracy of consumer reports it may furnish from any proprietary criminal records databases it maintains.

### HOW YOU GET SETTLEMENT BENEFITS

**5.**    **WHAT DO I DO IF I WANT TO SUBMIT A CLAIM FOR ACTUAL DAMAGES?**

There are approximately 21,762 Section 1681i Class Members, including you. Each of these consumers is permitted to submit a claim for actual damages.

**READ THE FOLLOWING VERY CAREFULLY. If you believe that you have incurred actual damages because of HireRight Solutions's consumer report or handling of your dispute, you need to submit a claim form no later than fourteen (14) days following Final Approval. You may also obtain assistance at www.DACClassAction.com or by calling the Settlement Administrator at (877) 854-4675.**

<u>STEP ONE: Complete the Claim Form</u>

In order to submit a claim, you need to follow the instructions on the "Claim Form" attached at the end of this notice. You may submit a claim in either of two ways:

    (1)  Register for a claim at www.DACClassAction.com. You will need to scan and upload the documents required;

OR

    (2)  Return the completed Claim form and required documents to the Settlement Administrator, by U.S. mail, to the address stated in the form.

The Claim Form – by mail or on the website – requires that you provide some basic information: your name, current postal address, current telephone number, date of birth, last four digits of your Social Security number, and a brief statement describing the basis for the claim of actual damages. *All of this information will be kept confidential.*

<u>STEP TWO: Also Submit Your "Proof" of Damage</u>

In addition to the Claim Form, it is necessary for you to also provide either:

    (1)  Documentation from a third party supporting your claim that you have suffered damages;

OR

    (2)  A sworn statement with sufficient detail by which the Settlement Administrator can confirm or discern that you have suffered damages.

These requirements are not intended to be substantial. *Documentation from a third party that you could submit would include any letter(s) or documents provided by your employer or prospective employer denying you a job or promotion. If you do not have or cannot obtain such a letter, you can also submit an affidavit or sworn statement that explains how you were harmed by the HireRight Solutions consumer report or dispute process. You should provide as much detail as you are able to include such as the name of the employer involved, the nature of the inaccurate information or other details that will help the Settlement Administrator confirm or discern that you have suffered damages.*

STEP THREE:  Settlement Administrator will Determine the Validity of Claims

Claim forms and substantiating documents, whether submitted electronically via the Settlement Website or by U.S. Mail, that do not meet the requirements as set forth in the Settlement Agreement and in the registration form instructions will be rejected.  If you do not provide accurate information, fail to make the required representations and attestations concerning membership in the Actual Damages Claims Settlement Class, fail to provide the proof document(s), or fail to sign a registration form submitted by U.S. Mail (or e-sign the form submitted on the website), your claim will be rejected.

The Settlement Administrator shall have the authority to determine whether a claim made by any Actual Damages Claims Settlement Class Member is a Valid Claim.  The Settlement Administrator's determinations in this regard shall be final and non-appealable unless Defendants Counsel or Class Counsel disagree, in which case the determination shall be made by United States District Court Magistrate Judge Dohnal.

If your Damages Claim is determined to be Invalid, you will still receive the payment as a 1681i Settlement Class Member.

### 6.   HOW MUCH MONEY WILL I RECEIVE IF I SUBMIT A VALID CLAIM?

The amount of money paid to each person who submits a valid damage claim depends on several things.

First, the portion of the Settlement Fund created by Defendants that will be available to pay such claims is estimated to be no less than the gross amount of $1,900,000.00.

Second, this fund will then be increased by the amount of all checks disbursed to 1681k and 1681i Settlement Class Members pursuant to the separate terms of settlement for those classes that remain uncashed more than forty-five (45) days after mailing.

Third, the amount of the fund that will be paid to actual damages Class Members in net payments will be reduced by the amount of attorneys fees and costs awarded by the Court and by the costs of administration and notice.

Finally, the payment to each Actual Damages Claims Settlement Class Member who is determined to have a Valid Claim shall be made *pro rata* based on the number of Valid Claims and the amount of the Actual Damages Claims Settlement Fund remaining. To calculate the gross (pre-fees, costs and incentive awards) *pro rata* amount of each payment, the Settlement Administrator will divide the amount left in the Settlement Fund after all other payments from the Settlement Fund required by the Settlement Agreement have been satisfied by the total number of Valid Claims.  Notwithstanding the foregoing, individual payments to Actual Damages Claims Settlement Class Members will not exceed twenty thousand dollars ($20,000).

For example, if the Court awards attorneys fees and costs as requested and with the costs of notice and administration as currently estimated, if 5% of Section 1681i Class Members submit valid damages claims, each claimant would receive a net payment of approximately $4,000.00.  If the valid rate of claims is 10%, each claimant would receive a net payment of approximately $2,000.00.

### 7.   WHAT HAPPENS IF I DO NOTHING?

You do not need to do anything to receive the benefits of the settlement.  If the settlement is finally approved and you take no action, you will automatically receive a payment.  The check will be mailed to the address appearing in HireRight Solutions' records.  If your address has changed or is changing, you may contact the Settlement Administrator at the address listed at the bottom of this notice.

### 8.   WHEN WOULD I GET MY SETTLEMENT CHECK?

The Court will hold a hearing on November 3, 2011 to decide whether to approve the settlement.  If the Court approves the settlement after that, there may be appeals.  It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year after Court approval.  The progress of the settlement will be reported at the website www.DACClassAction.com.  Please be patient.

### 9.   WHAT AM I GIVING UP TO GET A BENEFIT OR STAY IN THE SETTLEMENT CLASS?

Unless you exclude yourself, you are staying in the Settlement Class, which means that you cannot be part of any other lawsuit against any of the Defendants (or other parties released by the settlement) about the legal claims in this case and legal claims that could have been brought in this case.  It also means that all of the Court's orders will apply to you and legally bind you.  If you do not exclude yourself from the Settlement Class, you will agree to a "Release of Claims," stated below, which describes exactly the legal claims that you give up if you get settlement benefits.  Basically, you are releasing your right to individually sue for any violation of Federal or State law arising from or in connection with Defendants' furnishing of a consumer report or other

information regarding you or related to you, arising from or in connection with your file maintained by Defendants.

The "Release" contained in the Settlement Agreement states:

In exchange for the relief described in this Settlement Agreement, 1681i Settlement Class Members and the Named Plaintiffs and any of their respective heirs, spouses, executors, administrators, partners, attorneys, predecessors, successors, assigns, agents and/or representatives, and/or anyone acting or purporting to act on their behalf agree to release the Released Parties from all duties, obligations, demands, claims, actions, causes of action, suits, damages, rights or liabilities of any nature and description whatsoever, whether arising under local, state or federal law, whether by Constitution, statute (including, but not limited to, the FCRA and FCRA State Equivalents), tort, contract, common law or equity or otherwise, whether known or unknown, concealed or hidden, suspected or unsuspected, anticipated or unanticipated, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, fixed or contingent related to, arising from or in connection with Defendants' furnishing of a consumer report or other information regarding that Consumer or related to, arising from or in connection with that Consumer's file maintained by Defendants. It is the intent of the Parties that this release cover every possible claim that could have been brought under the FCRA and FCRA State Equivalents, regardless of whether it was a claim relating to accuracy, privacy, disclosure, notification, dispute processing, or any other requirement imposed by federal or state law in connection with furnishing consumer reports. This release includes, but is not limited to all claimed or unclaimed compensatory damages, actual damages, damages stemming from any allegations of willfulness, recklessness, damages for emotional distress, statutory damages, consequential damages, incidental damages, treble damages, punitive and exemplary damages, as well as all claims for equitable, declaratory or injunctive relief under any federal or state statute or common law or other theory that was alleged or could have been alleged in the Litigation, including but not limited to any and all claims under deceptive or unfair practices statutes, or any other statute, regulation or judicial interpretation. This release also includes interest, costs and fees arising out of any of the claims described above. Notwithstanding the foregoing, this is not a general release of claims unrelated to Defendants' business as or in affiliation with a consumer reporting agency. Nothing in this Settlement Agreement shall be deemed a release of the Parties' respective rights and obligations under this Settlement Agreement.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a benefit from this settlement, but you want to maintain your right to sue or continue to sue the Defendants on your own about the legal issues in this case, you must take steps to exclude yourself from the Settlement Class. This is called excluding yourself – or is sometimes referred to as "opting out" of the Settlement Class. Opting out gives you the right to bring your own lawsuit but may preclude you from participating in any future class action against Defendants and does not guarantee that your own lawsuit will be successful.

**10.    HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?**

You may "opt out" or exclude yourself from the settlement as explained below.

REQUESTS FOR EXCLUSION THAT ARE NOT POSTMARKED ON OR BEFORE OCTOBER 13, 2011 WILL NOT BE HONORED.

You cannot exclude yourself on the phone or by email. You also cannot exclude yourself by mailing a request to any other location or after the deadline.

If you exclude yourself, you should promptly consult your own attorney about your rights as the time to file an individual lawsuit is limited.

To exclude yourself from the settlement, you must complete the attached Exclusion Request, selecting "I am opting out" where indicated, or send a letter stating that you want to be excluded from the settlement of the *Ryals v. HireRight Solutions* case. Be sure to include: (1) the name of this lawsuit, *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625; (2) your full name, current address, telephone number, and last four digits of your Social Security number; (3) a statement of intention to exclude yourself from the settlement; and (4) your signature. You must mail your Exclusion Request so that it is postmarked no later than October 13, 2011, to:

> Exclusion Requests - *Ryals* Settlement Administrator
> Post Office Box 1387
> Blue Bell, PA 19422

**11.    IF I DO NOT EXCLUDE MYSELF, CAN I SUE DEFENDANTS FOR THE SAME THING LATER?**

No. Unless you exclude yourself, you give up the right to sue the Defendants as described above. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately. You may need to exclude yourself from *this* class action in order to continue your own lawsuit. Remember, October 13, 2011 is the deadline by which your Exclusion Request must be postmarked.

**12.    IF I EXCLUDE MYSELF, CAN I GET ANY MONETARY BENEFIT FROM THIS SETTLEMENT?**

No.

## THOSE REPRESENTING YOU

**13.    DO I HAVE A LAWYER IN THIS CASE?**

The Class Representatives retained **Leonard A. Bennett** and **Matthew J. Erausquin**, Consumer Litigation Associates, P.C., 12515 Warwick Boulevard, Suite 100, Newport News, VA 23606; **Christopher Colt North**, 751-A Thimble Shoals Blvd., Newport News, VA 23606; **Dennis M. O'Toole, Matthew A. Dooley**, and **Anthony R. Pecora**, Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman, 5455 Detroit Rd. Sheffield Village, OH 44054; **James Francis** and **Erin Novak**, Francis & Mailman, P.C., 19th Floor, 100 S. Broad Street, Philadelphia, PA 19110; **Sharon Dietrich** and **Janet Ginzberg**, Community Legal Services, Inc., 1424 Chestnut Street, Philadelphia, PA 19102; and **David Searles** and **Michael Donovan**, Donovan Searles & Axler, LLC, 1845 Walnut Street, Philadelphia, PA 19104 to represent them. In connection with the preliminary approval of the settlement, the Court appointed these firms to represent you and other Class Members. Together, the lawyers are called Class Counsel. You will not be separately charged by these lawyers for their work on the case. If you want to be represented by your own lawyer, you may hire one at your own expense.

**14.    HOW WILL THE LAWYERS BE PAID?**

Class Counsel will ask the Court for an award of attorneys' fees, which the Defendants have agreed to pay, with counsel for one of the consolidated cases requesting a percentage of approximately 24% of the Settlement Fund and Class Counsel for the other two of the consolidated cases requesting a percentage of approximately 9% of the Settlement Fund. However, the Court may ultimately award less than this amount. Class Counsel will also ask the Court to reimburse the costs and expenses incurred by them and by the Class Representatives in litigating this matter. The Defendants have paid for the costs of this notice to you and the costs of administering the Settlement Fund.

**15.    ARE THE CLASS REPRESENTATIVES ENTITLED TO A SEPARATE PAYMENT?**

Class Representatives will ask the Court to approve a payment to each of the named Plaintiffs of an amount not to exceed $10,000 each as an incentive award for their efforts and time expended in prosecuting this case. However, the Court may ultimately award less than these amounts.

## OBJECTING TO THE SETTLEMENT

**16.    HOW DO I TELL THE COURT THAT I DO NOT LIKE THE SETTLEMENT?**

If you are a Settlement Class Member, you can object to the settlement if you do not think any part of the settlement is fair, reasonable, and/or adequate. You can and should explain the detailed reasons why you think the Court should not approve the settlement, if this is the case. The Court and Class Counsel will consider your views carefully. To object, you must send a letter stating that you object to the settlement in the *Ryals v. HireRight Solutions* case. Be sure to include (1) the name of this lawsuit, *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625; (2) your full name, current address and telephone number; (3) a detailed explanation of the reasons you object to the settlement and any papers in support of your position; and (4) signed verification of membership in the Settlement Class. Mail these materials to these three different places so that they are received no later than October 13, 2011.

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk of the Court | **Leonard A. Bennett** | **Dane H. Butswinkas** |
| United States District Court | Consumer Litigation Associates, P.C. | Williams & Connolly, LLP |
| 701 East Broad Street | 12515 Warwick Boulevard, Suite 100 | 725 12th Street, NW |
| Richmond, VA 23219 | Newport News, VA 23606 | Washington, DC 20005 |

You also must file a statement with the Court that tells the Court the date that you also mailed or delivered copies of these papers to Class Counsel and Defense Counsel.

There are additional requirements necessary for your attorney if you retain one. These requirements are stated in the Settlement Agreement and Preliminary Approval Order available at www.DACCClassAction.com.

**17.   WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING?**

Objecting is simply telling the Court that you do not like something about the settlement. You can object only if you remain in the Class. Excluding yourself is telling the Court that you do not want to be part of the Class. If you exclude yourself, you have no basis to object to this settlement because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement. You may attend, and you may ask to speak, but you do not have to.

**18.   WHEN AND WHERE WILL THE COURT DECIDE TO APPROVE THE SETTLEMENT?**

The Court will hold a Fairness Hearing on November 3, 2011, at 10:00 a.m., in Courtroom 6000 of the United States District Court for the Eastern District of Virginia, 701 East Broad Street, Richmond, VA 23219. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have submitted timely requests to speak at the hearing. The Court may also decide the amount that Class Counsel and Class Representatives shall be paid. After the hearing, the Court will decide whether to finally approve the settlement.

**19.   DO I HAVE TO COME TO THE HEARING?**

No. Class Counsel will answer questions the Court may have. But you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

**20.   MAY I SPEAK AT THE HEARING?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in the *Ryals v. HireRight Solutions* case." Be sure to include your name, address, telephone number and your signature. Your Notice of Intention to Appear must be sent to the Clerk of the Court, Class Counsel and Defense Counsel, at the three addresses previously provided above and must be received by the Clerk of the Court by October 13, 2011. You cannot speak at the hearing if you have excluded yourself.

## GETTING MORE INFORMATION

**21.   ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?**

This notice summarizes the proposed settlement. More details can be found on the settlement website at www.DACClassAction.com, which includes the complaint, Settlement Agreement, and other governing settlement documents.

**22.   HOW DO I GET MORE INFORMATION?**

You can visit the website at www.DACClassAction.com. If you have questions about the case, you can call toll free (877) 854-4675, or you can contact Class Counsel, **Leonard A. Bennett**, Consumer Litigation Associates, P.C. by e-mail at bennett@clalegal.com, or by mail at 12515 Warwick Boulevard, Suite 100, Newport News, VA 23606.

**PLEASE, DO NOT CALL THE COURT, THE CLERK OR THE DEFENDANTS REGARDING THIS SETTLEMENT.**

**Exclusion Request – Ryals Settlement Administrator**
**Receive No Settlement Benefits**

**(If you choose this option, you will not receive a settlement check)**

To exclude yourself from the settlement, you must complete the attached Exclusion Request, selecting "I am opting out" where indicated, or send a letter stating that you want to be excluded from the settlement of the *Ryals v. HireRight Solutions* case.  Be sure to include: (1) the name of this lawsuit, *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625; (2) your full name, current address, telephone number, and last four digits of your Social Security number; (3) a statement of intention to exclude yourself from the settlement; and (4) your signature.

You must mail your Exclusion Request so that it is postmarked no later than October 13, 2011, to:

> Exclusion Requests - *Ryals* Settlement Administrator
> Post Office Box 1387
> Blue Bell, PA 19422

-----------------------------------------------------------------------------------------------------------------------

**Exclusion Request - Ryals Settlement Administrator**

FILL OUT AND RETURN THIS FORM **ONLY** IF YOU WISH TO EXCLUDE YOURSELF FROM THE SETTLEMENT.  IF YOU WISH TO PARTICIPATE IN THE SETTLEMENT, YOU DO NOT NEED TO RETURN THIS FORM.

_____   I am opting out of the Settlement in *Ryals v. HireRight Solutions, Inc.*, Civil Action No. 3:09cv625.


Full name:        _____

Current address:    _____

          _____

          _____

Phone number:     _____

Last four digits of SSN:  _____


          _____
          Signature

*Ryals v. HireRight Solutions, Inc.* Settlement Administrator
Post Office Box 4109
Portland, OR 97208–4109

# Claim Form

*Ryals v. HireRight Solutions, Inc.*
3:09cv625 (E.D. Va.)

- If the Court approves the settlement and you do nothing, a check in the approximate amount of $134.00 will automatically be mailed to you. If you instead submit this claim form for your actual damages and the claim is determined to be valid, you will receive a cash payment for your damages. The amount of the cash payment will be determined as described in Section 8.7.2 of the Settlement Agreement.
- The claim form must include some "proof" that you actually incurred damage or harm from an inaccurate DAC, USIS Commercial Services or HireRight Solutions consumer report. You do not need to prove the amount of your injury, only that it occurred. Completing and signing this form is an acceptable way to provide "proof" that you incurred damage or harm.
- Claims may be filed by deceased Actual Damages Claims Settlement Class Members through representatives of their estates. If you are submitting a claim on behalf of a deceased Settlement Class Member, you must submit appropriate documentation with this claim form demonstrating that you are duly authorized to do so.
- The deadline to submit a claim is 14 days following Final Approval. This deadline will be no earlier than **November 17, 2011**. The actual claim deadline will be posted when it becomes known at www.DACClassAction.com.

## Section I: Your Personal Information
### (STOP! Do not complete this section if the preprinted information above is correct)

First Name _____   MI _____   Last Name _____

Mailing Address _____

City _____   State _____   Zip Code _____

## Section II: Additional Information

Social Security Number (**required**) _____   Date of Birth (**required**) _____   Telephone Number (**required**) _____

Email Address (optional) _____

## Section III: Your Damages Information

I believe that I suffered actual damages from an inaccurate consumer report provided to my employer or my prospective employer by DAC, USIS Commercial Services or HireRight Solutions.

Name of Employer/Prospective Employer _____

As a result of the inaccurate consumer report *(check all that apply)*:

☐  My employment application was denied (I did not get the job).

☐  I was terminated by my employer (I was fired).

☐  I was unable to obtain a security clearance or had such clearance delayed.

☐  I received the job or was not fired, but was required to explain the inaccurate consumer report or take other steps and/or suffered other harm from the inaccuracy.

*Please continue on reverse side.*

**Questions?  Call 1-877-854-4675 or visit www.DACClassAction.com**

J7731 v.05 8.8.2011

## Section III: Your Damages Information (continued)

**You must select one of the following two options.**

☐ A. I have included a letter or other document with this claim form from the employer listed above stating that I was fired, not hired or suffered some other adverse employment action. OR

☐ B. The following is my written explanation of the damages I suffered from the inaccurate consumer report provided to my employer or prospective employer by DAC, USIS Commercial Services or HireRight Solutions. This written explanation must be sufficient for the Settlement Administrator to confirm your claim.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ *(Attach additional pages as needed.)*

## Section IV: Signature

My signature below certifies that to the best of my knowledge the information I have provided is truthful and correct.

Signature:_____     Date:_____

## Submitting Your Claim

Claim Forms must be mailed to:

*Ryals v HireRight Solutions* Settlement Administrator
P.O. Box 4109
Portland, OR 97208-4109

You may also submit your claim online at www.DACClassAction.com.

**Questions?  Call 1-877-854-4675 or visit www.DACClassAction.com**

J7732 v.05 8.8.2011

# Exhibit C

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

JAMES RYALS, JR., *et al*,
on behalf of themselves and all
others similarly situated,

      Plaintiffs

      v.                          Civil No. 3:09cv-625

HIRERIGHT SOLUTIONS, INC., *et al*,

      Defendants.

## DECLARATION OF ROBERT OSEAS

I, Robert Oseas, declare as follows:

1. I am a Project Manager employed by Epiq Systems, Class Action & Claims Solutions ("ECA") formerly known as Poorman-Douglas Corporation. ECA has been retained by the RSM McGladrey, the Notice Administrator in the above-captioned case, to provide services related to providing notice to and receiving Claim Forms from potential Class Members. I am fully familiar with the actions taken by ECA as described below, and except as otherwise stated, have personal knowledge of the matters stated in this declaration and am competent to testify about them if called upon to do so.

2. I submit this declaration to describe the activities undertaken by ECA in the matter known as *Ryals v. HireRight Solutions, Inc.*, Civil No. 3:09cv625.

DECLARATION OF ROBERT OSEAS

## NOTICE MAILING

3.   On July 13, 2011, ECA received from RSM McGladrey an electronic listing of the information for 665,318 individuals identified as members of the 1681k Settlement Class and 21,763 individuals identified as members of the 1681i Settlement Class. ECA utilized the US Postal Service's National Change of Address service to search for newer mailing addresses for these individuals, where possible. Through this process, ECA updated the mailing information for 5,529 individuals.

4.   Utilizing standard data validation procedures, ECA removed 1,261 duplicative entries from the mailing list. ECA also identified 1,448 records for which there was no complete mailing address available. Both groups of records were excluded from the initial mailing effort, leaving 684,372 valid records for mailing. ECA also provided an electronic list of the 1,448 records for which there was no complete mailing address to RSM McGladrey.

5.   On August 12, 2011, ECA mailed the 1681k Notice to 663,025 potential 1681k Class Members. ECA mailed the 1681i Notice and Claim Form to 21,347 potential 1681i Class Members.

6.   On August 13, 2011, ECA received from RSM McGladrey a supplemental data file that contained completed addresses for 627 of the 1,448 records excluded from the initial mailing effort because they lacked a complete mailing address. ECA updated these 627 records and prepared notice mailings for these potential Class Members.

7.   On August 17, 2011, ECA mailed the 1681k Notice to an additional 621 potential 1681k Class Members. ECA mailed the 1681i Notice and Claim Form to an additional 6 potential 1681i Class Members.

8.   As of the close of business on October 14, 2011, ECA has mailed the 1681k Notice to 132 Class Members and 1681i Notice to 208 Class Members who have requested a new copy via the toll-free number, correspondence received through the Post Office Box or whose original 1681i Notice Package mailing was returned to ECA with a postal forwarding address.

I declare under penalty of perjury under the laws of the United States, and the state of Oregon that the foregoing is true and correct and that this affidavit was executed on October 18, 2011 in Beaverton, Oregon.

Robert Oseas

Exhibit D

Exclusion List                                                                                                 Exhibit D

## Exclusions Received (1681i)

| # | First Name | Last Name | ID | Class | Invalid | Week |
|---|------------|-----------|-----|-------|---------|------|
| 1 | MOHAMMED | ABDELRAZEK | 670727 | 1681i | Y | 9/2/2011 |
| 2 | BRADY | ALDRICH | 676784 | 1681i | | 10/14/2011 |
| 3 | ABDI | ALI | 676510 | 1681i | | 9/2/2011 |
| 4 | MICHAEL | BECK | 677890 | 1681i | Y | 9/2/2011 |
| 5 | MARK | BEIL | 680372 | 1681i | Y | 9/2/2011 |
| 6 | THOMAS | BLACK | 684541 | 1681i | | 10/7/2011 |
| 7 | MICHAEL | BURNS | 679892 | 1681i | Y | 8/26/2011 |
| 8 | RICHARD | BUTTON | 685797 | 1681i | | 9/9/2011 |
| 9 | BENJAMIN | COAKS | 668295 | 1681i | Y | 9/23/2011 |
| 10 | ALAN | COSTELLO | 684867 | 1681i | Y | 9/9/2011 |
| 11 | EUGENE | DOWNES | 677400 | 1681i | Y | 8/26/2011 |
| 12 | LOUIS | DUNSTON | 684918 | 1681i | Y | 9/30/2011 |
| 13 | ERIC | DYLENSKI | 667926 | 1681i | | 9/23/2011 |
| 14 | RALPH | GADT | 683847 | 1681i | Y | 8/26/2011 |
| 15 | JUAN | GARCIA | 674979 | 1681i | Y | 8/26/2011 |
| 16 | MARGUERITA | GARCIA | 676554 | 1681i | | 8/26/2011 |
| 17 | ROBERT | HAMILTON | 668670 | 1681i | | 8/26/2011 |
| 18 | CARNEL | HAYES | 678802 | 1681i | Y | 8/26/2011 |
| 19 | MICHAEL | HERRON | 674050 | 1681i | Y | 8/26/2011 |
| 20 | TRACY | JOHNAON | 668898 | 1681i | | 8/26/2011 |
| 21 | KENNETH | KEEFED | 674021 | 1681i | Y | 8/26/2011 |
| 22 | TODD | KLEINTOP | 672459 | 1681i | Y | 9/9/2011 |
| 23 | RANDALL | LITTLETON | 671937 | 1681i | Y | 9/2/2011 |
| 24 | HAL | MCCULLOUGH | 668746 | 1681i | Y | 8/26/2011 |
| 25 | DANIEL | METCALF | 680932 | 1681i | Y | 9/2/2011 |
| 26 | ANTHONY MICHAEL | NWASOMA | 685141 | 1681i | Y | 9/16/2011 |
| 27 | RICHARD | OWUSU | 680508 | 1681i | Y | 9/16/2011 |
| 28 | CRAIG | PETERSON | 674499 | 1681i | | 8/26/2011 |
| 29 | JOSE | POPOCA | 687199 | 1681i | Y | 8/26/2011 |
| 30 | DAVID | PRITCHARD | 669369 | 1681i | | 9/2/2011 |
| 31 | OSCAR | REINOSO | 672916 | 1681i | Y | 9/16/2011 |
| 32 | KEVIN | ROSS | 684874 | 1681i | Y | 9/2/2011 |
| 33 | CECIL | SALAZAR | 676533 | 1681i | | 9/2/2011 |
| 34 | J | SANCHEZ | 677143 | 1681i | Y | 9/16/2011 |
| 35 | PHILLIP | SCHELHAUS | 668402 | 1681i | | 8/26/2011 |
| 36 | MICHELLE | SHIRLEY | 680619 | 1681i | | 9/16/2011 |
| 37 | LARRY | SIDERS | 680702 | 1681i | Y | 8/26/2011 |
| 38 | EDGAR | SIMON JR | 682026 | 1681i | | 9/30/2011 |
| 39 | CHRISTOPHER | SMITH | 666130 | 1681i | | 8/26/2011 |
| 40 | LAURA | TAYLOR | 665997 | 1681i | | 9/2/2011 |
| 41 | WILLIE | TAYLOR | 677592 | 1681i | Y | 8/26/2011 |
| 42 | PIERRE | TESSONO | 677627 | 1681i | Y | 8/26/2011 |
| 43 | MARKUS | THOMPSON | 671602 | 1681i | Y | 9/16/2011 |
| 44 | DWIGHT | TURNER | 677940 | 1681i | | 8/26/2011 |
| 45 | JOSE | VALLE | 681937 | 1681i | | 10/7/2011 |
| 46 | THEODORE | WALDEN | 682846 | 1681i | Y | 8/26/2011 |
| 47 | MATTHEW | WEATHINGTON | 667021 | 1681i | Y | 8/26/2011 |
| 48 | LORRAINE | WILCOX | 687273 | 1681i | Y | 10/14/2011 |

Total 1681i Exclusions Received                                                                         48

McGladrey

Exclusion List

Exhibit D

### Exclusions Received (1681k)

| # | First Name | Last Name | ID | Class | Invalid | Week |
|---|---|---|---|---|---|---|
| 49 | AINAR | ABDEL BASIP | 515887 | 1681k | Y | 9/9/2011 |
| 50 | JAMES | ADAMS | 319524 | 1681k | | 9/2/2011 |
| 51 | TROY | ADAMS | 188454 | 1681k | Y | 9/2/2011 |
| 52 | ABDIRIZAK | ADEN | 512249 | 1681k | Y | 9/16/2011 |
| 53 | JOHN | ALFORD | 47356 | 1681k | Y | 9/2/2011 |
| 54 | DAVID | ALGER | 199320 | 1681k | | 9/2/2011 |
| 55 | ROGER | ALIG | 493329 | 1681k | | 10/14/2011 |
| 56 | JASON | ALLISON | 199415 | 1681k | Y | 8/26/2011 |
| 57 | ROBERT | ALLISON | 112449 | 1681k | Y | 9/2/2011 |
| 58 | LUIS | ALVAREZ | 430529 | 1681k | | 9/9/2011 |
| 59 | ERIBERTO | ANGUIANO | 607294 | 1681k | Y | 9/2/2011 |
| 60 | LORETO | ANGULO DIAZ | 290010 | 1681k | Y | 9/23/2011 |
| 61 | MICHAEL | AREL | 4540 | 1681k | | 9/9/2011 |
| 62 | CHAMBERLAIN | ARINZE | 430736 | 1681k | Y | 9/2/2011 |
| 63 | DAVID | AVERITT | 485526 | 1681k | | 10/14/2011 |
| 64 | DIANE | BAILEY | 126532 | 1681k | | 9/2/2011 |
| 65 | JOSEPH | BAILEY | 97894 | 1681k | Y | 9/2/2011 |
| 66 | JASWINDER | BAINES | 571361 | 1681k | | 9/2/2011 |
| 67 | KEITH | BALES | 188751 | 1681k | Y | 9/2/2011 |
| 68 | BRANE | BARAC | 590965 | 1681k | | 9/9/2011 |
| 69 | ELFIDA | BARAJAS | 290331 | 1681k | Y | 9/2/2011 |
| 70 | RICKY | BARRETT | 566705 | 1681k | Y | 9/2/2011 |
| 71 | AUGUSTUS | BARRON | 64711 | 1681k | | 8/26/2011 |
| 72 | TABITHA | BENNETT | 508016 | 1681k | Y | 9/2/2011 |
| 73 | SHAWN | BLACKERT | 324985 | 1681k | Y | 9/9/2011 |
| 74 | GEORGE | BLACKIE | 612323 | 1681k | | 9/2/2011 |
| 75 | JAMES | BLACKSHIRE | 201348 | 1681k | Y | 9/2/2011 |
| 76 | RANDY | BOMBARDIER | 652664 | 1681k | | 8/26/2011 |
| 77 | CANDACE | BONIFACIO | 551129 | 1681k | | 9/23/2011 |
| 78 | ROY | BONTON | 559577 | 1681k | Y | 9/16/2011 |
| 79 | STANLEY J | BOODRY | 69723 | 1681k | Y | 8/26/2011 |
| 80 | MURRAY | BOONE | 620818 | 1681k | | 9/9/2011 |
| 81 | RAYMOND | BOSTON | 246576 | 1681k | Y | 9/9/2011 |
| 82 | LASHAWN | BOWMAN | 409738 | 1681k | | 9/23/2011 |
| 83 | ANDRE | BOYD | 465501 | 1681k | Y | 10/14/2011 |
| 84 | GARRY | BOYD | 126243 | 1681k | Y | 10/14/2011 |
| 85 | MANFRED | BRADLEY | 571850 | 1681k | | 9/9/2011 |
| 86 | JEFFONILE | BRANTLEY | 367390 | 1681k | Y | 8/26/2011 |
| 87 | BILLY | BRAY | 140900 | 1681k | Y | 10/7/2011 |
| 88 | JAMES HUNTER | BROWN | 90619 | 1681k | Y | 8/26/2011 |
| 89 | JAMES | BRUCE | 486975 | 1681k | Y | 9/23/2011 |
| 90 | TERRY | BUTLER | 118567 | 1681k | | 9/9/2011 |
| 91 | ROBERTO | CAIN | 558508 | 1681k | | 9/16/2011 |
| 92 | HARRISON | CARTER | 585382 | 1681k | Y | 9/2/2011 |
| 93 | MAURICE | CARTER | 558811 | 1681k | | 9/23/2011 |
| 94 | DOMINGO | CASTILLO | 543725 | 1681k | | 10/7/2011 |
| 95 | GEORGE | CASTILLO | 227398 | 1681k | | 9/16/2011 |
| 96 | MARVIN | CERON | 663556 | 1681k | Y | 9/2/2011 |
| 97 | SCOTT | CHAMBARD | 338819 | 1681k | Y | 9/9/2011 |
| 98 | JAMES | CHANDLER | 451007 | 1681k | Y | 10/7/2011 |
| 99 | RODNEY | CHRISTIANSEN | 397471 | 1681k | | 10/7/2011 |
| 100 | KEITH | CLAIBORNE | 458289 | 1681k | Y | 9/2/2011 |
| 101 | SHEILA | CLEMENTS | 650828 | 1681k | | 9/16/2011 |

McGladrey

Exclusion List

Exhibit D

| | | | | | | |
|---|---|---|---|---|---|---|
| 102 | KEVIN | COBB | 472098 | 1681k | Y | 8/26/2011 |
| 103 | CLYDE | CONNER | 98506 | 1681k | Y | 9/2/2011 |
| 104 | MICHAEL | COOK | 245545 | 1681k | Y | 9/2/2011 |
| 105 | ROBERT | COOK | 81792 | 1681k | Y | 9/2/2011 |
| 106 | JEFF | COPELAND | 42435 | 1681k | | 8/26/2011 |
| 107 | RANDALL | COPELAND | 264524 | 1681k | | 9/9/2011 |
| 108 | VICTOR | COSTALES | 448984 | 1681k | Y | 8/26/2011 |
| 109 | JAMES | COUCH | 594115 | 1681k | | 9/2/2011 |
| 110 | LARRY | CRAINE | 656347 | 1681k | Y | 9/2/2011 |
| 111 | HENNIS | CRANK | 94651 | 1681k | Y | 9/16/2011 |
| 112 | RICHARD | CRAVEN | 115882 | 1681k | Y | 9/2/2011 |
| 113 | FRANKLIN | CRIGGER | 351008 | 1681k | Y | 9/2/2011 |
| 114 | ROBIN | CRIGGER | 243414 | 1681k | Y | 9/2/2011 |
| 115 | KIRKLAN | CRUSOE | 167706 | 1681k | Y | 9/16/2011 |
| 116 | RUSSELL | CRYER | 392801 | 1681k | Y | 10/14/2011 |
| 117 | SCOTT | CUTLER | 193686 | 1681k | | 9/23/2011 |
| 118 | JOHN | CUTRELL | 351563 | 1681k | Y | 9/2/2011 |
| 119 | HARRY | DANIELS | 370853 | 1681k | | 10/14/2011 |
| 120 | VERNON | DAVIS | 479214 | 1681k | | 8/26/2011 |
| 121 | ADAM | DECKEA | 398778 | 1681k | | 8/26/2011 |
| 122 | ANTHONY | DELGADO | 541629 | 1681k | | 9/2/2011 |
| 123 | TERR | DICKERSON | 518427 | 1681k | | 9/9/2011 |
| 124 | ANTHONY | DIEW | 24062 | 1681k | Y | 9/9/2011 |
| 125 | LEWIS | DIXON | 122998 | 1681k | Y | 8/26/2011 |
| 126 | JAMES | DUCKWORTH | 588909 | 1681k | Y | 8/26/2011 |
| 127 | MIKE | DUFFY | 252371 | 1681k | Y | 9/2/2011 |
| 128 | BRET | DUNAWAY | 545853 | 1681k | | 9/2/2011 |
| 129 | TANEKA | ELLIS | 524021 | 1681k | | 9/2/2011 |
| 130 | CURTIS | EMMONS | 2648 | 1681k | Y | 8/26/2011 |
| 131 | EDYTHE | ENSIGN | 127761 | 1681k | Y | 9/23/2011 |
| 132 | DYLAN | ESTES | 19464 | 1681k | Y | 9/23/2011 |
| 133 | JOEL | EVANS | 644904 | 1681k | Y | 9/30/2011 |
| 134 | PHILIP | FAICCO | 440808 | 1681k | | 10/7/2011 |
| 135 | DANA | FEWINS | 285551 | 1681k | | 9/2/2011 |
| 136 | SUSIE | FISHER | 624188 | 1681k | | 8/26/2011 |
| 137 | BERNARD | FLOWERS | 266639 | 1681k | Y | 9/16/2011 |
| 138 | ROGER | FOLMAR | 359390 | 1681k | Y | 9/2/2011 |
| 139 | MICHAEL | FONDREN | 184476 | 1681k | | 8/26/2011 |
| 140 | WILLIE | FOUNTAIN | 50734 | 1681k | Y | 10/14/2011 |
| 141 | DALE | FRAISER | 384219 | 1681k | | 9/2/2011 |
| 142 | TIMOTHY | FRAZIER | 326553 | 1681k | Y | 8/26/2011 |
| 143 | JOHN | FREE | 492251 | 1681k | | 9/9/2011 |
| 144 | JAMES | FURROW | 239076 | 1681k | Y | 9/23/2011 |
| 145 | PETER | GACH | 222420 | 1681k | Y | 9/2/2011 |
| 146 | JUAN | GARCIA | 83164 | 1681k | | 9/23/2011 |
| 147 | KAILA | GENTRY | 503376 | 1681k | | 9/23/2011 |
| 148 | CLARK | GEORGE | 208594 | 1681k | Y | 9/9/2011 |
| 149 | JORGE | GIRALDO | 27330 | 1681k | | 8/26/2011 |
| 150 | RICKY | GOMEZ | 141785 | 1681k | Y | 9/2/2011 |
| 151 | SAM | GONZALES | 292645 | 1681k | Y | 9/23/2011 |
| 152 | LUIS | GONZALEZ | 648499 | 1681k | Y | 9/9/2011 |
| 153 | GERRIT | GRAHAM | 318377 | 1681k | | 9/9/2011 |
| 154 | LAMAR | GRANT | 96353 | 1681k | Y | 9/23/2011 |
| 155 | JOHN | GRAY | 89704 | 1681k | Y | 9/2/2011 |
| 156 | WALTER | GRAYER | 55472 | 1681k | Y | 9/2/2011 |

3

McGladrey

Exclusion List

Exhibit D

| | | | | | | |
|---|---|---|---|---|---|---|
| 157 | FRANK | HALL | 508010 | 1681k | Y | 9/9/2011 |
| 158 | HERMAN | HALL | 111732 | 1681k | | 9/2/2011 |
| 159 | ISAAC | HAMMETT | 484673 | 1681k | Y | 9/16/2011 |
| 160 | JOHN | HAND | 523052 | 1681k | | 9/23/2011 |
| 161 | THOMAS | HARP | 238396 | 1681k | Y | 8/26/2011 |
| 162 | TIMOTHY | HAUSE | 322125 | 1681k | Y | 9/30/2011 |
| 163 | RONALD | HAWKINS | 616859 | 1681k | | 9/30/2011 |
| 164 | BRIAN | HAYDEN | 67152 | 1681k | | 9/16/2011 |
| 165 | RICKY | HAYES | 334645 | 1681k | Y | 9/16/2011 |
| 166 | DORIAN | HELBIG | 449442 | 1681k | Y | 10/7/2011 |
| 167 | DANIEL | HELTON | 619622 | 1681k | | 9/16/2011 |
| 168 | WILLIAM | HENSLEY | 106105 | 1681k | Y | 9/9/2011 |
| 169 | MATHEW | HENSON | 226389 | 1681k | Y | 9/23/2011 |
| 170 | JIMMIE | HERNANDEZ | 202523 | 1681k | Y | 8/26/2011 |
| 171 | RAMIRO | HERNANDEZ | 607077 | 1681k | Y | 9/2/2011 |
| 172 | ROSALIO | HERNANDEZ | 169131 | 1681k | Y | 9/2/2011 |
| 173 | GARY | HESALTINE | 86478 | 1681k | Y | 9/2/2011 |
| 174 | GREGORY | HIBDON | 550319 | 1681k | Y | 9/16/2011 |
| 175 | RAYMOND | HILARIO | 544861 | 1681k | | 9/2/2011 |
| 176 | MICHAEL | HODGE | 318217 | 1681k | Y | 8/26/2011 |
| 177 | KEVIN | HOKE | 326327 | 1681k | | 9/23/2011 |
| 178 | CLAYTON | HOLIMAN | 539495 | 1681k | Y | 8/26/2011 |
| 179 | STEPHEN | HOLLERS | 181301 | 1681k | Y | 9/16/2011 |
| 180 | MACK | HOLLINGSWORTH | 161962 | 1681k | | 9/2/2011 |
| 181 | JOHN | HOOSIER | 565433 | 1681k | Y | 9/23/2011 |
| 182 | THOMAS | HUGHES | 170209 | 1681k | | 9/2/2011 |
| 183 | ROBERT | HUNSUCKER | 568810 | 1681k | | 9/9/2011 |
| 184 | NEAL | HUTCHENS | 46069 | 1681k | | 9/9/2011 |
| 185 | IBRAHIM | IBRICIC | 222482 | 1681k | | 9/2/2011 |
| 186 | STEVEN | IM | 436245 | 1681k | | 10/14/2011 |
| 187 | MOHAMMED | ISLAM | 226183 | 1681k | | 9/16/2011 |
| 188 | ALAN | JACKSON | 152169 | 1681k | Y | 9/9/2011 |
| 189 | TERILYN | JACKSON | 478967 | 1681k | | 9/16/2011 |
| 190 | MALCOM | JACOBS | 267285 | 1681k | | 9/30/2011 |
| 191 | MICHAL | JADWISZCZAK | 591536 | 1681k | | 9/2/2011 |
| 192 | KURT | JANICEK | 588044 | 1681k | | 9/2/2011 |
| 193 | SAMIR | JARIRI | 464079 | 1681k | Y | 9/9/2011 |
| 194 | WILLIE | JENKINS | 247983 | 1681k | Y | 9/9/2011 |
| 195 | ALVIN | JOHNSON | 56761 | 1681k | | 9/9/2011 |
| 196 | JAMES | JONES | 370306 | 1681k | Y | 9/16/2011 |
| 197 | JAMES | JONES | 267336 | 1681k | Y | 10/14/2011 |
| 198 | JAMES | JONES | 84636 | 1681k | Y | 8/26/2011 |
| 199 | RICHARD | JONES | 547118 | 1681k | | 9/9/2011 |
| 200 | RONALD | JONES | 61652 | 1681k | | 9/23/2011 |
| 201 | JON | JORDAN | 464982 | 1681k | | 10/14/2011 |
| 202 | PIERRE | JOSEPH | 606895 | 1681k | Y | 9/16/2011 |
| 203 | WALTER | KATZER | 285197 | 1681k | | 8/26/2011 |
| 204 | BARRY | KAY | 84193 | 1681k | Y | 9/16/2011 |
| 205 | DENNIS | KEEL | 655558 | 1681k | | 9/9/2011 |
| 206 | GEORGE | KENNEDY | 619104 | 1681k | | 10/7/2011 |
| 207 | FRED | KITCHEN | 413509 | 1681k | Y | 9/9/2011 |
| 208 | TIMOTHY | KNIGHT | 439514 | 1681k | Y | 9/23/2011 |
| 209 | MARK | KOLESA | 322511 | 1681k | Y | 8/26/2011 |
| 210 | ALEKSANDER | KOSTIN | 382959 | 1681k | | 9/9/2011 |
| 211 | RAYMOND | KURTZE | 286711 | 1681k | Y | 9/2/2011 |

McGladrey

| | | | | | | |
|---|---|---|---|---|---|---|
| 212 | CARLOS | LARA | 202598 | 1681k | Y | 9/9/2011 |
| 213 | JIMMIE | LAZENBERRY | 498064 | 1681k | | 9/2/2011 |
| 214 | JACOB | LEE | 578503 | 1681k | | 8/26/2011 |
| 215 | WILLIE | LEE | 625623 | 1681k | | 9/30/2011 |
| 216 | MEDARDO | LEON | 221342 | 1681k | | 10/14/2011 |
| 217 | LUIS | LEVIS | 4702 | 1681k | Y | 8/26/2011 |
| 218 | MARLOW | LEWIS | 650701 | 1681k | Y | 10/14/2011 |
| 219 | SCOTT | LEWIS | 341244 | 1681k | Y | 9/9/2011 |
| 220 | STEVEN | LINDSLEY | 284588 | 1681k | Y | 9/16/2011 |
| 221 | DOUGLAS | LITTRELL | 264631 | 1681k | Y | 9/23/2011 |
| 222 | MARSHALL | LOGAN | 482258 | 1681k | Y | 8/26/2011 |
| 223 | ALEJANDRO | LOPEZ | 220397 | 1681k | Y | 9/2/2011 |
| 224 | FELIPE | LOPEZ | 611278 | 1681k | Y | 9/9/2011 |
| 225 | CURTIS | LOVE | 562163 | 1681k | | 8/26/2011 |
| 226 | WALTER | LOVE | 108302 | 1681k | | 9/2/2011 |
| 227 | THOMAS | LOVETT | 117064 | 1681k | Y | 9/2/2011 |
| 228 | TIMOTHY | LUCAS | 524627 | 1681k | Y | 9/2/2011 |
| 229 | NEIL | MACGREGOR | 307679 | 1681k | | 9/30/2011 |
| 230 | REGINALD | MAJORS | 332129 | 1681k | Y | 9/2/2011 |
| 231 | CARLOS | MARQUEZ | 225436 | 1681k | | 9/2/2011 |
| 232 | MICHAEL | MARSHALL | 67978 | 1681k | | 9/9/2011 |
| 233 | CADONA | MARTEL | 591623 | 1681k | Y | 8/26/2011 |
| 234 | PARRIS | MARTIN | 542500 | 1681k | | 9/23/2011 |
| 235 | JOSE | MARTINEZ | 177154 | 1681k | Y | 10/7/2011 |
| 236 | CURTIS | MASON | 78909 | 1681k | Y | 8/26/2011 |
| 237 | ELEVISI | MATAFAHI | 383565 | 1681k | Y | 9/23/2011 |
| 238 | LAURENCE | MAULDIN | 481121 | 1681k | Y | 8/26/2011 |
| 239 | KEVIN | MCCARTHY | 409943 | 1681k | | 9/16/2011 |
| 240 | ROY | MCCORMICK | 22141 | 1681k | | 9/2/2011 |
| 241 | JAMES | MCCOY | 148530 | 1681k | Y | 9/9/2011 |
| 242 | ETHEL | MCDONALD | 143219 | 1681k | Y | 9/16/2011 |
| 243 | ROBERT | MCRAE | 486760 | 1681k | Y | 8/26/2011 |
| 244 | BRUCE | MESPLAY | 423265 | 1681k | | 9/23/2011 |
| 245 | DANIEL | METCALF | 655207 | 1681k | Y | 9/9/2011 |
| 246 | JORDAN | MILLER | 384412 | 1681k | | 9/2/2011 |
| 247 | MARIALISA | MILLER | 447991 | 1681k | | 9/9/2011 |
| 248 | RANDOLPH | MILLER JR | 38429 | 1681k | Y | 9/2/2011 |
| 249 | ARMANDO | MONTES | 176757 | 1681k | Y | 9/16/2011 |
| 250 | DALE | MOORE | 60556 | 1681k | Y | 9/16/2011 |
| 251 | RODNEY | MOORE | 261337 | 1681k | | 9/9/2011 |
| 252 | SHANE | MOORE | 642541 | 1681k | Y | 8/26/2011 |
| 253 | JOHN | MORGAN | 343552 | 1681k | Y | 9/16/2011 |
| 254 | ELIZABETH | MOSS | 477290 | 1681k | Y | 8/26/2011 |
| 255 | STEFAN | MUELLER | 389981 | 1681k | | 8/26/2011 |
| 256 | VICTOR | MUMA | 504987 | 1681k | Y | 9/2/2011 |
| 257 | JACK | MURPHY | 342450 | 1681k | Y | 8/26/2011 |
| 258 | PEDRO | NAVARRO | 574338 | 1681k | Y | 9/23/2011 |
| 259 | DONALD | NEWMAN | 161746 | 1681k | | 9/9/2011 |
| 260 | CHARLIE | NOBLE | 58268 | 1681k | | 9/2/2011 |
| 261 | PATRICK | O^TOOLE | 224186 | 1681k | | 8/26/2011 |
| 262 | BRET | OLSEN | 599609 | 1681k | Y | 9/9/2011 |
| 263 | OLMER | ORTIZ | 12713 | 1681k | | 9/16/2011 |
| 264 | GREGORY | OSKINS | 363770 | 1681k | Y | 9/16/2011 |
| 265 | ROBERT | OTT | 60179 | 1681k | Y | 9/2/2011 |
| 266 | SANDRA | OWEN | 122441 | 1681k | | 9/23/2011 |

Exclusion List                                                                                          Exhibit D

| | | | | | | |
|---|---|---|---|---|---|---|
| 267 | LATOYA | PALMER | 437888 | 1681k | | 10/14/2011 |
| 268 | ANTHONY | PANTO | 610969 | 1681k | | 9/23/2011 |
| 269 | FRANCISCO | PASTRANA | 259092 | 1681k | Y | 10/14/2011 |
| 270 | GARY | PATTERSON | 625936 | 1681k | Y | 8/26/2011 |
| 271 | FIDENCIO | PEREZ | 632520 | 1681k | Y | 9/9/2011 |
| 272 | JOHNNIE | PERKINS | 479482 | 1681k | Y | 9/2/2011 |
| 273 | MARK | PERKINS | 528381 | 1681k | Y | 9/2/2011 |
| 274 | DAVID | PERRINE | 321876 | 1681k | | 9/9/2011 |
| 275 | SCOTT | PERRY | 183111 | 1681k | | 8/26/2011 |
| 276 | DUANE | PETERSON | 233631 | 1681k | Y | 8/26/2011 |
| 277 | THOMAS | PHALEN | 648937 | 1681k | Y | 9/30/2011 |
| 278 | SOURIYETH | PHANDA | 252906 | 1681k | Y | 9/2/2011 |
| 279 | DUNCAN | PHELPS | 149667 | 1681k | | 9/23/2011 |
| 280 | WILLIAM | PHILLIPS | 233273 | 1681k | | 8/26/2011 |
| 281 | CLEO | PICKENS | 400493 | 1681k | Y | 9/9/2011 |
| 282 | TERRY | POOLE | 480243 | 1681k | | 9/9/2011 |
| 283 | SURAJ | POONAI | 230235 | 1681k | Y | 8/26/2011 |
| 284 | PAUL | POTEAT | 91193 | 1681k | Y | 9/2/2011 |
| 285 | DAVID | POWELL | 52768 | 1681k | Y | 9/9/2011 |
| 286 | GLENN | PRATT | 502981 | 1681k | Y | 9/23/2011 |
| 287 | STANLEY | PRICHETT | 369972 | 1681k | | 9/23/2011 |
| 288 | MAE | PRITCHETT | 81571 | 1681k | | 9/23/2011 |
| 289 | KEVIN | PYLE | 549655 | 1681k | | 8/26/2011 |
| 290 | MARTINEZ | RAPHAEL | 601677 | 1681k | | 9/9/2011 |
| 291 | JOSEPH D | REDAVIDE | 53498 | 1681k | | 9/23/2011 |
| 292 | HERBERT | REED | 569782 | 1681k | Y | 9/2/2011 |
| 293 | MICHAEL | REID | 4387 | 1681k | Y | 9/9/2011 |
| 294 | LINDA | RENSLOW | 105280 | 1681k | | 9/16/2011 |
| 295 | KEITH | RHODES | 595158 | 1681k | Y | 9/2/2011 |
| 296 | RAY | RHONE | 519233 | 1681k | Y | 9/2/2011 |
| 297 | ANTIOCO | RIOS | 643247 | 1681k | Y | 8/26/2011 |
| 298 | MARK | RIOWS | 213797 | 1681k | Y | 8/26/2011 |
| 299 | DONDI | RIVERS | 390855 | 1681k | Y | 9/16/2011 |
| 300 | CAROL | ROBERTS | 432252 | 1681k | Y | 9/9/2011 |
| 301 | DONALD | ROBINSON | 653213 | 1681k | | 9/2/2011 |
| 302 | MICHAEL | ROBINSON | 592564 | 1681k | Y | 9/2/2011 |
| 303 | GARY | RODGERS | 156288 | 1681k | Y | 9/2/2011 |
| 304 | MARCIAL | RODRIGUEZ | 643932 | 1681k | Y | 9/9/2011 |
| 305 | JIMMY | ROGERS | 484870 | 1681k | | 9/2/2011 |
| 306 | ALEXANDER | ROUSSOS | 322616 | 1681k | Y | 9/23/2011 |
| 307 | ROY | RUCKER | 415935 | 1681k | | 10/7/2011 |
| 308 | LARRY | RUFFIN | 475426 | 1681k | Y | 8/26/2011 |
| 309 | JOEY | RUNNELS | 114688 | 1681k | | 9/9/2011 |
| 310 | RAMON | SALAME | 660394 | 1681k | Y | 10/14/2011 |
| 311 | ROBIN | SALAZAR | 597056 | 1681k | Y | 9/2/2011 |
| 312 | JOSHUA | SALKIN | 583769 | 1681k | | 9/16/2011 |
| 313 | RONALD | SANDLIN | 392030 | 1681k | Y | 9/23/2011 |
| 314 | FRANCISCO | SANDOVAL | 648091 | 1681k | Y | 9/23/2011 |
| 315 | RONALD | SANTANA | 223083 | 1681k | | 9/2/2011 |
| 316 | OSCAR | SARAVIA | 294111 | 1681k | Y | 9/30/2011 |
| 317 | JACK | SCHMITT | 652666 | 1681k | Y | 9/16/2011 |
| 318 | MICHAEL | SCOTT | 626442 | 1681k | | 9/2/2011 |
| 319 | RAYMOND | SEBERRY | 518793 | 1681k | Y | 9/2/2011 |
| 320 | MIRSAD | SELIMOVIC | 341921 | 1681k | Y | 9/16/2011 |
| 321 | REUBEN C | SELLEN | 659163 | 1681k | | 9/2/2011 |

McGladrey

| | | | | | | |
|---|---|---|---|---|---|---|
| 322 | WILLIAM | SHAFFER | 602768 | 1681k | | 9/23/2011 |
| 323 | MICHAEL | SHALDUHA | 130119 | 1681k | | 9/9/2011 |
| 324 | JOHN | SHEFFEY | 462831 | 1681k | | 9/9/2011 |
| 325 | MARK | SHIRLEY | 651290 | 1681k | | 9/30/2011 |
| 326 | TRAVIS | SILK | 592340 | 1681k | | 9/2/2011 |
| 327 | ROBERT | SIMMONS | 387519 | 1681k | Y | 9/2/2011 |
| 328 | JINDER | SINGH | 298669 | 1681k | Y | 9/2/2011 |
| 329 | YUDHVIR | SINGH | 605151 | 1681k | | 9/23/2011 |
| 330 | VIRLESTA | SKUCY | 386673 | 1681k | . | 9/2/2011 |
| 331 | TADEUSZ | SLACZKA | 452834 | 1681k | Y | 8/26/2011 |
| 332 | ARTIS | SMITH | 358139 | 1681k | Y | 8/26/2011 |
| 333 | G W | SMITH | 74452 | 1681k | Y | 8/26/2011 |
| 334 | JULIUS | SMITH | 159933 | 1681k | Y | 10/7/2011 |
| 335 | RICKEY | SMITH | 333481 | 1681k | | 9/30/2011 |
| 336 | ROBERT | SMITH | 646634 | 1681k | Y | 9/16/2011 |
| 337 | SCOTT | SMITH | 90414 | 1681k | | 9/9/2011 |
| 338 | STANLEY | SMITH | 233981 | 1681k | Y | 9/9/2011 |
| 339 | JUDY | SPAULDING | 120953 | 1681k | Y | 9/2/2011 |
| 340 | HAROLD | STANLEY | 369587 | 1681k | Y | 8/26/2011 |
| 341 | BOOKER | STARNES | 203646 | 1681k | Y | 10/14/2011 |
| 342 | TIM | STAUFFER | 454421 | 1681k | | 8/26/2011 |
| 343 | BERNARD | STERLING | 189931 | 1681k | Y | 9/9/2011 |
| 344 | ALLEN | STEWART | 395477 | 1681k | | 9/30/2011 |
| 345 | DONALD | STEWART | 408696 | 1681k | Y | 9/16/2011 |
| 346 | JOHNNY | STEWART | 63547 | 1681k | Y | 9/2/2011 |
| 347 | DONALD | STINNETT | 330347 | 1681k | Y | 9/2/2011 |
| 348 | JOE | STIZZA | 499486 | 1681k | | 8/26/2011 |
| 349 | IVAN | STRILKIVSKY | 126855 | 1681k | | 9/9/2011 |
| 350 | DOMINIC | TALANCA | 358344 | 1681k | Y | 9/16/2011 |
| 351 | BILLY | TAYLOR | 57854 | 1681k | | 9/9/2011 |
| 352 | WILLIAM | TAYLOR | 356524 | 1681k | Y | 9/30/2011 |
| 353 | GARRY | TEAGUE | 431775 | 1681k | | 8/26/2011 |
| 354 | DANNY | THOMAS | 627721 | 1681k | | 8/26/2011 |
| 355 | GABRIEL | THOMAS | 96721 | 1681k | | 9/9/2011 |
| 356 | EARVIN | THOMPSON | 324239 | 1681k | Y | 10/14/2011 |
| 357 | ERNEST | THOMPSON | 351938 | 1681k | | 9/9/2011 |
| 358 | CLYDE | TIPTON | 512176 | 1681k | Y | 9/9/2011 |
| 359 | ERIK | TOLBERT | 152260 | 1681k | | 10/14/2011 |
| 360 | WILLIAM | TOPLIFF | 588868 | 1681k | Y | 9/2/2011 |
| 361 | NICOLAS | TORRES | 275492 | 1681k | | 9/2/2011 |
| 362 | BERTRANT | TOUSSAINT | 347114 | 1681k | Y | 8/26/2011 |
| 363 | JUSTIN | TUCKER | 123422 | 1681k | Y | 8/26/2011 |
| 364 | MARLON | TUCKER | 162740 | 1681k | | 9/2/2011 |
| 365 | MIGAO | TUPUOLA | 601138 | 1681k | Y | 9/2/2011 |
| 366 | RICHARD | TYARKS | 588960 | 1681k | Y | 9/16/2011 |
| 367 | GEORGE | UMFRESS | 272072 | 1681k | | 9/9/2011 |
| 368 | ALLEN | VANSICKLE | 10401 | 1681k | | 9/2/2011 |
| 369 | CARL | VAUGHAN | 530464 | 1681k | | 8/26/2011 |
| 370 | JUAN | VEGA | 583373 | 1681k | | 8/26/2011 |
| 371 | SAMMY | WADE | 472434 | 1681k | Y | 9/23/2011 |
| 372 | CATHERINE | WALKER | 109346 | 1681k | | 9/30/2011 |
| 373 | CHARLES | WALTERS | 400694 | 1681k | | 9/9/2011 |
| 374 | GARY | WARD | 395229 | 1681k | | 9/23/2011 |
| 375 | ROBERT | WARD | 33224 | 1681k | Y | 9/23/2011 |
| 376 | SHARIF | WARD | 559163 | 1681k | Y | 10/7/2011 |

McGladrey

Exhibit D

| # | First Name | Last Name | ID | Class | Invalid | Week |
|---|-----------|-----------|-----|-------|---------|------|
| 377 | JON | WARE | 314282 | 1681k | | 9/9/2011 |
| 378 | KEITH | WARRIOR | 271498 | 1681k | Y | 8/26/2011 |
| 379 | MICHAEL | WEATHERLY | 565018 | 1681k | | 9/23/2011 |
| 380 | ROBERT | WHEELER | 411341 | 1681k | | 8/26/2011 |
| 381 | MARIA | WHITE | 650405 | 1681k | Y | 9/23/2011 |
| 382 | MICHAEL | WHITE | 189155 | 1681k | Y | 8/26/2011 |
| 383 | DAVID | WHITTAKER | 310736 | 1681k | | 9/9/2011 |
| 384 | BILLY | WHITTLE | 387411 | 1681k | | 9/2/2011 |
| 385 | JAME | WILEY | 516228 | 1681k | Y | 9/23/2011 |
| 386 | GARY | WILGUS | 31492 | 1681k | Y | 9/2/2011 |
| 387 | ROBERT | WILKENSON | 615289 | 1681k | Y | 8/26/2011 |
| 388 | ANTHONY | WILLIAMS | 485190 | 1681k | | 10/14/2011 |
| 389 | JERRY | WILLIAMS | 470039 | 1681k | Y | 8/26/2011 |
| 390 | KEVIN | WILLIAMS | 517983 | 1681k | Y | 9/30/2011 |
| 391 | MARSHA | WILLIAMS | 270922 | 1681k | Y | 9/2/2011 |
| 392 | TOMMY | WILLIAMS | 233595 | 1681k | Y | 9/9/2011 |
| 393 | RANDY | WILLIAMSON | 97573 | 1681k | | 9/23/2011 |
| 394 | JACQUETT | WILSON | 333141 | 1681k | | 10/14/2011 |
| 395 | JOSEPH | WOODS | 614237 | 1681k | | 9/9/2011 |
| 396 | DAMON | WOOTEN | 640797 | 1681k | Y | 9/2/2011 |
| 397 | RONELL | WORRELL | 18591 | 1681k | Y | 9/30/2011 |
| 398 | RICKEY | WRIGHT | 283343 | 1681k | Y | 9/2/2011 |
| 399 | ROBERT | WYATT | 404195 | 1681k | | 9/16/2011 |
| 400 | VINCE | WYLESKY | 534778 | 1681k | Y | 9/9/2011 |
| 401 | DOUA | XIONG | 582001 | 1681k | | 9/9/2011 |
| 402 | KENNETH | YAKLE | 284489 | 1681k | Y | 10/7/2011 |
| 403 | CHARLES | ZIESKE | 280913 | 1681k | | 9/30/2011 |

Total 1681k Exclusions Received                                              355

**Exclusions Received - ID Number Not Located**

| # | First Name | Last Name | ID | Class | Invalid | Week |
|---|-----------|-----------|-----|-------|---------|------|
| 404 | THOMAS J | BROWN | | NO FIND | Y | 8/26/2011 |
| 405 | LEONIDES | CASTRO LEYUA | | NO FIND | Y | 10/7/2011 |
| 406 | BARBARA | DALBERG | | NO FIND | Y | 9/23/2011 |
| 407 | MIGUEL | GONZALEZ | | NO FIND | Y | 10/7/2011 |
| 408 | CLARENCE | GRANBERRY | | NO FIND | Y | 9/2/2011 |
| 409 | WAYNE | HAAS | | NO FIND | Y | 8/26/2011 |
| 410 | KENNETH L | HOUGH | | NO FIND | Y | 8/26/2011 |
| 411 | JUAN | JACKSON | | NO FIND | Y | 8/26/2011 |
| 412 | JAMES & ANDREA | KENNEY | | NO FIND | Y | 8/26/2011 |
| 413 | VINCENT | LEE | | NO FIND | Y | 10/7/2011 |
| 414 | WILMA L | MCCOY | | NO FIND | Y | 8/26/2011 |
| 415 | JAMARI | MCMAHAN | | NO FIND | Y | 9/2/2011 |
| 416 | TERRY | MITCHELL JR | | NO FIND | Y | 9/2/2011 |
| 417 | BARBARA | PERRODIN | | NO FIND | Y | 9/23/2011 |
| 418 | ROLF | STARKE | | NO FIND | Y | 8/26/2011 |
| 419 | DOUGLAS | STYKES | | NO FIND | Y | 9/30/2011 |
| 420 | JEFFREY | WILLIAMS | | NO FIND | Y | 9/2/2011 |
| 421 | NELSON LEE | WILLIAMS | | NO FIND | Y | 8/26/2011 |
| 422 | VICTOR | YAVNY | | NO FIND | Y | 10/14/2011 |

Total ID Number Not Located Exclusions Received                              19

**Total Exclusion Requests Received**                                        422

8

# Exhibit E

**McGladrey**

Ryals, et at, v. HireRight Solutions, Inc., et al

Weekly Total Report

| | Additional as of 8/26/2011 | Additional from 8/27/11 to 9/2/11 | Additional from 9/3/11 to 9/9/11 | Additional from 9/10/11 to 9/16/11 | Additional from 9/17/11 to 9/23/11 | Additional from 9/24/11 to 9/30/11 | Additional from 10/1/11 to 10/7/11 | Additional from 10/8/11 to 10/14/11 | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| 1681k Notices - Mailed | 5 | 53 | 5 | 27 | 21 | 18 | 3 | 0 | 663,778 |
| 1681k Notices - Returned | 717 | 3 | 140 | 6 | 7 | 4 | 4 | 2 | 883 |
| 1681i Notices - Mailed | 79 | 83 | 10 | 15 | 11 | 10 | 0 | 5 | 21,566 |
| 1681i Notices - Returned | 2,595 | 441 | 279 | 63 | 29 | 16 | 66 | 6 | 3,495 |
| 1681i Notices - Re-mailed | 140 | 1 | 4 | 13 | 0 | 0 | 0 | 0 | 158 |
| Actual Damages Claim Forms - Received | 1,398 | 509 | 207 | 350 | 144 | 124 | 134 | 113 | 2,979 |
| Opt-out Requests - Received* | 93 | 110 | 70 | 43 | 47 | 19 | 17 | 23 | 422 |
| Objection Notices - Received | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| * Opt-out Requests - Breakdown | Additional as of 8/26/2011 | Additional from 8/27/11 to 9/2/11 | Additional from 9/3/11 to 9/9/11 | Additional from 9/10/11 to 9/16/11 | Additional from 9/17/11 to 9/23/11 | Additional from 9/24/11 to 9/30/11 | Additional from 10/1/11 to 10/7/11 | Additional from 10/8/11 to 10/14/11 | Total |
|---|---|---|---|---|---|---|---|---|---|
| - 1681i Requests | 21 | 10 | 3 | 6 | 2 | 2 | 2 | 2 | 48 |
| - 1681k Requests | 64 | 96 | 67 | 37 | 43 | 16 | 12 | 20 | 355 |
| - Class Not Determined | 8 | 4 | 0 | 0 | 2 | 1 | 3 | 1 | 19 |
| | | | | | | | | | |
| Total Opt-out Requests | 93 | 110 | 70 | 43 | 47 | 19 | 17 | 23 | 422 |