SECTION 1681i ACTUAL DAMAGE CLAIMS ESTIMATE WORKSHEET

| | |
|---|---|
| COMMON FUND | $28,375,000.00 |
| 33% Fees and Costs | (9,363,750.00) |
| Incentive Payments | (170,000.00) |
| NET BEFORE NOTICE AND ADMINISTRATION | 18,841,250.00 |

Expected Cashed Checks for 1681k Class
 (Assuming 84% Mail Success and 90% Received Checks Cashed)

| | | |
|---|---|---|
| Five Year: | 227,851 | (2,278,510.00) |
| Legacy: | 98,160 | (5,298,800.00) |
| New Procedures: 176,969 | | (2,831,504.00) |

Expected Cashed Checks for Statutory 1681i Payments:   13,993      (1,875,062.00)
(18,229  successfully mailed, 2,979 claimed, assuming 90% Received Checks Cashed)

Estimated Costs of Notice and Administration      (930,000.00)

     5,627,374.00

1681k Claims:   2,681    Roughly $2100      $5,627,374.00
(Assuming 90% validity)