IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES RYALS, Jr. et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:09cv625 |
| ) | |
| HIRERIGHT SOLUTIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR THEIR BRIEF IN SUPPORT OF THEIR MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND AWARD OF INCENTIVE PAYMENTS AND ATTORNEYS FEES**

Plaintiffs, by counsel, hereby move that this Court enlarge the page limit imposed by Local Rule 7(F)(3) to accommodate the filing of an omnibus motion for final approval of the class settlement reached herein, responses to various objections, for an award of incentive payments to the class representatives, for an award of attorneys fees and expenses to class counsel.

On July 7, 2011, this Court entered an Order preliminarily approving the class settlement reached herein by the parties. [Docket No. 65]. This Order provided for separate briefing to be made thereafter, with any application for attorneys fees, reimbursement of expenses and incentive awards for class representatives to be made no later than October 20, 2011. The Order further provided for an additional memorandum in support of the proposed settlement and a response to any objections to be filed no later than October 24, 2011. Prelim. App. Order at ¶16.

In the interests of judicial economy, the Plaintiffs with the consent of the Defendants have elected to file a single pleading that addresses each of the items directed by the Court. Local Rule 7(F)(3) provides that all briefs shall not exceed thirty pages, exclusive of affidavits and supporting documentation. If the Plaintiffs were to file separate briefs, the combined page limit would be 60 pages. The present filing is closer to 40 pages and concisely addresses the issues directed by the Court in its Preliminary Approval Order.

For these reasons, the Plaintiffs hereby move that this Court enlarge the page limit for purposes of this consolidated filing only.

JAMES RYALS, JR., et als.,

_____/s/_____
Leonard A. Bennett VSB #37523
Susan M. Rotkis
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com

Matthew J. Erausquin
CONSUMER LITIGATION
ASSOCIATES, P.C.
1800 Diagonal Rd. Suite 600
Alexandria, Virginia 22314
(703) 273-6080
(888)-892-3512
matt@clalegal.com

Christopher Colt North
751-A Thimble Shoals Blvd.
Newport News, VA 23606
(757) 873-1010

cnorthlaw@aol.com

Michael D. Donovan, Esq.
Noah Axler, Esq.
DONOVAN SEARLES & AXLER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
(215) 732-6067 – Telephone
(215) 732-8060 – Facsimile
mdonovan@donovanaxler.com
naxler@donovanaxler.com

Dennis Michael O'Toole
Anthony Rocco Pecora
Matthew Anderson Dooley
STUMPHAUZER, O'TOOLE, MCLAUGHLIN,
MCGLAMERY & LOUGHMAN
5455 Detroit Rd.
Sheffield Village, Ohio 44054
(440) 930-4015
dotoole@sheffieldlaw.com
mdooley@sheffieldlaw.com
apecora@sheffieldlaw.com


James A. Francis
Erin A. Novak
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Sharron M. Dietrich
Nadia Hewka
COMMUNITY LEGAL SERVICES, INC.
1424 Chestnut Street
Philadelphia, PA 19102
(215) 981-3719

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Amy Rachel Davis
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: adavis@wc.com

Dane Hal Butswinkas
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
(202) 434-5000

Daniel Patrick Shanahan
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
 (202) 434-5174
Fax: (202) 434-5029
Email: dshanahan@wc.com

Frank G Bowman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: fbowman@wc.com

                                                                    /s/
                                        Leonard A. Bennett, Esq.
                                        VSB #37523
                                        Attorney for Plaintiff
                                        CONSUMER LITIGATION
                                        ASSOCIATES, P.C.
                                        12515 Warwick Boulevard, Suite 100
                                        Newport News, Virginia 23606
                                        (757) 930-3660 – Telephone

(757) 930-3662 – Facsimile
lenbennett@clalegal.com