| LAST NAME | FIRST NAME | DOCKET NO. | CLASS | | OBJECTION |
|---|---|---|---|---|---|
| Aubin | Kevin | 78-05 | 1681k New Procedures | | Not enough money. Unclear if report was inaccurate, but suffered injury because of reporting of old DUI and credit. |
| Baker | James | 78-14 | 1681k New Procedures | | Not enough money. Mixed file. |
| Balderas | Anastacio | 83 | 1681i | NOT OBJECTION (Claim) | Apparently a claim and not an objection. But says he would expect $4,000. |
| Balliet | Kristopher | 86 | 1681k Legacy | | Not enough money. Unclear if report was inaccurate, but suffered injury because of report. |
| Benston | William | 78-09 | 1681k Five year | | Objects to not being in 1681i class. He states that he disputed. |
| Biles | Timothy | 78-07 | 1681k Five year | | Not enough money. Lost jobs because of "misleading" information in report. |
| Bishop | James | 83-01 | 1681i | | Not enough money. Inaccurate reporting by Marten (a furnisher) regarding a previous accident. |
| Brooks | Eddie | 78-08 | 1681k Legacy | | Not eough money. Employers never told him why he was denied. Guesses now because of class notice it was something in his report. |
| Burney | William | 78-11 | 1681k Five year | | Not enough money. |
| Carter | Theron | 90 | 1681i | NOT OBJECTION | Wants to appear at hearing. |
| Cotton | Cornelius | 82 | 1681k New Procedures | | Not enough money. Unclear if report was inaccurate, but suffered injury because of report. |
| Cutrell | John | 78-00 | 1681k Legacy | NOT OBJECTION (Opt Out) | General criticism of class action attorneys |
| Davis | DuSean | 78-04 | 1681k New Procedures | | Not enough money. Many FCRA violations suffered - accuracy and obsolesence; impermissible reports. |
| DeBose | Matthew | 78-01 | 1681i | | Not enough money. $2,000 not sufficient; suffered many violations and substantial damages |
| Devine | Ricky | 78-03 | 1681k Five year and New Procedures | | Not enough money. Objects because HireRight let people know about his report without his permission. |
| Dorsey | Dierrick | 80 | 1681k Five year | | Not enough money. It does not appear that the report was inaccurate. Suffered injury because of report, being impacted by past. |
| Eastor | Willie | 78-17 | 1681k Legacy | | CRAs make a lot of money and do so by selling personal information than can harm consumer applicants. Appears that nothing was inaccurate. |
| Elliot | James | 88 | 1681i | | No specific objection stated. Was damaged by inaccurate report. |
| Goldsmith | Ira | 80-1 | 1681k Legacy | | Not enough money. Report inaccurately identifies the nature of the firearm conviction. (Discharge firearm vs. possession of firearm). |
| Head | Mark | 78-12 | 1681k Legacy | | Not enough money. Claims from 2006 application. Denied a job because infoprmation may not have been up to date. |

| Last | First | | | | | |
|---|---|---|---|---|---|---|
| Ignacio | Issac | 80-2 | 1681i | | | Not enough money. CRAs are legalized blacklisting. Unclear if report was inaccurate, but suffered injury because of USIS report. Focused on DAC trucking work record. |
| Jackson | Larry | | 1681k New Procedures | | | No specific objection stated; implicitly not enough money? Unclear if report was inaccurate, but suffered injury because of USIS report. |
| Kenner | Anthony | | 1681k Legacy | | | Not enough money. CRAs are legalized blacklisting. Unclear if report was inaccurate, but suffered injury because of USIS report. |
| Lang | Bruce | 87 | 1681i | | NOT OBJECTION (Claim) | Claim form. |
| Lopez | Alberto | 78-10 | 1681k Legacy | | | Unclear. Claims to be worth Billions and to have an ongoing feud with the IRS |
| McClure | Joshua | 83-02 | 1681i | | | Not enough money. Unclear if report was inaccurate, but suffered injury because of report. |
| McKinney | John | 80-3 | 1681k New Procedures | | | Not enough money. Lost employment opportunity because of confusion and likely inaccuracy in his report. |
| Morgan | Jerry | 80-4 | 1681k New Procedures | | | Not enough money. Unclear if report was inaccurate, but suffered injury because of report. |
| Pence | Charles | 82-1 | 1681k New Procedures | | | Not enough money. No specifics, but claims inaccuracies in multiple reports. Tried to contact and dispute without success. |
| Robbins | Dwaye | 78-16 | | | | Not enough money. Unclear if report was inaccurate, but suffered injury because of report. |
| Ruch | Frank | 78-13 | 1681k Legacy | | | Not enough money. Someone used his name without his permission. |
| Smith | Estavious | 78-18 | 1681k Five year | | | Not enough money. Unclear if report was inaccurate, but suffered injury because of USIS report. |
| Tickle | Ralph E | 78-16 | 1681k Five year | | | Not enough money. Unclear if report was inaccurate, but suffered injury because of USIS report. |
| Tucker | Myra | 89 | 1681k | | | Not enough money. Inaccurate reporting caused firing by Greyhound. Inaccurate statement that did not have a CDL? (Or was in an accident?) |
| West | Dixie | 84 and 85 | 1681i | | NOT OBJECTION (Claim) | Claim form. |
| White | Michael | 78-06 | 1681k Five year | | NOT OBJECTION | Says wants to speak. Short list of ways he was damaged by background check. Not state if inaccurate. |
| Wilson | David | 82-3 | 1681k Legacy | | | Not enough money. Unclear if report was inaccurate, but suffered injury because of USIS report. |

| | | | | |
|---|---|---|---|---|
| Wyatt | Eddie | 78-02 and 80 1681i | | Not enough money. Involved in some Administrative action against JB Hunt re: a drug/alcohol test. HireRight is bad. Claims process unfair. |