**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 11/3/11

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>James Ryals, Jr., et al.<br>v.<br>Hireright Solutions, Inc., et al. | CASE NO: 3:09CV625<br>JUDGE: Gibney<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Fairness Hrg

APPEARANCES: Parties by (✓)/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Statements heard by counsel and class member (J. Williams); Ct will certify the class action as outlined and finds the settlement adequate & fair; the Ct directs counsel to submit time records to court within one week to evaluate the requested attorney's fees; an order shall enter approving settlement

Counsel for Plaintiff(s): Leonard A. Bennett, Matthew J. Erausquin, Noah Axler, Erin Novak

Counsel for Defendant(s): Amy R. Davis, Frank G. Bowman

| SET: 10:00am | BEGAN: 10:06am | ENDED: 10:40am | TIME IN COURT: 34 mins |
|---|---|---|---|
| RECESSES: | | | |