

LAW OFFICES
**FRANCIS & MAILMAN**
A PROFESSIONAL CORPORATION
LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

October 18, 2011

Re:   *James Ryals, Jr., et al. v. HireRight Solutions, Inc., et al.*
      Case No. 3:09cv625
      *Bahir Smith, et al. v. HireRight Solutions, Inc., et al.*
      Case No. 09-6007
      *O'Neil Henderson, et al. v. HireRight Solutions, Inc., et al.*
      Case No. 10-00459

### STATEMENT FOR LEGAL SERVICES RENDERED

November 2009    Meet w/SD & DAS at CLS to discuss case theories, review files; Meet w/paralegal AB to go over new case, docs; Meet w/client DAS & SD at CLS for explanation of case, signing up; meet w/DAS after; Pre-filing and case intake; Review all client file documents and case intake; review and respond to e-mail correspondence.

      25.50 Hours (JAF)
       0.50 Hours (JS)

December 2009    Review file for editing, revising complaint; edit and revise complaint; Pre-trial and intake---review all client docs and summaries prepared by CLS; meet with co-counsel re preparation of case, selection of claims, theory of liability; meet with MDM re the same, re our firm's role involvement; review and respond to e-mail correspondence.

      19.40 Hours (JAF)
       2.60 Hours (MDM)
       0.20 Hours (DS)

January 2010    Review, edit, draft and revise Class Action Complaint; t/cs and conferences with co-counsel DAS re the same; continue review of client documents; Review draft complaint; telephone conference with SD and DAS; review and respond to e-mail correspondence.

      23.30  Hours (JAF)

| | |
|---|---|
| March 2010 | Review Defendant's Motion to Dismiss; pull and read cases cited; meet and discuss with co-counsel; draft outline of response argument; review and respond to e-mail correspondence. |

      22.20  Hours (JAF)

| | |
|---|---|
| April 2010 | Draft, edit and revise Plaintiff's Response to Defendant's Motion to Dismiss; Review Defendant's Motion to Dismiss; pull and research cases, citations; prepare outline of response argument; review and respond to e-mail correspondence. |

      31.10  Hours (JAF)

| | |
|---|---|
| May 2010 | Review Defendant's Motion to Transfer Venue; outline argument response; draft, edit and revise Plaintiff's MOL in response and opposition to Defendant's Motion to Transfer Venue; Review Defendant's Motion to Transfer Venue; read cases cited; prepare response outline memo; draft, edit and revise plaintiff's response MOL re Defendant's MTV; meetings with DAS re the same; review and respond to e-mail correspondence. |

      37.20  Hours (JAF)
        3.30  Hours (MDM)

| | |
|---|---|
| June 2010 | Rev. Courts decision re transfer case to OK; Review Court's decision transferring case to Oklahoma; discuss ramifications with co-counsel; ascertain and locate local counsel; review local court rules; get admitted to Oklahoma federal court; review N.D. OK FCRA decisions/class action jurisprudence; research decisions from judge on same topics; Review court's order granting Defendant's Motion to Transfer venue to OK; pull cases; meet with JS re the decision; Review court's order and memoranda transferring case to the ND OK; meet with co-counsel re implications/ramifications; secure local counsel for pro hac/waiving in; handle all requirements for being admitted to court; review and respond to e-mail correspondence. |

      38.50 Hours (JAF)
       1.40 Hours (MDM)
        0.30 Hours (DS)

| | |
|---|---|
| July 2010 | Draft edit revise plaintiff's discovery requests; review. all orders from ND OK; review. Procedures for pro hac/admission; meet with paralegal AB re the same; draft interrogatories and RPD for co counsel; Rev. All orders from ND OK; rev. procedures for pro hac/admission; meet with paralegal AB re the same; review Defendant's Answer to Complaint and Affirmative Defenses; review and respond to e-mail correspondence. |

 29.20 Hours (JAF)
  7.20 Hours (TAM)
  0.30 Hours (DS)

| | |
|---|---|
| August 2010 | Review case mem plan/emails re: same; Review letter and self executing disclosure CD for DAS; telephone conference with Lenn Bennett reg: his Ryals case, mediation, collaboration, review Ryals materials; Rev case mem plan/emails re same; Review letter and self executing disclosure CD for DAS; telephone conference with Len Bennett reg: his Ryals case, mediation, collaboration, review Ryals materials; review and respond to e-mail correspondence. |

 20.00 Hours (JAF)
  0.30 Hours (TAM)

| | |
|---|---|
| September 2010 | Telephone conference with DAS & CLS re tomorrows conference strategy; review Ryals docket; Attend pre-mediation meeting at Donnovan Searles w. LB & Ohio counsel; meet with co-counsel in advance; prepare for meeting; telephone conference with JG, DAS & SD re plan for upcoming mediation; yesterday's meeting; Rev email from Rod Fliegel re DAS abscence plan while away; discuss w/ MDM; Emails with LN re setting up call; Meet with JS & MDM re Thursday meeting; case developments, Len Bennett & Getting a plan moving forward; T/C with Len Bennett, Sharon Dietrich and JS; telephone conference with Len Bennett re Ryals case; review Ryals docs; telephone conference with DAS re call w/ LB; telephone conference with co-counsel & LB re Ryals case & Working together ; mediation; review Ryals docket; Follow up with LB, DAS re call next week; Multiple telephone conference with DAS & LB re mediation; rev. Emails from Len Bennett; telephone conference with Len Bennett re Ryals case; review Ryals docs; telephone conference with DAS re call w/ LB; telephone conference with co-counsel & LB re Ryals case & Working together ; mediation; review Ryals docket; Follow up with LB & DAS re call next week; Multiple telephone conference with DAS & LB re mediation; rev. Emails from Len Bennett; review and respond to e-mail correspondence. |

 39.80 Hours (JAF)
 11.60 Hours (MDM)

          13.10 Hours (JS)
           4.60 Hours (TAM)

| | |
|---|---|
| October 2010 | Review list of potential mediators; communicate to co-counsel my views on potential mediators; Conference call with Rod Fleagle and co-counsel; Draft, edit and revise written discovery requests; Travel to DC; attend mediation; meet with all co-counsel in case; Attend mediation; travel back from DC; Lunch meeting with DAS and Sharon Dietrich regarding mediation; Review Ryals document production (thousands of pages) in advance of mediation; review Hireright representatives and witnesses and deposition videos from Ohio litigation; review and respond to e-mail correspondence. |

          48.00 Hours (JAF)
           3.30 Hours (MDM)
           7.80 Hours (JS)
           0.40 Hours (DS)

| | |
|---|---|
| November 2010 | Travel to DC to meet with co-counsel in prep for tomorrow's mediation; meet with co-counsel and prep for mediation; Prepare for mediation in DC day 3; assemble materials; prepare agenda; review Sharon Dietrich memo on possible relief/practice changes; Attend mediation; meet with co-counsel DAS after to run through strategy to deal with impasse; Travel back from mediation/DC; Meet with JS and MDM to bring them up to speed on the mediation; discuss strategy for conference call tomorrow; t/c with LB re call with Bowman, call tomorrow with mediator; meet with EN re coming to DC on Fri, background of case; review SD memo on possible procedural changes; t/conf with SD, DAS re practice change aspect of the demand, 1681e(b) claim; make travel arrangements; review Remedial Relief Memo, Lifecycle Notice, AOPC's file layout; review and respond to e-mail correspondence. |

          45.60 Hours (JAF)
           3.30 Hours (MDM)
          10.00 Hours (JS)
          32.50 Hours (EAN)
           0.20 Hours (DS)

| | |
|---|---|
| December 2010 | Continue settlement negotiations with mediator post mediation; with DAS re yesterday's call; t/c with Len Bennett re approach for call with mediator this Friday; meet with JS re the same; T/c with mediator Eric Green and LB re update from call with defense counsel; T/c with LB and mediator; mediator never called in; t/c to SD to update her on calls; misc calls with LB re strategy/status of negotiations; T/c with DAS and LB re call with mediator last night; conf call with mediator; review and respond to e-mail correspondence. |

  30.20  Hours (JAF)
   3.70  Hours (EAN)

| | |
|---|---|
| January 2011 | Telephone calls with co-counsel SD, DAS & JG; Conf Call with co-counsel re update on settlement negotiations, strategy; T/c with Matt Dooley re update on telephone mediation progress with LB and Eric Green; review correspondence from LB regarding recent discussions with Hireright counsel; T/conf with LB re calls with G. Bowman, considerations/agenda for Tuesday mediation; T/C with David Searles re: status of mediation; T/C with Len Bennett re: mediation strategy; receive and review e-mails from co-counsel; T/conf with co-counsel re Tues mediation; make travel arrangements; Travel to DC for mediation tomorrow; meet with DAS, EN and SD in advance of dinner; meet with all co-counsel at diinner to prepare for tomorrow; Prepare for continued mediation and travel to DC; travel to DC with co-counsel DAS, SD, JG and EN; meet with all co-counsel in preparation for tomorrow's mediation; Attend mediation in DC; travel back from mediation; Attend another day of mediation at Williams & Connolly; meet with co-counsel for breakfast to go over our group's position; travel back from DC; Review draft MOU from both GB and DAS; draft and respond to correspondence from co-counsel regarding assignments for notice, preliminary approval and finalization of settlement agreement; review term sheet notes to compare; Review MOU; meet with Erin about deadline for drafting; review DAS draft motion to consolidate and Greg Bowman's response; agree for Dave to take first draft at settlement agreement; review and respond to e-mail correspondence. |

  64.30  Hours (JAF)
   5.00  Hours (MDM)
  39.20  Hours (EAN)
   0.70  Hours (JS)

| | |
|---|---|
| February 2011 | Review, edit and revise draft settlement agreement; t/cs with co-counsel Searles, meeting with EN re notice, term sheet; review CLS write up on class plaintiffs; T/C with DAS regarding Len Bennett review of documents; review and respond to e-mail correspondence. |

  28.30  Hours (JAF)
   2.80  Hours (MDM)
   1.30  Hours (EAN)
   1.70  Hours (JS)

| | |
|---|---|
| March 2011 | Conf call with co-counsel re individual cases; Meet with TM re assembly of individual case files/summaries for evaluation; telephone conference with with DAS re the same; Meet with DAS and Erin in conference room to go over settlement agreement, issues that Dave has with the defendant's draft of the settlement agreement and a list of issues to communicate with LB; T/C with Erin and DAS regarding assignments moving forward; Review all submitted materials in connection with individual case settlements; distribute and assign individual cases to lawyers in our firm for individual evaluation and assessment; T/C with DAS regarding status of settlement agreement; T/C with DAS re: Settlement Agreement and edits to same; Edit and revise settlement agreement; prepare informal outline of events regarding the sending of notice; review and evaluate case files of Perrine and Sheppard; draft memo to files; conference with JAF re : same; review correspondence and memo from Anthony Pecora re: individual Hireright cases; review and evaluate case files of Good and Washington; draft memo to files; conference with JAF re: same; assemble summary of individual cases against Hireright; make copies of all documents; create index for binder; create binder; review and respond to e-mail correspondence.<br><br>  23.50 Hours (JAF)<br>   7.90  Hours (MDM)<br>   6.60  Hours (EAN)<br>   2.40  Hours (TAM) |
| April 2011 | Begin F&M firm review/determination of individual plaintiff case settlement values; assemble all documents and gather all client related information; meet with each firm lawyer, MDM, JS, GG, GHB and EN re assignment, criteria for evaluation, process, and assigned cases; speak with co-counsel about setting up protocol and methodology for review, information and write ups needed for each case; Review evaluations for individual case settlements; discuss with Erin; go over Matrix all case files and each firm's individual case assessments; Telephone conference with all counsel regarding procedure for our firm's assessment of individual case values; talk with Len Bennett; prepare for call; Hireright Conference Call - go over protocol for providing evaluations of individual cases; settlement agreement status; review all claims; prep for call; T/C with Sharon Dietrich regarding CLS's case settlement evaluation numbers; update master matrix and data sheets; go over settlement evaluations with Tina and give her instructions for updating the Matrix; Meet with Erin and go over individual case files to modify and revise proposed evaluation numbers; go through each individual plaintiff's case file and make notes on master matrix regarding reasons for our evaluations and adjustments; Review final numbers for individual case evaluations; meet with Erin regarding the same; distribute numbers to co-counsel; draft |

|  |  |
|---|---|
|  | correspondence to co-counsel regarding final evaluations and how to proceed from here; review and evaluate individual cases of Stinson, Ramos, Simpson and Rozier- from March 28-April 1; review and respond to e-mail correspondence.<br><br>51.90  Hours (JAF)<br>30.60  Hours (MDM)<br>16.00  Hours (GHB)<br>31.10  Hours (EAN)<br> 3.20  Hours (TAM) |
| June 2011 | Review e-mails regarding status of settlement documents; t/c and e-mails with LB; Review latest changes to settlement agreement and Bennett email; review Bennett top 8 issues with Hireright changes, review practice changes section; t/conf with co-counsel; meet with EN re the same; Review latest settlement agreement, email to settlement administrator, timeline; discuss with MDM; Review Donovan Searles proposed objector language; discuss with co-counsel; Review e-mail from Sharon Dietrch regarding implementation of Settlement Agreement; Review latest edits/revisions to settlement agreement from LB; t/c with SD and JG re their concerns; draft response to Bennett email identifying the issues and concerns and what we would need to see for assurance; discuss with MDM; Review latest edits to settlement agreement and defendant's edits; t/c with Len Bennett; Edit/revise settlement agreement language re practice changes; numerous emails and tc/s with GB defense counsel and co-counsel; T/c with Greg Bowman; review most recent modification to practice changes paragraph; emails with LB, JG co-counsel; T/c with Greg Bowman re last minute modifications; r/r emails from co-counsel re final changes; agree on final language; review and respond to e-mail correspondence.<br><br>19.90  Hours (JAF)<br> 8.20  Hours (MDM)<br> 2.20  Hours (JS)<br> 5.90  Hours (EAN)<br> 1.50  Hours (TAM) |
| July 2011 | Work on landing pages for class members after dissemination of notice; multiple telephone calls with web developer regarding handling inquires and designing landing pages for class member inquires; multiple meetings with MDM and telephone conferences with co-counsel regarding same; review, revise, motion to consolidate, review VA law, sample motions; draft motion to transfer, review, revise, highlight motion,  confer w/in firm, research OK law; review and respond to e-mail correspondence.<br><br>28.60  Hours (JAF) |

   9.50  Hours (MDM)
 51.80  Hours (EAN)
  1.20  Hours (TAM)

| | |
|---|---|
| August 2011 | Edit firm bio, draft landing pages; draft and revise protocols for firm answering calls from class members; telephone calls with web designer regarding the same; meet with MDM regarding landing pages for trucker inquires and class member questions; Work in progress - copy all of the descriptions from August 3, 2011 time entries; Telephone conferences with co-counsel regarding fielding inquires and on-line claim submissions and questions; revise and edit bio; edit and revise landing pages; edit and revise protocols for firm answering calls from class members; follow up calls with web designers regarding the same; Review all settlement documents for the reviewing and editing of notice of protocol and web developer; Review inquires for two class members; meet with paralegal TM regarding questions; address protocols for staff and instructions that stuff should be giving the class members regarding inquires; review and respond to e-mail correspondence. |

 27.60  Hours (JAF)
  3.50  Hours (MDM)
  5.70  Hours (EAN)
  0.60  Hours (TAM)
  0.30  Hours (DS)

| | |
|---|---|
| September 2011 | Review objections from class members; telephone conference with counsel regarding dividing up objections and division of assignments to co-counsel; handle calls & inquires from class members inquiring about settlement and opt-out rights; discuss same with EN; review and respond to e-mail correspondence. |

 14.10  Hours (JAF)
  3.60  Hours (EAN)
  4.90  Hours (TAM)

| | |
|---|---|
| October 2011 | Meet with TM and EN regarding preparation of time and expense records for submission in connection with fee petition; begin reviewing time sheets; Review proposed redactions from defense counsel Greg Bowman regarding class member letters; discussion with EN regarding same; Review all correspondence from co-counsel Len Bennett and other co-counsel regarding objections and opt outs and fee petition; Telephone calls with Len Bennett and co-counsel regarding claim forms and pulling together fee and expense records; Begin review of Claim Forms for assigned disks; Meet with EN re firm's assigned task of responding to |

        objectors/objections to settlement; review objections; go over protocol for responding to misinformed section 1681k class members who are seeking actual damages; review and respond to e-mail correspondence.

        37.60 Hours (JAF)
        37.30 Hours (EAN)
         2.40 Hours (TAM)

November 2011   (Anticipated) Prepare for final approval hearing, confer w/in firm, review final approval motion; travel to attend, prepare for final approval meeting; attend final approval hearing, confer w/ co-counsel, travel from final approval hearing to Philadelphia; review and respond to e-mail correspondence.

        33.2 Hours (EAN)

**TOTAL FEES:**

**1,150.10 hours @ Firm's hourly rates**
**($325 - $525 for attorneys and $150 - $175 for paralegals)**    **$536,215.00**

**Costs:** Travel/conferences/lodging
      Administration Fees to Practice in Local Courts    $7,928.87

      Westlaw Legal Research    $3,792.45
      Copying Costs    $29.55

**TOTAL COSTS:**    $11,750.87

**TOTAL BALANCE DUE:**    $547,965.87