

*Stumphauzer, O'Toole, McLaughlin,*
*McGlamery & Loughman, Co. LPA*
*Attorneys at Law*
5455 Detroit Road
Sheffield Village, Ohio  44054
Tel: 440.930.4001

October 18, 2010

Re:   James Ryals, Jr., et al. v. HireRight Solutions, Inc., et al.
      Case No. 3:09cv625

## STATEMENT FOR SERVICES RENDERED

| | |
|---|---|
| 4/09-<br>5/09 | Review HireRight/USIS documents obtained in previous actions; review deposition videos; discussion and meeting about possible class action; competing classes; subclass determination; appropriate class representatives; lead counsel roles; class representative liaison.<br><br>37.7 hours |
| 6/09-<br>7/09 | Teleconference with L. Bennett regarding class action and litigation strategy; commence review of USIS documents for possible Richmond reps; spreadsheet analysis; sorting class members; draft letters to potential class reps; strategy conference with C. Colton North; modification of letters; mailings.<br><br>85.43 hours |
| 8/09-<br>12/09 | Commence compiling potential clients in State of Virginia; correspondence with VA class counsel; continue prepping and compiling class lists for Virginia; commence compiling potential Wisconsin class; correspondence with VA class counsel; complete Wisconsin class for 2007-2009; continued Virginia class list for February 2008; continued compilation of potential Carolinas class reps; class member lists for March, April, May, June 2008; commence Ohio lists.<br><br>138.73 hours |
| 1/10 | Preparation of letters to potential Ohio clients for March/April 2008; May/June 2008; preparation and mailings to new addresses; revised master lists and directory; review possible class action complaint; handle phone calls from possible class reps.<br><br>28.6 hours |

James Ryals, Jr., et al. v. HireRight Solutions, Inc., et al.
October 18, 2011
Page 2

| | |
|---|---|
| 2/10-<br>5/10 | Continued calls from potential class reps; compilation and duplication of deposition videos; review of AMS/USIS deposition videos; notation and analysis of procedures/matching rules; begin review of deposition material for discovery; review of previous discovery and responses; finalize compilation of deposition material for discovery; commence drafting potential admissions. |
| | 49.6 hours |
| 6/10-<br>7-10 | Continued work on potential discovery requests and admissions; various phone calls with co-counsel; continued compilation of names for West Virginia, Maryland, Carolinas; correspondence with co-counsel; handle pro hac admissions; finalization of Carolina's lists; emails and phone calls with co-counsel; continued work on potential discovery requests and admissions; finalize compilation of name for West Virginia and Maryland class reps. |
| | 73.23 hours |
| 8/10 | Prepare for and participate in extended teleconference with L. Bennett; review documents provided by co-counsel; review of subpoenas and related documentation; renewed subpoena to AMS; handle matters regarding 30b1 depositions; review of discovery propounded by HireRight; phone with M. Covey regarding AMS records; attend teleconferences with co-counsel; data. |
| | 187.73 hours |
| 9/10 | Handle matters regarding mediation PowerPoint, including edits and revisions to same; communications with E. Hendricks regarding PowerPoint; prepare for document review in Tulsa, OK; travel to and from Tulsa, OK for document review; correspondences to L. Bennett and M. Covey regarding documents in Tulsa, OK; prepare for and participate in teleconferences for upcoming mediation; correspondences with counsel; prepare for mediation in Philadelphia, PA; travel to and from Philadelphia, PA for mediation; participate in mediation; research on Statute of Limitations and Inquiry Notice. |
| | 172.59 hours |
| 10/10 | Continuation of matters regarding document review; correspondences with L. Bennett; review HireRight policies and procedures pertaining to mailing of derogatory letters; preparation for upcoming mediation, including review of depositions, exhibits and HireRight's Mediation Statement; communications and teleconferences with co-counsel in preparation for mediation; travel to and from Washington, DC for meditation; participate in mediation. |
| | 220.93 hours |

Stumphauzer ⋮⋮ O'Toole

James Ryals, Jr., et al. v. HireRight Solutions, Inc., et al.
October 18, 2011
Page 3

| | |
|---|---|
| 11/10-<br>12/10 | Preparation of Process List for months January through June 2008; preparation for upcoming mediations including review of previous negotiations; travel to and from Washington, D.C. for mediation; participate in mediation; preparation for January Mediation. |
| | 160.43 hours |
| 1/11-<br>2/11 | Preparation for upcoming mediation; travel to and from Washington, DC for mediation; participate in mediation; commence individual case review; review and revise letters to clients regarding global settlement; finalize individual letters; multiple calls with individuals to update status; preparation and review of case summaries. |
| | 198.33 hours |
| 3/11 | Review of class summaries provided by Attorney North; communications with Plaintiff's counsel regarding mediation of common Plaintiffs claims; handle matters regarding class notice and administration; communications with co-counsel regarding settlement; draft Individual Case Matrix in preparation of conference call with other counsel; participate in teleconference to mediate individual claims; follow up review of evaluation matrix, including revisions; review of settlement documents and communications with co-counsel regarding same; prepare and finalize letter to J. Francis. |
| | 56.73 hours |
| 4/11-<br>5/11 | Further review and analysis of case evaluations and communications with E. Novak regarding same; prepare Statement of Sponsors for M. Erausquin, mailing of same to D. Winters; extended teleconference with E. Novak regarding case evaluations; review of proposed settlement agreement; teleconference with J. Francis regarding case evaluations; prepare for and participate in teleconference regarding allocation of values of individual cases; review and make revisions of settlement agreement received from L. Bennett; multiple phone calls with individual clients regarding settlement; teleconference with T. Hodges regarding settlement; review proposed release and correspondence with L. Bennett regarding the same. |
| | 33.83 hours |
| 6/11 | Draft Settlement Agreements, General Releases, and Authorization for Disbursements of Settlement and forward same to clients; handle multiple phone calls with clients; prepare Stipulated Dismissal and letter to Fliegel regarding same; communications with Hiller and Kaldor; finalize and file Stipulated Dismissal and forward same to co-counsel; prepare for and participate in teleconference with co-counsel regarding settlements; draft comparison of the negotiation class sizes versus the new figures provided by Bowman. |
| | 35.33 hours |

Stumphauzer ∴ O'Toole

James Ryals, Jr., et al. v. HireRight Solutions, Inc., et al.
October 18, 2011
Page 4

7/11    Prepare Order of Preliminary Approval of Class Action Settlement and the Final Order and Judgment and communications with Mr. Bowman and L. Bennett regarding same; teleconference with D. Winters regarding status of settlement checks; handle matters regarding settlement website and communications with F. Barkan regarding same; correspondences with each individual claimants regarding status of settlement checks; communications with D. Steinhilber regarding status of M. Johnson's case.

       23.5 hours

8/11    Finalize and mail all correspondences to individual clients enclosing their settlement checks and settlement agreements and meet with Mr. Johnson, Mr. Webb and Mr. Simpson regarding same; setup separate phone line for class member calls; handle and assist in multiple phone calls from class members regarding claim notice and settlement questions.

       90.83 hours

9/11    Handle and assist with multiple phone calls from class members regarding claim notice and settlement questions; review and revise Class Action Assistance Packet; finalize changes to Class Action Assistance Packet and mail to class members; review documentation received from Mr. Long and draft correspondence to L. Bennett regarding same; review L. Bennett's response; review reports received for Mr. Flores and Ms. Schwendeman and forward same to them; begin preparation of documentation for final hearing; teleconference with co-counsel regarding handling of objectors.

       213.99 hours

10/11    Handle and assist with multiple phone calls from class members regarding claim notice and settlement questions; finalize preparation of documentation for final hearing; continue mailing Class Action Assistance Packet to class members.

       83.75 hours

(Through October 7, 2011)

---

1,891.26 hours @ $375.00 per hour ..................................................................... $709,222.50

Costs:   Photocopies and scanning charges ................................................... $1,498.58
          Travel expenses ................................................................................ $16,151.55
          Postage and courier charges ............................................................. $153.02
          Total: ................................................................................................. $17,803.15

TOTAL BALANCE DUE: ............................................................................... $727,025.65