| Case Name and Citation | Type of case | Attorney Fee | | Remarks |
| --- | --- | --- | --- | --- |
| | | Amount | Multiplier | |
| The Stop & Shop Supermarket Co. v. Smithkline Beecham Corp., 2005 U.S. Dist. LEXIS 9705 (E.D. Pa, 2005) | Antitrust Litigation | $19,627,643 | 15.6 | Approved as reduced |
| Glendora Community Redev. Agency v. Demeter, 155 Cal. App. 3d 465, 202 Cal. Rptr. 389 (1984) | Eminent Domain | $656,028 | 12 | Appellate court approved award of district court |
| Oncology & Radiation Associates, P.A. v. Bristol-Myers Squibb Co., Case No. 1:01cv02313 (D.D.C. Sept. 3, 2003 Dkt. 75 at 5; 72-1 at 6) | Direct Purchaser Action | $20,000,000 | 9.90 | Approved as requested |
| Conley v. Sears, Roebuck and Co., 222 B.R. 181 (D. Mass. 1998) | Suit against Sears challenging its practice of obtaining and collecting on reaffirmation agreements w/o bankruptcy court approval. | $7,500,000 | 8.9 | Approved as requested |
| Cosgrove v. Sullivan, 759 F. Supp. 166 (S.D.N.Y. 1991) | Suit vs Secretary of Health and Human Services re medicare | $1,000,000 | 8.74 | |
| New England Carpenters Health Benefits Fund v. First Databank, Inc., 2009 U.S. Dist, LEXIS 68419 (D. Mass. 2009) | Price Fixing and Racketeering | $70,000,000 | 8.3 | Approved as reduced |
| Santos v. Camacho, 2008 U.S. Dist. LEXIS 35991 (D. Guam 2008) | Tax law litigation | $3,043,120 | 8.0 | Approved as reduced |
| In re Rite Aid Corp. Securities Litigation, 362 F. Supp. 2d 587 (E.D. Pa. 2005) | Securities Litigation | $31,660,328 | 6.96 | Approved as requested |
| Steiner v. Am. Broadcasting Co., 248 Fed. Appx. 780, 2007 U.S. App. LEXIS 21061 (9th Cir. 2007) | Copyright Infringement | $6,350,000 | 6.85 | Appellate court approved award of district court |
| In re United Health Group, Inc. PSLRA Litigation, 643 F. Supp. 2d 1094 (D. Minn. 2009) | Securities Litigation | $64,785,000 | 6.5 | Approved as reduced |

| Case | Type | Settlement | Multiplier | Status |
|---|---|---|---|---|
| *In re RJR Nabisco, Inc. Securities Litigation*, 1992 U.S. Dist. LEXIS 12702 (S.D.N.Y. 1992) | Securities Litigation | $17,713,784 | 6.0 | Approved as requested |
| *In re Cardinal Health Inc. Securities Litigation*, 528 F. Supp. 2d 752 (S.D. Ohio 2007) | Securities litigation | $108,000,000 | 5.9 | Approved as reduced |
| *In re Charter Communication, Inc. Securities Litigation*, 2005 U.S. Dist. LEXIS 14772 (E.D. Mo. 2005) | Securities Litigation | $29,250,000 | 5.61 | Approved as requested |
| *Roberts v. Texaco, Inc.*, 979 F. Supp. 185 (S.D.N.Y 1997) (Special Master's Report) | Employment Discrimination | $19,154,145 | 5.5 | Approved as reduced |
| *Di Giacomo v. Plains All American Pipeline*, 2001 U.S. Dist. LEXIS 25532 (S.D. Tex 2001) | Securities Litigation | $8,850,000 | 5.3 | Approved as reduced |
| *Davis v. J.P. Morgan Chase & Co.*, 2011 U.S. Dist. LEXIS 117082 (W.D.N.Y. 2011) | FLSA litigation | $14,000,000 | 5.3 | Approved as requested |
| *Craft v. County of San Bernardino*, 624 F. Supp. 2d 1113 (C.D. Cal. 2008) | 1983 class action | $6,375,000 | 5.2 | Approved as requested |
| *In re Xcel Energy, Inc., Securities, Derivatives & ERISA Litigation*, 364 F. Supp. 2d 980 (D. Minn. 2005) | Securities Litigation | $20,000,000 | 4.7 | Approved as requested |
| *Maley v. Del Global Technologies Corp.*, 186 F. Supp. 2d 358 (S.D.N.Y. 2002) | Securities Fraud | $3,833,333 | 4.65 | Approved as requested |
| *Rabin v. Concord Assets Group*, 1991 U.S. Dist. LEXIS 18273, pg. 3 (S.D.N.Y. 1991) | Securities litigation | $2,544,122 | 4.4 | Approved as requested |
| *Jones v. Dominion Res. Servs.*, 601 F. Supp. 2d 756, 766 (S.D. W. Va. 2009) | Oil & Gas Royalties | $8,000,000 to $10,000,000 | 3.4 to 4.3 | Approved as reduced |
| *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1051 (9th Cir. 2002) | Employee benefits | $27,127,800 | 3.65 | Approved as requested |
| *Goldenberg v. Marriott PLP Corp.*, 33 F. Supp. 2d 434, 439 n.6 (D. Md. 1998) | Securities litigation, breach of fiduciary duties | $2,550,000 | 3.6 | Approved as requested |


| Case | Type | Amount | Multiplier | Result |
|---|---|---|---|---|
| Wal-Mart Stores, Inc. v. Visa U.S.A. Inc., 396 F.3d 96, 123 (2nd Cir. 2005) | Antitrust litigation | $220,290,000 | 3.5 | Approved as redu |
| The Kay Co. v. Equitable Prod. Co., 749 F. Supp. 2d 455, 2010 U.S. Dist. LEXIS 118256 pg 36 (S.D. W. Va. 2010) | Oil & Gas Royalties | $5,600,000 to $6,600,000 | 2.8 to 3.4 | Approved as redu |
| Nichols v. Smithkline Beecham Corp., 2005 U.S. Dist. LEXIS 7061, pg. 79 (E.D. Pa. 2005) | Antitrust litigation | $19,000,000 | 3.15 | Approved as requ |
| In re Cendant Corp Prides Litig., 243 F.3d 722, 742 (3rd Cir. 2001) | Securities litigation | $8,300,000 | 3.0 | Multiplier as sugg App. Court on ren |
| Behrens v. Wometco Enterprises, Inc., 118 F.R.D. 534, 549 (S.D. Fla. 1988) | Securities litigation | $665,089 | 3.0 | Approved as redu |
| In re Microstrategy, Inc., 172 F. Supp. 2d 778, 790 (E.D. Va. 2001) | Securities litigation | $27,600,000 | 2.6 | Approved as redu |
| McGee v. Cont'l Tire N. Am., Inc., 2009 U.S. Dist. LEXIS 17199, pg. 47-48 (D.N.J. 2009) | Consumer Protection | $2,250,000 | 2.6 | Approved as requ |
| Yarrington v. Solvay Pharms., Inc., 697 F. Supp. 2d 1057, 1067 (D. Minn. 2009) | Consumer Protection | $5,445,000 | 2.26 | Approved as requ |
| Milliron v. T-Mobile USA, Inc., 2011 U.S. App. LEXIS 7816, pg. 10 (3rd Cir. 2011) | Consumer Protection | $4,500,000 | 2.21 | Approved as requ |
| In re: Lawnmower Engine Horsepower Mktg. & Sales Practice..., 733 F. Supp. 2d 997, 1015 (E.D. Wis. 2010) | Consumer Protection | $27,675,000 | 2.07 | Approved as redu |
| Bredbenner v. Liberty Travel, Inc., 2011 U.S. Dist. LEXIS 38663, pg 62 (D.N.J 2011) | Fair Labor Standards Act | $978,000 | 1.88 | Approved as requ |
| DeHoyos v. Allstate Corp., 240 F.R.D. 269, 334 (W.D. Tex. 2007) | Section 1981 class action | $11,720,000 | 1.68 | Approved as requ |
| Shaffer v. Cont'l Cas. Co., 362 Fed. Appx. 627, 632, 2010 U.S. App. LEXIS 627, pg 11 (9th Cir. 2010) | Consumer protection | $4,400.000 | 1.4 | Approved as requ No cash fund settl |

| | | | | |
|---|---|---|---|---|
| *In re Mills Corp. Sec. Litig.*, 265 F.R.D. 246, 265 (E.D. Va. 2009) | Securities litigation | $36,495,000 | 1.3 | Approved as requ… |