# Consumer Litigation Associates, P.C.

ATTORNEYS AND COUNSELORS AT LAW

A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Leonard A Bennett, Esquire
lenbennett@clalegal.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

REPLY TO: HAMPTON ROADS OFFICE

December 16, 2011

The Honorable John A. Gibney, Jr., Judge
United States District Court
Richmond Division
701 East Broad Street
Suite 3000
Richmond, Virginia 23219

    RE: Ryals v. HireRight Solutions, Inc.
         Civil No. 3:09-cv-00625-JAG-DWD

Dear Judge Gibney:

    I am writing with regard to the above-referenced matter. As the Court recalls, it tentatively approved the class settlement pending a decisions on class counsel's petition for attorney fees and costs.

    We were contacted today by the Class Administrator and I have enclosed it's correspondence summarizing that contact.

    I remain appreciative to the Court's time and consideration in this regard and can be immediately available by telephone or otherwise if the Court believes class counsel should take any action in response to the Class Administrator's communication.

Respectfully submitted,

Leonard A. Bennett

LAB/dlw
cc: Counsel of Record



RSM McGladrey, Inc.
512 Township Line Rd
One Valley Square Ste 250
Blue Bell, PA 19422-2700
O 215.641.8600  F 215.641.8680
www.mcgladrey.com

December 16, 2011

Leonard Bennett, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

Re: Ryals v. HireRight Solutions, Inc. Distribution Costs

Dear Len:

As you may know, the United States Postal Service has announced a change to their postal rates effective January 22, 2012. In that regard, we wanted to inform you that this increase could have an impact on the distribution of the Ryals v. HireRight Solutions, Inc Settlement Fund.

Pursuant to your original instructions, our current plan is to mail the distribution checks using a postcard so as to save on postage. Prior to this upcoming increase, the standard postcard rate is $0.29. However due to our presorting capabilities the current discounted rate is $0.235 per check. Effective January 22, 2012 the standard rate is increasing to $0.32. Although we are still awaiting determination of the discounted rate from the Postal Service we believe it will be in the neighborhood of $0.28.

Just so you are aware we currently anticipate a distribution to approximately 682,000 class members. This will result in additional postage of approximately $30,000.00. If you want to attempt mailing the checks prior to the postal increase, it seems that an order must be signed early next week.

Very truly yours,

*Frank Barkan* (signature)

Frank Barkan

McGladrey is the brand under which RSM McGladrey, Inc. and McGladrey & Pullen, LLP serve clients' business needs. The two firms operate as separate legal entities in an alternative practice structure.

Member of RSM International network, a network of independent accounting, tax and consulting firms.