IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| JAMES RYALS, Jr. et als., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv625 |
| | ) | |
| HIRERIGHT SOLUTIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CLASS COUNSEL'S REQUEST FOR CLARIFICATION

On October 31, 2011, Class Counsel moved for an award of attorneys fees and costs. (Docket No. 108). The Court has now ordered such attorneys fees:

> Accordingly, the Court FINDS that an award of $5,958,750.00 or 21% of the total cash value is reasonable and merited by the exceptional work of Plaintiff's counsel.

Docket No. 122 at 2. Plaintiff's counsel, obviously, would prefer to interpret this award – for their 'work' – to compensate their attorneys fees incurred. However, in addition the Plaintiffs have incurred actual hard expenses paid or to be paid to third parties in the amount of $116,763.65 (Docket No. 118 at 4).

Plaintiffs' counsel asks the Court to clarify today's Order to add a sentence to the preceding paragraph such that it states:

> Accordingly, the Court FINDS that an award of $5,958,750.00 or 21% of the total cash value is reasonable and merited by the exceptional work of Plaintiff's counsel. Payment of expenses is also approved in the amount of $116,763.65.

JAMES RYALS, JR., et als.,

By_____/s/_____
Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATIONASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 19th day of October, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:


Amy Rachel Davis
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: adavis@wc.com

Dane Hal Butswinkas
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
(202) 434-5000

Daniel Patrick Shanahan
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
 (202) 434-5174
Fax: (202) 434-5029
Email: dshanahan@wc.com

Frank G Bowman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: fbowman@wc.com

By_____/s/_____
Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite-1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com