IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES RYALS, JR. *et al.*,
          Plaintiffs,

v.                                    Civil Action No. 3:09cv625-JAG

HIRERIGHT SOLUTIONS, INC., *et al.*,
          Defendants.

## ORDER

THIS MATTER is before the Court on Class Counsel's Request for Clarification (Dk. No. 124). Upon due consideration, the Court hereby DENIES the motion. In its motion for attorneys' fees and incentive payments filed October 31, 2011 (Dk. No. 108), Class Counsel requested an award of attorneys' fees, *costs, and expenses* amounting to $9,363,750.00 or 33% of the common fund in this case. The costs and expenses included in this request totaled $116,763.65.

In the Court's order granting the motion (Dk. No. 122), the Court awarded attorneys' fees, *costs, and expenses* in the amount of $5,958,750.00 or 21% of the common fund. This award included the $116,763.65 of costs and expenses, just as it was included in Class Counsel's request.

Accordingly, as previously stated in the Court's December 21, 2011, order (Dk. No. 122), the Court FINDS that an award of $5,958,750.00 for attorneys' fees, costs, and expenses is reasonable and merited in this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>December 21, 2011</u>
Richmond, VA

/s/ _____
John A. Gibney, Jr.
United States District Judge