IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| JAMES RYALS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HIRERIGHT SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 3:09-cv-625 |
| O'NEAL HENDERSON, <br><br> Plaintiff, <br><br> v. <br><br> HIRERIGHT SOLUTIONS, INC., f/k/a USIS COMMERCIAL SERVICES, INC., <br><br> Defendant. | Case No. 3:11-cv-558 |
| BAHIR SMITH, <br><br> Plaintiff, <br><br> v. <br><br> HIRERIGHT SOLUTIONS, INC., f/k/a USIS COMMERCIAL SERVICES, INC., <br><br> Defendant. | Case No. 3:11-cv-505 |

## AMENDED FINAL ORDER AND JUDGMENT

On October 5, 2009, James Ryals, Jr., commenced the lawsuit styled *Ryals v. HireRight Solutions, Inc.*, in the United States District Court for the Eastern District of Virginia, Civil Action No: 3:09-cv-625, alleging that HireRight Solutions, Inc. (formerly known as USIS

1

Commercial Services, Inc.) ("HireRight Solutions") failed to comply with the FCRA, specifically the notification procedures required by 15 U.S.C. § 1681k, when it issued a consumer report for employment purposes to his employer.

On December 17, 2009, Bahir Smith commenced the lawsuit styled *Smith v. HireRight Solutions, Inc., et. al.*, on behalf of himself and a group of similarly situated individuals, in the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2:09-cv-6007, alleging that HireRight Solutions, formerly known as USIS Commercial Services, Inc., failed to comply with the notification procedures required by § 1681k of the FCRA and also failed to comply with § 1681e(b) of the FCRA (which requires reasonable procedures to ensure maximum possible accuracy of consumer reports).

On February 1, 2010, O'Neal Henderson commenced the lawsuit styled *Henderson, et. al. v. HireRight Solutions, Inc., et. al.*, on behalf of himself and a group of similarly situated individuals, in the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2:10-cv-459, alleging that HireRight Solutions, formerly known as USIS Commercial Services, Inc., failed to comply with the notification procedures required by § 1681k of the FCRA and failed to comply with § 1681e(b) of the FCRA.

On February 1, 2010, James Ryals, Jr., and others filed a "First Amended Class Complaint" in the United States District Court for the Eastern District of Virginia, in Civil Action No. 3:09-cv-625, on behalf of themselves and a group of similarly-situated individuals alleging that HireRight Solutions and affiliated companies (hereinafter collectively referred to as "Defendants") violated the FCRA by: 1) failing to comply with the notification procedures required by § 1681k; 2) failing to follow the requirements set forth in § 1681g for providing information to consumers upon their request; and 3) failing to follow the procedures set forth in §

2

1681i for initiating and resolving consumer disputes. Certain Plaintiffs also alleged on behalf of themselves only that Defendants failed to comply with § 1681e(b) of the FCRA.

On April 9, 2010, May 26, 2010, and July 26, 2010, HireRight Solutions answered the complaints in the *Ryals*, *Smith*, and *Henderson* cases, respectively, denying the allegations therein, denying that the actions are suitable for certification pursuant to Federal Rule of Civil Procedure 23, and asserting affirmative and additional defenses that Defendants contend are meritorious notwithstanding their willingness to enter into the Settlement Agreement.

On April 9, 2010, HireRight Solutions' affiliates Altegrity, Inc., Explore Information Services, LLC, and USIS filed a Motion to Dismiss and/or Motion for Summary Judgment arguing that the First Amended Complaint failed to allege any wrongdoing by them and involved only HireRight Solutions, Inc. (formerly known as USIS Commercial Services, Inc.).

On April 13, 2010, Defendants filed a motion to transfer *Ryals*, Civil Action No. 3:09-cv--625 (E.D. Va.), to the United States District Court for the Northern District of Oklahoma.

On April 30, 2010, HireRight Solutions filed motions to transfer *Smith* and *Henderson*, Civil Action Nos. 2:09-cv-6007 (E.D. Pa.) (*Smith*) and 2:10-cv-459 (E.D. Pa.) (*Henderson*), to the United States District Court for the Northern District of Oklahoma.

On June 7, 2010, the Honorable Judge Ronald L. Buckwalter ordered the *Smith* and *Henderson* cases transferred from the United States District Court for the Eastern District of Pennsylvania to the United States District Court for the Northern District of Oklahoma, where the *Henderson* case was assigned Civil Action No. 4:10-cv-443 and the *Smith* case was assigned Civil Action No. 4:10-cv-444.

On July 8, 2011, Plaintiffs filed a consent motion to transfer Civil Action Nos. 4:10-cv-443 (N.D. Okla.) (*Henderson*) and 4:10-cv-444 (N.D. Okla.) (*Smith*), to the United States District Court for the Eastern District of Virginia.

By orders dated August 4 and August 23, 2011, the Honorable Judge Gregory K. Frizzell ordered the *Henderson* and *Smith* cases transferred from the United States District Court for the Northern District of Oklahoma to the United States District Court for the Eastern District of Virginia where the cases were, on September 22, 2011, consolidated solely for settlement purposes with the *Ryals* case.

The *Smith* and *Henderson* Plaintiffs and class members are also members of the *Ryals* classes such that all of the relevant claims and all of the relevant Parties are before the Honorable Judge John A. Gibney, Jr., in the Eastern District of Virginia under Civil Action No. 3:09-cv-625.

The *Ryals*, *Smith*, and *Henderson* actions are collectively referred to herein as the "Lawsuits." Defendants have denied any and all liability alleged in the Lawsuits.

After extensive arms-length negotiations, discovery and four days of mediation over the course of several months, Plaintiffs and Defendants (hereinafter jointly referred to as the "Parties") entered into a Settlement Agreement and Release (hereinafter referred to as the "Agreement"), which is subject to review under Federal Rule of Civil Procedure 23.

On July 1, 2011, Plaintiffs filed the Agreement, along with a consent Motion for Preliminary Approval of Class Action Settlement (hereinafter referred to as the "Preliminary Approval Motion").

In compliance with the Class Action Fairness Act of 2005, Pub. L. No. 109-2, 119 Stat. 4, Defendants served written notice of the proposed class settlement on the United States Attorney General and the Attorneys General of all 50 states and the District of Columbia.

On July 7, 2011, upon consideration of the Agreement, the Preliminary Approval Motion, and the record, the Court entered an Order of Preliminary Approval of Class Action Settlement (hereinafter referred to as the "Preliminary Approval Order"). Pursuant to the Preliminary Approval Order, the Court, among other things, (i) preliminarily certified (for settlement purposes only) a class of plaintiffs (hereinafter referred to as the "Class Members") with respect to the claims asserted in the Lawsuits; (ii) preliminarily approved the proposed Agreement; (iii) appointed Plaintiffs James Ryals, Jr., Craig J. Cooper, Franklin Hill, Daniel Jackson, Ruben A. Fuentes, Byron A. Meriweather, Sharon Spence, Charles E. Taylor, Gregory S. Priebe, Cynthia Tyler, Ray L. Campbell, Leslie Childs, James E. Shivers, Bahir Smith and O'Neal Henderson as the Class Representatives; (iv) appointed as Class Counsel Leonard Bennett and Matthew Erausquin of Consumer Litigation Associates, P.C.; Christopher Colt North; Dennis O'Toole, Matthew Dooley and Anthony Pecora of Stumphauzer | O'Toole; Sharon Dietrich and Janet Ginzberg of Community Legal Services, Inc.; David A. Searles and Michael D. Donovan of the firm Donovan Searles & Axler, LLC; and James A. Francis and Erin A. Novak of the firm Francis & Mailman, P.C.; and, (v) set the date and time of the Fairness Hearing.

On October 20, 2011, the Plaintiffs filed an Uncontested Motion for Final Approval of Class Settlement, and an Award of Incentive Payments and Attorneys Fees, along with a supporting memorandum (hereinafter referred to as "Plaintiffs' Final Approval Motion").

On October 24, 2011, Defendants filed a Memorandum in Support of Final Approval and Response to Objections to the Proposed Settlement (hereinafter referred to as "Defendants' Final Approval Memorandum").

On November 3, 2011, a Fairness Hearing was held pursuant to Federal Rule of Civil Procedure 23 to determine whether the Lawsuits satisfy the applicable requirements for class action treatment and whether the proposed settlement is fair, reasonable, adequate, and in the best interest of the Class Members and should be approved by the Court.

The Parties now request final certification of the Settlement Classes under Fed. R. Civ. P. 23(b)(3) and final approval of the Settlement under Fed. R. Civ. P. 23(e).

The Court has read and considered the Agreement, Plaintiffs' Final Approval Motion, Defendants' Final Approval Memorandum, and the record. All capitalized terms used herein have the meanings defined herein or in the Agreement.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court has jurisdiction over the subject matter of the Lawsuits and over all settling Parties.

2. **CLASS MEMBERS** – Pursuant to Fed. R. Civ. P. 23(b)(3), the Lawsuits are hereby certified, for settlement purposes only, as a class action on behalf of the following Class Members with respect to the claims asserted in the Lawsuits and is composed of the following Classes and Subclasses:

    a.    1681k Settlement Class – all consumers for whom HireRight Solutions issued a consumer report for employment purposes requiring notice under § 1681k(a)(1) on or after October 5, 2004 but on or before October 15, 2010.

        i.    1681k – Five-Year Subclass – all consumers for whom HireRight Solutions issued a consumer report for employment purposes requiring

     notice under § 1681k(a)(1) on or after October 5, 2004 but before December 17, 2007 (hereinafter referred to as "Five-Year Subclass").

  ii. 1681k – Legacy Procedures Subclass – all consumers for whom HireRight Solutions issued a consumer report for employment purposes requiring notice under § 1681k(a)(1) on or after December 17, 2007 but before June 25, 2008 (hereinafter referred to as "Legacy Procedures Subclass").

  iii. 1681k – New Procedures Subclass – all consumers for whom HireRight Solutions issued a consumer report for employment purposes requiring notice under § 1681k(a)(1) on or after June 25, 2008, but on or before October 15, 2010 (hereinafter referred to as "New Procedures Subclass") .

 b. 1681i Settlement Class – all consumers who submitted a dispute to HireRight Solutions after February 2, 2008 but before August 31, 2010 (hereinafter referred to as "1681i Settlement Class").

 c. Actual Damages Claims Settlement Class – members of the 1681i Settlement Class who opt to file claims and become Actual Damages Claimants.

3. There are approximately **665,318** 1681k Settlement Class Members divided as follows: **301,391** 1681k – Five-Year Subclass Members; **129,841** 1681k – Legacy Procedures Subclass Members; and **234,086** 1681k – New Procedures Subclass Members. There are approximately **21,763** 1681i Settlement Class Members who are eligible to become Actual Damages Claims Settlement Class Members.

4. **CLASS REPRESENTATIVE AND CLASS COUNSEL APPOINTMENT** – Pursuant to Fed. R. Civ. P. 23, the Court certifies James Ryals, Jr., Craig J. Cooper, Franklin Hill, Daniel Jackson, Ruben A. Fuentes, Byron A. Meriweather, Sharon Spence, Charles E. Taylor, Gregory S. Priebe, Cynthia Tyler, Ray L. Campbell, Leslie Childs, James E. Shivers, Bahir Smith and O'Neal Henderson as the Class Representatives and appoints Leonard Bennett and Matthew Erausquin of Consumer Litigation Associates, P.C.; Christopher Colt North; Dennis O'Toole, Matthew Dooley and Anthony Pecora of Stumphauzer | O'Toole; Sharon Dietrich and Janet Ginzberg of Community Legal Services, Inc.; David A. Searles and Michael

D. Donovan of the firm Donovan Searles & Axler, LLC; and James A. Francis and Erin A. Novak of the firm Francis & Mailman, P.C. as Class Counsel.

5. **NOTICES AND CLAIM FORMS** – Pursuant to the Court's Preliminary Approval Order, the approved Mail Notices were mailed, along with the claim forms. The form and method for notifying the Class Members of the settlement and its terms and conditions were in conformity with this Court's Preliminary Approval Order, satisfied the requirements of Fed. R. Civ. P. 23(c)(2)(B) and due process, and constituted the best notice practicable under the circumstances. The Court further finds that the notices were clearly designed to advise the Class Members of their rights and clearly and concisely stated, in plain, easily understood language, all features of the Lawsuit and Settlement set forth in Fed. R. Civ. P. 23(c)(2)(B).

6. **FINAL CLASS CERTIFICATION** – The Court finds that the Settlement Classes satisfy the applicable prerequisites for class action treatment under Fed. R. Civ. P. 23. Namely, the Court finds that, for each Settlement Class and Settlement Subclass:

   A. The Settlement Class Members are so numerous that joinder of all of them is impracticable;

   B. There are questions of law and fact common to the Settlement Class Members, which predominate over any individual questions;

   C. The claims of the Class Representatives are typical of the claims of the Settlement Class Members;

   D. The Class Representatives and Class Counsel have fairly and adequately protected the interests of all of the Settlement Class Members; and

   E. Class treatment of these claims will be efficient and manageable, thereby achieving an appreciable measure of judicial economy, and a class action is

superior to other available methods for a fair and efficient adjudication of this controversy.

7. The Court, having considered the relevant papers, including the Plaintiffs' Final Approval Motion, Defendants' Final Approval Memorandum, and each of the objections filed by Settlement Classes Members, finds that the settlement of the Lawsuits, on the terms and conditions set forth in the Agreement, is in all respects fair, reasonable, adequate, and in the best interest of the Class Members, especially in light of the benefits to the Class Members; the strength of the Parties' cases; the complexity, expense, and probable duration of further litigation; the risk and delay inherent in possible appeals; the risk of collecting any judgment obtained on behalf of the class; and, the limited amount of any potential total recovery for Class Members if litigation continued.

8. **SETTLEMENT TERMS** – The Agreement (which was filed on July 1, 2011, Docket No. 62-1, and shall be deemed incorporated herein) and the proposed settlement are finally approved and shall be consummated in accordance with the terms and provisions thereof, except as amended by any order issued by this Court. The material terms of the Agreement include, but are not limited to, the following:

    A. Each 1681k – Five Year Subclass Member shall be paid from the Settlement Fund the gross amount of fifteen dollars (**$15.00**), which is subject to *pro rata* reduction for attorneys' fees and costs approved by the Court;

    B. Each 1681k – Legacy Procedures Subclass Member shall be paid from the Settlement Fund the gross amount of eighty-two dollars and fifty cents (**$82.50**), which is subject to *pro rata* reduction for attorneys' fees and costs approved by the Court;

C. Each 1681k –New Procedures Subclass Member shall be paid from the Settlement Fund the gross amount of twenty-four dollars (**$24.00**), which is subject to *pro rata* reduction for attorneys' fees and costs approved by the Court;

D. Each 1681i Settlement Class Member who does not submit an Actual Damages Claim shall be paid from the Settlement Fund the gross amount of two hundred dollars (**$200.00**), which is subject to *pro rata* reduction for attorneys' fees and costs approved by the Court;

E. Each Actual Damages Claims Settlement Class Member who is determined to have a Valid Claim shall be paid from the Settlement Fund a *pro rata* share based upon the number of Valid Claims and the amount of the Actual Damages Claims Settlement Fund as calculated after the end of the forty-five day period described in Section 8.7.1 of the Agreement; provided, however, that such payment may not exceed twenty thousand dollars (**$20,000.00**). The Parties have projected at the current mailing success and claim rates that the net payment to each claimant will be two thousand one hundred dollars ($2,100.00).

F. The Plaintiffs and Class Counsel have moved for an Incentive Award for each Class Representative in the amount of ten thousand dollars ($10,000.00). The Court awards each Class Representative ten thousand dollars (**$10,000.00**), separate and apart from the attorneys' fee award made by the Court (Dk. No. 122), which shall be paid within five days after the Effective Date in accordance with Section 8.8.3 of the Agreement;

G. Defendants have contributed cash in the amount of twenty-eight million three-hundred seventy-five thousand dollars (**$28,375,000.00**) to the Settlement Fund

10

for the combined settlement payments, attorneys' fees, incentive awards, and costs of notice and settlement administration. Any excess funds remaining in the Settlement Fund after all distributions have been made in accordance with the Agreement shall be donated to a *cy pres* entity selected by Class Counsel, subject to approval by the Court and reasonable approval by Defendants' Counsel. In the absence of agreement, the Court shall designate the *cy pres* entity to receive the balance, if any, of the Settlement Fund.

H. The Plaintiffs and Class Counsel have moved for an award of attorneys' fees in the amount of nine million three-hundred sixty-three thousand seven-hundred fifty dollars ($9,363,750.00), which constitutes thirty-three (33%) of the total settlement cash value. The Court awards attorneys' fees, costs and expenses in the amount of five million nine-hundred fifty-eight thousand seven-hundred fifty dollars (**$5,958,750.00**), which constitutes twenty-one percent (**21%**) of the total settlement cash value and shall be paid within five days after the Effective Date in accordance with Section 8.3.4 of the Agreement.

9. **OBJECTIONS AND EXCLUSIONS** – The Class Members were given an opportunity to object to the settlement. Twenty-seven (27) Class Members timely objected to the settlement.[1] An additional seven (7) Class Members objected to the settlement after the cut-off

---

[1] *See* DE 78-5 (Aubin); DE 78-14 (Baker); DE 78-09 (Benston); DE 78-7 (Biles); DE 83-1 (Bishop); DE 78-8 (Brooks); DE 78-11 (Burney); DE 82 (Cotton); DE 78-4 (Davis); DE 78-1 (DeBose); DE 78-3 (Devine); DE 80 (Dorsey); DE 78-17 (Easter); DE 80-1 (Goldsmith); DE 78-12 (Head); DE 80-2 (Ignacio); DE 78-10 (Lopez); DE 83-2 (McClure); DE 80-3 (McKinney); DE 80-4 (Morgan); DE 82-1 (Pence); DE 78-15 (Robins); DE 78-13 (Ruch); DE 78-18 (Smith); DE 78-16 (Tickle); DE 82-2 (Wilson); DE 78-2 (Wyatt).

date of October 13, 2011.[2] Of these Class Members, four (4) have since withdrawn their objections. The Court has carefully considered all the objections including those that were not timely made) and finds that they are without merit.

The Class Members who made valid and timely requests for exclusion are excluded from the Settlement Classes and Settlement and are not bound by this Order. As of the date of this Order, only 258 Class Members validly and timely requested exclusion. The identities of such persons are set forth in Exhibit A, attached hereto.

10.    This Order is binding on all Class Members, except those individuals identified in Exhibit A hereto (who validly and timely excluded themselves from the class).

11.    **<u>RELEASE OF CLAIMS AND DISMISSAL OF LAWSUITS</u>** – The Class Representatives, Class Members, and their successors and assigns are permanently barred and enjoined from instituting or prosecuting, either individually or as a class, or in any other capacity, any of the Released Claims against any of the Released Parties, as set forth in the Agreement. Pursuant to the Agreement, the Released Claims are compromised, settled, released, discharged, and dismissed with prejudice by virtue of these proceedings and this order.

12.    The Clerk of Court is directed to enter final judgment dismissing the Lawsuits with prejudice.

13.    This Order and Judgment is not, and shall not be construed as, an admission by Defendants of any liability or wrongdoing in this or in any other proceeding.

14.    The Court hereby retains continuing and exclusive jurisdiction over the Parties and all matters relating to the Lawsuits and/or Agreement, including the administration,

---

[2] *See* DE 86 (Balliet); DE 106 (Cole); DE 88 (Elliott); DE 97-1 (Jackson); DE 97 (Kenner); DE 106-1 (Moreland); DE 89 (Tucker); DE 117 (Smith); DE 119 (Alson).

interpretation, construction, effectuation, enforcement, and consummation of the Settlement and this order.

## ORDER

IT IS SO ORDERED.

DATED: December 22, 2011

/s/ John A. Gibney, Jr.
United States District Judge

# EXHIBIT A

 McGladrey     Exclusion List

**Exclusions Received (1681i)**

| # | First Name | Last Name | ID | Class | Late |
|---|---|---|---|---|---|
| 1 | BRADY | ALDRICH | 676784 | 1681i | |
| 2 | ABDI | ALI | 676510 | 1681i | |
| 3 | ROXANNE | ALVERY | 667549 | 1681i | L |
| 4 | MICHAEL | BECK | 677890 | 1681i | |
| 5 | THOMAS | BLACK | 684541 | 1681i | |
| 6 | MICHAEL | BURNS | 679892 | 1681i | |
| 7 | RICHARD | BUTTON | 685797 | 1681i | |
| 8 | BENJAMIN | COAKS | 668295 | 1681i | |
| 9 | JAMES | COWART | 676770 | 1681i | L |
| 10 | ERIC | DYLENSKI | 667926 | 1681i | |
| 11 | JUAN | GARCIA | 674979 | 1681i | |
| 12 | MARGUERITA | GARCIA | 676554 | 1681i | |
| 13 | TRACY | JOHNAON | 668898 | 1681i | |
| 14 | REGINALD | JOHNSON | 669265 | 1681i | |
| 15 | KENNETH | KEEFED | 674021 | 1681i | |
| 16 | TODD | KLEINTOP | 672459 | 1681i | |
| 17 | KEVIN | MARTIN | 670099 | 1681i | L |
| 18 | SEAN | MCQUAID | 669275 | 1681i | |
| 19 | RICHARD | OWUSU | 680508 | 1681i | |
| 20 | CRAIG | PETERSON | 674499 | 1681i | |
| 21 | DAVID | PRITCHARD | 669369 | 1681i | |
| 22 | OSCAR | REINOSO | 672916 | 1681i | |
| 23 | KEVIN | ROSS | 684874 | 1681i | |
| 24 | CECIL | SALAZAR | 676533 | 1681i | |
| 25 | PHILLIP | SCHELHAUS | 668402 | 1681i | |
| 26 | MICHELLE | SHIRLEY | 680619 | 1681i | |
| 27 | EDGAR | SIMON JR | 682026 | 1681i | |
| 28 | CHRISTOPHER | SMITH | 666130 | 1681i | |
| 29 | LAURA | TAYLOR | 665997 | 1681i | |
| 30 | DWIGHT | TURNER | 677940 | 1681i | |
| 31 | JOSE | VALLE | 681937 | 1681i | |
| 32 | THEODORE | WALDEN | 682846 | 1681i | |
| 33 | MATTHEW | WEATHINGTON | 667021 | 1681i | |
| 34 | LORRAINE | WILCOX | 687273 | 1681i | |

Total 1681i Exclusions Received     34

**Exclusions Received (1681k)**

| # | First Name | Last Name | ID | Class | Late |
|---|---|---|---|---|---|
| 1 | JAMES | ADAMS | 319524 | 1681k | |
| 2 | TROY | ADAMS | 188454 | 1681k | |
| 3 | DAVID | ALGER | 199320 | 1681k | |
| 4 | ROGER | ALIG | 493329 | 1681k | |
| 5 | JASON | ALLISON | 199415 | 1681k | |
| 6 | ROBERT | ALLISON | 112449 | 1681k | |
| 7 | LUIS | ALVAREZ | 430529 | 1681k | |

 McGladrey          Exclusion List

| | | | | |
|---|---|---|---|---|
| 8 | MICHAEL | AREL | 4540 | 1681k |
| 9 | CHAMBERLAIN | ARINZE | 430736 | 1681k |
| 10 | DAVID | AVERITT | 485526 | 1681k |
| 11 | DIANE | BAILEY | 126532 | 1681k |
| 12 | JOSEPH | BAILEY | 97894 | 1681k |
| 13 | JASWINDER | BAINES | 571361 | 1681k |
| 14 | KEITH | BALES | 188751 | 1681k |
| 15 | BRANE | BARAC | 590965 | 1681k |
| 16 | AUGUSTUS | BARRON | 64711 | 1681k |
| 17 | TABITHA | BENNETT | 508016 | 1681k |
| 18 | GEORGE | BLACKIE | 612323 | 1681k |
| 19 | JAMES | BLACKSHIRE | 201348 | 1681k |
| 20 | RANDY | BOMBARDIER | 652664 | 1681k |
| 21 | CANDACE | BONIFACIO | 551129 | 1681k |
| 22 | ROY | BONTON | 559577 | 1681k |
| 23 | MURRAY | BOONE | 620818 | 1681k |
| 24 | RAYMOND | BOSTON | 246576 | 1681k |
| 25 | LASHAWN | BOWMAN | 409738 | 1681k |
| 26 | MANFRED | BRADLEY | 571850 | 1681k |
| 27 | JEFFONILE | BRANTLEY | 367390 | 1681k |
| 28 | JAMES | BRUCE | 486975 | 1681k |
| 29 | TERRY | BUTLER | 118567 | 1681k |
| 30 | ROBERTO | CAIN | 558508 | 1681k |
| 31 | CURTIS | CALLAHAN | 130965 | 1681k |
| 32 | MAURICE | CARTER | 558811 | 1681k |
| 33 | HARRISON | CARTER | 585382 | 1681k |
| 34 | GEORGE | CASTILLO | 227398 | 1681k |
| 35 | DOMINGO | CASTILLO | 543725 | 1681k |
| 36 | JAMES | CHANDLER | 451007 | 1681k |
| 37 | RODNEY | CHRISTIANSEN | 397471 | 1681k |
| 38 | SHEILA | CLEMENTS | 650828 | 1681k |
| 39 | KEVIN | COBB | 472098 | 1681k |
| 40 | JEFF | COPELAND | 42435 | 1681k |
| 41 | RANDALL | COPELAND | 264524 | 1681k |
| 42 | ORLANDO | COSME | 295335 | 1681k   L |
| 43 | VICTOR | COSTALES | 448984 | 1681k |
| 44 | JAMES | COUCH | 594115 | 1681k |
| 45 | SCOTT | CUTLER | 193686 | 1681k |
| 46 | JOHN | CUTRELL | 351563 | 1681k |
| 47 | HARRY | DANIELS | 370853 | 1681k |
| 48 | VERNON | DAVIS | 479214 | 1681k |
| 49 | ADAM | DECKEA | 398778 | 1681k |
| 50 | ANTHONY | DELGADO | 541629 | 1681k |
| 51 | TERR | DICKERSON | 518427 | 1681k |
| 52 | MIKE | DUFFY | 252371 | 1681k |
| 53 | BRET | DUNAWAY | 545853 | 1681k |
| 54 | TANEKA | ELLIS | 524021 | 1681k |
| 55 | JOEL | EVANS | 644904 | 1681k |
| 56 | PHILIP | FAICCO | 440808 | 1681k |

 McGladrey                     Exclusion List

| #   | First     | Last          | Num    | Code  |
|-----|-----------|---------------|--------|-------|
| 57  | DANA      | FEWINS        | 285551 | 1681k |
| 58  | SUSIE     | FISHER        | 624188 | 1681k |
| 59  | MICHAEL   | FONDREN       | 184476 | 1681k |
| 60  | WILLIE    | FOUNTAIN      | 50734  | 1681k |
| 61  | DALE      | FRAISER       | 384219 | 1681k |
| 62  | JUAN      | GARCIA        | 83164  | 1681k |
| 63  | KAILA     | GENTRY        | 503376 | 1681k |
| 64  | JORGE     | GIRALDO       | 27330  | 1681k |
| 65  | SAM       | GONZALES      | 292645 | 1681k |
| 66  | GERRIT    | GRAHAM        | 318377 | 1681k |
| 67  | CLARENCE  | GRANBERRY     | 147609 | 1681k |
| 68  | WALTER    | GRAYER        | 55472  | 1681k |
| 69  | HERMAN    | HALL          | 111732 | 1681k |
| 70  | ISAAC     | HAMMETT       | 484673 | 1681k |
| 71  | JOHN      | HAND          | 523052 | 1681k |
| 72  | RONALD    | HAWKINS       | 616859 | 1681k |
| 73  | BRIAN     | HAYDEN        | 67152  | 1681k |
| 74  | DORIAN    | HELBIG        | 449442 | 1681k |
| 75  | DANIEL    | HELTON        | 619622 | 1681k |
| 76  | JIMMIE    | HERNANDEZ     | 202523 | 1681k |
| 77  | GARY      | HESALTINE     | 86478  | 1681k |
| 78  | RAYMOND   | HILARIO       | 544861 | 1681k |
| 79  | KEVIN     | HOKE          | 326327 | 1681k |
| 80  | CLAYTON   | HOLIMAN       | 539495 | 1681k |
| 81  | MACK      | HOLLINGSWORTH | 161962 | 1681k |
| 82  | PATRICK   | HORAN         | 177371 | 1681k |
| 83  | THOMAS    | HUGHES        | 170209 | 1681k |
| 84  | ROBERT    | HUNSUCKER     | 568810 | 1681k |
| 85  | NEAL      | HUTCHENS      | 46069  | 1681k |
| 86  | IBRAHIM   | IBRICIC       | 222482 | 1681k |
| 87  | STEVEN    | IM            | 436245 | 1681k |
| 88  | MOHAMMED  | ISLAM         | 226183 | 1681k |
| 89  | TERILYN   | JACKSON       | 478967 | 1681k |
| 90  | ALAN      | JACKSON       | 152169 | 1681k |
| 91  | MALCOM    | JACOBS        | 267285 | 1681k |
| 92  | MICHAL    | JADWISZCZAK   | 591536 | 1681k |
| 93  | KURT      | JANICEK       | 588044 | 1681k |
| 94  | SAMIR     | JARIRI        | 464079 | 1681k |
| 95  | WILLIE    | JENKINS       | 247983 | 1681k |
| 96  | ALVIN     | JOHNSON       | 56761  | 1681k |
| 97  | RONALD    | JONES         | 61652  | 1681k |
| 98  | JAMES     | JONES         | 267336 | 1681k |
| 99  | JAMES     | JONES         | 84636  | 1681k |
| 100 | RICHARD   | JONES         | 547118 | 1681k |
| 101 | JON       | JORDAN        | 464982 | 1681k |
| 102 | WALTER    | KATZER        | 285197 | 1681k |
| 103 | DENNIS    | KEEL          | 655558 | 1681k |
| 104 | GEORGE    | KENNEDY       | 619104 | 1681k |
| 105 | TIMOTHY   | KNIGHT        | 439514 | 1681k |

 McGladrey                                Exclusion List

| # | First | Last | ID | Code |
|---|---|---|---|---|
| 106 | ALEKSANDER | KOSTIN | 382959 | 1681k |
| 107 | RAYMOND | KURTZE | 286711 | 1681k |
| 108 | CARLOS | LARA | 202598 | 1681k |
| 109 | JIMMIE | LAZENBERRY | 498064 | 1681k |
| 110 | JOE | LECHNER | 35556 | 1681k |
| 111 | WILLIE | LEE | 625623 | 1681k |
| 112 | VINCENT | LEE | 292008 | 1681k |
| 113 | JACOB | LEE | 578503 | 1681k |
| 114 | MEDARDO | LEON | 221342 | 1681k |
| 115 | LUIS | LEVIS | 4702 | 1681k |
| 116 | MARSHALL | LOGAN | 482258 | 1681k |
| 117 | CURTIS | LOVE | 562163 | 1681k |
| 118 | WALTER | LOVE | 108302 | 1681k |
| 119 | NEIL | MACGREGOR | 307679 | 1681k |
| 120 | ANDREW | MAKI | 662867 | 1681k |
| 121 | CARLOS | MARQUEZ | 225436 | 1681k |
| 122 | MICHAEL | MARSHALL | 67978 | 1681k |
| 123 | PARRIS | MARTIN | 542500 | 1681k |
| 124 | CURTIS | MASON | 78909 | 1681k |
| 125 | LAURENCE | MAULDIN | 481121 | 1681k |
| 126 | KEVIN | MCCARTHY | 409943 | 1681k |
| 127 | ROY | MCCORMICK | 22141 | 1681k |
| 128 | JAMES | MCCOY | 148530 | 1681k |
| 129 | BRUCE | MESPLAY | 423265 | 1681k |
| 130 | DANIEL | METCALF | 655207 | 1681k |
| 131 | JORDAN | MILLER | 384412 | 1681k |
| 132 | MARIALISA | MILLER | 447991 | 1681k |
| 133 | TERRY | MITCHELL JR | 373753 | 1681k |
| 134 | RODNEY | MOORE | 261337 | 1681k |
| 135 | JOHN | MORGAN | 343552 | 1681k |
| 136 | STEFAN | MUELLER | 389981 | 1681k |
| 137 | DONALD | NEWMAN | 161746 | 1681k |
| 138 | CHARLIE | NOBLE | 58268 | 1681k |
| 139 | PATRICK | O^TOOLE | 224186 | 1681k |
| 140 | OLMER | ORTIZ | 12713 | 1681k |
| 141 | GREGORY | OSKINS | 363770 | 1681k |
| 142 | ROBERT | OTT | 60179 | 1681k |
| 143 | SANDRA | OWEN | 122441 | 1681k |
| 144 | LATOYA | PALMER | 437888 | 1681k |
| 145 | JEROME | PATTERSON | 332028 | 1681k |
| 146 | GARY | PATTERSON | 625936 | 1681k |
| 147 | DAVID | PERRINE | 321876 | 1681k |
| 148 | SCOTT | PERRY | 183111 | 1681k |
| 149 | DUNCAN | PHELPS | 149667 | 1681k |
| 150 | WILLIAM | PHILLIPS | 233273 | 1681k |
| 151 | CLEO | PICKENS | 400493 | 1681k |
| 152 | TERRY | POOLE | 480243 | 1681k |
| 153 | SURAJ | POONAI | 230235 | 1681k |
| 154 | TODD | POPE | 294087 | 1681k  L |

 McGladrey                    Exclusion List

| # | First | Last | ID | Code | Flag |
|---|---|---|---|---|---|
| 155 | STANLEY | PRICHETT | 369972 | 1681k | |
| 156 | MAE | PRITCHETT | 81571 | 1681k | |
| 157 | BRAIDEN | PRUETT | 662878 | 1681k | L |
| 158 | KEVIN | PYLE | 549655 | 1681k | |
| 159 | MARTINEZ | RAPHAEL | 601677 | 1681k | |
| 160 | STEVEN | RATHBURN | 505552 | 1681k | L |
| 161 | JOSEPH | REDAVIDE | 53498 | 1681k | |
| 162 | LINDA | RENSLOW | 105280 | 1681k | |
| 163 | KEITH | RHODES | 595158 | 1681k | |
| 164 | DONALD | ROBINSON | 653213 | 1681k | |
| 165 | CHARLES | RODRIGUEZ | 292374 | 1681k | |
| 166 | JIMMY | ROGERS | 484870 | 1681k | |
| 167 | ROY | RUCKER | 415935 | 1681k | |
| 168 | JOEY | RUNNELS | 114688 | 1681k | |
| 169 | RAMON | SALAME | 660394 | 1681k | |
| 170 | JOSHUA | SALKIN | 583769 | 1681k | |
| 171 | RONALD | SANDLIN | 392030 | 1681k | |
| 172 | RONALD | SANTANA | 223083 | 1681k | |
| 173 | MICHAEL | SCOTT | 626442 | 1681k | |
| 174 | RAYMOND | SEBERRY | 518793 | 1681k | |
| 175 | REUBEN | SELLEN | 659163 | 1681k | |
| 176 | WILLIAM | SHAFFER | 602768 | 1681k | |
| 177 | MICHAEL | SHALDUHA | 130119 | 1681k | |
| 178 | JOHN | SHEFFEY | 462831 | 1681k | |
| 179 | MARK | SHIRLEY | 651290 | 1681k | |
| 180 | TRAVIS | SILK | 592340 | 1681k | |
| 181 | ROBERT | SIMMONS | 387519 | 1681k | |
| 182 | YUDHVIR | SINGH | 605151 | 1681k | |
| 183 | VIRLESTA | SKUCY | 386673 | 1681k | |
| 184 | RICKEY | SMITH | 333481 | 1681k | |
| 185 | DANIEL | SMITH | 511861 | 1681k | |
| 186 | SCOTT | SMITH | 90414 | 1681k | |
| 187 | JUDY | SPAULDING | 120953 | 1681k | |
| 188 | TIM | STAUFFER | 454421 | 1681k | |
| 189 | ALLEN | STEWART | 395477 | 1681k | |
| 190 | JOHNNY | STEWART | 63547 | 1681k | |
| 191 | JOE | STIZZA | 499486 | 1681k | |
| 192 | IVAN | STRILKIVSKY | 126855 | 1681k | |
| 193 | N | SWINO | 41792 | 1681k | |
| 194 | BILLY | TAYLOR | 57854 | 1681k | |
| 195 | GARRY | TEAGUE | 431775 | 1681k | |
| 196 | DANNY | THOMAS | 627721 | 1681k | |
| 197 | GABRIEL | THOMAS | 96721 | 1681k | |
| 198 | ERNEST | THOMPSON | 351938 | 1681k | |
| 199 | ERIK | TOLBERT | 152260 | 1681k | |
| 200 | WILLIAM | TOPLIFF | 588868 | 1681k | |
| 201 | NICOLAS | TORRES | 275492 | 1681k | |
| 202 | MARLON | TUCKER | 162740 | 1681k | |
| 203 | MIGAO | TUPUOLA | 601138 | 1681k | |



Exclusion List

| # | First | Last | Number | Code | |
|---|---|---|---|---|---|
| 204 | GEORGE | UMFRESS | 272072 | 1681k | |
| 205 | ALLEN | VANSICKLE | 10401 | 1681k | |
| 206 | CARL | VAUGHAN | 530464 | 1681k | |
| 207 | JUAN | VEGA | 583373 | 1681k | |
| 208 | CATHERINE | WALKER | 109346 | 1681k | |
| 209 | GARY | WARD | 395229 | 1681k | |
| 210 | JON | WARE | 314282 | 1681k | |
| 211 | KEITH | WARRIOR | 271498 | 1681k | |
| 212 | MICHAEL | WEATHERLY | 565018 | 1681k | |
| 213 | TIMOTHY | WERNER | 517076 | 1681k | |
| 214 | ROBERT | WHEELER | 411341 | 1681k | |
| 215 | MARIA | WHITE | 650405 | 1681k | |
| 216 | DAVID | WHITTAKER | 310736 | 1681k | |
| 217 | KIMBERLEY | WHITTET | 170298 | 1681k | L |
| 218 | BILLY | WHITTLE | 387411 | 1681k | |
| 219 | GARY | WILGUS | 31492 | 1681k | |
| 220 | ROBERT | WILKENSON | 615289 | 1681k | |
| 221 | KEVIN | WILLIAMS | 517983 | 1681k | |
| 222 | ANTHONY | WILLIAMS | 485190 | 1681k | |
| 223 | JERRY | WILLIAMS | 470039 | 1681k | |
| 224 | MARSHA | WILLIAMS | 270922 | 1681k | |
| 225 | TOMMY | WILLIAMS | 233595 | 1681k | |
| 226 | RANDY | WILLIAMSON | 97573 | 1681k | |
| 227 | JACQUETT | WILSON | 333141 | 1681k | |
| 228 | GREG | WOODRUFF | 339337 | 1681k | |
| 229 | JOSEPH | WOODS | 614237 | 1681k | |
| 230 | DAMON | WOOTEN | 640797 | 1681k | |
| 231 | RONELL | WORRELL | 18591 | 1681k | |
| 232 | ROBERT | WYATT | 404195 | 1681k | |
| 233 | VINCE | WYLESKY | 534778 | 1681k | |
| 234 | DOUA | XIONG | 582001 | 1681k | |
| 235 | CHARLES | ZIESKE | 280913 | 1681k | |

Total 1681k Exclusions Received                                    235

Total Exclusion Requests Received                                  269