
McGladrey LLP
751 Arbor Way, Suite 200
Blue Bell, PA 19422
O 215.641.8600  F 215.641.8680
www.mcgladrey.com

August 16, 2013

Leonard Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J Clyde Morris Blvd, 1-A
Newport News, VA 23601

Re: <u>Ryals v. HireRight Solutions Settlement</u>

Additional professional services rendered subsequent to the void date of the distribution checks to 1681i class members (June 20, 2012) through August 15, 2013 in connection with the above-referenced litigation.

| | | |
|---|---|---:|
| • | Bank reconciliation on a monthly basis (through July 2013) including re-issues of checks after the void deadline | $18,662.90 |
| • | Website monthly maintenance until it was closed in August | 1,500.00 |
| • | Tax Return Preparation | 3,903.50 |
| • | Telephone and Correspondence Management | 3,546.28 |
| • | 1099 Preparation and Mailing | 4,191.55 |
| • | Check Reissue Requests | 3,185.79 |
| • | Correspondence and telephone calls from class members and requests from attorneys for copies of rejected claims and specific claimant research | <u>10,864.23</u> |
| | Total | <u>$45,854.25</u> |